# EXHIBIT A

02/09/2023 08:13 AM  Page 1 of 75
Rec Fee: $639.00
Deed Doc Tax: $0.00
Mortgage Doc Tax: $0.00
Intangible Tax: $0.00
Phil Diamond, Comptroller
Orange County, FL
Ret To: SIMPLIFILE LC

Prepared by/Record and Return to:
Edward G. Milgrim
Milgrim Law Group
3216 Corrine Drive
Orlando, FL 32803

---

## WALT DISNEY WORLD
## CHAPTER 163 DEVELOPMENT AGREEMENT

This Development Agreement (this "**Agreement**") is made this 8th day of February, 2023, by and between **Walt Disney Parks and Resorts U.S., Inc.**, a Florida corporation, on behalf of itself and its affiliated and subsidiary entities (hereinafter referred to as "**Master Developer**"), whose mailing address is 1375 Buena Vista Drive, Lake Buena Vista, Florida 32830, and **Reedy Creek Improvement District**, a public corporation and public body corporate and politic of the State of Florida, whose mailing address is 1900 Hotel Plaza Blvd., Lake Buena Vista, Florida 32830 (hereinafter referred to as "**RCID**"). RCID and Master Developer may sometimes be referred to collectively herein as the "**Parties**".

### WITNESSETH

**WHEREAS**, in 1967 the Florida Legislature created the Reedy Creek Improvement District (RCID) in order to create a governmental structure as stated in the RCID Charter with the governmental powers, and for the objectives and purposes, stated in the RCID Charter; and

**WHEREAS**, since 1967 RCID has served as the governing agency to approve long-term plans within its jurisdictional boundary including comprehensive plans and land development regulations, and has approved development applications and issued building permits in accordance with the above; and

**WHEREAS**, the Board of Supervisors of RCID has the power and authority to administer the comprehensive plan and supporting land development regulations in respect to all lands located within the jurisdictional boundary of RCID (hereinafter referred to as the "**RCID Jurisdictional Lands**"); and

**WHEREAS**, this Agreement governs a portion of the RCID Jurisdictional Lands (hereinafter referred to as the "**Property**") as defined by a legal description attached as **EXHIBIT 1** and a location map attached as **EXHIBIT 2**; and

**WHEREAS**, Master Developer owns, either directly or through one or more subsidiary entities, the vast majority of the Property, although, in the future, portions of the Property or any other land that Master Developer may acquire within the RCID Jurisdictional Lands, may be transferred or leased to another entity or subdivided and sold or expanded; and

**WHEREAS**, Master Developer has developed portions of the Property into the *Walt Disney World®* Resort (**"Walt Disney World"**), a world renowned resort with multiple theme parks, entertainment venues, resort hotels, commercial and other land uses along with monorails and transit service to support Walt Disney World, and plans to continue to develop Walt Disney World onto additional portions of the Property (Walt Disney World as further developed and expanded hereinafter referred to as the **"Project"**); and

**WHEREAS**, RCID also owns land comprising a portion of the Property which may be developed as part of the Project in the future; and

**WHEREAS**, RCID has adopted a comprehensive plan (hereinafter referred to as the **"Comprehensive Plan"**) that has been reviewed and approved by the State Land Planning Agency, as required by Chapter 163, Florida Statutes; and

**WHEREAS**, RCID has adopted land development regulations (**"RCID LDRs"**), as required by Chapter 163, Florida Statutes; and

**WHEREAS**, as required by State growth management law, in June 2022 the Comprehensive Plan was amended and updated to extend the planning timeframe through 2032 and to adopt updates to the future land use map and maximum development program within the RCID Jurisdictional Lands for the timeframe 2022-2032; and

**WHEREAS**, this Agreement is needed to establish and vest in Master Developer certain development rights and entitlements for the Project that Master Developer will be able to rely on for the life of this Agreement; and

**WHEREAS**, Sections 163.3220-163.3243, Florida Statutes (the **"Florida Local Government Development Agreement Act"**), authorize local governments and developers to enter into certain types of development agreements, with an initial duration of up to thirty (30) years, to provide certainty to both parties in terms of current and future processes and entitlements; and

**WHEREAS**, development agreements pursuant to the Florida Local Government Development Agreement Act are a common tool for developers and local governments in the State of Florida, especially with respect to long-term, multi-phase projects like Walt Disney World; and

**WHEREAS**, in accordance with Section 163.3229 of the Florida Local Government Development Agreement Act, the Parties have agreed on a period of thirty (30) years to allow development on the Property of the maximum development program as defined below in **TABLE 1** (hereinafter referred to as the **"Maximum Development Program"**); and

**NOW, THEREFORE**, in consideration of the mutual terms, covenants and conditions contained herein and other good and valuable consideration, the receipt and sufficiency of which are acknowledged, it is mutually agreed as follows:

## I.    PURPOSE AND AUTHORITY

(A)    Recitals. The recitals set forth above are true and correct and are incorporated into this Agreement by reference.

2

(B)    Purpose.  The purpose of this Agreement is three-fold:

1)    It will provide a binding written agreement between the Parties for the long-term development of the Property and Project in order to vest the Maximum Development Program and to provide certainty to Master Developer; and

2)    It will stipulate the provision of necessary public facilities by RCID that will be in place concurrent with the demand of the Maximum Development Program as it is constructed; and

3)    It will provide clarification for how the Comprehensive Plan and RCID LDRs will apply to the Project, both now and in the future.

(C)    Authority for Agreement.  This Agreement is entered into pursuant to the authority of the Florida Local Government Development Agreement Act, which consists of Sections 163.3220-163.3243, Florida Statutes. The authority under those sections is supplemental and additional to the powers conferred upon local governments by other laws and it encourages sound capital improvement planning and financing and a commitment to long-term comprehensive planning.

## II.    APPROVED LAND USE AND DEVELOPMENT RIGHTS

(A)    Land Use and Project Entitlements.  The RCID Jurisdictional Lands consist of land uses as set forth in and consistent with the Future Land Use Map (defined below) and are approved for the Maximum Development Program identified in **TABLE 1** below. The densities and intensities of the Project are identified and described in **TABLE 2** below.

(B)    Maximum Building Heights.  Building heights are to be controlled and approved by Master Developer in order to protect the immersive nature and aesthetic character of the theme parks and attractions either currently existing or to be built on the Property. Absent specific Master Developer approval, the maximum building heights on the Property are controlled by the Federal Aviation Administration (FAA) height standards and any waiver or variance from said standards as approved by the FAA.

(C)    Provision of Necessary Public Facilities.  In order to facilitate the implementation of and provide adequate levels of service for the Maximum Development Program, certain public infrastructure systems will require new facilities and/or expansions of existing facilities (hereinafter referred to as the **"Public Facilities"**). The Public Facilities are listed in the Capital Improvement Element of the Comprehensive Plan a copy of which is attached hereto and incorporated herein as **EXHIBIT 3**, and will be funded, designed and constructed or caused to be constructed by RCID.  Any land required for the Public Facilities that is owned by Master Developer shall be dedicated to RCID, or other public entity, as required. Compensation for said land dedication shall be negotiated between parties at the time of transfer but in no event shall Master Developer request payment for the land in excess of fair market value as determined by a Member of the Appraisal Institute (MAI) real estate appraiser, jointly selected by the Parties.

3

**TABLE 1** –Maximum Development Program
(RCID Comprehensive Plan, FLUE Table 2-1 – Additional Approved Development Through 2032)

| Uses | Comp Plan Future Land Use Where Permitted | 2020 Base Condition (Existing)[1] | Add'l Approved Through 2032 | Total Existing & Approved |
|---|---|---|---|---|
| Hotels/Resorts | Mixed Use Hotel/Resort Commercial Entertainment | 39,232 Keys | 14,000 Keys | 53,232 Keys |
| Office | Mixed Use Commercial | 1,004,521 SF | 150,000 SF | 1,154,521 SF |
| Retail/Restaurant | Mixed Use Commercial | 1,463,222 SF | 1,000,000 SF | 2,463,222 SF |
| Major Theme Parks | Mixed Use Entertainment | 4 Parks | 1 Park | 5 Parks |
| Minor Theme Parks | Mixed Use Entertainment | 3 Parks | 2 Parks | 5 Parks |

(1) Does not include 2020 Base Condition Uses stricken in 2022 CPA (e.g., 81 Holes of Golf)

**TABLE 2** – Average Land Use Densities and Intensities for Existing Development
(RCID Comprehensive Plan, FLUE Table 2-5)

| Land Use | | Developed Acreage | Units | Density / Intensity |
|---|---|---|---|---|
| Residential | | 20 | 17 DU | 1.18 DU/Acre |
| Commercial | | | | |
| | Office/Retail/ Restaurant | 303 | 2,683,907 SF | 0.20 FAR |
| Hotel/Resort | | | | |
| | Hotels and Resorts | 2,559 | 39,232 | 15.3 Keys/Acre |
| | Golf Courses | 816 | 81 | 10.1 Holes/Acre |
| Entertainment | | | | |
| | Major Theme Park | 1,916 | 4 parks | 479 Acres/Park |
| | Minor Theme Park | 446 | 3 parks | 149 Acres/Park |

*Note: DU = Dwelling Units / FAR = Floor Area Ratio*

**Table 2** depicts the existing density of development in RCID. As the supply of undeveloped land becomes smaller, new development is projected to occur at somewhat higher densities or on somewhat smaller sites. Infill development within existing activity areas will also tend to increase the overall density of developed areas. While there will be exceptions to this assumption, the overall trend is expected to be towards more dense development.

(D)     Master Development Program Changes and Master Developer Rights.

1)      The allowed land uses within the RCID Jurisdictional Lands are determined by the Future Land Use Map in the Comprehensive Plan (the "**Future Land Use Map**") and Chapter 2-20 of the RCID LDRs.

2)      Master Developer is the master developer for the Project. The Parties agree that all of the development rights and entitlements, including, without limitation, those applicable to all additional approved development through 2032, as established by the Master Development Program identified in **TABLE 1** (collectively, the "**Master Development Rights and Entitlements**") are vested in Master Developer and that Master Developer owns and controls such Master Development Rights and Entitlements.  Master Developer may assign portions of the Master Development Rights and Entitlements to other landowners and/or ground lessees within the RCID Jurisdictional Lands. Any proposed development that utilizes any of the Master Development Rights and Entitlements requires the prior written approval of Master Developer. Master Developer shall be responsible for maintaining an accounting of the Master Development Rights and Entitlements that have been used and the Master Development Rights and Entitlements that are unused and available for use.

(E)     Environmental Long Term Permits Mitigation Credits. In order to facilitate environmentally protective and sustainable development, the Parties previously collaborated in the procurement of federal and state level environmental permits entitling RCID Jurisdictional Lands and RCID's extra-jurisdictional boundaries (EJB) with unique and beneficial development rights and privileges (collectively referred to as the "**Long Term Permits**")[1].  Specifically, Master Developer sought and received, all at Master Developer's cost but benefiting the entire RCID Jurisdictional Lands, approvals from U.S. Fish and Wildlife Service and Florida Fish and Wildlife Conservation Commission governing the protection and relocation of threatened and endangered species and requisite mitigation for same.  Master Developer similarly pursued and received approval of a comprehensive and forward-looking federal dredge and fill entitlement framework through the U.S. Army Corps of Engineers and U.S. Environmental Protection Agency, creating a site-specific wetland credit mitigation bank via the acquisition, restoration and perpetual management of what is now known as Disney's Wilderness Preserve and Mira Lago. Master Developer and RCID collaboratively pursued approvals from South Florida Water Management District (SFWMD) for a MSSW (Management and Storage of Surface Waters) and ultimately an ERP Conceptual Permit entitling the RCID Jurisdictional Lands and EJB.  The SFWMD Permit (as defined in footnote 1) utilizes the same mitigation credit bank referenced above, as developed and managed by Master Developer. The mitigation credits obtained and maintained through the Long Term Permits are collectively referred to herein as the "**LTP Mitigation Credits**".

---

[1] The Long Term Permits specifically include, without limitation, the following: South Florida Water Management District (SFWMD) Permit: #48-00714-S, dated September 10, 1992 (the "**SFWMD Permit**"); Army Corps of Engineers Permit: #199101901 (IP-GS), dated December 21, 1992; and State of Florida Game and Fresh Water Fish Commission Permit No. OSC-4, dated November 12, 1992, Permit No. OSC-SSC-1, dated July 19, 1994 and Permit No. OSC-TSR-1, dated August 9, 1994, issued under the authority of the Wildlife Code of the State of Florida (Chapter 39, Florida Administrative Code).

1)     Given the above, the Parties agree that the LTP Mitigation Credits, including, without limitation, those LTP Mitigation Credits created through South Florida Water Management District Environmental Resource Permits Nos. 48-00714-S and 48-00714-S-22 are vested in Master Developer and that Master Developer is solely entitled to utilize the same. No other entity may use the LTP Mitigation Credits without prior written authorization from Master Developer RCID shall request and must receive written approval from Master Developer to allow for the use of any threatened or endangered species mitigation and/or any use of wetland impacts or LTP Mitigation Credits prior to filing any application for modifications of said permits that seek to impact wetlands affected by these Long Term Permits. As and when Master Developer seeks to use any of the LTP Mitigation Credits, RCID shall promptly cooperate as necessary to allow Master Developer's use of the LTP Mitigation Credits consistent with the Master Development Program, including, without limitation, executing and submitting the appropriate permit applications and any other necessary documentation to allow for such use of LTP Mitigation Credits. RCID shall neither prohibit nor impede the use of the LTP Mitigation Credits by Master Developer for development in accordance with the Maximum Development Plan nor require any additional mitigation.

## III.     DEVELOPMENT REVIEW, UTILITIES AND REQUIRED PERMITS

(A)     Development Review.   Any proposed development utilizing the Maximum Development Program (see **TABLE 1**) must follow the development review and approval process as defined in the RCID LDRs.

(B)     Public Facilities.  Public Facilities that serve the Project, including, but not limited to, potable water, sanitary sewer, and solid waste management, are provided by RCID.  Public Facilities will be addressed consistent with **EXHIBIT 3** for the Public Facilities identified in such Exhibit.

(C)     Development Permits Required.   Attached as **EXHIBIT 4** is a list of local development permits required to develop the Property and the Project.  The failure of this Agreement to address a particular permit, condition, term, or restriction shall not relieve Master Developer of the necessity of complying, and Master Developer agrees to comply, with the laws, ordinances and regulations governing said permitting requirements, conditions, term or restrictions.

## IV.     GOVERNING LAWS AND POLICIES.  This Agreement establishes the standards that apply to the Property and the Project and if there is any conflict between the Agreement and the Comprehensive Plan or RCID LDRs this Agreement shall prevail.    Furthermore, for Comprehensive Plan goals, objectives and policies and RCID LDRs not in conflict with this Agreement, the version of the Comprehensive Plan, RCID LDRs and other local government laws and policies governing the development of the Property in effect at the time of execution of this Agreement shall govern the development of the Property and the Project for the duration of this Agreement. RCID may apply subsequently adopted laws and policies to the development subject to this Agreement, only if RCID has followed the procedures set forth in Chapter 163.3233, Florida Statutes.

## V.     MORATORIA.  No moratorium, ordinance, resolution or other land development regulation or limitation on the rate, timing or sequencing of the development of the Project shall

apply to or govern the development of the Project in accordance with the Master Development Program during the term hereof, whether affecting building permits, occupancy permits, or other entitlements to be issued by RCID. In the event of any such action, Master Developer shall continue to be entitled to apply for an receive development approvals in accordance with the RCID LDRs and other local government laws and policies governing the development of the Property and the Project in effect at the time of execution of this Agreement and the terms of this Agreement.

**VI.   COMPREHENSIVE PLAN.**  Pursuant to the terms and conditions of this Agreement, RCID finds that the Project, as proposed in this Agreement, is consistent with the Comprehensive Plan and RCID LDRs.  Master Developer agrees that any development proposals utilizing development rights from this Agreement will be reviewed for consistency with the Comprehensive Plan and RCID LDRs in effect at the time of this Agreement unless amended per Section IV.

**VII.   NO LIEN OR ENCUMBRANCE.**  Nothing herein shall be construed as creating a lien or other encumbrance on or with respect to title to the Property (or any portion thereof).

**VIII.   DURATION.**  The duration of this Agreement shall be thirty (30) years from its effective date but may be extended by mutual consent of RCID and Master Developer and subject to a public hearing pursuant to Chapter 163.3229, Florida Statutes, or through extensions filed pursuant to Chapter 252.363, Florida Statutes.

**IX.   BINDING EFFECT.**  The burdens of this Agreement shall be binding upon, and the benefits of this Agreement shall inure to, all successors and assigns of each party.

**X.   GOVERNING LAW.**  This Agreement, and the rights and obligations of the Parties hereunder, shall be governed by, construed under and enforced in accordance with the laws of the State of Florida. Preparation of this Agreement has been a joint effort of the Parties and the resulting document shall not, solely as a matter of judicial construction, be construed more severely against a party to the Agreement.

**XI.   SEVERABILITY.**  If any provision of this Agreement, or the application thereof to any person or circumstances, shall to any extent be held invalid or unenforceable by a court (or other government body) of competent jurisdiction, then the remainder of this Agreement shall be valid and enforceable to the fullest extent permitted by law. Any provision(s) held wholly or partly invalid or unenforceable shall be deemed amended, and the court or other government body is authorized to reform the provision(s) to the minimum extent necessary to render them valid and enforceable in conformity with the Parties' intent as manifested herein.

**XII.   MODIFICATION OR CANCELLATION.**  Modification or cancellation of all or any portion of this Agreement without either the express written consent of Master Developer or in accordance with Section 163.3235, Florida Statutes, shall be considered per se a modification or cancellation of the allowable uses and entitlements to Master Developer's legal and equitable interest in the Property.

**XIII.   EXHIBITS.**  Unless otherwise provided in this Agreement, all exhibits are incorporated herein by reference.

**XIV.   CAPTIONS FOR PARAGRAPH HEADINGS.**  Captions and paragraph headings

contained in this Agreement are for convenience and reference only, and in no way define, describe, extend or limit the scope or intent of this Agreement, nor the intent of any provision hereof.

**XV.   COUNTERPARTS.**  This Agreement may be executed in several counterparts, each constituting a duplicate original, but all such counterparts constituting one and the same instrument.

**XVI.  ASSIGNABILITY.**  This Agreement may be wholly or partially assigned by Master Developer to one or more third parties.

**XVII. EFFECTIVE DATE.**  This Agreement is effective on the date that a fully-executed copy is filed in the Official Records of the Orange County Comptroller and the Official Records of the Osceola County Comptroller.

**XVIII. TERMINATION.**  This Agreement shall terminate in thirty (30) years from its effective date, unless extended which includes, without limitation, extensions filed pursuant to Section 252.363, Florida Statutes, or may be terminated by mutual consent of the Parties.

**XIX.  AMENDMENTS.**  This Agreement may be amended by mutual consent of the Parties or by their successors in interest so long as amendments meet the requirements of Section 163.3237, Florida Statutes. All amendments to this Agreement will be adopted as an amended and restated version and when an amendment goes into effect then all prior versions of this Agreement shall be null and void.

**XX.   NO THIRD PARTY CONSENT REQUIRED.**  No one other than the Parties or their successors in interest may seek an amendment to this Agreement and no consent of any other parties shall be required.

**XXI.  EFFECT ON EXISTING DEVELOPMENT.**  Nothing in this Agreement terminates, rescinds, cancels, or modifies allowable uses or entitlements vested with any other property owners subject to the jurisdiction of RCID.

**XXII. FURTHER ASSURANCES.**   Each of the Parties hereto agrees to do, execute, acknowledge and deliver, or cause to be done, executed, acknowledged and delivered, all such further acts and assurances as shall be reasonably requested by the other party in order to carry out the intent of this Agreement and give effect thereto. Without in any manner limiting the specific rights and obligations set forth in this Agreement, the Parties hereby declare their intention to cooperate with each other in effecting the terms of this Agreement, and to coordinate the performance of their respective obligations under the terms of this Agreement.

**XXIII.  NOTICES.**  Any notices or reports required by this Agreement shall be sent to the following:

For the Reedy Creek Improvement District:

Reedy Creek Improvement District
Attention: District Administrator
1900 Hotel Plaza Blvd.
Lake Buena Vista, Florida 32830

With a copy to:

Milgrim Law Group
Attention: Edward G. Milgrim
3216 Corrine Drive
Orlando, Florida 32803

For Master Developer:

Walt Disney Parks and Resort U.S., Inc.
c/o Walt Disney Imagineering
Attention: Site Portfolio Executive – WDW
WDI EPCOT Main Building, Floor 1
1365 Avenue of the Stars
Lake Buena Vista, Florida 32830

With a copy to:

Walt Disney Parks and Resorts U.S., Inc.
c/o Walt Disney World – Legal Department
Attention: Chief Counsel
Team Disney, 4th Floor North
1375 Lake Buena Vista Drive
Lake Buena Vista, Florida 32830

**XXIV. PUBLIC HEARINGS.**   This Agreement was approved by the Reedy Creek Improvement District Board of Supervisors after two properly noticed public hearings before the Board on January 25, 2023 and February 8, 2023.

**[THE BALANCE OF THIS PAGE IS INTENTIONALLY LEFT BLANK.]**

**[SIGNATURES ON FOLLOWING PAGES.]**

**IN WITNESS WHEREOF,** the Parties hereto, through their duly authorized representatives, have executed this Agreement as of the date set forth below.

WITNESSES:

_Jennifer Opitz_
(Witness Signature)

_Jennifer Opitz_
(Witness Printed Name)


_Kimberly Sez_
(Witness Signature)

_Kimberly Sanchez_
(Witness Printed Name)

**WALT DISNEY PARKS AND RESORTS U.S., INC.,** a Florida corporation

By: _John McGowan_

Print Name: _John McGowan_

Title: _Vice President_

Date: _February 8, 2023_


STATE OF FLORIDA
COUNTY OF ORANGE

The foregoing instrument was acknowledged before me by means of ✓ physical presence or _____ online notarization this _8th_ day of _Feb_, 2023 by _John McGowan_ as _Vice President_ of Walt Disney Parks and Resorts U.S., Inc., a Florida corporation, who is ✓ personally known to me or _____ who has produced _____ as identification.

Notary Public State of Florida
Jennifer I Opitz
My Commission GG 982408
Expires 05/29/2024

_Jennifer I Opitz_
Notary Public

_____
Name (typed, printed or stamped)

11

**REEDY CREEK IMPROVEMENT DISTRICT,**
a public corporation and public body corporate and
politic of the State of Florida
By:  Board of Supervisors

By: _____

Print Name: John H. Classe, Jr

Title: District Administrator

Date: 2/8/23

ATTEST:

_____  Date: 2/8/23
DISTRICT CLERK

STATE OF FLORIDA
COUNTY OF ORANGE

The foregoing instrument was acknowledged before me by means of ☒ physical presence
or ___ online notarization this 8th day of February, 2023 by John H. Classe, Jr.
as District Administrator of Reedy Creek Improvement District, a public corporation
and public body corporate and politic of the State of Florida, who is ☒ personally known to me
or ___ who has produced _____ as identification.

[Notary seal: ILANA PERRAS MY COMMISSION # HH 289477 EXPIRES: November 18, 2026]

_____
Notary Public
Ilana Perras
Name (typed, printed or stamped)

STATE OF FLORIDA
COUNTY OF ORANGE

The foregoing instrument was acknowledged before me by means of ☒ physical presence
or ___ online notarization this 8th day of February, 2023 by Tina Graham
as District Clerk of Reedy Creek Improvement District, a public corporation and public body
corporate and politic of the State of Florida, who is ☒ personally known to me or ___ who has
produced _____ as identification.

[Notary seal: ILANA PERRAS MY COMMISSION # HH 289477 EXPIRES: November 18, 2026]

_____
Notary Public
Ilana Perras
Name (typed, printed or stamped)

## <u>LIST OF EXHIBITS</u>

**Exhibit 1**      **Legal Description**

**Exhibit 2**      **Location Map**

**Exhibit 3**      **Capital Improvements Schedule**

**Exhibit 4**      **List of Required Local Development Permits**

## EXHIBIT 1
## LEGAL DESCRIPTION

The Property is defined as the following property less and except any portions of the following property that are, as of the Effective Date of this Agreement, owned in fee simple by a party other than RCID or Master Developer. If, during the Term of this Agreement, Master Developer obtains ownership of any portions of the following property that are owned in fee simple by a party other than RCID or Master Developer as of the Effective Date of this Agreement, such property shall be deemed to be and treated as part of the Project.

(See attached 56 page legal description)

DESCRIPTION OF
DEVELOPERS' AGREEMENT
IN ORANGE COUNTY, FLORIDA

A parcel of land lying in Sections 1 through 3, 8 through 17, 19 through 28, 33 through 36 Township 24 South, Range 27 East, and Sections 6 through 8, 17 through 22, 27 through 31, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Begin at the Southwest corner of the Northwest 1/4 of the Southwest 1/4 of Section 6, Township 24 South, Range 28 East run N 00°00'22" E, 1327.43 feet along the West line of Section 6 to the Northwest corner of the Southwest 1/4 of said Section 6; thence N 89°27'45" E, 1997.50 feet along the North line of the South half of Section 6, to the Southwest corner of the East 1/2 of the Southeast 1/4 of the Northwest 1/4 of Section 6, thence N 00°20'35" W, 1154.75 feet along the West line of the East 1/2 of the Southeast 1/4 of the Northwest 1/4 of Section 6; thence N 89°38'50" E, 663.64 feet along a line that is 165.00 feet South of and parallel to the North line of the Southeast 1/4 of the Northwest 1/4 of Section 6; thence N 89°11'34" E, 148.62 feet +/- along a line parallel to and 165.00 feet South of the North line of the Southwest 1/4 of the Northeast 1/4 of Section 6 to a point on the Westerly shore line of Lake Mable; thence meander the shore line of Lake Mable in a Southerly direction, to a point on the South line of Section 6 and the North line of Section 7, Township 24 South, Range 28 East, said point being S 16°20'10" W, 3981.97 feet more or less from the previously described point, and also lying N 89°31'17" E, 1683.05 feet from the Southwest corner of Section 6; thence continue along the shore line of Lake Mable in a Southeasterly and Northeasterly direction across the North 1/4 of Section 7, to the North line of Section 7 and the South line of Section 6, Township 24 South, Range 28 East, said point being N 89°31'17" E, along the North section line of Section 7, 1381.64 feet from the previously described point and lying S 89°31'17" W, 2304.35 feet from the Northeast corner of Section 7; thence continue to meander the shore line of Lake Mable in a Northeasterly direction across the Southeast 1/4 of Section 6, Township 24 South, Range 28 East to a point on said shoreline which is intersected by the North line of the South half of the Southeast 1/4 of Section 6, said point being N 25°14'10" E, 1475.82 feet from the previously described point; thence N 89°29'30" E, along said North line of the South half of the Southeast 1/4 of Section 6, 1679.89 feet to the East section line thereof; thence S 00°12'20" W, 1330.62 feet along the East line of Section 6 to the Southeast corner of Section 6 and the Northwest corner of Section 8, Township 24 South, Range 28 East; thence N 89°21'03" E along the North line of Section 8, 191.58 feet more or less to a point on the West shore line of South Lake; thence meander the shore line of South Lake in a Southwesterly, Southeasterly and Northeasterly direction to a point where the shore line of South Lake intersects the East line of the West half of the West half of Section 8; said point being S 25°17'13" E, 2679.01 feet more or less from the previously described point; thence S 00°13'59" W, 221.07 feet to the Northeast corner of the Northwest 1/4 of the Southwest 1/4 of Section 8; thence S 00°06'21" E along the East line of the West half of the Southwest 1/4 of Section 8, 1334.85 feet to the Southeast corner of the Northwest 1/4 of the Southwest 1/4 of Section 8; thence S 88°48'04" W, 1111.09 feet to a point of curvature of a curve concave Southeasterly having a radius of 545.08 feet, and a central angle of 81°15'08"; thence run Southwesterly along the arc of said curve, 772.99 feet; to a point of reverse curvature of a curve concave Northerly having a radius of 80.00 feet, and a central angle of 128°43'50"; thence run Westerly along the arc of said curve, 179.74 feet; thence S 43°40'59" E, 16.92 feet; thence S 34°38'41" E, 8.13 feet; thence S 25°16'40" E, 86.79 feet; thence S 28°57'56" E, 106.03 feet; thence S 58°01'53" E, 87.73 feet; thence N 85°59'29" E, 134.58 feet to a point of curvature of a curve concave Southerly having a radius of 425.00 feet, and a central angle of 23°29'59"; thence run Easterly along the arc of said curve, 174.31 feet; to a point of compound curvature of a curve concave Southwesterly having a radius of 15.00 feet, and a central angle of 46°20'48"; thence run Southeasterly along the arc of said curve, 12.13 feet; to a point of compound curvature of a curve concave

Westerly having a radius of 425.00 feet, and a central angle of 16°33'54"; thence run Southerly along the arc of said curve, 122.87 feet; to a point of compound curvature of a curve concave Westerly having a radius of 25.00 feet, and a central angle of 51°32'25"; thence run Southerly along the arc of said curve, 22.49 feet; thence S 43°56'36" W, 91.06 feet; thence S 64°40'37" W, 105.25 feet; thence S 40°45'32" W, 117.42 feet; thence S 13°26'04" W, 97.39 feet; thence S 42°14'20" W, 133.97 feet; thence S 68°59'11" W, 89.71 feet; thence S 28°50'44" W, 77.77 feet; thence S 14°52'47" W, 88.32 feet; thence S 01°59'29" E, 106.28 feet; thence S 24°42'46" W, 241.59 feet; thence S 36°55'50" W, 126.64 feet; thence S 24°03'44" W, 71.01 feet to a point of curvature of a curve concave Northwesterly having a radius of 25.00 feet, and a central angle of 40°55'45"; thence run Southwesterly along the arc of said curve, 17.86 feet; thence S 64°59'30" W, 91.68 feet to a point of curvature of a curve concave Northerly having a radius of 25.00 feet, and a central angle of 46°29'32"; thence run Westerly along the arc of said curve, 20.29 feet; thence N 68°30'58" W, 131.37 feet; thence N 34°57'28" W, 145.43 feet; thence N 10°44'04" W, 144.09 feet; thence N 10°34'18" E, 129.55 feet; thence N 44°03'35" E, 129.67 feet; thence N 86°35'32" E, 100.03 feet; thence N 62°48'18" E, 100.08 feet; thence N 58°16'14" E, 95.99 feet; thence N 15°01'47" E, 86.03 feet; thence N 14°30'32" W, 104.94 feet; thence N 03°06'23" W, 111.09 feet; thence N 07°32'42" E, 68.01 feet; thence N 15°14'13" W, 80.67 feet; thence N 87°12'48" W, 40.11 feet; thence S 77°42'57" W, 84.88 feet; thence S 74°44'47" W, 66.79 feet; thence S 35°20'27" W, 90.33 feet; thence S 22°58'13" W, 87.94 feet; thence S 20°05'22" W, 168.18 feet; thence S 65°39'23" W, 108.46 feet; thence N 79°02'16" W, 146.86 feet; thence S 44°41'24" W, 85.24 feet; thence S 66°58'59" W, 80.82 feet; thence N 89°03'00" W, 96.88 feet; thence S 84°18'13" W, 51.79 feet; thence S 77°56'53" W, 116.91 feet; thence S 70°14'00" W, 84.26 feet; thence N 63°52'48" W, 163.26 feet; thence N 71°49'57" W, 91.32 feet; thence N 56°38'48" W, 106.72 feet; thence N 37°38'37" W, 96.72 feet; thence N 69°48'38" W, 85.22 feet; thence N 85°15'14" W, 95.72 feet; thence N 76°56'11" W, 104.56 feet; thence S 28°55'14" W, 152.44 feet; thence S 13°45'44" E, 47.73 feet to a point of curvature of a curve concave Westerly having a radius of 75.00 feet, and a central angle of 30°06'13"; thence run Southerly along the arc of said curve, 39.41 feet; to a point of reverse curvature of a curve concave Northeasterly having a radius of 45.00 feet, and a central angle of 99°54'55"; thence run Southeasterly along the arc of said curve, 78.47 feet; to a point of reverse curvature of a curve concave Southwesterly having a radius of 250.00 feet, and a central angle of 55°31'16"; thence run Southeasterly along the arc of said curve, 242.26 feet; thence S 28°03'11" E, 95.35 feet to a point of curvature of a curve concave Westerly having a radius of 125.00 feet, and a central angle of 59°41'01"; thence run Southerly along the arc of said curve, 130.21 feet; thence S 31°37'50" W, 165.37 feet; thence S 51°01'41" E, 83.54 feet to a point on a non-tangent curve concave Southeasterly having a radius of 676.49 feet, and a central angle of 29°43'07"; thence from a tangent bearing of N 50°17'44" E run Northeasterly along the arc of said curve, 350.89 feet; thence S 35°59'30" E, 246.14 feet; thence S 55°37'13" E, 316.45 feet; thence S 68°44'46" E, 336.44 feet to a point on a non-tangent curve concave Southerly having a radius of 399.38 feet, and a central angle of 09°53'41"; thence from a tangent bearing of N 79°13'56" E run Easterly along the arc of said curve, 68.97 feet; to a point of reverse curvature of a curve concave Northerly having a radius of 137.63 feet, and a central angle of 14°21'49"; thence run Easterly along the arc of said curve, 34.50 feet; thence S 03°57'40" W, 60.74 feet to a point on a non-tangent curve concave Southerly having a radius of 344.38 feet, and a central angle of 04°15'11"; thence from a tangent bearing of S 86°02'20" E run Easterly along the arc of said curve, 25.56 feet; to a point of compound curvature of a curve concave Southerly having a radius of 132.00 feet, and a central angle of 26°04'01"; thence run Easterly along the arc of said curve, 60.05 feet; to a point on a non-tangent curve concave Southwesterly having a radius of 184.37 feet, and a central angle of 31°44'00"; thence from a tangent bearing of S 49°44'21" E run Southeasterly along the arc of said curve, 102.11 feet; to a point of compound curvature of a curve concave Westerly having a radius of 679.36 feet, and a central angle of 08°51'48"; thence run Southerly along the arc of said curve, 105.09 feet; to a point of reverse curvature of a curve concave Easterly having a radius of 437.18 feet, and a central angle of 18°37'07"; thence run Southerly along the arc of said curve,

142.06 feet; to a point of compound curvature of a curve concave Northeasterly having a radius of 395.25 feet, and a central angle of 18°13'39"; thence run Southeasterly along the arc of said curve, 125.74 feet; to a point of reverse curvature of a curve concave Southwesterly having a radius of 645.09 feet, and a central angle of 03°21'33"; thence run Southeasterly along the arc of said curve, 37.82 feet; thence N 82°18'14" W, 71.09 feet; thence N 51°44'44" W, 65.78 feet; thence N 80°24'25" W, 90.39 feet; thence S 48°32'46" W, 80.93 feet; thence S 22°55'38" W, 113.12 feet; thence S 27°19'16" E, 55.45 feet; thence S 18°40'56" W, 159.75 feet; thence S 10°48'30" W, 160.42 feet to a point of curvature of a curve concave Easterly having a radius of 223.65 feet, and a central angle of 59°02'33"; thence run Southerly along the arc of said curve, 230.47 feet; to a point on the Northerly and Easterly boundary of Tract R, Golden Oak Phase 1B according to the Plat thereof recorded in Plat Book 75, Pages 3 through 15 of the Public Records of Orange County, a non-tangent curve concave Northerly having a radius of 25.00 feet, and a central angle of 64°33'48"; thence from a tangent bearing of S 49°58'05" E run Easterly along the arc of said curve, 28.17 feet; thence N 65°28'07" E, 122.36 feet; thence N 76°27'23" E, 76.59 feet to a point of curvature of a curve concave Northwesterly having a radius of 25.00 feet, and a central angle of 25°14'16"; thence run Northeasterly along the arc of said curve, 11.01 feet; thence S 78°11'38" E, 85.68 feet to a point on a non-tangent curve concave Easterly having a radius of 1010.00 feet, and a central angle of 07°58'42"; thence from a tangent bearing of S 11°48'22" W run Southerly along the arc of said curve, 140.64 feet; to a point on a non-tangent curve concave Southwesterly having a radius of 25.00 feet, and a central angle of 87°13'52"; thence from a tangent bearing of N 03°49'41" E run Northwesterly along the arc of said curve, 38.06 feet; thence N 83°24'11" W, 42.54 feet to a point of curvature of a curve concave Southerly having a radius of 221.37 feet, and a central angle of 29°07'38"; thence run Westerly along the arc of said curve, 112.54 feet; to a point of reverse curvature of a curve concave Northerly having a radius of 132.76 feet, and a central angle of 48°16'12"; thence run Westerly along the arc of said curve, 111.85 feet; to a point on a non-tangent curve concave Northeasterly having a radius of 234.18 feet, and a central angle of 14°51'36"; thence from a tangent bearing of N 64°15'37" W run Northwesterly along the arc of said curve, 60.74 feet; thence S 24°23'32" E, 34.06 feet; thence S 18°04'39" E, 78.70 feet to a point on a non-tangent curve concave Northwesterly having a radius of 25.00 feet, and a central angle of 115°40'49"; thence from a tangent bearing of S 17°50'29" E run Southwesterly along the arc of said curve, 50.48 feet; thence N 82°09'40" W, 26.47 feet; thence S 26°43'01" W, 107.99 feet; thence S 13°53'13" W, 84.71 feet; thence S 20°06'37" W, 86.21 feet; thence S 22°42'17" W, 90.27 feet; thence S 48°33'38" W, 93.96 feet; thence S 51°48'05" W, 58.47 feet; thence S 70°41'52" W, 98.39 feet; thence S 75°48'30" W, 82.70 feet; thence N 82°22'12" W, 18.57 feet; thence S 59°48'12" W, 61.99 feet; thence S 23°48'42" W, 31.41 feet; thence S 21°34'58" E, 112.96 feet; thence S 25°04'56" E, 80.36 feet; thence S 06°58'19" E, 51.79 feet to a point of curvature of a curve concave Westerly having a radius of 25.00 feet, and a central angle of 54°17'13"; thence run Southerly along the arc of said curve, 23.69 feet; thence S 47°18'54" W, 37.10 feet; thence S 03°48'45" E, 24.29 feet to a point of curvature of a curve concave Northwesterly having a radius of 25.00 feet, and a central angle of 79°16'52"; thence run Southwesterly along the arc of said curve, 34.59 feet; thence S 75°28'07" W, 70.19 feet to a point of curvature of a curve concave Northerly having a radius of 25.00 feet, and a central angle of 41°16'24"; thence run Westerly along the arc of said curve, 18.01 feet; thence N 63°15'30" W, 63.09 feet to a point on the Easterly right-of-way of RCID canal L-105 as described in Official Records Book 1896, Page 232 of the Public Records of Orange County Florida, and a non-tangent curve concave Easterly having a radius of 1505.50 feet, and a central angle of 37°08'46"; thence from a tangent bearing of S 03°51'20" E run Southerly along the arc of said curve and right-of-way, 976.05 feet; thence continue along said right-of-way S 41°00'06" E, 193.39 feet; thence S 48°59'54" W, 100.00 feet to a point on the westerly right-of-way of said Canal; thence departing said Canal run, N 87°15'41" W, 130.57 feet; thence N 63°21'34" W, 33.90 feet; thence N 81°08'52" W, 154.09 feet; thence N 39°33'00" W, 38.53 feet; thence N 28°54'14" W, 86.79 feet; thence N 28°30'43" W, 101.63 feet; thence N 32°36'46" W, 77.00 feet; thence N 39°30'36" W, 98.30 feet to a point of curvature of a curve concave Easterly having a radius

of 25.00 feet, and a central angle of 37°14'40"; thence run Northerly along the arc of said curve, 16.25 feet; thence N 02°15'56" W, 56.50 feet; thence N 39°36'59" W, 135.27 feet; thence N 85°04'00" W, 67.65 feet to a point of curvature of a curve concave Northeasterly having a radius of 25.00 feet, and a central angle of 46°40'29"; thence run Northwesterly along the arc of said curve, 20.37 feet; thence N 38°23'30" W, 64.62 feet; thence N 64°16'04" W, 16.33 feet to a point of curvature of a curve concave Northeasterly having a radius of 25.00 feet, and a central angle of 58°38'45"; thence run Northwesterly along the arc of said curve, 25.59 feet; thence N 05°37'20" W, 20.54 feet; thence N 44°31'28" W, 62.56 feet; thence S 23°42'54" W, 95.95 feet to a point of curvature of a curve concave Northwesterly having a radius of 25.00 feet, and a central angle of 84°46'10"; thence run Southwesterly along the arc of said curve, 36.99 feet; thence N 71°30'56" W, 65.59 feet; thence N 67°45'46" W, 71.42 feet; thence N 47°09'12" W, 129.61 feet; thence N 28°09'10" W, 67.04 feet to a point of curvature of a curve concave Easterly having a radius of 25.00 feet, and a central angle of 58°17'03"; thence run Northerly along the arc of said curve, 25.43 feet; thence N 30°07'52" E, 66.18 feet; thence N 41°27'39" E, 82.62 feet; thence N 28°03'16" E, 61.53 feet; thence N 21°03'09" W, 47.93 feet; thence N 17°13'11" W, 99.26 feet; thence N 00°32'57" E, 48.45 feet; thence N 12°21'10" E, 151.79 feet; thence N 23°46'35" E, 109.94 feet; thence N 39°26'51" E, 91.52 feet; thence N 17°00'45" E, 45.16 feet; thence N 34°56'26" W, 27.03 feet; thence N 26°29'23" W, 104.81 feet; thence S 48°40'54" W, 30.14 feet to a point on a non-tangent curve concave Southerly having a radius of 7.86 feet, and a central angle of 78°20'37"; thence from a tangent bearing of N 28°56'03" W run Westerly along the arc of said curve, 10.75 feet; to a point of compound curvature of a curve concave Southeasterly having a radius of 19.64 feet, and a central angle of 36°52'37"; thence run Southwesterly along the arc of said curve, 12.64 feet; to a point of compound curvature of a curve concave Easterly having a radius of 3.95 feet, and a central angle of 74°25'35"; thence run Southerly along the arc of said curve, 5.13 feet; thence S 38°34'51" E, 13.88 feet; thence S 51°58'30" W, 145.54 feet; thence N 37°57'09" W, 16.70 feet to a point on a non-tangent curve concave Northeasterly having a radius of 1080.42 feet, and a central angle of 20°21'16"; thence from a tangent bearing of N 48°06'54" W run Northwesterly along the arc of said curve, 383.82 feet; thence N 37°56'18" W, 17.87 feet; thence N 30°54'21" W, 193.79 feet to a point on a non-tangent curve concave Southeasterly having a radius of 762.70 feet, and a central angle of 08°52'54"; thence from a tangent bearing of S 63°58'49" W run Southwesterly along the arc of said curve, 118.23 feet; thence S 55°05'55" W, 58.77 feet to a point of curvature of a curve concave Southeasterly having a radius of 160.82 feet, and a central angle of 19°16'01"; thence run Southwesterly along the arc of said curve, 54.08 feet; to a point of reverse curvature of a curve concave Northwesterly having a radius of 159.35 feet, and a central angle of 36°15'00"; thence run Southwesterly along the arc of said curve, 100.82 feet; thence S 72°04'54" W, 26.78 feet to a point of curvature of a curve concave Southeasterly having a radius of 158.03 feet, and a central angle of 21°54'44"; thence run Southwesterly along the arc of said curve, 60.44 feet; to a point on a non-tangent curve concave Northeasterly having a radius of 52.89 feet, and a central angle of 104°26'29"; thence from a tangent bearing of S 75°27'00" W run Northwesterly along the arc of said curve, 96.41 feet; thence N 00°06'31" W, 54.31 feet; thence N 74°49'42" W, 43.41 feet; thence S 44°47'41" W, 145.43 feet; thence S 45°05'06" E, 18.68 feet; thence S 03°14'02" W, 84.66 feet; thence S 05°12'38" E, 58.35 feet to a point of curvature of a curve concave Easterly having a radius of 1125.00 feet, and a central angle of 27°57'29"; thence run Southerly along the arc of said curve, 548.95 feet; thence S 33°10'07" E, 163.59 feet to a point of curvature of a curve concave Westerly having a radius of 492.00 feet, and a central angle of 26°59'13"; thence run Southerly along the arc of said curve, 231.74 feet; thence N 86°26'26" E, 126.87 feet; thence N 76°15'46" E, 63.89 feet; thence S 64°36'17" E, 118.17 feet; thence S 52°36'40" E, 63.05 feet; thence S 45°16'16" E, 127.88 feet to a point of curvature of a curve concave Southwesterly having a radius of 25.00 feet, and a central angle of 35°13'41"; thence run Southeasterly along the arc of said curve, 15.37 feet; thence S 10°02'35" E, 93.01 feet to a point of curvature of a curve concave Westerly having a radius of 25.00 feet, and a central angle of 46°18'35"; thence run Southerly along the arc of said curve, 20.21 feet; thence S 36°16'00" W, 28.53 feet; thence S

20°23'46" W, 184.90 feet; thence S 25°05'40" W, 31.33 feet to a point on a non-tangent curve concave Northwesterly having a radius of 25.00 feet, and a central angle of 33°58'13"; thence from a tangent bearing of S 21°14'14" W run Southwesterly along the arc of said curve, 14.82 feet; thence S 55°12'27" W, 19.76 feet; thence S 18°42'59" W, 22.23 feet to a point on a non-tangent curve concave Southwesterly having a radius of 1908.34 feet, and a central angle of 22°05'51"; thence from a tangent bearing of S 75°17'36" E run Southeasterly along the arc of said curve, 736.00 feet; thence S 53°11'44" E, 1498.58 feet to a point of curvature of a curve concave Northeasterly having a radius of 950.92 feet, and a central angle of 14°29'06"; thence run Southeasterly along the arc of said curve, 240.40 feet; to a point of compound curvature of a curve concave Northerly having a radius of 513.39 feet, and a central angle of 13°13'42"; thence run Easterly along the arc of said curve, 118.53 feet; thence S 80°54'32" E, 34.76 feet to a point of curvature of a curve concave Northerly having a radius of 1109.03 feet, and a central angle of 07°17'21"; thence run Easterly along the arc of said curve, 141.09 feet; thence S 88°11'54" E, 77.05 feet; thence S 89°29'03" E, 140.11 feet; thence S 89°29'03" E, 433.68 feet; thence N 89°58'59" E, 1465.17 feet; thence N 00°00'00" E, 131.18 feet; thence N 45°00'00" W, 71.68 feet; thence N 00°00'00" E, 633.08 feet; thence N 89°59'00" W, 445.76 feet; thence N 00°27'46" E, 673.19 feet; thence S 89°58'17" E, 398.81 feet; thence N 00°00'00" E, 753.74 feet; thence N 90°00'00" W, 362.43 feet; thence N 05°16'59" W, 106.23 feet; thence N 26°33'54" W, 135.35 feet; thence N 47°32'44" E, 146.69 feet; thence N 11°28'34" E, 24.04 feet to a point of curvature of a curve concave Westerly having a radius of 15.00 feet, and a central angle of 52°09'22"; thence run Northerly along the arc of said curve, 13.65 feet; thence N 40°40'48" W, 82.81 feet; thence N 90°00'00" W, 73.87 feet to a point on a non-tangent curve concave Westerly having a radius of 1396.50 feet, and a central angle of 06°53'10"; thence from a tangent bearing of N 07°09'56" E run Northerly along the arc of said curve, 167.84 feet; thence N 00°16'47" E, 0.50 feet to the Northwest corner of the Northeast 1/4 of the Southwest 1/4 of Section 17 Township 24 South Range 28 East; thence S 89°56'53" E, 3992.90 feet along the North line of the South half of Section 17, to the East 1/4 corner of Section 17; thence S 00°24'52" W, 2682.68 feet along the East section line of Section 17 to the Southeast corner of Section 17 and the Northeast corner of Section 20, Township 24 South, Range 28 East; thence S 00°01'36" E, 1333.66 feet along the East section line of Section 20 to the Southeast corner of the Northeast 1/4 of the Northeast 1/4 of Section 20 and the Southwest corner of the Northwest 1/4 of the Northwest 1/4 of Section 21, Township 24 South, Range 28 East; thence N 89°57'37" E, 670.11 feet to the Northwest corner of the Northeast 1/4 of the Southwest 1/4 of the Northwest 1/4 of Section 21; thence S 00°08'32" E, 668.06 feet to the Southwest corner thereof; thence S 89°55'30" E, 671.45 feet to the Northeast corner of the Southeast 1/4 of the Southwest 1/4 of the Northwest 1/4 of Section 21; thence S 00°15'27" E, 669.41 feet to the Northwest corner of the Northeast 1/4 of the Southwest 1/4 of Section 21; thence S 00°44'42" E, 656.38 feet to the Northwest corner of Lot 85, Munger and Company Subdivision of Section 21, according to the Plat recorded in Plat Book E Page 22 of the Public Records of Orange County Florida; thence S 89°51'01" E, 335.66 feet to the Northeast corner of said Lot 85; thence S 00°40'49" E, 656.31 feet to the Southeast corner of Lot 85; thence S 89°53'15" E, 1004.75 feet along the North line of the Southeast 1/4 of the Southwest 1/4 of Section 21 to the Northeast corner thereof; thence S 00°29'10" E, 655.63 feet along the West line of the Northwest 1/4, Southwest 1/4 of the Southeast 1/4 of Section 21 to the Southwest corner thereof; thence N 89°20'56" E, 666.99 feet along the South line of the Northwest 1/4, Southwest 1/4 of the Southeast 1/4 of Section 21 to the Southeast corner thereof; thence N 00°21'22" W, 652.39 feet along the West line of the Northeast 1/4, Southwest 1/4 of the Southeast 1/4 of Section 21 to the Northwest corner thereof; thence N 89°37'38" E, 2005.42 feet along the North line of the South half of the Southeast 1/4 of Section 21 to the Northeast corner thereof, said point also being the Southwest corner of the Northwest 1/4 of the Southwest 1/4 of Section 22, Township 24 South, Range 28 East; thence N 00°02'32" E, 1285.39 feet along the West line of Section 22 to the West 1/4 corner of Section 22; thence N 89°50'49" E, 714.94 feet along the North line of the South half of Section 22 to the Easterly right of way line of State Road 535 as shown in map section 75280-2465 and dated 2/22/1993; thence S 10°07'11" E,

1214.10 feet run along said right-of-way; thence run along a deed described in document number 20190036003 in the Public Records of Orange County Florida the flowing four courses; N 89°37'24" E, 749.86 feet; N 38°29'47" E, 22.59 feet; N 38°29'47" E, 576.34 feet; thence S 51°31'36" E, 50.00 feet to a point on the Westerly right-of-way of State Road 400 as shown in map section 75280-2465 and dated 2/22/1993; thence run along said right-of-way, S 38°29'47" W, 6175.37 feet to a point on the Westerly right-of-way line of State Road 536 as shown in map section 75000-2520 and dated 3/05/1998; thence departing State Road 400 run along State Road 536 the following courses; S 43°35'47" W, 1571.44 feet to a point on a non-tangent curve concave Northwesterly having a radius of 1809.88 feet, and a central angle of 37°23'38"; thence from a tangent bearing of S 42°29'48" W run Southwesterly along the arc of said curve, 1185.59 feet; thence S 79°52'51" W, 1492.49 feet to a point on the West line of Section 28, and on the East line of Section 29, Township 24 South, Range 28 East, said point lying N 00°00'07" W, 387.61 feet from the Southwest corner of Section 28; thence S 79°52'53" W, 95.47 feet to a point of curvature of a curve concave Northerly having a radius of 2191.83 feet and a central angle of 32°28'09"; thence run Westerly along the arc of said curve, 1242.10 feet; thence N 69°59'50" W, 311.61 feet; thence run S 23°29'47" W, 304.91 feet to a point on a non-tangent curve concave Southwesterly, having a radius of 11402.16 feet and a central angle of 00°29'43"; thence from a tangent bearing of S 65°33'17" E, run Southeasterly along the arc of said curve, 98.56 feet; thence S 58°56'26" E, 509.41 feet to a point on a non-tangent curve concave Southwesterly, having a radius of 900.00 feet and a central angle of 02°31'40"; thence run Southeasterly along the arc of said curve 39.70 feet to a point on the South line the Southeast 1/4 of Section 29, said point lying N 89°50'43" W, 1167.48 feet from the Southeast corner of Section 29; thence leaving said right-of-way, run N 89°50'43" W along the South line of the Southeast 1/4 of Section 29, 1496.10 feet, to the South Quarter corner thereof; thence N 89°50'42" W, 2152.59 feet along the South line of the Southwest 1/4 of Section 29 to a point on the right-of-way of Chelonia Parkway as shown on the Plat of Bonnet Creek Resort recorded in Plat Book 56, Page 41 of the Public Records of Orange County Florida; thence run along said right-of-way the following courses; due North 163.29 feet to the point of curvature of a curve concave Southeasterly, having a radius of 675.00 feet and a central angle of 45°40'47"; thence run Northeasterly along the arc of said curve 538.15 feet to a point of reverse curvature of a curve concave Westerly, having a radius of 825.00 feet and a central angle of 98°34'08"; thence run Northeasterly and Northwesterly along the arc of said curve 1419.29 feet to a point of reverse curvature of a curve concave Northeasterly having a radius of 500.84 feet and a central angle of 22°53'21"; thence run Northwesterly and Northerly along the arc of said curve 200.08 feet; thence N 30°00'00" W, 326.45 feet to a point on a Deed described in Official Records Book 5208, Page 3884 of the Public Records of Orange County Florida; thence departing said Plat run along said Deed, N 30°00'00" W, 245.14 feet, to a point on a Deed described in document number 202000359979 of the Public Records of Orange County Florida; thence run along said Deed the following four courses; N 74°50'28" E, 100.11 feet; N 87°20'49" W, 74.69 feet; N 27°09'24" W, 47.56 feet; S 63°22'25" W, 20.69 feet, to a point on a Deed described in document number 202000360380 of the Public Records of Orange County Florida; thence run along said Deed the following courses; S 00°00'00" E, 20.42 feet; N 90°00'00" W, 30.04 feet to a point on a non-tangent curve concave Easterly having a radius of 48.00 feet, and a central angle of 47°40'00"; from a tangent bearing of N 29°07'51" W run Northerly along the arc of said curve, 39.93 feet; S 79°56'22" W, 74.35 feet; N 30°03'16" W, 21.84 feet; S 59°56'44" W, 12.14 feet; S 30°03'16" E, 17.42 feet; S 79°56'22" W, 34.35 feet; N 69°28'35" W, 49.22 feet; S 74°41'50" W, 40.22 feet; thence departing said Deed run along aforesaid Deed recorded in Official Records Book 5208, Page 3884 the following five courses; S 57°06'40" E, 133.74 feet; S 57°06'40" E, 167.71 feet; S 30°00'00" E, 180.00 feet; S 06°15'02" E, 54.63 feet; S 30°00'00" E, 408.17 feet to a point of curvature of a curve concave Northeasterly, having a radius of 650.84 feet and a central angle of 22°53'21"; run Southeasterly along the arc of said curve 260.00 feet to a point on aforesaid Plat; and  a point of reverse curvature of a curve concave Westerly, having a radius of 675.00 feet and a central angle of 98°34'08"; thence run Southeasterly and Southwesterly along the arc of said

curve and Plat, 1161.24 feet to a point of reverse curvature of a curve concave Southeasterly, having a radius of 825.00 feet and a central angle of 45°40'47"; thence run Southwesterly along the arc of said curve and Plat, 657.74 feet; thence run along and Plat due South, 162.89 feet to the South line of the Southwest 1/4 of Section 29; thence departing said Plat and the right-of-way line of Chelonia Parkway run N 89°50'42" W along the South line of the Southwest 1/4 of Section 29, 360.99 feet to the Southwest corner of Section 29 and the Northeast corner of Section 31, Township 24 South, Range 28 East; thence S 00°40'50" E, 2749.41 feet along the East line of the Northeast 1/4 of Section 31 to the Southeast corner thereof; thence S 00°27'13" W, 2643.90 feet along the East line of the Southeast 1/4 of Section 31 to the Southeast corner of Section 31; thence N 89°36'01" W, 2646.94 feet along the South line of the Southeast 1/4 of Section 31 to the Southwest corner thereof; thence N 89°56'54" W, 2748.82 feet along the South line of the Southwest 1/4 of Section 31 to the Southwest corner thereof and the Southeast corner of Section 36, Township 24 South Range 27 East; thence S 89°50'04" W, 2658.48 feet along the South line of the Southeast 1/4 of Section 36 to the Southwest corner thereof; thence S 89°46'36" W, 2656.21 feet along the South line of the Southwest 1/4 of Section 36 to the Southwest corner thereof and the Southeast corner of Section 35, Township 24 South Range 27 East; thence S 89°48'35" W, 2652.59 feet along the South line of the Southeast 1/4 of Section 35 to the Southwest corner thereof; thence S 89°44'07" W, 2661.05 feet along the South line of the Southwest 1/4 of Section 35 to the Southwest corner of said Section and the Southeast corner of Section 34, Township 24 South Range 27 East; thence S 89°46'46" W, 3438.73 feet along the South line of Section 34 to a point on the boundary of Black Lake Village according to the Plat thereof recorded in Plat Book 75, Page 149 of the Public Records of Orange County Florida; thence leaving the South line of Section 34, run along the Easterly and Northerly boundary of said Plat following courses; N 00°13'59" W, 29.01 feet; N 14°42'28" W, 114.62 feet; N 06°53'49" W, 123.97 feet to a point of curvature of a curve concave Easterly having a radius of 25.00 feet, and a central angle of 16°36'26"; run Northerly along the arc of said curve, 7.25 feet; N 09°42'37" E, 104.21 feet to a point of curvature of a curve concave Southeasterly having a radius of 25.00 feet, and a central angle of 51°24'11"; run Northeasterly along the arc of said curve, 22.43 feet; N 61°06'48" E, 53.88 feet; N 71°34'02" E, 17.56 feet; N 18°25'51" W, 18.21 feet to a point on a non-tangent curve concave Northeasterly having a radius of 50.00 feet, and a central angle of 106°48'50"; from a tangent bearing of N 80°45'36" W run Northwesterly along the arc of said curve, 93.21 feet; N 31°47'40" W, 44.69 feet to a point on a non-tangent curve concave Northwesterly having a radius of 436.00 feet, and a central angle of 15°56'47"; from a tangent bearing of S 58°12'21" W run Southwesterly along the arc of said curve, 121.35 feet; S 74°09'08" W, 308.68 feet to a point of curvature of a curve concave Southeasterly having a radius of 514.00 feet, and a central angle of 20°05'00"; run Southwesterly along the arc of said curve, 180.17 feet; S 54°04'10" W, 67.69 feet to a point of curvature of a curve concave Northerly having a radius of 315.00 feet, and a central angle of 35°55'53"; run Westerly along the arc of said curve, 197.54 feet; N 89°59'58" W, 83.84 feet to a point of curvature of a curve concave Northerly having a radius of 381.00 feet, and a central angle of 34°07'58"; run Westerly along the arc of said curve, 226.97 feet; to a point of reverse curvature of a curve concave Southerly having a radius of 384.88 feet, and a central angle of 34°00'28"; run Westerly along the arc of said curve, 228.44 feet; to a point of reverse curvature of a curve concave Northerly having a radius of 185.00 feet, and a central angle of 35°39'45"; run Westerly along the arc of said curve, 115.15 feet; to a point of compound curvature of a curve concave Easterly having a radius of 47.00 feet, and a central angle of 130°32'06"; run Northerly along the arc of said curve, 107.08 feet; N 76°19'21" E, 28.14 feet; S 89°22'47" E, 9.24 feet; N 75°08'23" E, 42.15 feet; N 66°44'45" E, 45.92 feet; N 58°10'56" E, 7.13 feet; N 40°00'00" E, 8.68 feet; N 28°21'12" E, 21.50 feet; N 19°11'06" E, 7.97 feet; N 05°44'49" E, 22.07 feet; N 09°37'03" E, 18.85 feet; N 28°18'59" E, 25.32 feet; N 39°33'24" E, 18.56 feet; N 51°48'12" E, 17.01 feet; N 53°20'03" E, 12.93 feet; N 67°23'56" E, 18.89 feet; N 61°31'34" E, 16.11 feet; N 85°31'20" E, 16.65 feet; S 84°27'04" E, 14.79 feet; S 66°07'30" E, 25.25 feet; S 70°01'08" E, 21.22 feet; S 76°11'40" E, 28.29 feet; S 81°04'45" E, 15.99 feet; S 63°15'14" E, 32.58 feet; S 71°35'23" E, 7.28 feet; S

83°45'15" E, 20.77 feet; N 86°06'18" E, 21.64 feet; S 75°49'09" E, 17.31 feet; S 87°55'16" E, 10.48 feet; N 72°43'50" E, 26.75 feet; N 60°42'21" E, 36.44 feet; N 77°16'53" E, 19.62 feet; N 68°37'24" E, 7.52 feet; N 57°06'15" E, 21.62 feet; N 48°30'29" E, 7.40 feet; N 29°59'26" E, 8.68 feet; N 13°42'55" E, 39.82 feet; N 10°06'24" E, 32.03 feet; N 01°43'31" W, 29.22 feet; N 05°37'39" W, 26.82 feet; N 12°01'53" W, 42.36 feet; N 21°06'43" W, 7.72 feet; N 36°50'10" W, 37.65 feet; N 47°37'33" W, 25.00 feet; N 56°19'26" W, 44.83 feet; N 49°30'53" W, 55.06 feet; N 59°47'57" W, 8.89 feet; N 72°21'36" W, 36.00 feet; N 82°08'10" W, 65.71 feet; S 89°42'01" W, 51.60 feet; N 80°08'53" W, 56.11 feet; N 89°26'00" W, 8.09 feet; S 81°14'14" W, 46.34 feet; S 78°42'25" W, 40.49 feet; S 77°43'02" W, 63.74 feet; S 79°09'43" W, 47.65 feet; S 72°48'44" W, 44.03 feet; S 63°14'34" W, 42.60 feet; S 57°48'39" W, 28.70 feet; S 64°21'00" W, 20.44 feet; S 67°06'48" W, 29.21 feet; S 83°28'20" W, 29.99 feet; S 83°04'31" W, 27.06 feet; S 84°19'19" W, 42.81 feet to a point of curvature of a curve concave Northeasterly having a radius of 50.00 feet, and a central angle of 83°36'01"; run Northwesterly along the arc of said curve, 72.95 feet; to a point of compound curvature of a curve concave Easterly having a radius of 188.00 feet, and a central angle of 27°45'45"; run Northerly along the arc of said curve, 91.10 feet; S 89°52'10" W, 174.16 feet; thence departing said Plat run along the West line of the Southwest 1/4 of Section 34, N 00°00'19" E, 313.89 feet to the Northwest corner of the Southwest 1/4 of the Southwest 1/4 of Section 34 and the Northeast corner of the Southeast 1/4 of the Southeast 1/4 of Section 33, Township 24 South, Range 27 East; thence continue N 00°00'19" E 498.35 feet to the Southeast corner of the North 5/8 of the Northeast 1/4 of the Southeast 1/4 of Section 33; thence run along the South line of the North 5/8 of the Northeast 1/4 of the Southeast 1/4 of Section 33, N 89°47'57" W, 1326.58 feet to the Southwest corner thereof; thence run along the West line of the North 5/8 of the Northeast 1/4, of the Southeast 1/4 of Section 33, N 00°00'31" E, 835.26 feet to the Northwest corner thereof; thence run along the West line of the Southeast 1/4 of the Northeast 1/4 of Section 33, N 00°00'25" E, 1321.43 feet to the Northwest corner thereof; thence run along the North line of the Southeast 1/4 of the Northeast 1/4 of Section 33, S 89°55'44" E, 1326.40 feet; to the Northeast corner thereof; thence run along the West line of the Northeast 1/4 of Section 34 Township 24 South Range 27 East, N 00°00'06" E, 1329.09 feet to the Northwest corner thereof; thence N 89°53'53" E, 2679.47 feet along the North line of the Northwest 1/4 of Section 34 to the Northeast corner thereof and the Southwest corner of the Southeast 1/4 of Section 27, Township 24 South, Range 27 East; thence N 00°01'11" W, 3964.69 feet along the West line of the East 1/2 of Section 27 to the Southeast corner of the Northeast 1/4 of the Northwest 1/4 of Section 27; thence S 89°37'54" W, 1332.15 feet along the South line of the Northeast 1/4 of the Northwest 1/4 of Section 27 to the Southwest corner thereof; thence N 00°08'12" E, 1330.97 feet along the West line of the Northeast 1/4 of the Northwest 1/4 of Section 27 to the Northwest corner thereof,; thence S 89°46'29" W, 1328.51 feet along the North line of the Northwest 1/4 of Section 27 to the Northwest corner of Section 27 and the Northeast corner of Section 28, Township 24 South, Range 27 East; thence S 89°48'06" W, 1331.20 feet along the North line of the Northeast 1/4 of the Northeast 1/4 of Section 28, to the Northeast corner of the West 1/2 of the Northeast 1/4 of Section 28; thence S 00°12'18" W, 882.69 feet along the East line of the West 1/2 and the Northeast 1/4 of Section 28, Township 24 South, Range 27 East to a point on the Westerly right of way line of State Road 429 as described in Official Records Book 7070, Page 2553 and Book 7106, Page 2802 of the Public Records of Orange County Florida also being a point on Flamingo Crossings East according to the Plat thereof and recorded in Plat Book 97, Page 95 of the Public Records of Orange County Florida and a point on a non-tangent curve concave Southwesterly having a radius of 2204.09 feet, and a central angle of 07°27'37"; thence from a tangent bearing N 29°38'58" W run Northwesterly along the arc of said curve, right of way line and Plat, 286.99 feet; thence continue along said right of way line and Plat the following two courses; N 37°06'36" W, 690.17 feet to a point on a non-tangent curve concave Northeasterly having a radius of 808.57 feet, and a central angle of 09°35'40"; from a tangent bearing N 38°37'50" W run Northwesterly along the arc of said curve, 135.40 feet; thence departing said right of way line continue along said Plat; N 88°48'31" W, 555.60 feet to a point on the right of way line of Hartzog Road as described

in Official Records Book 9782, page 7172, Book 10170, Page 4303, Book 10173, page 8868 and Book 10815, Page 4619 of the Public Records of Orange County Florida and a point on a non-tangent curve concave Westerly having a radius of 1010.00 feet, and a central angle of 02°00'23"; from a tangent bearing of S 05°42'00" E run Southerly along the arc of said curve, Plat and right of way line, 35.37 feet; thence run along said Plat and right of way line the following courses; S 00°27'57" W, 105.56 feet to a point of curvature of a curve concave Westerly having a radius of 899.35 feet, and a central angle of 05°39'43"; run Southerly along the arc of said curve, 88.87 feet; S 06°07'41" W, 311.81 feet to a point of curvature of a curve concave Easterly having a radius of 2004.50 feet, and a central angle of 06°19'57"; run Southerly along the arc of said curve, 221.54 feet; S 00°12'16" E, 702.26 feet; S 23°02'00" E, 19.33 feet; S 00°12'16" E, 198.27 feet; S 14°29'10" W, 29.80 feet to a point on a non-tangent curve concave Westerly having a radius of 2162.49 feet, and a central angle of 07°53'08"; from a tangent bearing of S 00°12'49" W run Southerly along the arc of said curve, 297.62 feet; S 08°05'57" W, 46.90 feet; N 81°54'04" W, 10.00 feet; S 08°05'57" W, 154.78 feet; S 81°54'04" E, 5.50 feet to a point on a non-tangent curve concave Westerly having a radius of 1175.00 feet, and a central angle of 07°00'25"; from a tangent bearing of S 08°05'57" W run Southerly along the arc of said curve, 143.70 feet; S 00°07'03" W, 13.59 feet; thence departing said Plat continue along said right of way line, the following courses; N 89°54'54" W, 160.89 feet to a point on a non-tangent curve concave Westerly having a radius of 1025.00 feet, and a central angle of 10°07'39"; from a tangent bearing of N 18°13'36" E run Northerly along the arc of said curve, 181.18 feet; S 81°54'03" E, 5.50 feet; N 08°05'57" E, 201.68 feet to a point of curvature of a curve concave Westerly having a radius of 2013.49 feet, and a central angle of 08°18'12"; run Northerly along the arc of said curve, 291.80 feet; N 00°12'16" W, 931.40 feet to a point of curvature of a curve concave Easterly having a radius of 2153.50 feet, and a central angle of 06°19'57"; run Northerly along the arc of said curve, 238.01 feet; N 06°07'41" E, 291.80 feet; N 00°07'03" E, 196.68 feet to a point on the South line of the Southwest 1/4 of Section 21, Township 24 South, Range 27 East; thence departing said right of way line, S 89°49'36" W, 453.70 feet along the South line of the Southwest 1/4 of Section 21, Township 24 South, Range 27 East to a point on Flamingo Crossings West according to the Plat thereof and recorded in Plat Book 100, Page 37 of the Public Records of Orange County Florida; thence run along said Plat the following three courses; N 40°17'32" W, 323.52 feet; N 32°21'38" W, 271.63 feet; N 34°30'31" W, 120.76 feet; thence N 46°26'37" W, 108.80 feet along said Plat and its Northwesterly extension; thence S 89°49'14" W, 28.71 feet to a point of curvature of a curve concave Southerly having a radius of 934.00 feet, and a central angle of 01°05'30"; thence run Westerly along the arc of said curve, 17.79 feet; thence S 00°10'31" E, 11.26 feet; thence S 89°49'29" W, 28.35 feet; thence S 04°02'58" E, 4.66 feet; thence S 86°05'06" W, 22.85 feet; thence N 03°54'54" W, 6.14 feet; thence S 89°49'29" W, 173.97 feet to a point of curvature of a curve concave Northerly having a radius of 2158.53 feet, and a central angle of 24°05'38"; thence run Westerly along the arc of said curve, 907.70 feet; thence N 66°04'53" W, 548.81 feet to a point on the West line of the Southwest 1/4 of Section 21, Township 24 South, Range 27 East; thence run along said line, S 00°35'44" W, 1052.90 feet to the Southwest corner thereof; thence entering Section 20, Township 24 South, Range 27 East run S 89°18'37" W, 2676.09 feet along the South line of the Southeast 1/4 of said Section 20, to the Southwest corner thereof; thence N 89°32'00" W, 2636.90 feet run along the South line of the Southwest 1/4 of said Section 20, to the Southwest corner thereof; thence N 00°12'29" E, 1187.50 feet along the West line of the Southwest 1/4 of said Section 20; thence entering Section 19, Township 24 South, Range 27 East run, S 89°00'18" W, 988.08 feet along the South line of the North 150.00 feet of the Southeast 1/4 of the Southeast 1/4 of said Section 19, to a point on the Easterly right of way line of Avalon Boulevard as described in Deed Book 402, Page 312, Deed Book 402, Page 353 and Deed Book 357 of the Public Records of Orange County Florida; thence run along said right of way line the following two courses; N 19°17'43" E, 1348.72 feet to a point on a non-tangent curve concave Easterly having a radius of 2832.01 feet, and a central angle of 04°49'44"; from a tangent bearing of N 19°16'05" E run Northerly along the arc of said curve, 238.69 feet to a point on the North line of the Northeast 1/4 of the Northeast 1/4 of the Southeast

1/4 of said Section 19; thence N 88°44'55" E, 459.61 feet along said line to the Northeast corner of the Southeast 1/4 of said Section 19; thence entering Section 20, Township 24 South, Range 27 East run N 00°13'41" E, 708.14 feet along the West line of the Northwest 1/4 of said Section 20 to a point on the aforesaid Avalon Road right of way line and a point on a non-tangent curve concave Southeasterly having a radius of 2829.41 feet, and a central angle of 01°55'19"; thence from a tangent bearing of N 41°26'37" E run Northeasterly along the arc of said curve and right of way line, 94.91 feet; thence N 43°21'56" E, 753.57 feet along said right of way line to a point on the North line of the South 1/2 of the Northwest 1/4 of said Section 20; thence N 89°50'32" E, 2068.41 feet along said line to the Southeast corner of the Northeast 1/4 of the Northwest 1/4 of said Section 20; thence N 00°21'49" E, 1334.18 feet along the West line of the Northwest 1/4 of the Northeast 1/4 of said Section 20 to the Northwest corner of the Northeast 1/4; thence S 89°45'19" E, 2697.33 feet along the North line of the Northeast 1/4 of said Section 20 to the Northeast corner of said Section 20 and the Southeast corner of Section 17, Township 24 South, Range 27 East; thence entering said Section 17 N 00°02'13" E, 2669.40 feet along the East line of the Southeast 1/4 of Section 17 to the Northeast corner thereof; thence S 89°43'49" W, 1347.90 feet along the South line of the East 1/2 of the Northeast 1/4 of Section 17, to the Southwest corner thereof; thence N 00°18'18" W, 2652.68 feet along the West line of the East 1/2 of the Northeast 1/4 of Section 17 to the Northwest corner thereof; thence S 89°39'31" W, 2661.03 feet along the North line of Section 17 to the Northwest corner of the Northeast 1/4 of the Northwest 1/4 of Section 17 and the Southwest corner of the Southeast 1/4 of the Southwest 1/4 of Section 8, Township 24 South, Range 27 East; thence N 00°24'44" E, 242.11 feet along the West line of the Southeast 1/4 of the Southwest 1/4 of Section 8 to a point on the Easterly right-of-way line of County Road 545 as described in Deed Book 402, Page 355 of the Public Records of Orange County Florida; said point being a point on a non-tangent curve concave Westerly, having a radius of 2826.01 feet, and a central angle of 19°14'15"; thence from a tangent bearing of N 18°34'50" E, run Northerly along the arc of said curve and right-of-way, 948.86 feet; thence continue along said right-of-way, N 00°39'25" W, 141.86 feet; thence N 89°41'27" E, 1188.92 feet along the North line of the Southeast 1/4 of the Southwest 1/4 of Section 8 to the Northeast corner thereof; thence N 00°15'09" E, 1315.34 feet along the West line of the Northwest 1/4 of the Southeast 1/4 of Section 8 to the Northwest corner thereof; thence N 00°14'57" E, 50.00 feet along the West line of the Northeast 1/4 of Section 8 to a point on the Northerly right-of-way line of Hartzog Road as described in Official Records Book 9782, Page 7172 of the Public Records of Orange County Florida; thence run along said right-of-way line the following three courses; N 89°43'25" E, 671.30 feet; N 23°57'49" E, 158.82 feet to a point on a non-tangent curve concave Southwesterly having a radius of 2750.09 feet, and a central angle of 04°43'07"; from a tangent bearing of S 33°16'29" E run Southeasterly along the arc of said curve, 226.49 feet; thence N 89°43'24" E, 1038.21 feet along the North line of the Southeast 1/4 of Section 8; to a point on Deed recorded in Official Records Book 7121, Page 2952 of the Public Records of Orange County Florida; and a point on a non-tangent curve concave Southerly having a radius of 2894.93 feet, and a central angle of 08°15'21"; thence Entering Section 9, Township 24 South, Range 27 East, from a tangent bearing of N 82°01'15" W run Westerly along the arc of said curve and Deed, 417.14 feet; thence S 89°43'24" W, 258.73 feet along said Deed to a point on the Easterly right of way line of State Road 429 as recorded in Official Records Book 7106, Page 7802 of the Public Records of Orange County Florida; thence run along said right of way line the following two courses; N 21°29'36" W, 110.97 feet; N 20°48'24" W, 1048.03 feet; thence N 00°08'24" E, 211.55 feet along the West line of the East 530.00 feet of the Southwest 1/4 of the Northeast 1/4 of said Section 8; thence S 89°41'25" W, 797.83 feet along the South line of the North 1/2 of the Northeast 1/4 of said Section 8; thence S 89°34'56" W, 1230.74 feet along the South line of the Northeast 1/4 of the Northwest 1/4 of said Section 8 to a point on the Easterly right of way line of Avalon Boulevard as described in Deed Book 402, Page 355 of the Public Records of Orange County Florida; thence run along said right of way line the following three courses; N 00°39'25" W, 853.44 feet to a point on a non-tangent curve concave Easterly having a radius of 3241.05 feet, and a central angle of 05°37'30"; from a tangent bearing of N

00°36'59" W run Northerly along the arc of said curve, 318.19 feet; N 05°00'31" E, 152.48 feet; thence N 89°26'29" E, 1220.84 feet along the North line of the Northwest 1/4 of said Section 8 to the Northeast corner thereof; thence N 89°39'25" E, 2650.62 feet along the North line of the Northeast 1/4 of said Section 8 to the Northeast corner thereof; thence entering Section 9, Township 24 South, Range 27 East run, N 89°46'07" E, 1608.33 feet along the North line of the Northwest 1/4 of said Section 9; to a point on Southerly right of way line of Seidel Road as described in Deed Book 789, Page 243 and Deed Book 892, Page 552 of the Public Records of Orange County Florida and a non-tangent curve concave Northerly having a radius of 357.62 feet, and a central angle of 23°38'08"; thence from a tangent bearing of S 66°08'04" W run Westerly along the arc of said curve and right of way line, 147.53 feet; thence run along said right of way line the following three courses; S 89°46'01" W, 139.26 feet; S 89°46'07" W, 1325.83 feet; S 89°39'24" W, 554.03 feet; thence run along a right of way line described in Official Records Book 7070, Page 2553 of the Public Records of Orange County Florida the following twelve courses; S 00°20'32" E, 20.00 feet; S 89°39'28" W, 363.61 feet; S 84°38'15" W, 372.03 feet; S 00°20'32" E, 14.94 feet; S 89°40'22" W, 138.87 feet; S 42°20'36" W, 55.11 feet; S 00°03'00" W, 857.17 feet to a point of curvature of a curve concave Northeasterly having a radius of 250.01 feet, and a central angle of 90°21'35"; run Southeasterly along the arc of said curve, 394.28 feet; N 89°41'19" E, 364.69 feet; S 00°18'35" E, 80.00 feet; S 89°41'25" W, 481.37 feet to a point on a non-tangent curve concave Northeasterly having a radius of 350.02 feet, and a central angle of 72°08'18"; from a tangent bearing of N 70°50'15" W run Northwesterly along the arc of said curve, 440.69 feet; thence S 89°41'15" W, 483.83 feet along a right of way line described in Official Records Book 7106, Page 2802 of the Public Records of Orange County Florida to a point that is 10.00 feet Easterly of when measure perpendicular to the Easterly right of way line of aforesaid State Road 429; and a point on a non-tangent curve concave Easterly having a radius of 3721.85 feet, and a central angle of 03°53'37"; thence from a tangent bearing of S 16°54'47" E run Southerly along the arc of said curve and a line that is 10.00 feet Easterly of and parallel with said right of way line, 252.93 feet; thence S 20°48'24" E, 96.16 feet along said parallel to its intersection with a line that is 10.00 feet North of and parallel with the South line of the Northwest 1/4 of the Northeast 1/4 of said Section 8; thence N 89°41'25" E, 83.88 feet along said line that is 10.00 feet North of and parallel with the South line of the Northwest 1/4 of the Northeast 1/4 of said Section 8, to its intersection with the West line of the East 520.00 feet of the Southwest 1/4 of the Northeast 1/4 of said Section 8; thence S 00°08'24" W, 219.78 feet along the West line of the East 520.00 feet of the Southwest 1/4 of the Northeast 1/4 of said Section 8, to its intersection with a line that is 10.00 feet East of when measure perpendicular to the Easterly right of way line of aforesaid State Road 429; thence S 20°48'24" E, 836.45 feet along said parallel line to a point on a Deed described in Official Records Book 9324, Page 367 of the Public Records of Orange County Florida; thence run along said Deed the following six courses; S 87°25'27" E, 291.32 feet; thence N 88°48'53" E, 166.97 feet; N 86°44'00" E, 142.45 feet; N 06°27'19" W, 91.16 feet; N 28°52'42" E, 302.51 feet; N 69°30'43" E, 659.82 feet to a point on a deed described in Official Records Book 10810, Page 147 of the Public Records of Orange County Florida; thence run along said Deed the following four courses; N 84°17'43" E, 306.52 feet; N 55°03'52" E, 1274.60 feet; N 33°11'17" E, 877.94 feet; N 08°37'23" E, 258.89 feet; thence N 89°46'07" E, 980.18 feet along the North line of the Northwest 1/4 of said Section 9 to the Northeast corner thereof; thence S 00°03'05" W, 2653.53 feet along the East line of the Northwest 1/4 of said Section 9 to the Southeast corner thereof; thence S 89°44'05" W, 1325.36 feet along the South line of the Southeast 1/4 of the Northwest 1/4 of Section 9 to the Southwest corner thereof; thence S 00°08'51" W, 1314.23 feet along the East line of the Northwest 1/4 of the Southwest 1/4 of Section 9 to the Southeast corner thereof; thence N 89°45'10" E, 1327.55 feet along the North line of the Southeast 1/4 of the Southwest 1/4 of Section 9 to the Northeast corner thereof; thence S 00°03'05" W, 1314.64 feet along the East line of the Southeast 1/4 of the Southwest 1/4 of Section 9 to the Southeast corner of the Southwest 1/4 of Section 9; thence N 89°53'46" E, 2633.36 feet along the South line of the Southeast 1/4 of Section 9 to the Southeast corner thereof and the Southwest corner of Section 10, Township 24

South, Range 27 East; thence N 00°15'35" E, 5286.81 feet along the West section line of Section 10 to the Northwest corner thereof and the Southwest corner of Section 3, Township 24 South, Range 27 East; thence N 00°11'50" W, 2661.64 feet along the West line of the Southwest 1/4, Section 3 to the Northwest corner thereof; thence N 89°39'50" E, 3976.31 feet along the North line of the South half of Section 3 to the Northeast corner of the Northwest 1/4 of the Southeast 1/4 of Section 3; thence S 00°04'39" E, 1326.78 feet along the East line of the Northwest 1/4 of the Southeast 1/4 of Section 3 to the Northwest corner of the Southeast 1/4 of the Southeast 1/4 of Section 3; thence N 89°37'16" E, 1328.99 feet along the North line of the Southeast 1/4 of the Southeast 1/4 of Section 3 to the Northeast corner thereof and the Northwest corner of the Southwest 1/4 of the Southwest 1/4 of Section 2, Township 24 South, Range 27 East; thence N 00°07'50" W, 1325.78 feet along the West line of Northwest 1/4, of the Southwest 1/4, of Section 2 to the Northwest corner thereof; thence N 00°07'43" W, 400.13 feet along the West line of the Northwest 1/4, of Section 2; thence run along the Northerly boundary of a deed recorded in Official Records Book 1457, Page 934 of the Public Records of Orange County Florida the following three courses; N 86°46'13" E, 1024.87 feet; N 77°37'23" E, 1103.42 feet; N 53°18'38" E, 1872.82 feet to a point on the Southerly right-of-way line of Reams Road as shown on Plat book 3, Page 85 of the Public Records of Orange County Florida; thence run along said right-of-way line the following three courses; S 43°40'10" E, 1382.92 feet to the beginning of a curve concave to the Northeast, having a radius of 546.86 feet and a central angle of 46°21'00"; thence run Southeasterly along the arc of said curve 442.39 feet; thence N 89°58'50" E, 341.61 feet; thence leaving said right-of-way, run S 00°19'24" E, 603.75 feet along the East line of the Northeast 1/4 of Section 2, to the Southeast corner thereof, and the Northwest corner of the Northwest 1/4 of the Southwest 1/4 of Section 1, Township 24 South, Range 27 East; thence N 89°43'47" E, along the North line of the Northwest 1/4 of the Southwest 1/4 of Section 1, 1297.19 feet to a point 25 feet West of the Northeast corner of the Northwest 1/4 of the Southwest 1/4 of Section 1; thence N 00°12'21" W, 598.76 feet along a line that is 25.00 feet West of and parallel to the West line of the Southeast 1/4 of the Northwest 1/4 of Section 1 to the Southerly right-of-way line of aforesaid Reams Road; thence N 89°56'46" E, 100.00 feet along said Southerly right-of-way of Reams Road; thence run along the Easterly and Northerly boundary of a deed recorded in Official Records Book 1465, Page 307 of the Public Records of Orange County Florida the following five courses; S 02°04'12" E, 523.43 feet; N 89°43'40" E, 52.00 feet; S 00°12'21" E, 49.00 feet; N 89°43'41" E, 229.00 feet; S 00°12'25" E, 26.23 feet; thence N 89°43'47" E, 1039.16 feet along the North line of the South half of Section 1 to a point 90.00 feet East of the Northeast corner of the Southwest 1/4 of Section 1; thence S 05°34'33" W, 911.86 feet; thence S 00°05'18" E, 420.00 feet along the East line of the Northeast 1/4 of the Southwest 1/4 of Section 1 to the Southeast corner thereof; thence N 89°44'10" E, 2649.93 feet along the North line of the South half of the Southeast 1/4 of Section 1 to the Point of Beginning.

Less the following recorded parcels in the Public Records of Orange County Florida:

| | |
|---|---|
| Book 2688, Page 1702 | Instrument 20050766353 |
| Book 6194, Page 4392 | Instrument 20160090446 |
| Book 9745, Page 8716 | Instrument 20160316309 |
| Book 10275, Page 7457 | Instrument 20160316310 |
| Book 10304, Page 8949 | Instrument 20160344785 |
| Book 10681, Page 7447 | Instrument 20210271782 |
| Book 10681, Page 7453 | Instrument 20220000060 |
| Book 10681, Page 7458 | Instrument 20220073431 |
| Book 10778, Page 5071 | Instrument 20220542316 |
| Book 10987, Page 8396 | |
| Instrument 20050679647 | |

DESCRIPTION OF
DEVELOPERS' AGREEMENT
IN OSCEOLA COUNTY, FLORIDA

A parcel of land lying in Sections 1, 2, 11 through 14, 23 through 26, Township 25 South, Range 27 East, and Sections 5 through 9, 16 through 20, 30 and 31, Township 25 South, Range 28 East, Osceola County, Florida, and being more particularly described as follows:

Begin at the Northwest corner of said Section 6, run along the North line of the Northwest 1/4 of Section 6,Township 25 South, Range 28 East run, S 89°56'54" E, 2748.82 feet to the Northeast corner thereof; thence S 89°36'01" E, 2646.94 feet along the North line of the Northeast 1/4 of said Section 6 to the Northeast corner thereof; thence entering Section 5,Township 25 South, Range 28 East run N 89°42'15" E, 2600.72 feet along the North line of the Northwest 1/4 of said Section 5 to the Northeast corner there of; thence S 89°17'26" E, 153.63 feet along the North line of the Northeast 1/4 of said Section 5 to a point on the State Road 400 right of way line shown on Map Section 92130-2401 and dated August 28, 1969; thence run along said right of way line the following three courses; S 38°30'29" W, 248.14 feet to a point of curvature of a curve concave Northwesterly having a radius of 85794.19 feet, and a central angle of 01°26'58"; run Southwesterly along the arc of said curve, 2170.39 feet; S 39°57'27" W, 2021.20 feet; thence S 01°12'07" W, 1838.47 feet along the West line of the Southwest 1/4 of said Section 5 to the Southwest corner thereof; thence entering Section 8,Township 25 South, Range 28 East run N 89°47'15" E, 2643.05 feet along the North line of the Northwest 1/4 of said Section 8 to the Northeast corner thereof; thence N 89°44'15" E, 2642.73 feet along the North line of the Northeast 1/4 of said Section 8 to the Northeast corner thereof; thence entering Section 9,Township 25 South, Range 28 East run N 89°47'42" E, 1315.60 feet along the North line of the West 1/2 of the  Northwest 1/4 of said Section 9 to the Northeast corner thereof; thence S 00°04'39" E, 2645.23 feet along the East line of the West 1/2 of the Northwest 1/4 of said Section 9; thence S 00°03'27" E, 1320.49 feet along the East line of the Northwest 1/4 of the Southwest 1/4 of said Section 9; thence N 89°46'36" E, 1311.24 feet along the North line of the Southeast 1/4 of the Southwest 1/4 of said Section 9; thence N 89°54'53" E, 1343.01 feet along the North line of the Southwest 1/4 of the Southeast 1/4 of said Section 9; thence S 00°00'12" E, 1320.26 feet along the East line of the Southwest 1/4 of the Southeast 1/4 of said Section 9; thence S 89°58'40" W, 1342.90 feet along the South line of the Southwest 1/4 of the Southeast 1/4 of said Section 9; thence S 89°42'06" W, 1310.10 feet along the South line of the Southeast 1/4 of the Southwest 1/4 of said Section 9; thence entering Section 16,Township 25 South, Range 28 East run S 00°42'14" E, 1335.79 feet along the East line of the Northwest 1/4 of the Northwest 1/4 of said Section 16; thence S 89°44'25" W, 1319.70 feet along the South line of the Northwest 1/4 of the Northwest 1/4 of said Section 16; thence S 00°17'31" E, 1334.87 feet along the West line of the Southwest 1/4 of the Northwest 1/4 of said Section 16; thence N 89°46'42" E, 2658.61 feet along the North line of the Southwest 1/4 of said Section 16; thence S 01°06'54" E, 1338.43 feet along the East line of the Northeast 1/4 of the Southwest 1/4 of said Section 16; thence S 89°51'04" W, 2677.84 feet along the South line of the North 1/2, of the Southwest 1/4 of said Section 16; thence S 00°17'31" E, 1334.87 feet West line of the Southwest 1/4 of the Southwest 1/4 of said Section 16 to the Southwest corner of said Section 16; thence entering Section 20,Township 25 South, Range 28 East run S 00°20'44" E, 5339.36 feet along the East line of said Section 20 to the Southeast corner thereof; thence S 89°31'09" W, 5313.04 feet along the South line of said Section 20 to the Southwest corner thereof; thence entering Section 30,Township 25 South, Range 28 East run S 00°24'07" W, 5287.28 feet along the East line of said Section 30 to the Southeast corner thereof; thence entering Section 31,Township 25 South, Range 28 East run S 00°25'58" W, 2630.53 feet along the East line of the Northeast 1/4 of said Section 31 to the Southeast corner thereof; thence S 00°26'32" W, 1339.91 feet along the East line of the Northeast 1/4 of the Southeast 1/4 of said Section 31; thence S 89°38'07" W, 1325.49 feet along the South line of the Northeast 1/4 of

the Southeast 1/4 of said Section 31; thence N 00°21'55" E, 1337.78 feet along the West line of the Northeast 1/4 of the Southeast 1/4 of said Section 31; thence S 89°32'39" W, 663.66 feet along the South line of the East 1/2 of the West 1/2 of the Northeast 1/4 of said Section 31; thence N 00°19'27" E, 2635.75 feet along the West line of the East 1/2 of the West 1/2 of the Northeast 1/4 of said Section 31; thence entering Section 30,Township 25 South, Range 28 East run S 89°41'46" W, 665.30 feet along the South line of the Southeast 1/4 of said Section 30; thence S 89°41'31" W, 2661.88 feet along the South line of the Southwest 1/4 of said Section 30 to the Southwest corner thereof; thence entering Section 25,Township 25 South, Range 27 East run S 89°54'33" W, 2658.96 feet run along the South line of the Southeast 1/4 of said Section 25 to the Southwest corner thereof; thence S 89°52'03" W, 2644.80 feet along the South line of the Southwest 1/4 of said Section 25 to the Southwest corner thereof; thence entering Section 26,Township 25 South, Range 27 East run S 89°49'42" W, 1327.07 feet along the South line of the Southeast 1/4 of the Southeast 1/4 of said Section 26; thence N 00°03'44" W, 1330.70 feet along West line of the Southeast 1/4 of the Southeast 1/4 of said Section 26; thence S 89°52'21" W, 1326.94 feet along South line of the Northwest 1/4 of the Southeast 1/4 of said Section 26; thence N 00°03'24" W, 1331.72 feet along West line of the Northwest 1/4 of the Southeast 1/4 of said Section 26; thence S 89°55'00" W, 1666.58 feet along the South line of the Northwest 1/4 of said Section 26; thence N 00°00'25" W, 1930.44 feet along the West line of the East 5/8 of the Northwest 1/4 of said Section 26, to a point on the Easterly right of way line of State Road 400 as described in Official Records Book 2326, Page 701 of the Public Records of Osceola County Florida and a non-tangent curve concave Southeasterly having a radius of 3921.00 feet, and a central angle of 14°53'09"; thence from a tangent bearing of N 25°02'25" E run Northeasterly along the arc of said curve and right of way line, 1018.71 feet; thence continue along said right of way line the following two courses; N 39°57'15" E, 901.93 feet; N 50°02'45" W, 9.00 feet; thence N 39°57'15" E, 654.77 feet along the State Road 400 right of way line shown on Map Section 92130-2401 and dated August 28, 1969; thence N 89°45'55" E, 128.02 feet along the North line of the Southeast 1/4 of the Southwest 1/4 Section 23,Township 25 South, Range 27 East; thence N 00°05'36" E, 3974.79 feet along the West line of the East 1/2 of said Section 23; thence entering Section 14,Township 25 South, Range 27 East run N 00°01'48" W, 1338.67 feet along West line of the Southwest 1/4 of the Southeast 1/4 of said Section 14; thence S 89°58'43" W, 431.70 feet along the South line of the Northeast 1/4 of the Southwest 1/4 said Section 14; thence N 00°04'30" W, 1337.83 feet along the East line of the West 235.00 feet of the East 1/2 of the Northeast 1/4 of the Southwest 1/4 of said Section 14; thence S 89°52'00" W, 235.00 feet along the South line of the Northwest 1/4 of said Section 14; thence N 00°04'30" W, 1328.24 feet along the West line of East 1/2 of the Southeast 1/4 of the Northwest 1/4 of said Section 14; thence S 89°49'34" W, 334.40 feet along the South line of the East 1/2 of the West 1/2 of the Northeast 1/4 of the Northwest 1/4 of said Section 14; thence N 00°05'51" W, 1328.00 feet along the West line of the East 1/2 of the West 1/2 of the Northeast 1/4 of the Northwest 1/4 of said Section 14; thence entering Section 11,Township 25 South, Range 27 East run S 89°47'08" W, 1004.74 feet along the Southwest 1/4 of said Section 11; thence N 00°10'06" E, 666.14 feet along the West line of the Southeast 1/4 of the Southwest 1/4 of the Southwest 1/4 of said Section 11; thence S 89°53'39" W, 419.88 feet along the South line of the Northwest 1/4 of the Southwest 1/4 of the Southwest 1/4 of said Section 11; thence N 00°16'32" E, 208.71 feet along a line that is 208.71 feet East of and parallel with the East right of way line of County Road 545 as shown on Map Section 9257-150 dated June 21, 1955; thence S 89°53'43" W, 208.71 feet along a line that is 208.71 feet North of and parallel with South line of the Southwest 1/4 of said Section 11; thence N 00°16'32" E, 458.63 feet along the aforesaid East right of way line of County Road 545; thence S 89°59'41" E, 293.67 feet along the North line of the Northwest 1/4 of the Southwest 1/4 of said Section 11; thence N 00°13'21" E, 666.77 feet along the West line of the East 1/2 of the Southwest 1/4 of the Northwest 1/4 of the Southwest 1/4 of said Section 11; thence S 89°53'03" E, 666.11 feet along the North line of the South 1/2 of the Northwest 1/4 of the Southwest 1/4 of said Section 11; thence N 00°06'58" E, 615.49

feet along the West line of the East 1/2 of the Northeast 1/4 of the Northwest 1/4 of the Southwest 1/4 of said Section 11; thence S 89°46'25" E, 332.34 feet along a line 50.00 feet South of and parallel with the North line of the Southwest 1/4 of said Section 11; thence N 00°13'26" E, 50.00 feet West line of the Northeast 1/4 of the Southwest 1/4 of said Section 11; thence S 89°46'24" E, 332.44 feet along the South line of the West 1/2 of the Southwest 1/4 of the Southeast 1/4 of the Northwest 1/4 of said Section 11; thence N 00°00'19" W, 663.86 feet along the West line of the East 1/2 of the Southwest 1/4 of the Southeast 1/4 of the Northwest 1/4 of said Section 11; thence S 89°51'37" E, 331.87 feet along the North line of the East 1/2 of the Southwest 1/4 of the Southeast 1/4 of the Northwest 1/4 of said Section 11; thence N 00°03'15" W, 1328.72 feet along the West line of the East 1/4 of the Northwest 1/4 of said Section 11; thence N 89°57'56" E, 661.47 feet along the North line of the Southeast 1/4 of the Northeast 1/4 of the Northwest 1/4 of Section 11; thence N 00°09'07" W, 665.37 feet along the West line of the Northeast 1/4 of said Section 11 to the Northwest corner of the Northeast 1/4 of said Section 11; thence entering Section 2,Township 25 South, Range 27 East run N 00°22'03" E, 5290.72 feet along the West line of the East 1/2 of said Section 2; thence S 89°44'07" W, 495.03 feet along a line 10.00 feet South of and parallel with the North line of the Northwest 1/4 of said Section 2; thence S 00°22'03" W, 1390.09 feet along a line 495.00 feet West of and parallel with the West line of the East 1/2 of said Section 2; thence S 89°44'07" W, 2110.14 feet along a line 1400.00 feet South of and parallel with the North line of the Northwest 1/4 of said Section 2 to a point on the Easterly boundary of de-annexation Resolution No. 442 on record at Reedy Creek Improvement District; thence run along said boundary the following courses; N 02°17'23" E, 40.72 feet; N 18°56'28" E, 11.18 feet; N 00°08'32" E, 14.20 feet; N 45°08'32" E, 35.36 feet; S 89°51'28" E, 4.49 feet; N 00°08'32" E, 60.00 feet; N 44°51'28" W, 35.36 feet; N 00°08'32" E, 10.44 feet; N 44°51'28" W, 4.24 feet; N 00°08'32" E, 346.14 feet; N 01°09'08" W, 176.69 feet; N 44°51'28" W, 39.61 feet; N 00°08'32" E, 660.14 feet to a point on the North line of the Northwest 1/4 of said Section 2 and being 25.00 feet East of the Northwest corner of said Section 2; thence N 89°44'07" E, 2636.05 feet along the North line of the Northwest 1/4 of said Section 2 to the Northeast corner thereof; thence N 89°48'35" E, 2652.59 feet along the North line of the Northeast 1/4 of said Section 2 to the Northeast corner thereof; thence entering Section 1,Township 25 South, Range 27 East run N 89°46'36" E, 2656.21 feet along the North line of the Northwest 1/4 of said Section 1 to the Northeast corner thereof; thence N 89°50'04" E, 2658.48 feet along the North line of the Northeast 1/4 of said Section 1 to the Northeast corner thereof to the Point of Beginning, containing 11063.93, acres more or less.

Less and except the following:

A parcel of land lying in Sections 11 through 14, Township 25 South, Range 27 East, Osceola County, Florida, and being more particularly described as follows:

Commence at the Northwest corner of the Northeast 1/4 of said Section 11, run along the West line of the Northeast 1/4 of said Section 11, S 00°09'07" E, 132.00 feet; thence N 89°52'08" E, 1175.60 feet along a line that is 132.00 feet South of and parallel with the North line of the Northeast 1/4 of said Section 11 to a point on the boundary of de-annexation Resolution No. 291 as described in Official Records Book 1235, Page 1769 of the Public Records of Osceola County, Florida, and the Point of Beginning; thence continue along aforesaid parallel line, N 89°52'11" E, 240.29 feet to a point on a deed recorded in Official Records Book 1563, Page 2410 of the Public Records of Osceola County Florida; thence run along said line following two courses; S 79°55'37" W, 62.09 feet; N 89°52'08" E, 193.48 feet to a point on a deed recorded in Official Records Book 1674, Page 2470 of the Public Records of Osceola County Florida; thence run along said deed the following five courses; S 00°07'52" E, 207.00 feet; S 89°52'08" W, 350.00 feet; S 00°07'52" E, 500.00 feet; N 89°52'08" E, 400.00 feet; N 00°07'52" W, 707.00 feet to a point on the aforementioned deed recorded in Official Records Book 1563, Page 2410; thence run along said deed the following courses; N 89°52'09" E, 2.14 feet; S 45°03'23" E, 42.36 feet; S 00°00'00"

E, 174.79 feet to a point of curvature of a curve concave Easterly having a radius of 1597.84 feet, and a central angle of 09°05'25"; run Southerly along the arc of said curve, 253.51 feet; S 09°05'25" E, 282.87 feet to a point of curvature of a curve concave Westerly having a radius of 1457.85 feet, and a central angle of 26°10'31"; run Southerly along the arc of said curve, 666.01 feet; S 17°05'06" W, 544.65 feet to a point of curvature of a curve concave Northeasterly having a radius of 1597.85 feet, and a central angle of 102°07'51"; run Southeasterly along the arc of said curve, 2848.19 feet to a point on a deed recorded in Official Records Book 1280, Page 1782 of the Public Records of Osceola County Florida; thence departing deed recorded in Official Records Book 1674, Page 2470 following the deed recorded in Official Records Book 1280, Page 1782 following courses; said point being  a point of compound curvature of a curve concave Northerly having a radius of 1597.89 feet, and a central angle of 07°30'00"; run Easterly along the arc of said curve, 209.16 feet; S 54°40'11" E, 66.55 feet; S 12°49'30" E, 117.68 feet to a point on a non-tangent curve concave Easterly having a radius of 2009.86 feet, and a central angle of 24°18'27"; from a tangent bearing of S 10°48'36" W run Southerly along the arc of said curve, 852.67 feet; S 13°29'51" E, 341.79 feet; S 13°29'51" E, 408.71 feet to a point of curvature of a curve concave Westerly having a radius of 1809.86 feet, and a central angle of 11°41'10"; run Southerly along the arc of said curve, 369.14 feet; to a point of compound curvature of a curve concave Westerly having a radius of 1809.86 feet, and a central angle of 17°06'44"; thence run Southerly along the arc of said curve, 540.54 feet; S 15°17'58" W, 294.15 feet; thence departing said deed run along the Westerly right of way line of State Road 400 and World Drive Interchange as described in Official Records Book 1659, Page 1492 of the Public Records of Osceola County Florida the following courses; S 15°15'17" W, 300.03 feet; N 74°44'43" W, 45.00 feet; S 17°31'41" W, 302.54 feet; thence S 15°15'11" W, 177.35 feet to a point on a non-tangent curve concave Easterly having a radius of 4501.37 feet, and a central angle of 06°46'34"; from a tangent bearing of S 15°15'19" W run Southerly along the arc of said curve, 532.35 feet; S 08°28'42" W, 421.43 feet; S 81°31'15" E, 26.00 feet; S 08°28'45" W, 543.00 feet; N 81°31'15" W, 26.00 feet; S 08°28'44" W, 1288.75 feet to a point of curvature of a curve concave Northwesterly having a radius of 1051.92 feet, and a central angle of 30°21'09"; run Southwesterly along the arc of said curve, 557.26 feet; S 38°49'53" W, 892.32 feet to a point on the aforesaid Reedy Creek Improvement District de-annexation Resolution No. 291; thence run along said de-annexation boundary the following courses; N 34°24'01" W, 342.34 feet; thence N 41°10'58" E, 504.10 feet; N 56°53'24" W, 1046.80 feet; N 00°00'05" W, 182.99 feet; N 00°00'05" W, 262.45 feet; N 00°00'05" W, 604.56 feet; N 20°22'32" E, 1354.78 feet; N 39°36'34" E, 1142.27 feet; N 89°59'55" E, 550.00 feet; N 00°00'05" W, 1600.00 feet; N 53°58'26" W, 680.07 feet; N 11°08'10" W, 1105.17 feet; N 44°36'19" W, 1268.50 feet; N 61°15'45" W, 889.74 feet; N 18°33'37" W, 469.54 feet; thence N 00°00'05" W, 391.70 feet; N 89°59'55" E, 48.91 feet; N 06°11'23" E, 746.77 feet; thence N 13°51'33" E, 679.15 feet; N 45°31'55" E, 264.41 feet; N 89°59'55" E, 356.15 feet; thence N 00°00'05" W, 317.21 feet to the Point of Beginning, containing 263.49 acres, more or less.

AND

      A parcel of land lying in Sections 11 through 14, Township 25 South, Range 27 East, Osceola County, Florida, and being more particularly described as follows:
      Commence at the Northwest corner of the Northeast 1/4 of said Section 11, run along the West line of the Northeast 1/4 of said Section 11, S 00°09'07" E, 132.00 feet; thence N 89°52'08" E, 1922.52 feet along a line that is 132.00 feet South of and parallel with the North line of the Northeast 1/4 of said Section 11 to a point on Southerly right of way line of State Road 530 and a point on the boundary of de-annexation Resolution No. 291 as described in Official Records Book 1235, Page 1769 of the Public Records of Osceola County, Florida, and the Point of Beginning; thence run along said boundaries the following five courses; N 89°52'07" E, 728.48 feet; N 89°52'44" E, 1251.91 feet; N 89°50'43" E, 190.56 feet to a point on a non-tangent curve concave Northeasterly having a radius of 814.00 feet, and a central

angle of 20°35'33"; from a tangent bearing of S 19°06'55" E run Southeasterly along the arc of said curve, 292.56 feet; to a point on a non-tangent curve concave Northeasterly having a radius of 1073.93 feet, and a central angle of 17°34'32"; from a tangent bearing of S 36°35'41" E run Southeasterly along the arc of said curve, 329.43 feet; thence departing said right of way line continue along the aforesaid de-annexation boundary the following courses; S 00°08'00" E, 455.76 feet;  N 89°52'00" E, 20.00 feet;  S 00°08'00" E, 488.84 feet to a point on a non-tangent curve concave Westerly having a radius of 1759.86 feet, and a central angle of 33°38'13";  from a tangent bearing of S 00°08'08" E run Southerly along the arc of said curve, 1033.17 feet;  S 33°30'09" W, 1183.50 feet to a point of curvature of a curve concave Southeasterly having a radius of 2059.86 feet, and a central angle of 14°13'45"; run Southwesterly along the arc of said curve, 511.56 feet; to a point on a non-tangent curve concave Northerly having a radius of 1457.89 feet, and a central angle of 12°05'33"; from a tangent bearing of S 82°51'48" W run Westerly along the arc of said curve, 307.69 feet; to a point of compound curvature of a curve concave Northerly having a radius of 1457.79 feet, and a central angle of 29°15'05";  run Westerly along the arc of said curve, 744.25 feet;  N 34°12'14" E, 149.99 feet;  N 38°16'56" W, 139.49 feet;  N 20°31'56" W, 110.01 feet;  N 70°14'49" W, 129.46 feet;  N 45°48'22" W, 132.54 feet;  S 89°14'11" W, 181.70 feet to a point on a non-tangent curve concave Easterly having a radius of 1457.85 feet, and a central angle of 47°22'50"; from a tangent bearing of N 30°17'44" W run Northerly along the arc of said curve, 1205.56 feet;  N 17°05'06" E, 386.62 feet;  S 72°54'50" E, 290.44 feet;  N 10°23'11" E, 320.40 feet;  N 04°30'12" E, 320.81 feet;  N 87°47'48" W, 244.99 feet to a point on a non-tangent curve concave Westerly having a radius of 1597.84 feet, and a central angle of 11°17'38";  from a tangent bearing of N 02°12'13" E run Northerly along the arc of said curve, 314.96 feet;  N 09°05'25" W, 282.87 feet to a point of curvature of a curve concave Easterly having a radius of 1457.85 feet, and a central angle of 09°05'25";  run Northerly along the arc of said curve, 231.30 feet;  N 00°00'00" E, 186.09 feet;  N 44°56'12" E, 42.49 feet to the Point of Beginning, containing 191.436 Acres, more or less.

AND

A parcel of land lying in Sections 12 and 13, Township 25 South, Range 27 East and Section 7, Township 25 South, Range 28 East, Osceola County, Florida, and being more particularly described as follows:

Commence at the Northwest corner of said Section 7, run along the West line of the Northwest 1/4 of said Section 7, S 00°16'52" W, 182.00 feet, to a point on Southerly right of way line of State Road 530 and a point on the boundary of de-annexation Resolution No. 291 as described in Official Records Book 1235, Page 1769 of the Public Records of Osceola County, Florida, and the Point of Beginning; thence run along said de-annexation boundary the following courses; N 89°36'48" E, 1370.16 feet to a point on a non-tangent curve concave Southerly having a radius of 2774.79 feet, and a central angle of 14°35'33"; from a tangent bearing of S 87°18'45" E run Easterly along the arc of said curve, 706.70 feet; S 72°43'12" E, 120.32 feet;  S 68°43'12" E, 476.40 feet to a point of curvature of a curve concave Southwesterly having a radius of 310.00 feet, and a central angle of 64°11'44"; run Southeasterly along the arc of said curve, 347.33 feet; to a point of compound curvature of a curve concave Westerly having a radius of 710.00 feet, and a central angle of 43°41'01";  run Southerly along the arc of said curve, 541.32 feet;  S 39°09'33" W, 593.50 feet;  S 39°49'53" W, 428.75 feet to a point on a non-tangent curve concave Northwesterly having a radius of 17038.73 feet, and a central angle of 00°07'01";  from a tangent bearing of S 39°57'15" W run Southwesterly along the arc of said curve, 34.76 feet; to a point of compound curvature of a curve concave Northwesterly having a radius of 17038.73 feet, and a central angle of 00°07'00";  run Southwesterly along the arc of said curve, 34.73 feet; to a point of compound curvature of a curve concave Northwesterly having a radius of 17038.73 feet, and a central angle of 05°07'15"; run Southwesterly along the arc of said curve, 1522.83 feet; to a point of reverse curvature

of a curve concave Southeasterly having a radius of 17338.73 feet, and a central angle of 07°18'35"; run Southwesterly along the arc of said curve, 2212.08 feet; to a point of compound curvature of a curve concave Southeasterly having a radius of 17338.73 feet, and a central angle of 03°23'57"; run Southwesterly along the arc of said curve, 1028.62 feet; to a point of reverse curvature of a curve concave Northwesterly having a radius of 17038.73 feet, and a central angle of 05°03'27"; run Southwesterly along the arc of said curve, 1503.98 feet; S 44°18'34" W, 2356.77 feet to a point on a non-tangent curve concave Northerly having a radius of 451.67 feet, and a central angle of 120°17'51"; from a tangent bearing of S 44°19'15" W run Westerly along the arc of said curve, 948.32 feet; to a point of compound curvature of a curve concave Easterly having a radius of 1767.86 feet, and a central angle of 30°38'14"; run Northerly along the arc of said curve, 945.31 feet; N 15°15'17" E, 57.43 feet; N 74°44'43" W, 42.00 feet; N 10°06'45" E, 301.24 feet; N 15°17'20" E, 293.98 feet to a point on a non-tangent curve concave Westerly having a radius of 2009.86 feet, and a central angle of 28°47'54"; from a tangent bearing of N 15°18'05" E run Northerly along the arc of said curve, 1010.21 feet; N 13°29'49" W, 750.50 feet to a point of curvature of a curve concave Easterly having a radius of 1809.86 feet, and a central angle of 30°18'27"; run Northerly along the arc of said curve, 957.35 feet; N 46°27'10" E, 105.97 feet; to a point on a non-tangent curve concave Southeasterly having a radius of 1759.86 feet, and a central angle of 13°41'33"; from a tangent bearing of N 19°48'38" E run Northeasterly along the arc of said curve, 420.57 feet; N 33°30'11" E, 1183.50 feet to a point of curvature of a curve concave Westerly having a radius of 2059.86 feet, and a central angle of 33°23'10"; run Northerly along the arc of said curve, 1200.27 feet; N 05°42'05" E, 369.98 feet to a point of curvature of a curve concave Southeasterly having a radius of 426.87 feet, and a central angle of 56°29'55"; run Northeasterly along the arc of said curve, 420.93 feet; N 62°12'02" E, 1022.85 feet to a point of curvature of a curve concave Southerly having a radius of 1789.72 feet, and a central angle of 15°19'53"; run Easterly along the arc of said curve, 478.90 feet; to a point on a non-tangent curve concave Southerly having a radius of 1791.86 feet, and a central angle of 03°26'13"; from a tangent bearing of N 78°45'37" E run Easterly along the arc of said curve, 107.49 feet; to a point of compound curvature of a curve concave Southerly having a radius of 2181.28 feet, and a central angle of 06°37'08"; run Easterly along the arc of said curve, 251.98 feet; N 88°49'08" E, 659.02 feet; N 89°50'46" E, 591.75 feet to the Point of Beginning, containing 744.473 acres, more or less.


AND

    A parcel of land lying in Sections 12, 13, 23 and 24, Township 25 South, Range 27 East  and Sections 7,8,9, 17 through 20 and 30, Township 25 South, Range 28 East, Osceola County, Florida, and being more particularly described as follows:
    Commence at the Northwest corner of said Section 9, run along the West line of the Northwest 1/4 of said Section 9, S 00°08'49" E, 132.00 feet, to a point on Southerly right of way line of State Road 530 and a point on the boundary of de-annexation Resolution No. 291 as described in Official Records Book 1235, Page 1769 of the Public Records of Osceola County, Florida, and the Point of Beginning; thence run along said de-annexation boundary the following courses; N 89°47'42" E, 622.99 feet to a point on a non-tangent curve concave Northeasterly having a radius of 450.00 feet, and a central angle of 59°52'20"; from a tangent bearing of S 00°12'18" E run Southeasterly along the arc of said curve, 470.24 feet; S 60°04'38" E, 118.30 feet to a point of curvature of a curve concave Southwesterly having a radius of 150.00 feet, and a central angle of 60°00'00"; run Southeasterly along the arc of said curve, 157.08 feet; N 89°55'21" E, 40.00 feet; S 00°04'25" E, 2369.91 feet; N 89°56'33" E, 50.00 feet; S 00°03'27" E, 512.31 feet; S 00°03'27" E, 358.24 feet; S 47°23'03" W, 1794.78 feet; N 75°57'54" W, 2061.55 feet; S 53°52'46" W, 4747.05 feet; S 13°19'33" E, 1235.00 feet; S 57°29'14" E, 837.20 feet; S 26°03'58" E, 3172.66 feet;  S 45°00'05" E, 707.11 feet; S 09°55'30" W, 2030.39 feet; N 65°37'30" W,

1163.91 feet;  N 44°47'06" W, 1831.04 feet;  S 48°53'12" W, 715.92 feet;  N 65°37'30" W, 341.01 feet;  N 26°33'59" W, 2124.26 feet;  S 68°44'53" W, 965.66 feet;  S 16°54'23" E, 5330.34 feet;  S 50°31'34" W, 1101.14 feet;  N 41°38'06" W, 4214.56 feet;  N 18°02'08" W, 2261.08 feet;  S 89°59'55" W, 1650.00 feet;  S 00°00'05" E, 1224.24 feet;  S 35°39'14" W, 1200.88 feet;  S 89°59'55" W, 1800.00 feet;  N 34°46'45" W, 1157.70 feet;  N 27°43'20" W, 492.90 feet;  N 01°09'30" W, 124.30 feet;  N 50°54'37" W, 282.74 feet;  S 59°21'14" W, 36.00 feet;  N 38°52'34" W, 156.01 feet;  N 39°57'15" E, 502.67 feet;  N 43°58'16" E, 1918.88 feet to a point of curvature of a curve concave Southerly having a radius of 622.20 feet, and a central angle of 73°46'51";  run Easterly along the arc of said curve, 801.22 feet; to a point of compound curvature of a curve concave Southwesterly having a radius of 2405.91 feet, and a central angle of 15°39'49";  run Southeasterly along the arc of said curve, 657.74 feet; to a point on a non-tangent curve concave Southwesterly having a radius of 3677.60 feet, and a central angle of 09°13'43";  from a tangent bearing of S 46°35'06" E run Southeasterly along the arc of said curve, 592.35 feet;  S 37°21'28" E, 61.64 feet;  N 52°38'37" E, 295.00 feet;  N 37°21'24" W, 236.29 feet;  N 33°58'59" W, 295.13 feet to a point of curvature of a curve concave Easterly having a radius of 724.53 feet, and a central angle of 32°07'27";  run Northerly along the arc of said curve, 406.22 feet;  N 01°51'30" W, 914.66 feet to a point of curvature of a curve concave Easterly having a radius of 1433.91 feet, and a central angle of 30°54'26";  run Northerly along the arc of said curve, 773.50 feet;  N 31°08'21" E, 714.41 feet;  N 32°17'07" E, 68.88 feet to a point of curvature of a curve concave Southeasterly having a radius of 4489.66 feet, and a central angle of 06°27'44";  run Northeasterly along the arc of said curve, 506.37 feet;  N 38°44'50" E, 91.15 feet;  N 51°13'07" W, 15.63 feet;  N 39°57'15" E, 399.78 feet to a point of curvature of a curve concave Southeasterly having a radius of 17028.73 feet, and a central angle of 05°21'16"; run Northeasterly along the arc of said curve, 1591.38 feet; to a point of reverse curvature of a curve concave Northwesterly having a radius of 17348.73 feet, and a central angle of 00°22'04";  run Northeasterly along the arc of said curve, 111.39 feet;  N 45°03'33" W, 10.00 feet to a point on a non-tangent curve concave Northwesterly having a radius of 17341.08 feet, and a central angle of 04°36'46"; from a tangent bearing of N 44°56'25" E run Northeasterly along the arc of said curve, 1396.13 feet; to a point of compound curvature of a curve concave Northwesterly having a radius of 17338.73 feet, and a central angle of 05°43'39";  run Northeasterly along the arc of said curve, 1733.24 feet; to a point of reverse curvature of a curve concave Southeasterly having a radius of 17038.73 feet, and a central angle of 05°21'16";  run Northeasterly along the arc of said curve, 1592.32 feet;  N 39°57'15" E, 942.63 feet;  N 44°36'59" E, 348.99 feet to a point on a non-tangent curve concave Southeasterly having a radius of 1342.44 feet, and a central angle of 24°30'00";  from a tangent bearing of N 44°44'08" E run Northeasterly along the arc of said curve, 574.04 feet;  N 69°14'08" E, 1832.61 feet;  S 47°43'15" E, 1148.63 feet;  S 37°11'45" E, 2082.95 feet;  N 52°48'15" E, 150.00 feet;  N 37°11'45" W, 2096.77 feet;  N 47°43'15" W, 1086.16 feet;  N 69°14'08" E, 104.92 feet to a point of curvature of a curve concave Southerly having a radius of 1342.40 feet, and a central angle of 19°21'25";  run Easterly along the arc of said curve, 453.52 feet;  N 88°35'33" E, 600.08 feet;  N 83°15'36" E, 300.22 feet; thence N 89°45'45" E, 3676.81 feet to the Point of Beginning, containing 2908.288 acres, more or less.

AND

A parcel of land lying in Sections 23 through 26, Township 25 South, Range 27 East, and Section 30, Township 25 South, Range 28 East Osceola County, Florida, and being more particularly described as follows:

Commence at the Southeast corner of said Section 26, run along the East line of the Southeast 1/4 of said Section 26, N 00°04'03" W, 120.00 feet, to a point on the boundary of de-annexation Resolution No. 291 as described in Official Records Book 1235, Page 1769 of the Public Records of Osceola County, Florida, and the Point of Beginning; thence run along said de-annexation boundary the

following courses;  S 89°49'18" W, 678.98 feet; S 89°56'16" W,41.46 feet;  S 89°50'14" W,  486.92 feet;
N 00°07'57" W, 333.91 feet;  N 00°07'57" W, 177.25 feet; N 00°01'07" W, 178.96 feet; N 00°03'44" W,
631.66 feet;  S 89°52'13" W, 494.06 feet;  S 89°55'05" W, 828.90 feet; N 90°00'00" W, 5.12 feet;  N
00°08'06" W, 251.46 feet; N 00°08'09" W, 394.13 feet;  N 00°08'11" W, 655.92 feet;  N 00°13'25" W,
23.67 feet;  S 89°55'00" W, 128.49 feet; N 89°31'49" W, 397.18 feet;  N 89°31'34" W, 122.10 feet;  N
89°32'10" W, 47.99 feet; N 89°31'47" W, 361.14 feet;  N 89°31'38" W, 68.77 feet;  N 89°32'02" W, 98.33
feet;  N 89°31'40" W, 203.89 feet;  N 09°35'39" W, 23.58 feet;  N 34°30'31" E, 3.49 feet;  N 89°39'50" W,
46.97 feet;  S 89°55'09" W, 105.90 feet;  N 00°00'26" W, 1997.80 feet;  N 39°37'22" E, 1530.02 feet; N
39°37'22" E, 3105.08 feet;  S 25°35'45" E, 1405.42 feet;  S 48°02'51" W, 2129.92 feet;  S 27°09'04" E,
2191.46 feet;  N 89°59'55" E, 429.40 feet;  N 42°34'45" E, 61.38 feet;  N 77°28'31" E, 6.16 feet;  S
80°50'28" E, 42.95 feet;  S 76°40'19" E, 50.95 feet;  N 78°08'48" E, 34.33 feet;  S 30°04'17" E, 4.22 feet;
S 76°06'37" E, 130.56 feet;  N 89°59'55" E, 618.64 feet;  N 00°00'05" W, 1750.00 feet;  S 85°45'54" E,
2707.40 feet;  S 38°39'40" E, 320.15 feet;  S 01°48'36" E, 382.26 feet;  S 54°54'10" W, 2031.38 feet;  S
34°49'33" E, 1400.89 feet;  N 66°34'12" E, 2012.03 feet;  N 89°59'55" E, 1596.15 feet;  S 41°29'52" E,
1068.10 feet;  S 16°30'11" W, 1408.01 feet;  S 60°01'01" W, 808.14 feet;  N 44°46'55" W, 709.83 feet; N
00°00'05" W, 700.00 feet;  S 89°59'55" W, 1100.00 feet;  S 15°22'30" W, 829.70 feet;  S 89°59'55" W,
620.00 feet;  S 00°00'05" E, 250.00 feet;  N 89°45'12" E, 331.16 feet;  N 22°25'57" E, 47.85 feet;  N
32°49'38" W, 99.62 feet;  N 06°38'41" W, 20.86 feet;  N 67°06'55" E, 58.35 feet;  N 80°46'35" E, 124.29
feet;  N 59°15'21" E, 74.38 feet;  N 76°39'34" E, 72.66 feet;  S 59°47'48" E, 57.26 feet;  S 54°56'34" E,
123.34 feet;  S 58°10'29" E, 79.63 feet;  S 30°10'31" E, 44.20 feet; S 06°24'36" E, 107.82 feet;  S 11°28'54"
W, 73.24 feet;  S 17°38'04" W, 10.26 feet;  S 67°56'29" E, 225.59 feet;  N 45°25'09" E, 16.32 feet;  S
61°51'19" E, 58.22 feet;  S 30°56'12" E, 14.64 feet;  S 67°56'29" E, 748.10 feet;  S 89°54'33" W, 2032.92
feet;  S 89°51'55" W, 2644.56 feet;  S 00°04'03" E, 79.89 feet;  S 89°49'42" W, 1207.06 feet;  N 89°49'42"
E, 1207.06 feet to the Point of Beginning, containing 829.134 acres, more or less.

Less the following recorded parcel in the Public Records of Osceola County Florida:

      O.R. Book 6074, Page 1234

Containing in aggregate 24,200.76 acres more or less.





SHEET 2 OF 20 SHEETS



ABBREVIATIONS
D.B.=DEED BOOK
O.R.=OFFICIAL RECORDS
S.R.=STATE ROAD
R/W=RIGHT OF WAY
P.B.=PLAT BOOK
PSM=PROFESSIONAL SURVEYOR
   AND MAPPER
L.B.=LICENSED BUSINESS
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT

GRAPHIC SCALE
SCALE 1"= 400'

Less O.R. 20210271782

Less O.R.
10304/8949

Northerly and Easterly boundary of
Tract R, Golden Oak Phase 1B,
Plat Book 75, Pages 3–15

| FILING AREA | OVERALL | DATE: 12/7/22 |
| PROJECT NAME | DEVELOPERS' AGREEMENT IN ORANGE COUNTY | SCALE 1" = 400' |
| SURVEY TYPE | SKETCH OF DESCRIPTION | DRAWN BY: JLG |
| COMMENTS | SHEET 3 OF 20 SHEETS | FILENAME: 10JG22053 |

ACES
REEDY CREEK ENERGY SERVICES

P.O.B. 10000
LAKE BUENA VISTA
FL 32830–1000
PHONE 407–824–5855











GRAPHIC SCALE
SCALE 1" = 1000'
1000

RANGE 27 EAST

RANGE 28 EAST

36

ORANGE     COUNTY
TOWNSHIP 24 SOUTH

South line, SW 1/4,
Sec. 36-24-27

South line, SE 1/4, Sec. 36-24-27

South line, SW 1/4, Sec. 31-24-28

S 89°46'36" W   2656.21'

S 89°50'04" W   2658.48'

N 89°56'54" W   2748.82'

SW corner, SE 1/4,
Sec. 36-24-27

TOWNSHIP 25 SOUTH
OSCEOLA      COUNTY

SW corner, Sec. 31-24-28
SE corner, Sec. 36-24-27

SW corner, SE 1/4,
Sec. 31-24-28

ABBREVIATIONS
D.B.=DEED BOOK
O.R.=OFFICIAL RECORDS
S.R.=STATE ROAD
R/W=RIGHT OF WAY
P.B.=PLAT BOOK
PSM=PROFESSIONAL SURVEYOR
  AND MAPPER
L.B.=LICENSED BUSINESS
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT

1

P.O.B. 10000
LAKE BUENA VISTA
FL 32830-1000
PHONE 407-824-5855

| FILING AREA | OVERALL | DATE: 12/7/22 |
| PROJECT NAME | DEVELOPERS' AGREEMENT IN ORANGE COUNTY | SCALE 1" = 1000' |
| SURVEY TYPE | SKETCH OF DESCRIPTION | DRAWN BY: JLG |
| COMMENTS | SHEET 8 OF 20 SHEETS | FILENAME: 10JG22053 |



35

*ORANGE    COUNTY*
*TOWNSHIP 24 SOUTH*

South line, SW 1/4, Sec. 35-24-27    South line, SE 1/4, Sec. 35-24-27    South line, SW 1/4, Sec. 36-24-27

L219    S 89°44'07" W  2638.05'         S 89°48'35" W  2652.59'              S 89°46'36" W  2656.21

SW corner, Sec. 35-24-27                SW corner, SE 1/4,                    SW corner, Sec. 36-24-27
SE corner, Sec. 34-24-27                Sec. 35-24-27                         SE corner, Sec. 35-24-27

*TOWNSHIP 25  SOUTH*
*OSCEOLA    COUNTY*

ABBREVIATIONS
D.B.=DEED BOOK
O.R.=OFFICIAL RECORDS
S.R.=STATE ROAD
R/W=RIGHT OF WAY
P.B.=PLAT BOOK
PSM=PROFESSIONAL SURVEYOR
   AND MAPPER
L.B.=LICENSED BUSINESS
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT

2

GRAPHIC SCALE
SCALE 1" = 1000'

| | |
|---|---|
| FILING AREA | DATE: |
| *OVERALL* | 12/7/22 |
| PROJECT NAME | SCALE |
| *DEVELOPERS' AGREEMENT IN ORANGE COUNTY* | 1" = 1000' |
| SURVEY TYPE | DRAWN BY: |
| *SKETCH OF DESCRIPTION* | JLG |
| COMMENTS | FILENAME: |
| *SHEET 9 OF 20 SHEETS* | 10JG22053 |

ACES
P.O.B. 10000
LAKE BUENA VISTA
FL 32830-1000
PHONE 407-824-5855





SHEET 11 OF 20 SHEETS





ABBREVIATIONS
D.B.=DEED BOOK
O.R.=OFFICIAL RECORDS
S.R.=STATE ROAD
R/W=RIGHT OF WAY
P.B.=PLAT BOOK
PSM=PROFESSIONAL SURVEYOR
   AND MAPPER
L.B.=LICENSED BUSINESS
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT

**OVERALL**
FILING AREA
PROJECT NAME
*DEVELOPERS' AGREEMENT IN ORANGE COUNTY*
SURVEY TYPE
*SKETCH OF DESCRIPTION*
COMMENTS
*SHEET 13 OF 20 SHEETS*

P.O.B. 10000
LAKE BUENA VISTA
FL. 32830-1000
PHONE 407-824-5855

DATE:
12/7/22
SCALE
1" = 1000'
DRAWN BY:
JLG
FILENAME:
10JG22053







TOWNSHIP 24 SOUTH

Southerly R/W line of Reams Road

REAMS ROAD R/W P.B. 3/85
S 4? 10'05" E  1372.82

1382.92'

C106  L371

-25.00' We...
West line,

Northerly boundary
O.R. Book 1457, Page 934

N 86°46'13" E   N 77°37'23" E
1024.87'        1103.42'

L370

West line, NW 1/4, Sec. 2-24-27
NW corner, NW 1/4, SW 1/4, Sec. 2-24-27

2  NW corner, NW 1/4, SW 1/4, Sec. 1-24-27

East line, NE 1/4 Sec. 2-24-27
SE corner, NE 1/4, Sec. 2-24-27

L372

L373  L374

N 89°43'47" E
1297.19'

North line, NW 1/4, SW 1/4, Sec...

West line, NW 1/4, SW 1/4, Sec. 2-24-27

N 00°07'50" W
1325.78'

-25.00' West,
SW 1/4, Sec...

East line, NE 1/4, SW 1/...

N 89°37'16" E
1328.99'

NE corner, SE 1/4, SE 1/4, Sec. 3-24-27
NW corner, SW 1/4, SW 1/4, Sec. 2-24-27

SE corner, NE 1/4, SW...

GRAPHIC SCALE
SCALE 1" = 1000'
1000
0

ABBREVIATIONS
D.B.=DEED BOOK
D.R.=OFFICIAL RECORDS
S.R.=STATE ROAD
R/W=RIGHT OF WAY
P.B.=PLAT BOOK
PSM=PROFESSIONAL SURVEYOR
   AND MAPPER
L.B.=LICENSED BUSINESS
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT

11

ACES

P.O.B. 10000
LAKE BUENA VISTA
FL. 32830-1000
PHONE 407-824-5856

RELIABLE ENERGY SERVICES

| FILING AREA OVERALL | DATE: 12/7/22 |
| PROJECT NAME DEVELOPERS' AGREEMENT IN ORANGE COUNTY | SCALE 1" = 1000' |
| SURVEY TYPE SKETCH OF DESCRIPTION | DRAWN BY: JLG |
| COMMENTS SHEET 16 OF 20 SHEETS | FILENAME: 10JG22053 |



TOWNSHIP 24 SOUTH

165.00 feet South of the
North line, SE 1/4, NW 1/4
Sec. 6-24-28

West line, East 1/2,
SE 1/4, NW 1/4
Sec. 6-24-28

25.00' West of and parallel to
West line, SE 1/4, NW 1/4, Sec. 1-24-27

Southerly R/W of Reams Road

Easterly and Northerly line,
O.R. 1465, Page 307

North line, S. half
Sec. 1-24-27

90.00' East, NE corner, SW 1/4,
Sec. 1-24-27

NW 1/4,
Sec. 6-24-28

SW corner, E 1/2,
SE 1/4, NW 1/4
Sec. 6-24-28

N 89°43'47" E    1039.16'

N 89°43'47" E    1997.50'

N 89°43'47" E
1297.19'

North line, South half
West line, SW 1/4, Sec. 6-24-28

Less O.R. 2688/1702

25.00' West, NE corner, NW 1/4,
SW 1/4, Sec. 1-24-27

North line, South half,
SE 1/4, Sec. 1-24-27

East line, NE 1/4, SW 1/4, Sec. 1-24-27

SW corner, NW 1/4, SW
1/4, Sec. 6-24-28

N 89°44'10" E   2649.93'

SE corner, NE 1/4, SW 1/4, Sec. 1-24-27

P.O.B.
18508,513 Acres±

South line, Sec. 6-24-28

N 89°31'17" E   1683.05'

N 89°31'17
1381.64

SW corner, Sec. 6-24-28

RANGE 27 EAST

RANGE 28 EAST

ABBREVIATIONS
D.B.=DEED BOOK
O.R.=OFFICIAL RECORDS
S.R.=STATE ROAD
R/W=RIGHT OF WAY
P.B.=PLAT BOOK
PSM=PROFESSIONAL SURVEYOR
      AND MAPPER
LB.=LICENSED BUSINESS
SEC=SECTION
TWN.=TOWNSHIP
RNG.=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT

ACES
HENDERSON ENERGY SERVICES

P.O.B. 10000
LAKE BUENA VISTA
FL. 32830-1000
PHONE 407-824-5855

| FILING AREA | DATE: |
| OVERALL | 12/07/22 |
| PROJECT NAME | SCALE |
| DEVELOPERS' AGREEMENT IN ORANGE COUNTY | 1" = 1000' |
| SURVEY TYPE | DRAWN BY: |
| SKETCH OF DESCRIPTION | JLG |
| COMMENTS | FILENAME: |
| SHEET 17 OF 20 SHEETS | 10JG22053 |

GRAPHIC SCALE
SCALE 1" = 1000'

## TANGENT TABLE

| LINE# | BEARING | DIST. | LINE# | BEARING | DIST. | LINE# | BEARING | DIST. |
|---|---|---|---|---|---|---|---|---|
| L1 | N 89°38'50" E | 663.64 | L67 | N 82°18'14" W | 71.09 | L133 | N 26°29'23" W | 104.81 |
| L2 | N 89°11'34" E | 148.62 | L68 | N 51°44'44" W | 65.78 | L134 | S 49°40'54" W | 30.14 |
| L3 | N 89°21'03" E | 191.58 | L69 | N 80°24'25" W | 90.39 | L135 | S 38°34'51" E | 13.88 |
| L4 | S 00°13'59" W | 221.07 | L70 | S 48°32'46" W | 80.93 | L136 | S 51°58'30" W | 145.54 |
| L5 | S 43°40'59" E | 16.92 | L71 | S 22°55'38" W | 113.12 | L137 | N 37°57'09" W | 16.70 |
| L6 | S 34°38'41" E | 8.13 | L72 | S 27°19'16" E | 55.45 | L138 | N 37°56'18" W | 17.87 |
| L7 | S 25°16'40" E | 86.79 | L73 | S 18°40'56" W | 159.75 | L139 | N 30°54'21" W | 193.79 |
| L8 | S 28°57'56" E | 106.03 | L74 | S 10°48'30" W | 160.42 | L140 | S 55°05'55" W | 58.77 |
| L9 | S 58°01'53" E | 87.73 | L75 | N 65°28'07" E | 122.36 | L141 | S 72°04'54" W | 26.78 |
| L10 | N 85°59'29" E | 134.58 | L76 | N 76°27'23" E | 76.59 | L142 | N 00°06'31" W | 54.31 |
| L11 | S 43°56'36" W | 91.06 | L77 | S 78°11'38" E | 85.68 | L143 | N 74°49'42" W | 43.41 |
| L12 | S 64°40'37" W | 105.25 | L78 | N 83°24'11" W | 42.54 | L144 | S 44°47'41" W | 145.43 |
| L13 | S 40°45'32" W | 117.42 | L79 | S 24°23'32" E | 34.06 | L145 | S 45°05'06" E | 18.68 |
| L14 | S 13°26'04" W | 97.39 | L80 | S 18°04'39" E | 78.70 | L146 | S 03°14'02" W | 84.66 |
| L15 | S 42°14'20" W | 133.97 | L81 | N 82°09'40" W | 26.47 | L147 | S 05°12'38" E | 58.35 |
| L16 | S 68°59'11" W | 89.71 | L82 | S 26°43'01" W | 107.99 | L148 | S 33°10'07" E | 163.59 |
| L17 | S 28°50'44" W | 77.77 | L83 | S 13°53'13" W | 84.71 | L149 | N 86°26'26" E | 126.87 |
| L18 | S 14°52'47" W | 88.32 | L84 | S 20°06'37" W | 86.21 | L150 | N 76°15'46" E | 63.89 |
| L19 | S 01°59'29" E | 106.28 | L85 | S 22°42'17" W | 90.27 | L151 | S 64°36'17" E | 118.17 |
| L20 | S 24°42'46" W | 241.59 | L86 | S 48°33'38" W | 93.96 | L152 | S 52°36'40" E | 63.08 |
| L21 | S 36°55'50" W | 126.64 | L87 | S 51°49'05" W | 58.47 | L153 | S 45°16'16" E | 127.88 |
| L22 | S 24°03'44" W | 71.01 | L88 | S 70°41'52" W | 98.39 | L154 | S 10°02'35" E | 93.01 |
| L23 | S 64°59'30" W | 91.68 | L89 | S 75°48'30" W | 82.70 | L155 | S 36°16'00" W | 28.53 |
| L24 | N 68°30'58" W | 131.37 | L90 | N 82°22'12" W | 18.57 | L156 | S 20°23'46" W | 184.90 |
| L25 | N 34°57'28" W | 145.43 | L91 | S 59°48'12" W | 61.99 | L157 | S 25°05'40" W | 31.33 |
| L26 | N 10°44'04" W | 144.09 | L92 | S 23°48'42" W | 31.41 | L158 | S 55°12'27" W | 19.76 |
| L27 | N 10°34'18" E | 129.55 | L93 | S 21°34'58" E | 112.96 | L159 | S 18°42'59" W | 22.23 |
| L28 | N 44°03'35" E | 129.67 | L94 | S 25°04'56" E | 80.36 | L160 | S 80°54'32" E | 34.76 |
| L29 | N 86°35'32" E | 100.03 | L95 | S 06°58'19" E | 51.79 | L161 | S 88°11'54" E | 77.05 |
| L30 | N 62°48'18" E | 100.08 | L96 | S 47°18'54" W | 37.10 | L162 | S 89°29'03" E | 140.11 |
| L31 | N 58°16'14" E | 95.99 | L97 | S 03°48'45" E | 24.29 | L163 | S 89°29'03" E | 433.68 |
| L32 | N 15°01'47" E | 86.03 | L98 | S 75°28'07" W | 70.19 | L164 | N 00°00'00" E | 131.18 |
| L33 | N 14°30'32" W | 104.94 | L99 | N 63°15'30" W | 63.09 | L165 | N 45°00'00" W | 71.68 |
| L34 | N 03°06'23" W | 111.09 | L100 | S 41°00'06" E | 193.39 | L166 | N 00°00'00" W | 633.08 |
| L35 | N 07°32'42" E | 68.01 | L101 | S 48°59'54" W | 100.00 | L167 | N 89°59'00" W | 445.76 |
| L36 | N 15°14'13" W | 80.67 | L102 | N 87°15'41" W | 130.57 | L168 | N 00°27'46" E | 673.19 |
| L37 | N 87°12'48" W | 40.11 | L103 | N 63°21'34" W | 33.90 | L169 | S 89°58'17" E | 398.81 |
| L38 | S 77°42'57" W | 84.88 | L104 | N 81°08'52" W | 154.09 | L170 | N 00°00'00" E | 753.74 |
| L39 | S 74°44'47" W | 66.79 | L105 | N 39°33'00" W | 38.53 | L171 | N 90°00'00" W | 362.43 |
| L40 | S 35°20'27" W | 90.33 | L106 | N 28°54'14" W | 86.79 | L172 | N 05°16'59" W | 106.23 |
| L41 | S 22°58'13" W | 87.94 | L107 | N 28°30'43" W | 101.63 | L173 | N 26°33'54" W | 135.35 |
| L42 | S 20°05'22" W | 168.18 | L108 | N 32°36'46" W | 77.00 | L174 | N 47°32'44" E | 146.69 |
| L43 | S 65°39'23" W | 108.46 | L109 | N 39°30'36" W | 98.30 | L175 | N 11°28'34" E | 24.04 |
| L44 | N 79°02'16" W | 146.86 | L110 | N 02°15'56" W | 56.50 | L176 | N 40°40'48" W | 82.81 |
| L45 | S 44°41'24" W | 85.24 | L111 | N 39°36'59" W | 135.27 | L177 | N 90°00'00" W | 73.87 |
| L46 | S 66°58'59" W | 80.82 | L112 | N 85°04'00" W | 67.65 | L178 | N 00°16'44" E | 0.50 |
| L47 | N 89°03'00" W | 96.88 | L113 | N 38°23'30" W | 64.62 | L179 | N 89°57'37" E | 670.11 |
| L48 | S 84°18'13" W | 51.79 | L114 | N 64°16'04" W | 16.33 | L180 | S 00°08'32" E | 668.06 |
| L49 | S 77°56'53" W | 116.91 | L115 | N 05°37'20" W | 20.54 | L181 | S 89°55'30" E | 671.45 |
| L50 | S 70°14'00" W | 84.26 | L116 | N 44°31'28" W | 62.56 | L182 | S 00°15'27" E | 669.41 |
| L51 | N 63°52'49" W | 163.26 | L117 | S 23°42'54" W | 95.95 | L183 | S 00°44'42" E | 656.38 |
| L52 | N 71°49'57" W | 91.32 | L118 | N 71°30'56" W | 65.59 | L184 | S 89°51'01" E | 335.66 |
| L53 | N 56°38'48" W | 106.72 | L119 | N 67°45'46" W | 71.42 | L185 | S 00°40'49" E | 656.31 |
| L54 | N 37°38'37" W | 96.72 | L120 | N 47°09'12" W | 129.61 | L186 | S 00°29'10" E | 655.63 |
| L55 | N 69°48'38" W | 85.22 | L121 | N 28°09'10" W | 67.04 | L187 | N 89°20'56" E | 666.99 |
| L56 | N 85°15'14" W | 95.72 | L122 | N 30°07'52" E | 66.18 | L188 | N 00°21'22" E | 652.39 |
| L57 | N 76°56'11" W | 104.56 | L123 | N 41°27'39" E | 82.62 | L189 | N 89°50'49" E | 714.94 |
| L58 | S 28°55'14" W | 152.44 | L124 | N 28°03'16" E | 61.53 | L190 | N 89°37'24" E | 749.86 |
| L59 | S 13°45'44" E | 47.73 | L125 | N 21°03'09" W | 47.93 | L191 | N 38°29'47" E | 22.59 |
| L60 | S 28°03'11" E | 95.35 | L126 | N 17°13'11" W | 99.26 | L192 | N 38°29'47" E | 576.34 |
| L61 | S 31°37'50" E | 165.37 | L127 | N 00°32'57" E | 48.45 | L193 | S 51°31'36" E | 50.00 |
| L62 | S 51°01'41" E | 83.54 | L128 | N 12°21'10" E | 151.79 | L194 | S 79°52'53" W | 95.47 |
| L63 | S 35°59'30" E | 246.14 | L129 | N 23°46'35" E | 109.94 | L195 | N 69°59'50" W | 311.61 |
| L64 | S 55°37'13" E | 316.45 | L130 | N 39°26'51" E | 91.52 | L196 | S 23°29'47" W | 304.91 |
| L65 | S 68°44'46" E | 336.44 | L131 | N 17°00'45" E | 45.16 | L197 | S 58°56'26" E | 509.41 |
| L66 | S 03°57'40" W | 60.74 | L132 | N 34°56'26" W | 27.03 | L198 | N 00°00'00" E | 163.29 |



| FILING AREA | DATE: |
|---|---|
| OVERALL | 12/7/22 |
| PROJECT NAME | SCALE |
| DEVELOPERS' AGREEMENT IN ORANGE COUNTY | |
| SURVEY TYPE | DRAWN BY: |
| SKETCH OF DESCRIPTION | JLG |
| COMMENTS | FILENAME: |
| SHEET 18  OF 20 SHEETS | 10JG22053 |

P.O.B. 10000
LAKE BUENA VISTA
FL 32830-1000
PHONE 407-824-5856

## TANGENT TABLE

| LINE# | BEARING | DIST | LINE# | BEARING | DIST | LINE# | BEARING | DIST |
|---|---|---|---|---|---|---|---|---|
| L199 | N 30°00'00" W | 326.45 | L264 | N 48°30'29" E | 7.40 | L329 | N 88°44'55" E | 459.61 |
| L200 | N 74°50'28" E | 100.11 | L265 | N 29°59'26" E | 8.68 | L330 | N 00°13'41" E | 708.14 |
| L201 | N 87°20'49" W | 74.69 | L266 | N 13°42'55" E | 39.82 | L331 | N 43°21'56" E | 753.57 |
| L202 | N 27°09'24" W | 47.56 | L267 | N 10°06'24" E | 32.03 | L332 | N 00°24'44" E | 242.11 |
| L203 | S 63°22'25" W | 20.69 | L268 | N 01°43'31" W | 29.22 | L333 | N 00°39'25" W | 141.86 |
| L204 | S 00°00'00" E | 20.42 | L269 | N 05°37'39" W | 26.82 | L334 | N 00°14'57" E | 50.00 |
| L205 | N 90°00'00" W | 30.04 | L270 | N 12°01'53" W | 42.36 | L335 | N 89°43'25" E | 671.30 |
| L206 | S 79°56'22" W | 74.35 | L271 | N 21°06'43" W | 7.72 | L336 | N 23°57'49" E | 158.82 |
| L207 | N 30°03'16" W | 21.84 | L272 | N 36°50'10" W | 37.65 | L337 | S 89°43'24" W | 258.73 |
| L208 | S 59°56'44" W | 12.14 | L273 | N 47°37'33" W | 25.00 | L338 | N 21°29'36" W | 110.97 |
| L209 | S 30°03'16" E | 17.42 | L274 | N 56°19'26" W | 44.83 | L339 | N 00°08'24" E | 211.55 |
| L210 | S 79°56'22" W | 34.35 | L275 | N 49°30'53" W | 55.06 | L340 | S 89°41'25" W | 797.83 |
| L211 | N 69°28'35" W | 49.22 | L276 | N 59°47'57" W | 8.89 | L341 | N 00°39'25" W | 853.44 |
| L212 | S 74°41'50" W | 40.22 | L277 | N 72°21'36" W | 36.00 | L342 | N 05°00'31" E | 152.48 |
| L213 | S 57°06'40" E | 133.74 | L278 | N 82°08'10" W | 65.71 | L343 | S 89°46'01" W | 139.26 |
| L214 | S 30°00'00" E | 180.00 | L279 | S 89°42'01" W | 51.60 | L344 | S 89°39'24" W | 554.03 |
| L215 | S 06°15'02" E | 54.63 | L280 | N 80°08'53" W | 56.11 | L345 | S 00°20'32" E | 20.00 |
| L216 | S 30°00'00" E | 408.17 | L281 | N 89°26'00" W | 8.09 | L346 | S 89°39'28" W | 363.61 |
| L217 | S 00°00'00" E | 162.89 | L282 | S 81°14'14" W | 46.34 | L347 | S 84°38'15" W | 372.03 |
| L218 | N 89°50'42" W | 360.99 | L283 | S 78°42'25" W | 40.49 | L348 | S 00°20'32" E | 14.94 |
| L219 | S 89°44'07" W | 25.00 | L284 | S 77°43'02" W | 63.74 | L349 | S 89°40'22" W | 138.87 |
| L220 | N 00°13'59" W | 29.01 | L285 | S 79°09'43" W | 47.65 | L350 | S 42°20'36" W | 55.13 |
| L221 | N 14°42'28" W | 114.62 | L286 | S 72°48'44" W | 44.03 | L351 | S 00°03'00" W | 857.17 |
| L222 | N 06°53'49" W | 123.97 | L287 | S 63°14'34" W | 42.60 | L352 | N 89°41'17" E | 364.69 |
| L223 | N 09°42'37" E | 104.21 | L288 | S 57°48'39" W | 28.70 | L353 | S 00°18'35" E | 80.00 |
| L224 | N 61°06'48" E | 53.88 | L289 | S 64°21'00" W | 20.44 | L354 | S 89°41'25" W | 481.37 |
| L225 | N 71°34'02" E | 17.56 | L290 | S 67°06'48" W | 29.21 | L355 | S 89°41'15" W | 483.83 |
| L226 | N 18°25'51" W | 18.21 | L291 | S 83°28'20" W | 29.99 | L356 | S 20°48'24" E | 96.16 |
| L227 | N 31°47'40" W | 44.69 | L292 | S 83°04'31" W | 27.06 | L357 | N 89°41'25" E | 83.88 |
| L228 | N 74°09'08" W | 308.68 | L293 | S 84°19'19" W | 42.81 | L358 | S 00°08'24" W | 219.78 |
| L229 | S 54°04'10" W | 67.69 | L294 | S 89°52'10" W | 174.16 | L359 | S 20°48'24" E | 836.45 |
| L230 | N 89°59'58" W | 83.84 | L295 | N 00°00'19" E | 313.89 | L360 | S 87°25'27" E | 291.32 |
| L231 | N 76°19'21" E | 28.14 | L296 | N 00°00'19" E | 498.35 | L361 | N 88°48'53" E | 166.97 |
| L232 | S 89°22'41" E | 9.24 | L297 | N 00°00'31" E | 633.26 | L362 | N 86°44'00" E | 142.43 |
| L233 | N 75°08'23" E | 42.15 | L298 | N 37°06'34" W | 690.17 | L363 | N 06°27'19" W | 91.16 |
| L234 | N 66°44'45" E | 45.92 | L299 | N 88°48'31" W | 505.60 | L364 | N 28°52'42" E | 302.51 |
| L235 | N 58°10'56" E | 7.13 | L300 | S 00°27'57" W | 105.56 | L365 | N 69°30'43" E | 659.82 |
| L236 | N 40°00'00" E | 8.68 | L301 | S 06°07'41" W | 311.81 | L366 | N 84°17'43" E | 306.52 |
| L237 | N 28°21'12" E | 21.50 | L302 | S 00°12'16" E | 702.26 | L367 | N 08°37'23" E | 258.89 |
| L238 | N 19°11'06" E | 7.97 | L303 | S 23°02'00" E | 19.33 | L368 | N 00°07'43" W | 400.13 |
| L239 | N 05°44'49" E | 22.07 | L304 | S 00°12'16" E | 198.27 | L369 | N 89°58'50" E | 341.61 |
| L240 | N 09°37'03" E | 18.85 | L305 | S 14°29'10" W | 29.80 | L370 | S 00°19'24" E | 603.75 |
| L241 | N 28°18'59" E | 25.32 | L306 | S 08°05'57" W | 46.90 | L371 | N 00°12'21" W | 598.76 |
| L242 | N 39°33'24" E | 18.56 | L307 | N 81°54'04" W | 10.00 | L372 | N 89°56'46" E | 100.00 |
| L243 | N 51°48'12" E | 17.10 | L308 | S 08°05'57" W | 154.78 | L373 | S 00°04'12" E | 523.43 |
| L244 | N 53°20'03" E | 18.93 | L309 | S 81°54'04" E | 5.50 | L374 | N 89°43'40" E | 52.00 |
| L245 | N 67°23'56" E | 18.89 | L310 | S 00°07'03" W | 13.59 | L375 | S 00°12'21" E | 49.00 |
| L246 | N 61°31'34" E | 16.11 | L311 | N 89°54'54" W | 160.89 | L376 | N 89°43'41" E | 229.00 |
| L247 | N 85°31'20" E | 16.65 | L312 | S 81°54'03" E | 5.50 | L377 | S 00°12'25" E | 26.23 |
| L248 | S 84°27'04" E | 14.79 | L313 | N 08°05'57" E | 201.68 | L378 | S 00°05'18" E | 420.00 |
| L249 | S 66°07'30" E | 25.25 | L314 | N 06°07'41" E | 291.30 | | | |
| L250 | S 70°01'08" E | 21.22 | L315 | N 00°07'03" E | 196.68 | | | |
| L251 | S 76°11'40" E | 28.29 | L316 | S 89°49'36" W | 453.70 | | | |
| L252 | S 81°04'45" E | 15.99 | L317 | N 40°17'32" W | 323.52 | | | |
| L253 | S 63°15'14" E | 32.58 | L318 | N 32°21'38" W | 271.63 | | | |
| L254 | S 71°35'23" E | 7.28 | L319 | N 34°30'31" W | 120.76 | | | |
| L255 | S 83°45'15" E | 20.77 | L320 | N 46°26'37" W | 108.80 | | | |
| L256 | N 86°06'18" E | 21.64 | L321 | S 89°49'14" W | 28.71 | | | |
| L257 | S 75°49'09" E | 17.31 | L322 | S 00°10'31" E | 11.26 | | | |
| L258 | S 87°55'16" E | 10.48 | L323 | S 89°49'29" W | 28.35 | | | |
| L259 | N 72°43'50" E | 26.75 | L324 | S 04°02'58" E | 4.66 | | | |
| L260 | N 60°42'21" E | 36.44 | L325 | S 86°05'06" W | 22.85 | | | |
| L261 | N 77°16'53" E | 19.62 | L326 | N 03°54'54" W | 6.14 | | | |
| L262 | N 68°37'24" E | 7.52 | L327 | S 89°49'29" W | 173.97 | | | |
| L263 | N 57°06'15" E | 21.62 | L328 | N 66°04'53" W | 548.81 | | | |



ACES — ADVENT ENERGY SERVICES

P.O.B. 10000
LAKE BUENA VISTA
FL. 32830-1000
PHONE 407-824-5856

| | |
|---|---|
| FILING AREA: *OVERALL* | DATE: 12/7/22 |
| PROJECT TYPE: *DEVELOPERS' AGREEMENT IN ORANGE COUNTY* | SCALE: |
| SURVEY TYPE: *SKETCH OF DESCRIPTION* | DRAWN BY: JLG |
| COMMENTS: *SHEET 19 OF 20 SHEETS* | FILENAME: 10JG22053 |

CURVE TABLE

| CURVE | RADIUS | DELTA | LENGTH | TANG. BRG. | CURVE | RADIUS | DELTA | LENGTH | TANG. BRG. |
|---|---|---|---|---|---|---|---|---|---|
| C1 | 545.08 | 81°15'08" | 772.99 | | C57 | 513.39 | 13°13'42" | 118.53 | |
| C2 | 80.00 | 128°43'50" | 179.74 | | C58 | 1109.03 | 07°17'21" | 141.09 | |
| C3 | 425.00 | 23°29'59" | 174.31 | | C59 | 15.00 | 52°09'22" | 13.65 | |
| C4 | 15.00 | 46°20'48" | 12.13 | | C60 | 1396.50 | 06°53'10" | 167.84 | N 07°09'56" |
| C5 | 425.00 | 16°33'54" | 122.87 | | C61 | 1809.88 | 37°37'38" | 1188.59 | S 42°29'48" |
| C6 | 25.00 | 51°32'25" | 22.49 | | C62 | 2191.83 | 32°28'09" | 1242.10 | |
| C7 | 25.00 | 40°55'45" | 17.86 | | C63 | 11402.16 | 00°29'43" | 98.56 | S 65°33'17" |
| C8 | 25.00 | 46°29'32" | 20.29 | | C64 | 900.00 | 02°31'40" | 39.70 | |
| C9 | 75.00 | 30°06'13" | 39.41 | | C65 | 675.00 | 45°40'47" | 538.15 | |
| C10 | 45.00 | 99°54'55" | 78.47 | | C66 | 825.00 | 98°34'08" | 1419.29 | |
| C11 | 250.00 | 55°31'14" | 242.26 | | C67 | 500.84 | 22°53'21" | 200.08 | |
| C12 | 125.00 | 59°41'01" | 130.21 | | C68 | 48.00 | 47°40'00" | 39.93 | N 29°07'51" |
| C13 | 676.49 | 29°43'07" | 350.89 | N 50°17'44" | C69 | 650.84 | 22°53'21" | 260.00 | |
| C14 | 399.38 | 09°53'41" | 68.97 | N 79°13'56" | C70 | 675.00 | 98°34'08" | 1161.24 | |
| C15 | 137.63 | 14°21'49" | 34.50 | | C71 | 825.00 | 45°40'47" | 657.74 | |
| C16 | 344.38 | 04°15'11" | 25.56 | S 86°02'20" | C72 | 25.00 | 16°36'26" | 7.25 | |
| C17 | 132.00 | 26°04'01" | 60.05 | | C73 | 25.00 | 51°24'11" | 22.43 | |
| C18 | 184.37 | 31°44'00" | 102.11 | S 49°44'21" | C74 | 50.00 | 106°48'50" | 93.21 | N 80°45'36" |
| C19 | 679.36 | 08°51'48" | 105.09 | | C75 | 436.00 | 15°56'47" | 121.35 | S 58°12'21" |
| C20 | 437.18 | 18°37'07" | 142.06 | | C76 | 514.00 | 20°05'00" | 180.17 | |
| C21 | 395.25 | 18°13'39" | 125.74 | | C77 | 315.00 | 35°55'53" | 197.54 | |
| C22 | 645.09 | 03°21'33" | 37.82 | | C78 | 381.00 | 34°07'58" | 226.97 | |
| C23 | 223.65 | 59°02'33" | 230.47 | | C79 | 384.88 | 34°00'28" | 228.44 | |
| C24 | 25.00 | 64°33'48" | 28.17 | S 49°58'05" | C80 | 185.00 | 35°39'45" | 115.15 | |
| C25 | 25.00 | 25°14'16" | 11.01 | | C81 | 47.00 | 130°32'06" | 107.08 | |
| C26 | 1010.00 | 07°58'42" | 140.64 | S 11°48'22" | C82 | 50.00 | 83°36'01" | 72.95 | |
| C27 | 25.00 | 87°13'52" | 38.06 | N 03°49'41" | C83 | 188.00 | 27°45'45" | 91.10 | |
| C28 | 221.37 | 29°07'38" | 112.54 | | C84 | 2204.09 | 07°27'37" | 286.99 | N 29°38'58" |
| C29 | 132.76 | 48°16'12" | 111.85 | | C85 | 808.57 | 09°35'40" | 135.40 | N 38°37'50" |
| C30 | 234.18 | 14°51'36" | 60.74 | N 64°15'37" | C86 | 1010.00 | 02°00'23" | 35.37 | S 05°42'00" |
| C31 | 25.00 | 115°40'49" | 50.48 | S 17°50'29" | C87 | 899.35 | 05°39'43" | 88.87 | |
| C32 | 25.00 | 54°17'13" | 23.69 | | C88 | 2004.50 | 06°19'57" | 221.54 | |
| C33 | 25.00 | 79°16'52" | 34.59 | | C89 | 2162.49 | 07°53'08" | 297.62 | S 00°12'49" |
| C34 | 25.00 | 41°16'24" | 18.01 | | C90 | 1175.00 | 07°00'25" | 143.70 | S 08°05'57" |
| C35 | 1505.50 | 37°08'46" | 976.05 | S 03°51'20" | C91 | 1025.00 | 10°07'39" | 181.18 | N 18°13'36" |
| C36 | 25.00 | 37°14'40" | 16.25 | | C92 | 2013.49 | 08°18'12" | 291.80 | |
| C37 | 25.00 | 46°40'29" | 20.37 | | C93 | 2153.50 | 06°19'57" | 238.01 | |
| C38 | 25.00 | 58°38'45" | 25.59 | | C94 | 934.00 | 01°05'30" | 17.79 | |
| C39 | 25.00 | 84°46'10" | 36.99 | | C95 | 2158.53 | 24°05'38" | 907.70 | |
| C40 | 25.00 | 58°17'03" | 25.43 | | C96 | 2832.01 | 04°49'44" | 238.69 | N 19°16'05" |
| C41 | 7.86 | 78°20'37" | 10.75 | N 28°56'03" | C97 | 2829.41 | 01°55'19" | 94.91 | N 41°26'37" |
| C42 | 19.64 | 36°52'37" | 12.64 | | C98 | 2826.01 | 19°14'15" | 948.86 | N 18°34'50" |
| C43 | 3.95 | 74°25'35" | 5.13 | | C99 | 2750.09 | 04°43'07" | 226.49 | S 33°16'29" |
| C44 | 1080.42 | 20°21'16" | 383.82 | N 48°06'54" | C100 | 2894.93 | 08°15'21" | 417.14 | N 82°01'15" |
| C45 | 762.70 | 08°52'54" | 118.23 | S 63°58'49" | C101 | 3241.05 | 05°37'30" | 318.19 | N 00°36'59" |
| C46 | 160.82 | 19°16'01" | 54.08 | | C102 | 357.62 | 23°38'08" | 147.53 | S 66°08'04" |
| C47 | 159.35 | 36°15'00" | 100.82 | | C103 | 250.01 | 90°21'35" | 394.28 | |
| C48 | 158.03 | 21°54'44" | 60.44 | | C104 | 350.02 | 72°08'18" | 440.60 | N 70°50'15" |
| C49 | 52.89 | 104°26'29" | 96.41 | S 75°27'00" | C105 | 3721.85 | 03°53'37" | 252.93 | S 16°54'47" |
| C50 | 1125.00 | 27°57'29" | 548.95 | | C106 | 546.86 | 46°21'00" | 442.39 | |
| C51 | 492.00 | 26°59'13" | 231.74 | | | | | | |
| C52 | 25.00 | 35°13'41" | 15.37 | | | | | | |
| C53 | 25.00 | 46°18'35" | 20.21 | | | | | | |
| C54 | 25.00 | 33°58'13" | 14.82 | S 21°14'14" | | | | | |
| C55 | 1908.34 | 22°05'51" | 736.00 | S 75°17'36" | | | | | |
| C56 | 950.92 | 14°29'06" | 240.40 | | | | | | |

**RCES**

P.O.B. 10000
LAKE BUENA VISTA
FL. 32830-1000
PHONE 407-824-5856

FILING AREA: OVERALL
PROJECT NAME: DEVELOPERS' AGREEMENT IN ORANGE COUNTY
SURVEY TYPE: SKETCH OF DESCRIPTION
COMMENTS: SHEET 20 OF 20 SHEETS

DATE: 12/7/22
SCALE:
DRAWN BY: JLG
FILENAME: 10JG22053







ABBREVIATIONS
D.B.=DEED BOOK
O.R.=OFFICIAL RECORDS
S.R.=STATE ROAD
R/W=RIGHT OF WAY
P.=SKETCH OF DESCRIPTION
     PAGE NUMBER
P.B.=PLAT BOOK
PSM=PROFESSIONAL SURVEYOR
     AND MAPPER
LB=LICENSED BUSINESS
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT

BEARINGS ARE BASED ON THE
W. LINE, NW 1/4, SEC. 9-25S-28E
AS BEING S 00°08'49" E

ACES

P.O.B. 10000
LAKE BUENA VISTA
FL. 32830-1000
PHONE 407-824-5855

FILING AREA
*OVERALL*
PROJECT NAME
*DEVELOPERS' AGREEMENT IN OSCEOLA COUNTY*
SURVEY TYPE
*SKETCH OF DESCRIPTION*
COMMENTS
*SHEET 3 OF 16 SHEETS*

DATE:
12/7/22
SCALE
1" = 1000'
DRAWN BY:
JLG
FILENAME:
10JG22054



GRAPHIC SCALE
SCALE 1" = 1000'

Less Out
RCID de-annexation .291
2908.288 Acres±

9

East line, NW 1/4,
SW 1/4, Sec. 9-25-28

N. line, SE 1/4, SW 1/4 Sec. 9-25-28
N. line, SW 1/4, SE 1/4 Sec. 9-25-28

N 89°54'53" E  1343.02'
N 89°46'36" E  1311.24'

E. line, SW 1/4,
SE Sec. 9-25-28

N 75°57'54" W  2061.55'

S 89°42'06" W  1310.10'
S 89°58'40" W  1342.90'

S. line, SE 1/4, SW 1/4 Sec. 9-25-28

S. line, SE 1/4, SW 1/4 Sec. 9-25-28

E. line, NW 1/4, NW 1/4, Sec. 16-25-28

S 89°44'25" W  1319.70'

S. line, NW 1/4, NW 1/4, Sec. 16-25-28

W. line, SW 1/4, NW 1/4, Sec. 16-25-28
N. line SW 1/4, Sec.16-25-28

16

N 89°46'42" E  2658.61'

E. line, NE 1/4, SW 1/4 Sec. 16-25-28

ABBREVIATIONS
D.B.=DEED BOOK
O.R.=OFFICIAL RECORDS
S.R.=STATE ROAD
R/W=RIGHT OF WAY
P.=SKETCH OF DESCRIPTION
          PAGE NUMBER
P.B.=PLAT BOOK
PSM=PROFESSIONAL SURVEYOR
          AND MAPPER
L.B.=LICENSED BUSINESS
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT

S 89°51'04" W  2677.84'

S. line, N 1/2, SW 1/4 Sec. 16-25-28

W. line, SW 1/4, SW 1/4 Sec. 16-25-28

SW corner Sec. 16-25-28

ACES

P.O.B. 10000
LAKE BUENA VISTA
FL. 32830-1000
PHONE 407-824-5856

FILING AREA
OVERALL

PROJECT NAME
DEVELOPERS' AGREEMENT IN OSCEOLA COUNTY

SURVEY TYPE
SKETCH OF DESCRIPTION

COMMENTS
SHEET 4 OF 16 SHEETS

DATE:
12/7/22

SCALE
1" = 1000'

DRAWN BY:
JLG

FILENAME:
10JG22054



GRAPHIC SCALE
SCALE 1" = 1000'

Leap Out
RCID de-annexation Z91
2908.288 Acres±

20

SW corner Sec. 20-25-28                    SE corner Sec. 20-25-28

S 89°31'09" W  5313.04'

S. line, Sec. 20-25-28

E. line Sec. 20-25-28

ABBREVIATIONS
D.B.=DEED BOOK
O.R.=OFFICIAL RECORDS
S.R.=STATE ROAD
R/W=RIGHT OF WAY
P.=SKETCH OF DESCRIPTION
           PAGE NUMBER
P.B.=PLAT BOOK
PSM=PROFESSIONAL SURVEYOR
           AND MAPPER
L.B.=LICENSED BUSINESS
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT

| | |
|---|---|
| **RCES** | P.O.B. 10000 LAKE BUENA VISTA FL. 32830-1000 PHONE 407-824-5856 |

| FILING AREA | DATE: |
|---|---|
| OVERALL | 12/7/22 |
| PROJECT NAME | SCALE |
| DEVELOPERS' AGREEMENT IN OSCEOLA COUNTY | 1" = 1000' |
| SURVEY TYPE | DRAWN BY: |
| SKETCH OF DESCRIPTION | JLG |
| COMMENTS | FILENAME: |
| SHEET 5 OF 16 SHEETS | 10JG22054 |



| FILING AREA | DATE: |
|---|---|
| *OVERALL* | 12/7/22 |
| PROJECT AREA | SCALE |
| *DEVELOPERS' AGREEMENT IN OSCEOLA COUNTY* | 1" = 1000' |
| SURVEY TYPE | DRAWN BY: |
| *SKETCH OF DESCRIPTION* | JLG |
| COMMENTS | FILENAME: |
| *SHEET 6 OF 16 SHEETS* | 10JG22054 |

P.O.B. 10000
LAKE BUENA VISTA
FL 32830-1000
PHONE 407-824-5855



ABBREVIATIONS
D.B.=DEED BOOK
O.R.=OFFICIAL RECORDS
S.R.=STATE ROAD
R/W=RIGHT OF WAY
P.=SKETCH OF DESCRIPTION
        PAGE NUMBER
P.B.=PLAT BOOK
PSM=PROFESSIONAL SURVEYOR
        AND MAPPER
L.B.=LICENSED BUSINESS
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT

P.O.B. 10000
LAKE BUENA VISTA
FL. 32830-1000
PHONE 407-824-5855

| FILING AREA | OVERALL | DATE: 12/7/22 |
| PROJECT NAME | DEVELOPERS' AGREEMENT IN OSCEOLA COUNTY | SCALE 1" = 1000' |
| SURVEY TYPE | SKETCH OF DESCRIPTION | DRAWN BY: JLG |
| COMMENTS | SHEET 7 OF 16 SHEETS | FILENAME: 10JG22054 |





GRAPHIC SCALE
SCALE 1" = 1000'

ABBREVIATIONS
D.B.=DEED BOOK
O.R.=OFFICIAL RECORDS
S.R.=STATE ROAD
R/W=RIGHT OF WAY
P.=SKETCH OF DESCRIPTION
      PAGE NUMBER
P.B.=PLAT BOOK
PSM=PROFESSIONAL SURVEYOR
      AND MAPPER
L.B.=LICENSED BUSINESS
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT

ACES
HEAVY EARTH ENERGY SERVICES
P.O.B. 10000
LAKE BUENA VISTA
FL. 32830-1000
PHONE 407-824-5856

| FILING AREA | OVERALL | DATE: 12/7/22 |
| PROJECT NAME | DEVELOPERS' AGREEMENT IN OSCEOLA COUNTY | SCALE 1" = 1000' |
| SURVEY TYPE | SKETCH OF DESCRIPTION | DRAWN BY: JLG |
| COMMENTS | SHEET 9 OF 16 SHEETS | FILENAME: 10JG22054 |



SHEET 10 OF 16 SHEETS









ABBREVIATIONS
D.B.=DEED BOOK
O.R.=OFFICIAL RECORDS
S.R.=STATE ROAD
R/W=RIGHT OF WAY
P.=SKETCH OF DESCRIPTION
    PAGE NUMBER
P.B.=PLAT BOOK
PSM=PROFESSIONAL SURVEYOR
    AND MAPPER
L.B.=LICENSED BUSINESS
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT

P.O.B. 10000
LAKE BUENA VISTA
FL 32830-1000
PHONE 407-824-5856

FILING AREA
OVERALL
PROJECT NAME
DEVELOPERS' AGREEMENT IN OSCEOLA COUNTY
SURVEY TYPE
SKETCH OF DESCRIPTION
COMMENTS
SHEET 14 OF 16 SHEETS

DATE:
12/7/22
SCALE
1" = 1000'
DRAWN BY:
JLG
FILENAME:
10JG22054

## TANGENT TABLE

| LINE# | BEARING | DIST. | LINE# | BEARING | DIST. | LINE# | BEARING | DIST. |
|---|---|---|---|---|---|---|---|---|
| L1 | S 89°17'26" E | 153.63 | L72 | N 45°31'55" E | 264.41 | L140 | N 00°03'44" W | 631.66 |
| L2 | S 38°30'29" W | 248.14 | L73 | N 89°59'55" E | 356.15 | L141 | S 89°52'13" W | 494.06 |
| L3 | N 50°02'45" W | 9.00 | L74 | N 00°00'00" W | 317.21 | L142 | N 90°00'00" W | 5.12 |
| L4 | N 89°45'55" E | 128.02 | L77 | N 89°50'43" E | 190.56 | L143 | N 00°08'04" W | 183.39 |
| L6 | S 89°58'43" W | 431.70 | L78 | S 00°08'00" E | 455.76 | L144 | N 00°08'11" W | 68.07 |
| L7 | S 89°52'00" W | 235.00 | L79 | N 89°52'00" E | 20.00 | L145 | N 00°13'25" W | 23.67 |
| L8 | S 89°49'34" W | 334.40 | L80 | S 00°08'00" E | 488.84 | L146 | S 89°55'00" W | 128.49 |
| L9 | S 89°53'39" W | 419.88 | L81 | N 34°12'14" E | 149.99 | L147 | N 89°31'49" W | 397.18 |
| L10 | N 00°16'32" E | 208.71 | L82 | N 38°16'56" W | 139.49 | L148 | N 89°31'34" W | 122.10 |
| L11 | S 89°53'43" W | 208.71 | L83 | N 20°31'56" W | 110.01 | L149 | N 89°32'10" W | 47.99 |
| L12 | N 00°16'32" E | 458.63 | L84 | N 70°14'49" W | 129.46 | L150 | N 89°31'47" W | 361.14 |
| L13 | S 89°59'41" E | 293.67 | L85 | N 45°48'22" W | 132.54 | L151 | N 89°31'38" W | 68.77 |
| L14 | N 00°06'58" E | 615.49 | L86 | S 89°14'11" W | 181.70 | L152 | N 89°32'02" W | 98.33 |
| L15 | S 89°46'25" E | 332.34 | L87 | N 17°05'06" E | 386.62 | L153 | N 89°31'40" W | 203.89 |
| L16 | N 00°13'26" E | 50.00 | L88 | S 72°54'50" E | 290.44 | L154 | N 09°35'39" W | 23.58 |
| L17 | S 89°46'24" E | 332.44 | L89 | N 10°23'11" E | 320.40 | L155 | N 34°30'31" E | 3.49 |
| L18 | S 89°51'37" E | 331.87 | L90 | N 04°30'12" E | 320.81 | L156 | N 89°39'50" W | 46.97 |
| L20 | N 00°09'07" W | 665.37 | L91 | N 87°47'48" W | 244.99 | L157 | S 89°55'09" W | 105.90 |
| L22 | S 89°44'07" W | 495.03 | L92 | N 09°05'25" W | 282.87 | L158 | N 89°59'55" E | 429.40 |
| L23 | N 02°17'23" E | 40.72 | L93 | N 00°00'00" E | 186.09 | L159 | N 42°34'45" E | 61.38 |
| L24 | N 18°56'28" E | 11.18 | L94 | N 44°56'12" E | 42.49 | L160 | N 77°28'31" E | 6.16 |
| L25 | N 00°08'32" E | 14.20 | L95 | S 00°16'52" W | 182.00 | L161 | S 80°50'26" E | 42.95 |
| L26 | N 45°08'32" E | 35.36 | L96 | S 72°43'12" E | 120.32 | L162 | S 76°40'19" E | 50.95 |
| L27 | S 89°51'28" E | 4.49 | L97 | S 68°43'12" E | 476.40 | L163 | N 78°08'48" E | 34.33 |
| L28 | N 00°08'32" E | 60.00 | L98 | S 39°09'33" W | 593.50 | L164 | S 30°04'17" E | 4.22 |
| L29 | N 44°51'28" E | 35.36 | L99 | S 39°49'53" W | 428.75 | L165 | S 76°06'37" E | 130.56 |
| L30 | N 00°08'32" E | 10.44 | L100 | N 15°15'17" E | 57.43 | L166 | N 89°59'55" E | 618.64 |
| L31 | N 44°51'28" W | 4.24 | L101 | N 74°44'43" W | 42.00 | L167 | S 38°39'40" E | 320.15 |
| L32 | N 00°08'32" E | 346.14 | L102 | N 10°06'45" E | 301.24 | L168 | S 01°48'36" E | 382.26 |
| L33 | N 01°09'08" W | 176.69 | L103 | N 15°17'20" E | 293.98 | L169 | S 89°59'55" W | 620.00 |
| L34 | N 44°51'28" W | 39.61 | L104 | N 46°21'10" E | 105.97 | L170 | S 00°00'05" E | 250.00 |
| L35 | S 00°09'07" E | 132.00 | L105 | N 05°42'05" E | 369.98 | L171 | N 89°45'12" E | 331.16 |
| L36 | N 89°52'11" E | 240.29 | L106 | N 89°50'46" E | 591.75 | L172 | N 22°25'57" E | 47.86 |
| L38 | S 79°55'37" E | 62.09 | L107 | S 00°08'49" E | 132.00 | L173 | N 32°49'38" W | 99.62 |
| L39 | N 89°52'08" E | 193.48 | L108 | N 89°47'42" E | 622.99 | L174 | N 06°38'41" W | 20.86 |
| L40 | S 00°07'52" E | 207.00 | L109 | S 60°04'38" E | 118.30 | L175 | N 67°06'55" E | 58.35 |
| L41 | S 89°52'08" W | 350.00 | L110 | N 89°55'21" E | 40.00 | L176 | N 80°46'35" E | 124.29 |
| L42 | S 00°07'52" E | 500.00 | L111 | N 89°56'33" E | 50.00 | L177 | N 59°15'21" E | 74.38 |
| L44 | N 89°52'08" E | 400.00 | L112 | S 00°03'27" E | 512.31 | L178 | N 76°39'34" E | 72.66 |
| L45 | N 89°52'09" E | 2.14 | L113 | S 00°03'27" E | 39.84 | L184 | S 11°28'54" W | 73.24 |
| L46 | S 45°03'23" E | 42.36 | L114 | N 65°37'30" W | 341.01 | L185 | S 17°38'04" W | 10.26 |
| L47 | S 00°00'00" E | 174.79 | L115 | N 27°43'20" W | 492.90 | L186 | S 67°56'29" E | 225.59 |
| L48 | S 09°05'25" E | 282.87 | L116 | N 01°09'30" W | 124.30 | L187 | N 45°25'09" E | 16.32 |
| L49 | S 17°05'06" W | 544.65 | L117 | N 50°54'37" W | 282.74 | L188 | S 61°51'19" E | 58.22 |
| L50 | S 54°40'11" E | 66.55 | L118 | S 59°21'14" W | 36.00 | L189 | S 30°56'12" E | 14.64 |
| L51 | S 12°49'30" E | 117.68 | L119 | N 38°52'34" W | 156.01 | L190 | S 00°04'03" E | 79.89 |
| L52 | S 13°29'51" E | 341.79 | L120 | N 39°57'15" E | 502.67 | | | |
| L53 | S 13°29'51" E | 408.71 | L121 | S 37°21'28" E | 61.64 | | | |
| L54 | S 15°17'58" W | 294.15 | L122 | N 52°38'37" E | 295.00 | | | |
| L55 | S 15°15'17" W | 300.03 | L123 | N 37°21'24" W | 236.29 | | | |
| L56 | N 74°44'43" W | 45.00 | L124 | N 33°58'59" W | 295.13 | | | |
| L57 | S 17°31'41" W | 302.54 | L125 | N 32°17'07" E | 68.88 | | | |
| L58 | S 15°15'11" W | 177.35 | L126 | N 38°44'50" E | 91.15 | | | |
| L59 | S 08°28'42" W | 421.43 | L127 | N 51°13'07" W | 15.63 | | | |
| L60 | S 81°31'15" E | 26.00 | L128 | N 39°57'15" E | 399.78 | | | |
| L61 | S 08°28'45" W | 543.00 | L129 | N 45°03'33" W | 10.00 | | | |
| L62 | N 81°31'15" W | 26.00 | L130 | N 44°36'59" E | 348.99 | | | |
| L63 | N 34°24'01" W | 342.34 | L131 | N 52°48'15" E | 150.00 | | | |
| L64 | N 41°10'58" E | 504.10 | L132 | N 69°14'08" E | 104.92 | | | |
| L65 | N 00°00'05" W | 182.99 | L133 | N 88°35'33" E | 600.08 | | | |
| L66 | N 00°00'05" W | 262.45 | L134 | N 83°15'36" E | 300.22 | | | |
| L67 | N 00°00'05" W | 604.56 | L135 | N 00°04'03" W | 120.00 | | | |
| L68 | N 89°59'55" E | 550.00 | L136 | S 89°56'16" W | 41.46 | | | |
| L69 | N 18°33'37" W | 469.54 | L137 | N 00°07'57" W | 333.91 | | | |
| L70 | N 00°00'05" W | 391.70 | L138 | N 00°07'43" W | 177.25 | | | |
| L71 | N 89°59'55" E | 48.91 | L139 | N 00°01'07" E | 178.96 | | | |



P.O.B. 10000
LAKE BUENA VISTA
FL. 32830-1000
PHONE 407-824-5856

| | |
|---|---|
| FILING AREA | DATE: 12/7/22 |
| OVERALL | |
| PROJECT NAME | SCALE |
| DEVELOPERS' AGREEMENT IN OSCEOLA COUNTY | |
| SURVEY TYPE | DRAWN BY: JLG |
| SKETCH OF DESCRIPTION | |
| COMMENTS | FILENAME: 10JG22054 |
| SHEET 15 OF 16 SHEETS | |

CURVE TABLE

| CURVE | RADIUS | DELTA | LENGTH | TANG. BRG. |
|---|---|---|---|---|
| C1 | 85794.19 | 01°26'58" | 2170.39 | |
| C2 | 3921.00 | 14°53'09" | 1018.71 | N 25°02'25" E |
| C3 | 1597.84 | 09°05'25" | 253.51 | |
| C4 | 1457.85 | 26°10'31" | 666.01 | |
| C5 | 1597.85 | 102°07'51" | 2848.19 | |
| C6 | 1597.89 | 07°30'00" | 209.16 | |
| C7 | 2009.86 | 24°18'27" | 852.67 | S 10°48'36" W |
| C8 | 1809.86 | 11°41'10" | 369.14 | |
| C9 | 1809.86 | 17°06'44" | 540.54 | |
| C10 | 4501.37 | 06°46'34" | 532.35 | S 15°15'19" W |
| C11 | 1051.92 | 30°21'09" | 557.26 | |
| C12 | 814.00 | 20°35'33" | 292.56 | S 19°06'55" E |
| C13 | 1073.93 | 17°34'32" | 329.43 | S 36°35'41" E |
| C14 | 1759.86 | 33°38'13" | 1033.17 | S 00°08'08" E |
| C15 | 2059.86 | 14°13'45" | 511.56 | |
| C16 | 1457.89 | 12°05'33" | 307.69 | S 82°51'48" W |
| C17 | 1457.79 | 29°15'05" | 744.25 | |
| C18 | 1457.85 | 47°22'50" | 1205.56 | N 30°17'44" W |
| C19 | 1597.84 | 11°17'38" | 314.96 | N 02°12'13" E |
| C20 | 1457.85 | 09°05'25" | 231.30 | |
| C21 | 2774.79 | 14°35'33" | 706.70 | S 87°18'45" E |
| C22 | 310.00 | 64°11'44" | 347.33 | |
| C23 | 710.00 | 43°41'01" | 541.32 | |
| C24 | 17038.73 | 00°07'01" | 34.76 | S 39°57'15" W |
| C25 | 17038.73 | 00°07'00" | 34.73 | |
| C26 | 17038.73 | 05°07'15" | 1522.83 | |
| C27 | 17338.73 | 07°18'35" | 2212.08 | |
| C28 | 17338.73 | 03°23'57" | 1028.62 | |
| C29 | 17038.73 | 05°03'27" | 1503.98 | |
| C30 | 451.67 | 120°17'51" | 948.32 | S 44°19'15" W |
| C31 | 1767.86 | 30°38'14" | 945.31 | |
| C32 | 2009.86 | 28°47'54" | 1010.21 | N 15°18'05" E |
| C33 | 1809.86 | 30°18'27" | 957.35 | |
| C34 | 1759.86 | 13°41'33" | 420.57 | N 19°48'38" E |
| C35 | 2059.86 | 33°23'10" | 1200.27 | |
| C36 | 426.87 | 56°29'55" | 420.93 | |
| C37 | 1789.72 | 15°19'53" | 478.90 | |
| C38 | 1791.86 | 03°26'13" | 107.49 | N 78°45'37" E |
| C39 | 2181.28 | 06°37'08" | 251.98 | |
| C40 | 450.00 | 59°52'20" | 470.24 | S 00°12'18" E |
| C41 | 150.00 | 60°00'00" | 157.08 | |
| C42 | 622.20 | 73°46'51" | 801.22 | |
| C43 | 2405.91 | 15°39'49" | 657.74 | |
| C44 | 3677.60 | 09°13'43" | 592.35 | S 46°35'06" E |
| C45 | 724.53 | 32°07'27" | 406.22 | |
| C46 | 1433.91 | 30°54'26" | 773.50 | |
| C47 | 4489.66 | 06°27'44" | 506.37 | |
| C48 | 17028.73 | 05°21'16" | 1591.36 | |
| C49 | 17348.73 | 00°22'04" | 111.39 | |
| C50 | 1734.08 | 04°36'46" | 1396.13 | N 44°56'25" E |
| C51 | 17338.73 | 05°43'39" | 1733.24 | |
| C52 | 17038.73 | 05°21'16" | 1592.32 | |
| C53 | 1342.44 | 24°30'00" | 574.04 | N 44°44'08" E |
| C54 | 1342.40 | 19°21'25" | 453.52 | |

ACES

ADVANCED ENERGY SERVICES

P.O.B. 10000
LAKE BUENA VISTA
FL 32830-1000
PHONE 407-824-5856

FILING AREA
*OVERALL*

PROJECT AREA
*DEVELOPERS' AGREEMENT IN OSCEOLA COUNTY*

SURVEY TYPE
*SKETCH OF DESCRIPTION*

COMMENTS
*SHEET 16 OF 16 SHEETS*

DATE:
12/7/22

SCALE

DRAWN BY:
JLG

FILENAME:
10JG22054

## EXHIBIT 2

## LOCATION MAP





## EXHIBIT 3
## CAPITAL IMPROVEMENTS SCHEDULE

**See below Tables 9-6 through 9-11 of the**
**Capital Improvement Element of the Comprehensive Plan**

Table 9-6:  Summary Five Year Schedule of Capital Improvements (in thousands)

|  | FY 2022 | FY 2023 | FY 2024 | FY 2025 | FY 2026 | FY 2027 | TOTAL |
|---|---|---|---|---|---|---|---|
| Roads (RCID) | $32,000 | $19,160 | $32,500 | $58,000 | $144,500 | $168,000 | $454,160 |
| Potable & Reuse Water | $708 | $2,400 | $1,650 | $1,800 | $7,850 | $4,850 | $19,258 |
| Sanitary Sewer | $2,350 | $7,000 | $13,000 | $6,000 | $4,500 | $6,000 | $38,850 |
| Solid Waste | $120 | $230 | $2,500 | $0 | $1,000 | $10,100 | $13,950 |
| Drainage | $800 | $0 | $0 | $0 | $0 | $0 | $800 |
| **TOTAL RCID** | **$35,978** | **$28,790** | **$49,650** | **$65,800** | **$157,850** | **$188,950** | **$527,018** |
| **Roads (County/State/Federal)** | **$260,026** | **$115,594** | **$7,395** | **$1,050** | **$0** | **$0** | **$384,065** |

**Table 9-7: Five Year Schedule of Capital Improvements for Roads (in thousands)**

| Figure 9-1 Project # | Project Description | Funding Source | FY 2022 | FY 2023 | FY 2024 | FY 2025 | FY 2026 | FY 2027 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **World Drive North Phase 2** Construction of approx. 3.2 miles of roadways, ramps, bridges, MSE retaining walls, utility relocations; drainage and the creation of a regional stormwater pond,landscaping and irrigation, etc. | Bond Funds (On Hand) | $25,000 | $1,660 | | | $0 | $0 | $26,660 |
| 2 | **Intersection Improvements at Buena Vista Drive/Western Way** Interim intersection improvements to relieve PM peak delays. | Bond Funds (On Hand) | $2,000 | | | | $0 | $0 | $2,000 |
| 3 | **World Drive North Phase 3** Construction of 4 lane divided rural roadway extending WDN Phase 2 to Floridian Place. Project incluces utility relocations; drainage, landscaping and irrigation, etc. | Bond Funds (On Hand & New) | $5,000 | $17,500 | $32,500 | $35,000 | $31,500 | | $121,500 |
| 4 | **Western Way and Buena Vista Drive** Widening from 4 lane urban and rural divided road to 6 lanes from BVD to East of SR 429 including intersection improvements at Western Way and BVD (flyover). (Total Projected Cost $250,000,000/FY 25-29) | Bond Funds (New) | | | | $20,000 | $75,000 | $75,000 | $170,000 |
| 5 | **Realign Vista Way to Connect to Buena Vista Drive** Realign Vista Way where it curves northward toward CR 535 to extend straight across to Buena Vista Drive south of the warehouses. (Total Projected Cost $34,000,000 / FY25-28) | Bond Funds (New) | | | | $1,000 | $8,000 | $15,000 | $24,000 |
| 6 | **Buena Vista Drive Intersection 5 (Disney Springs Corridor)** Intersection improvements to reduce congestion during nighttime closing. | Bond Funds (New) | | | | $2,000 | $30,000 | $28,000 | $60,000 |
| 7 | **Buena Vista Drive Dedicated Bus Lanes** Construct additional bus lanes from Bonnet Creek Parkway to World Drive. (Total Projected Cost $200,000,000/ FY27-30) | Bond Funds (New) | | | | | | $50,000 | $50,000 |
| | **Total RCID Roads** | | $32,000 | $19,160 | $32,500 | $58,000 | $144,500 | $168,000 | $454,160 |

**Table 9-8:  Five Year Schedule of Capital Improvements for Potable/Reuse Water (in thousands)**

| Figure 9-2 Project # | Project Description | Funding Source | FY 2022 | FY 2023 | FY 2024 | FY 2025 | FY 2026 | FY2027 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Not Shown | Indirect Potable/Reuse Project | Bond Funds Non Taxable | | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 4,500 |
| Not Shown | Well Rehabilitation Program | Bond Funds Non Taxable | 300 | 300 | 300 | 330 | 300 | 300 | 1,800 |
| Not Shown | Well #2 Construction | Bond Funds Non Taxable | | | | 200 | 2,500 | | 2,700 |
| 1 | Contemporary Reclaimed Water Conversions | Bond Funds Non Taxable | | | 350 | | | | 350 |
| 2 | Epcot Reuse Water Conversions | Bond Funds Non Taxable | 200 | 1,600 | | | 150 | 3,550 | 5,500 |
| Not Shown | Golf Course Booster Pump Station Rehab (4 Total) | Bond Funds Non Taxable | | | | 100 | 400 | | 500 |
| 3 | Reuse Water Extension Along World Drive to Service DHS | Bond Funds Non Taxable | 208 | | | | | | 208 |
| Not Shown | Remote Reuse Water Storage and Re-pump SRF | Bond Funds Non Taxable | | | | 200 | 3,500 | | 3,700 |
| **Total Potable and Reuse Water** | | | **$708** | **$2,400** | **$1,650** | **$1,800** | **$7,850** | **$4,850** | **$19,258** |

**Table 9-9:  Five Year Schedule of Capital Improvements for Sanitary Sewer (in thousands)**

| Figure 9-3 Project # | Project Description | Funding Source | FY 2022 | FY 2023 | FY 2024 | FY 2025 | FY 2026 | FY 2027 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Not Shown | Lift Stations Rehabs and Upgrades: #7 & #60 Master Lift Stations, and Duplex Lift Station Program | Bond Funds Non Taxable | 600 | 3,000 | 5,000 | 3,000 | 2,500 | 4,000 | 18,100 |
| Not Shown | Rehabilitation of Collection System | Bond Funds Non Taxable | 750 | | | 2,000 | 2,000 | 2,000 | 6,750 |
| WWTP | WWTP Dewatering Facility / Food Waste Transfer Station | Bond Funds Non Taxable | 1,000 | 4,000 | 8,000 | 1,000 | | | 14,000 |
| **Total Sanitary Sewer** | | | **$2,350** | **$7,000** | **$13,000** | **$6,000** | **$4,500** | **$6,000** | **$38,850** |

**Table 9-10:  Five Year Schedule of Capital Improvements for Solid Waste (in thousands)**

| Figure 9-4 Project # | Project Description | Funding Source | FY 2022 | FY 2023 | FY 2024 | FY 2025 | FY 2026 | FY 2027 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Tipping Floor Resurface and Drain System Rehab | Bond Funds Taxable | | | | | | $100 | $100 |
| 1 | Transfer Station Expansion | Bond Funds Taxable | $120 | $230 | $2,500 | | $1,000 | $10,000 | $13,850 |
| **Total Solid Waste** | | | **$120** | **$230** | **$2,500** | **$0** | **$1,000** | **$10,100** | **$13,950** |

**Table 9-11:  Five Year Schedule of Capital Improvements for Drainage (in thousands)**

| Figure 9-5 Project # | Project Description | Funding Source | FY 2022 | FY 2023 | FY 2024 | FY 2025 | FY 2026 | FY 2027 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Major Rehabilitation: S-14 | Outside Drainage Fees On Hand | $800 | $0 | $0 | $0 | $0 | $0 | $800 |
| **TOTAL DRAINAGE** | | | **$800** | **$0** | **$0** | **$0** | **$0** | **$10** | **$800** |

**EXHIBIT 4**

**LIST OF REQUIRED LOCAL DEVELOPMENT PERMITS**

| Permitting Agency | Permit Type |
|---|---|
| Florida Fish and Wildlife Commission (FFWC) | Listed Species Survey |
| | Gopher Tortoise Relocation |
| | Indigo Snake Monitoring |
| US Army Corps of Engineers (ACOE) | Construction Commencement Notification |
| | Long Term Permit Notification (Wetland Impact) |
| Reedy Creek Energy Services (RCES) / Walt Disney World Environmental Affairs (WDWEA) | "In House" Utility Permit (for)          Potable Water/Wastewater/Reclaimed Water |
| | Fire Line Dedication Letter |
| | Grease Trap/Holding Tanks (see UP above) |
| | A/C Condensate/Dry Well/Portable toilets (see UP above) |
| | Utility Service Request (USR) |
| Reedy Creek Improvement District (RCID) Planning and Engineering Department (P&E) | Planning Consistency Review |
| | South Florida Water Management District (SFWMD) - ERP Modification |
| | RCID Dewatering - Pull From Ground |
| | SFWMD Dewatering - Pull From Ground |
| | Planning Concurrency Review |
| | Planning Site Plan Review |
| | Storm Water Pollution Prevention Plan (SWPPP) |
| | Turbidity Control Plan Permit |
| | Site Civil Construction Plan Review |
| | Right of Way Use / Haul Permit |
| | Right of Way Permit |
| | Maintenance of Traffic |
| Florida Department of Environmental Protection (FDEP) | Notice of Intent to use General Permit |
| | Dewatering - Discharge to Surface |
| | Air Construction Permit |
| | NPDES Generic Stormwater Permit |
| | Utility Construction Notification |
| | Large Storage Tanks |