# EXHIBIT B

02/09/2023 08:13 AM  Page 1 of 76
Rec Fee: $647.50
Deed Doc Tax: $0.00
Mortgage Doc Tax: $0.00
Intangible Tax: $0.00
Phil Diamond, Comptroller
Orange County, FL
Ret To: SIMPLIFILE LC

**Prepared by/Record and Return to:**
Edward G. Milgrim
Milgrim Law Group
3216 Corrine Drive
Orlando, FL 32803

_____THIS SPACE FOR RECORDER'S USE_____

### DECLARATION OF RESTRICTIVE COVENANTS

**THIS DECLARATION OF RESTRICTIVE COVENANTS** (this **"Declaration"**) is made as of February **8**, 2023 (the **"Effective Date"**) by **REEDY CREEK IMPROVEMENT DISTRICT**, a public corporation and public body corporate and politic of the State of Florida, whose mailing address is Post Office Box 10170, Lake Buena Vista, Florida 32830-0170 (**"RCID"**) in favor of **WALT DISNEY PARKS AND RESORTS U.S., INC.**, a Florida corporation whose mailing address is Post Office Box 10000, 1375 Buena Vista Drive, 4th Floor – North, Lake Buena Vista, Florida 32830 (**"WDPR"**).

W I T N E S S E T H:

**WHEREAS**, as required by State growth management law, in June 2022, RCID's existing comprehensive plan was amended and updated by the "Reedy Creek Improvement District, City of Bay Lake and City of Lake Buena Vista, RCID Comprehensive Plan 2032" (the "**Comprehensive Plan**") governing all lands located within the jurisdictional boundary of RCID (hereinafter referred to as the "**RCID Jurisdictional Lands**"); and

**WHEREAS**, RCID is the owner of those certain parcels of land, located in Orange County, Florida, and being a portion of the RCID Jurisdictional Lands, more particularly described on Exhibits A-1 through A-23 attached hereto and made a part hereof (each a "**RCID Property**" and collectively, the "**RCID Properties**"); and

**WHEREAS**, WDPR and/or its Affiliates (as defined in the Glossary of Terms attached as an Appendix) is/are the owner of certain parcels of land, located adjacent and/or near the RCID Properties, and also being a portion of the RCID Jurisdictional Lands, more particularly described on Exhibit B attached hereto and made a part hereof (each a "**WDPR Property**" and collectively, the "**WDPR Properties**"); and

**WHEREAS**, the WDPR Properties represent the vast majority of the RCID Jurisdictional Lands and WDPR and/or its Affiliates have developed, and plan to continue to develop, the WDPR Properties into the *Walt Disney World*® Resort (the *Walt Disney World*® Resort as further developed and expanded is referred to as the "**Project**");

**WHEREAS**, RCID owns, maintains and operates public infrastructure systems (collectively, the "**Facilities**") which serve and will continue to serve the Project and, in order to facilitate the implementation of and provide adequate levels of service for the Project as it expands, new Facilities and/or expansion of existing Facilities will be required; and

**WHEREAS,** RCID and WDPR have entered into that certain Walt Disney World Chapter 163 Development Agreement, dated February 8, 2023 (the "**Development Agreement**"), to provide certainty to both RCID and WDPR (and WDPR's Affiliates) in terms of current and future development; and

**WHEREAS,** pursuant to the Development Agreement, among other things, RCID has agreed that the Facilities for the Project for the ten (10) year period ending December 31, 2032, will be funded, designed and constructed and/or caused to be constructed by RCID in accordance with the Comprehensive Plan; and

**WHEREAS,** pursuant to the Development Agreement, among other things, WDPR and its Affiliates have agreed that any land required for the Facilities that is owned by WDPR and/or its Affiliates shall be dedicated to RCID, or another public entity, as required, and that compensation for said land dedication shall be negotiated between parties but in no event shall WDPR and/or its Affiliates request payment for the land in excess of fair market value as determined by a Member of the Appraisal Institute (MAI) real estate appraiser, jointly selected by the parties, thereby guaranteeing RCID the land that it needs (to the extent owned by WDPR and/or its Affiliates) and allowing RCID to avoid the condemnation process and the costs and uncertainty associated therewith; and

**WHEREAS,** as stated in RCID's Charter, the Legislature found and declared the powers accorded to RCID's Board of Supervisors (the "**Board**") under the Charter with respect to, among other things, planning, are essential to guide and accomplish the coordinated, balanced and harmonious development of the RCID Jurisdictional Lands in accordance with existing and future needs, to promote the health, safety, morals and general welfare of RCID and its inhabitants and property owners, to establish, maintain and preserve aesthetic values and preserve and foster the development and display of the natural beauty and attractiveness of the RCID Jurisdictional Lands and of roadsides within RCID, to prevent overcrowding and congestion, to regulate traffic, to secure safety, and to conserve and provide adequate light and air and to avoid undue concentration of population; and

**WHEREAS,** the Board has determined that, in furtherance of the Comprehensive Plan and the Development Agreement, in accordance with the powers granted to the Board under the Charter, and in consideration of the commitments made by WDPR and its Affiliates under the Development Agreement, it is in the mutual best interest of RCID and WDPR (and WDPR's Affiliates and each of their respective successors and assigns) to provide for the orderly use, development, and operation of the RCID Properties by subjecting the RCID Properties to this Declaration and that subjecting the RCID Properties to this Declaration is reasonably necessary to protect the legitimate business interest or interests of WDPR, WDPR's Affiliates (as applicable) and each of their respective successors and assigns.

**NOW THEREFORE,** for and in consideration of the foregoing premises and other good and valuable consideration, the receipt and legal sufficiency of which are hereby acknowledged by RCID, to the fullest extent permitted by Law, RCID hereby declares that the RCID Properties shall be, and are hereby, made subject to this Declaration and the provisions, covenants, conditions, restrictions, easements and obligations set forth herein, which Declaration, provisions, covenants, conditions, restrictions, easements and obligations shall run with title to the RCID Properties, in each case for the benefit of the WDPR Properties, WDPR, WDPR's Affiliates (as applicable) and

each of their respective successors and assigns owning any portion of the WDPR Properties.

1. **RECITALS; DEFINED TERMS**.

The foregoing recitals are hereby incorporated herein by reference and made part of this Declaration as if fully set forth herein. Capitalized terms not defined in the body of this Declaration shall have the meaning assigned to such terms in the Glossary of Terms attached as an Appendix hereto, unless the context requires otherwise.

2. **USE**.

2.1. **Permitted Uses**. The RCID Properties shall be used only for their respective Permitted Uses and no other purpose whatsoever. As used herein, the **"Permitted Uses"** as to any particular RCID Property (or portion thereof) shall mean that such property shall be used: (i) only for such public and governmental purposes that such RCID Property is or are being used as of the Effective Date or are otherwise contemplated to be used by the Comprehensive Plan; and (ii) in accordance with the standards of workmanship, materials, quality, architectural features, design features, engineering standards, utility standards, and general aesthetic appearance as they are so maintained as of the Effective Date.

2.2. **Prohibited Uses**. Notwithstanding anything to the contrary contained in this Declaration, and without prejudice to the applicability of the Permitted Uses to the RCID Properties described in Section 3.1 above, RCID shall not use or occupy the RCID Properties (or any portion thereof), or permit or suffer the RCID Properties (or any portion thereof), to be used or occupied, for any of the Prohibited Uses. As used herein, the **"Prohibited Uses"** shall collectively mean (1) except as required by applicable Laws, any advertising, publicizing, promoting or marketing (including, without limitation, the installation of any signage, or the placement or dissemination of any brochure, magazine, book, information sheet, admission media, flyer, sign, card, video cassette, compact disc, laser disc, digital versatile disc (DVD), visual and/or audio projection, or any other printed, visual, audio, electronic or other media or materials, of any kind or nature whatsoever, whether or not now technologically existent) of any business other than RCID, and (2) any purpose which violates the prohibited uses identified on Exhibit C attached hereto and incorporated herein by reference.

2.3. **Restrictions on Occupancy of RCID Properties by Tenants**. RCID shall ensure that all leases with Tenants do not violate the terms of this Declaration.

3. **DESIGN REVIEW OF IMPROVEMENTS AND ALTERATIONS**.

Other than Improvements existing on the RCID Properties as of the Effective Date, no Improvements (including, without limitation, Alterations) shall be located, constructed, installed or placed on, or attached or affixed to, or made to the RCID Properties, or any portion thereof, including, without limitation, the structure, usage or exterior appearance and/or aesthetics of any Improvements (including, without limitation, Alterations), which would cause the RCID Properties or any portion thereof to be in violation of the Permitted Use or any other provision of this Declaration. To ensure consistency with the overall design and theming of the WDPR Properties, the exterior design, appearance and exterior aesthetic qualities of any Improvements (including, without limitation, Alterations) to any portion of the RCID Properties are subject to WDPR's prior review and comment, which shall not be unreasonably withheld, conditioned or

delayed. RCID shall maintain the RCID Properties in good condition during any construction and Alteration activities, including, without limitation, screening, landscaping and fencing.

4.  **GENGERAL MAINTENANCE STANDARD.**

The services and facilities constructed and provided on the RCID Properties, and the manner of providing or offering of such, will at all times be accordance with applicable Laws, consistent with the Permitted Use and in keeping with the standards of workmanship, materials, quality, architectural features, design features, engineering standards, utility standards, and general aesthetic appearance as they are so maintained as of the Effective Date.

5.  **PROHIBITION ON USE OF DISNEY NAME.** RCID shall not have the right to do any of the following in relation to any of the RCID Properties:

5.1.  Use (or grant the right to any other Person to use) the names "Disney," or any other name or other Identifying Symbol from time to time associated or identified with WDPR or any of WDPR's Affiliates, or any of the WDPR Properties, or any variation or derivative of any of the same, either alone or in conjunction with, or as a part of, any other word, mark, name, title or symbol, without the express prior written approval of WDPR, which approval may be granted, conditioned, delayed or withheld in WDPR's discretion.

5.2.  Use (or grant the right to any other Person to use) any of the fanciful characters (such as Mickey Mouse), designs, symbols, representations, figures, drawings, ideas or other intellectual property owned, developed or created by WDPR or any of WDPR's Affiliates in any manner whatsoever.

5.3.  Sell or distribute (or grant the right to any other Person to sell or distribute) any literature, merchandise, souvenirs or other items which refer to or depict (i) any of the WDPR Properties or any other property, real or personal, owned, operated or managed by WDPR or any of WDPR's Affiliates, except for the incidental inclusion thereof in materials distributed by RCID in connection with its ordinary business purposes, or (ii) the "WALT DISNEY WORLD" mark, name or symbol, or any logo, trademark or service mark owned, used or controlled by WDPR or any of WDPR's Affiliates.

5.4.  Use, reproduce, sell, distribute, display or exploit (or grant the right to any other Person to use, reproduce, sell, distribute, display or exploit) the WALT DISNEY WORLD® mark, name or symbol or the copyrighted works of the Walt Disney Company, Disney Enterprises, Inc., WDPR or any of WDPR's Affiliates.

6.  .  **BINDING EFFECT; ENFORCEMENT.**

6.1.  **Covenants Running With RCID Properties and Benefits Running With the WDPR Properties.** The covenants, conditions, and restrictions contained in this Declaration are intended by both parties to, and shall, run with title to the RCID Properties and all portions thereof and shall be binding on RCID, its Tenants, and any successor owner of the RCID Properties or portions thereof. The benefits of this Declaration and the covenants, conditions, and restrictions hereof shall run with title to the WDPR Properties and all portions thereof and benefit only the WDPR Properties, WDPR and its Affiliates and each of their respective successors and assigns owning any portion of the WDPR Properties. There shall be no other beneficiaries of such

provisions.  Only WDPR and WDPR's Affiliates and each of their respective successors and assigns, by virtue of their ownership of any portion of the WDPR Properties, shall have the continuing right to enforce this Declaration and the provisions, covenants, conditions, and restrictions set forth in this Declaration.  This Declaration cannot be modified, amended, terminated or canceled without the express written consent of WDPR.  WDPR (or its Affiliate, as applicable) may, at its sole option, elect to terminate the benefit of this Declaration as it applies to any WDPR Property.

6.2.    **Enforcement**.  If RCID shall violate or breach (or attempt to violate or breach) any of the provisions, covenants, conditions, restrictions and/or obligations set forth in this Declaration, and such breach or violation is not cured within thirty (30) days after receipt of written notice (or if such breach requires more than thirty (30) days to cure such longer time as reasonably necessary to complete such cure so long as RCID commences the cure of such default within such thirty (30) day period in good faith and thereafter diligently prosecutes all measures necessary or appropriate to cure such default not to exceed one hundred eighty (180) days in the aggregate), then WDPR (and/or its Affiliate(s) or Designee, as applicable) shall be entitled to any of the following remedies, which remedies may be elected without excluding any other available remedies: (i) institute and prosecute proceedings for the recovery of actual damages against RCID for such violation or breach; (ii) institute and prosecute proceedings for the purpose of preventing or enjoining any or all such violations or attempted violations or breaches or attempted breaches of the provisions, covenants, conditions, restrictions and/or obligations set forth in this Declaration; and/or (iii) bring a suit for specific performance of the same.  Except as otherwise provided in this Declaration, such remedies shall be cumulative of and with any and all other remedies expressly provided in this Declaration or which otherwise may now or hereafter be available at law or in equity, separately, concurrently or in any combination.  The failure of WDPR (or its Affiliate(s) or Designee, as applicable) to enforce any of the provisions, covenants, conditions, easements, restrictions, and/or obligations set forth in this Declaration, however long continued, shall in no event be deemed to be or constitute a waiver of the right to thereafter enforce the same as to any continuing or subsequent violation or breach or attempted violation or breach of the same provision, covenant, condition, easement, restriction and/or obligation, whether occurring prior or subsequent thereto.  Anything contained in this Declaration to the contrary notwithstanding, WDPR (and/or its Affiliate(s) or Designee, as applicable) may enforce this Declaration and the terms, provisions, covenants and conditions herein by injunctive relief, and, in addition, may seek damages and all other rights and remedies available to WDPR (and/or its Affiliate(s) or Designee, as applicable), at law or in equity.

## 7.    **TERM; ASSIGNMENT BY WDPR.**

7.1.    **Term**.  This Declaration shall be deemed effective as of the Effective Date and continue to be effective in perpetuity unless all or certain portions of the provisions of this Declaration are expressly terminated as provided elsewhere herein; provided, however, that if the perpetual term of this Declaration is deemed to violate the "Rule Against Perpetuities," or any similar law or rule, this Declaration shall continue in effect until twenty one (21) years after the death of the last survivor of the descendants of King Charles III, King of England living as of the date of this Declaration.  Notwithstanding the foregoing or anything to the contrary herein, this Declaration will terminate as of the date that none of WDPR or any of its Affiliates (or their respective successor entities) owns any real property within ten (10) miles of the RCID Properties.

7.2. **Termination of Declaration Upon Transfer to WDPR or its Affiliates or Designee.** Upon the vesting of title to any of the RCID Properties or portion thereof in WDPR (or its Affiliates or their respective Designee, as applicable) this Declaration and all the terms and conditions contained herein shall terminate and be of no further force or effect as to such RCID Property or portion thereof without the need for any further documentation or amendment to this Declaration. If WDPR (or its Affiliates or their respective Designee, as applicable) shall ever become a Tenant of a RCID Property, then this Declaration shall be of no force or effect as to the activities by such Tenant or the use of the respective RCID Property by such Tenant for the duration that such entity remains a Tenant, all without the need for any further documentation or amendment to this Declaration.

7.3. **Assignment by WDPR.** WDPR has the right to assign all of its rights to, under and in this Declaration to any Affiliates of WDPR or to any Designee. WDPR shall promptly notify RCID, in writing, of any such assignment and the instrument by which such assignment is made.

8. **MISCELLANEOUS.**

8.1. **Rights Cumulative.** Except as is expressly provided herein, all rights, remedies, powers and privileges conferred by and under this Declaration shall be cumulative of and in addition to, but not restrictive of or in lieu of, those conferred at law or in equity.

8.2. **Notices.**

8.2.1. Each notice or communication under this Declaration shall be deemed delivered and received if in writing and either: (i) personally delivered; (ii) delivered by reliable overnight air courier service; or (iii) deposited with the United States Postal Service or any official successor thereto, certified or registered mail, return receipt requested, with adequate postage prepaid, delivered or addressed to the entity entitled or required to receive the same, WDPR or RCID, as appropriate. Rejection or other refusal by the addressee to accept the notice, and inability to deliver the notice because of a change of address of the party of which no notice was given, shall be deemed to be the receipt of the notice on the third day following the date postmarked by the United States Postal Service or on the second day following the date accepted by the courier service.

8.2.2. The addresses of the parties to which notices are to initially be sent pursuant to this Declaration are as follows:

If to WDPR:        Walt Disney Parks and Resorts U.S., Inc.
                   P.O. Box 10000
                   1375 Buena Vista Drive
                   4th Floor - North
                   Lake Buena Vista, Florida 32830-1000
                   Attention: Real Estate/Legal Department

                   With duplicate copy (which shall not constitute notice or service or process) to:

Walt Disney Parks and Resorts U.S., Inc.
c/o Walt Disney World Resort Operating Participants Department
1825 Live Oak Lane
Lake Buena Vista, Florida 32830
Attention: Vice President, Real Estate

If to RCID:   Reedy Creek Improvement District
1900 Hotel Plaza Boulevard, P.O. Box 10170
Lake Buena Vista, Florida 32830-0170
Attn: District Administrator

With duplicate copy (which shall not constitute notice or service or process) to:

Milgrim Law Group
3216 Corrine Drive
Orlando, Florida 32803
Attn: Edward G. Milgrim, Esq.

Notwithstanding the foregoing, if any notice or other communication has not been sent in compliance with this Section but has in fact actually been received by its intended recipient, then such notice or communication shall be deemed to have been duly given and received effective as of the date of actual receipt. Any entity may designate a different address or recipient for receiving notices by written notice to the other entities to receive notice, such notice to be given in accordance with this Section.

8.3.   **Entire Declaration.** This Declaration may only be modified by a written instrument executed by WDPR. Notwithstanding the foregoing or anything to the contrary herein, RCID may unilaterally amend or terminate this Declaration at such time as no real property within ten (10) miles of the RCID Properties is owned by WDPR or any of its Affiliates.

8.4.   **Severability.** If any clause or provision of this Declaration is illegal, invalid or unenforceable under applicable present or future Laws, the remainder of this Declaration shall not be affected and shall continue in full force and effect. In lieu of each clause or provision of this Declaration which is illegal, invalid or unenforceable, there shall be added as a part of this Declaration a clause or provision as nearly identical as may be possible and as may be legal, valid and enforceable.

8.5.   **Governing Law.** This Declaration shall be governed by, construed under and interpreted and enforced in accordance with the laws of the State of Florida, and, where applicable, the laws of the United States of America.

8.6.   **Headings.** The use of headings, captions and numbers in this Declaration is solely for the convenience of identifying and indexing the various sections and shall in no event be considered in construing or interpreting any provision in this Declaration.

8.7.   **Use of Pronouns, Words and Phrases.** Use of pronouns, words and phrases which are used in the singular in this Declaration shall include the plural and vice versa, and nouns and

7

pronouns in this Declaration which are used in any particular gender shall be deemed to include any other gender.

     8.8.   **Consent or Approval of WDPR**.  In all instances where WDPR's reasonable consent or approval is required under this Declaration, or in any instance where common law or equity would require WDPR to act reasonably or to not unreasonably withhold its approval or consent, WDPR shall be entitled to take into account, in determining whether or not to grant or withhold approval or consent, the proximity of the RCID Properties to the WALT DISNEY WORLD® Resort and WDPR and WDPR's Affiliates' concerns that the RCID Properties comply with this Declaration and the provisions, covenants, conditions, restrictions and obligations contained herein.  Except where expressly stated herein to the contrary, in all instances where WDPR's consent or approval is required hereby, or where WDPR is entitled to use its discretion, WDPR shall be entitled to grant or withhold such consent or approval, and to exercise its discretion, in WDPR's sole and absolute discretion.

     8.9.   **Interpretation**.  If any provision, covenant, condition, restriction or obligation set forth in this Declaration is capable of two (2) interpretations, one (1) of which would render the provision, covenant, condition, restriction or obligation illegal, invalid or unenforceable and the other of which would render the provision, condition, restriction or obligation legal, valid and enforceable, then the provision, covenant, condition, restriction or obligation shall have the meaning which shall render it legal, valid and enforceable.  No inference shall be drawn from the addition, deletion or modification of any language contained in any prior draft of this Declaration.

     8.10.   **FORUM AND VENUE FOR LEGAL PROCEEDINGS/WAIVER OF JURY TRIAL**. ANY LEGAL PROCEEDING OF ANY NATURE BROUGHT TO ENFORCE ANY RIGHT OR OBLIGATION UNDER THIS DECLARATION, OR TO INTERPRET, CONSTRUE OR SEEK ANY DECLARATION WITH RESPECT TO ANY RIGHTS, REMEDIES OR RESPONSIBILITIES HEREUNDER, OR OTHERWISE ARISING OUT OF OR IN CONNECTION WITH ANY MATTER PERTAINING TO THIS DECLARATION, SHALL BE SUBMITTED EXCLUSIVELY FOR TRIAL, WITHOUT A JURY, BEFORE THE CIRCUIT COURT FOR ORANGE COUNTY, FLORIDA; OR IF SUCH COURT SHALL NOT HAVE JURISDICTION, THEN EXCLUSIVELY BEFORE ANY OTHER COURT SITTING IN ORANGE COUNTY, FLORIDA HAVING SUBJECT MATTER JURISDICTION.  RCID HEREBY CONSENTS AND SUBMITS TO THE EXCLUSIVE JURISDICTION OF ANY SUCH COURT AND AGREES TO ACCEPT SERVICE OF PROCESS IN ANY MATTER TO BE SUBMITTED TO ANY SUCH COURT PURSUANT HERETO, AND EXPRESSLY WAIVES ALL RIGHTS TO TRIAL BY JURY REGARDING ANY SUCH MATTER.

     8.11.   **Time of the Essence**.  Time shall be of the essence with respect to all of the provisions of this Declaration.

     8.12.   **Recording of this Declaration**.  This Declaration shall not be recorded by RCID in the Public Records of the county in which the RCID Properties are located without the written approval of WDPR.  WDPR, at its sole cost and expense, shall have the option to record this Declaration in the Public Records of the county in which the RCID Properties are located without the prior consent or approval of RCID.

**--THE BALANCE OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK—**

**IN WITNESS WHEREOF,** RCID has caused this Declaration to be executed and sealed by its duly authorized representative, all effective as of the Effective Date.

WITNESSES

Witness Signature: _____
Name of Witness: ____Lisa Graham____

Witness Signature: _____
Name of Witness: __Edward E. Milgim__

**"RCID"**

**REEDY CREEK IMPROVEMENT DISTRICT**, a public corporation and public body corporate and politic of the State of Florida

By: _____

John H. Classe, Jr., District Administrator

Date: ___2 | 8 | 23___

STATE OF FLORIDA
COUNTY OF ORANGE

The foregoing Declaration was acknowledged before me by means of ☒ physical presence or ☐ online notarization, this __8th__ day of __February__, 2023, by John H. Classe, Jr., as District Administrator of the **REEDY CREEK IMPROVEMENT DISTRICT**, a public corporation and public body corporate and politic of the State of Florida, on behalf thereof, who is ☒ personally known to me or ☐ presented _____ as identification. (Set forth type of identification presented, if applicable).

ILANA PERRAS
MY COMMISSION # HH 289477
EXPIRES: November 18, 2028

Signature of Notary Public-State of Florida
(AFFIX STAMP)

**Exhibit A-1**

DESCRIPTION
OF
PARCEL 1

Ref: Orange County Parcel 282428000000061

A parcel of land lying in Section 28, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Commence at the West Quarter corner of said Section 28, run along the West line of the Southwest 1/4 of said Section 28, S 00°00'07" E, 32.01 feet to a point on the Northerly right-of-way line of Buena Vista Drive as described in Official Records Book 3336, Page 1199 of the Public Records of Orange County; thence run along said right-of-way line S 65°32'52" E, 546.27 feet; thence N 24°27'08" E, 43.78 feet to the Point of Beginning, thence S 68°22'14" E, 825.35 feet; thence N 21°37'46" E, 29.13 feet; thence S 68°22'14" E, 109.67 feet; thence N 21°37'46" E, 360.89 feet; thence N 68°22'14" W, 814.52 feet; thence S 21°37'46" W, 323.89 feet; thence N 68°22'14" W, 120.50 feet; thence S 21°37'46" W, 66.13 feet to the Point of Beginning, containing 7.402 Acres, more or less.



**Exhibit A-2**

DESCRIPTION
OF
GARAGE A1 ENTRANCE

Ref: Orange County Parcel 282428000000071

A parcel of land lying in Section 28, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Commence at the West Quarter corner of said Section 28, run along the West line of the Southwest 1/4 of said Section 28, S 00°00'07" E, 32.70 feet to a point on the Northerly right-of-way line of Buena Vista Drive as described in Official Records Book 3336, Page 1188 of the Public Records of Orange County Florida; thence run along said right-of-way line the following three courses; S 65°32'23" E, 549.09 feet to the Point of Beginning, S 65°32'23" E, 390.82 feet to a point of curvature of a curve concave Northerly having a radius of 1816.86 feet, and a central angle of 25°34'31"; run Easterly along the arc of said curve, 810.99 feet; to a point on a non-tangent curve concave Northeasterly having a radius of 48.00 feet, and a central angle of 59°13'59"; thence from a tangent bearing of N 58°59'29" W run Northwesterly along the arc of said curve, 49.62 feet; thence N 00°14'30" E, 35.39 feet; thence N 03°52'35" W, 69.70 feet; thence N 00°14'40" E, 106.90 feet to a point of curvature of a curve concave Southwesterly having a radius of 89.00 feet, and a central angle of 68°36'25"; thence run Northwesterly along the arc of said curve, 106.57 feet; thence N 68°22'34" W, 45.86 feet; thence run along the boundary of a deed recorded in Official Records Book 10681, Page 1295 of the Public Records of Orange County Florida, S 21°37'46" W, 72.81 feet; thence S 68°22'14" E, 49.39 feet; thence S 21°37'46" W, 112.00 feet; thence N 68°22'15" W, 7.92 feet; thence S 21°39'02" W, 73.53 feet; thence N 68°20'58" W, 27.92 feet; thence S 21°38'37" W, 13.69 feet; thence N 68°22'14" W, 13.53 feet; thence run along aforesaid deed the following courses; S 21°37'46" W, 56.00 feet; N 68°22'14" W, 109.67 feet; S 21°37'46" W, 29.13 feet; N 68°22'14" W, 825.35 feet; S 21°37'46" W, 44.40 feet to the Point of Beginning, containing 2.281 Acres, more or less.



CURVE TABLE

| CURVE | RADIUS | DELTA | LENGTH | TANG. BRG. |
|---|---|---|---|---|
| C1 | 1816.86 | 25°34'31" | 810.[illegible] | N 58°59'29" W |
| [illegible] | 48.00 | 59°13'59" | 49.[illegible] | |
| C3 | 89.00 | 68°36'25" | 106.57 | |

TANGENT TABLE

| LINE# | BEARING | DIST. |
|---|---|---|
| L1 | S 00°00'07" E | 32.70 |
| L2 | N 00°14'30" E | 35.39 |
| L3 | N 03°52'35" W | 69.70 |
| L4 | N 00°14'40" E | 106.90 |
| L5 | N 68°22'34" W | 45.86 |
| L6 | S 21°37'46" W | 72.81 |
| L7 | S 68°22'14" E | 49.39 |
| L8 | S 21°37'46" W | 112.00 |
| L9 | N 68°22'15" W | 7.92 |
| L10 | S 21°39'02" W | 73.53 |
| L11 | N 68°20'58" W | 27.92 |
| L12 | S [illegible] W | 13.[illegible] |
| | | |
| L14 | S 21°37'46" W | 56.00 |
| L15 | N 68°22'14" W | 109.67 |
| L16 | S 21°37'46" W | 29.13 |
| L17 | S 21°37'46" W | 44.[illegible] |

ABBREVIATIONS
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT

CHAPTER 5J-17, FLORIDA ADMINISTRATIVE CODE REQUIRES THE FOLLOWING STATEMENT.
*"THIS IS NOT A BOUNDARY SURVEY"*

BEARINGS ARE BASED ON THE W. LINE, SW 1/4, SEC. 28-24-28 AS BEING S 00°00'07" E

SURVEYING AND MAPPING DEPARTMENT
P.O.B. 10000
LAKE BUENA VISTA
FL 32830-1000
PHONE (407)560-7118
FAX (407)560-7869

| | |
|---|---|
| FILING AREA: *LAKE BUENA VISTA* | DATE: 10/15/14 |
| PROJECT NAME: *GARAGE A1 ENTRANCE* | SCALE: 1" = 200' |
| SURVEY TYPE: *SKETCH OF DESCRIPTION* | DRAWN BY: JLG |
| COMMENTS | FILENAME: 09JG14095 |

**Exhibit A-3**

DESCRIPTION
OF
GARAGE A1 EAST NODE

Ref: Orange County Parcel 282428000000065

A parcel of land lying in Section 28, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Commence at the West Quarter corner of said Section 28, run along the West line of the Southwest 1/4 of said Section 28, S 00°00'07" E, 143.14 feet; thence N 90°00'00" E, 1507.09 feet to the Point of Beginning, thence N 30°12'01" E, 45.79 feet; thence S 59°47'59" E, 16.25 feet; thence N 30°12'01" E, 44.17 feet; thence S 59°47'59" E, 26.67 feet; thence S 30°12'01" W, 44.17 feet; thence S 59°47'59" E, 29.00 feet; thence S 30°12'01" W, 32.00 feet; thence N 59°47'59" W, 12.75 feet; thence S 30°12'01" W, 13.79 feet; thence N 59°47'59" W, 59.17 feet to the Point of Beginning, containing 4295 square feet, more or less.



**TANGENT TABLE**

| LINE# | BEARING | DIST. |
|-------|---------|-------|
| L1 | S 59°47'59" E | 16.25 |
| L2 | N 59°47'59" W | 12.75 |
| L3 | S 30°12'01" W | 13.79 |

P.O.C.
WEST QUARTER CORNER,
SEC 28, TWN 24 S, RNG 28 E

West line of the Southwest 1/4
of Section 28-24-28

S 00°00'07" E  163.14"

N 80°00'00" E  .09
1507
P.O.B.

EAST NODE
4295 square feet±

LOBBY

A1 GARAGE
O.R. BOOK 10681, PAGE 1295

ABBREVIATIONS
R=RADIUS
L=LENGTH
△=DELTA
TB=TANGENT BEARING
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT
POT=POINT OF TERMINATION

SURVEYOR'S NOTE
CHAPTER 5J-17, FLORIDA
ADMINISTRATIVE CODE REQUIRES
THE FOLLOWING STATEMENT.
"THIS IS NOT A BOUNDARY SURVEY"

BEARINGS AR BASED ON THE
W. LINE, SW 1/4, SEC. 28-24S-28E
AS BEING S 00°00'07" E

| FILING AREA | | DATE: |
|---|---|---|
| LAKE BUENA VISTA | | 10/10/14 |
| PROJECT NAME | | SCALE |
| GARAGE A1 EAST NODE | | 1' = 30' |
| SURVEY TYPE | | DRAWN BY: |
| SKETCH OF DESCRIPTION | | JLG |
| COMMENTS | | FILENAME: |
| | | 09JG14405 |

SURVEYING AND
MAPPING DEPARTMENT
P.O.B. 10000
LAKE BUENA VISTA
FL 33830-1000
PHONE (407)560-7318
FAX (407)560-7888

**Exhibit A-4**

DESCRIPTION
OF
GARAGE A1 WEST NODE

Ref: Orange County Parcel 282428000000064

A parcel of land lying in Section 28, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Commence at the West Quarter corner of said Section 28, run along the West line of the Northwest 1/4 of said Section 28, N 00°00'15" W, 74.94 feet; thence N 90°00'00" E, 915.15 feet to the Point of Beginning; thence N 22°26'10" E, 24.01 feet to a point on a non-tangent curve concave Southerly having a radius of 179.65 feet, and a central angle of 03°14'25"; thence from a tangent bearing of S 77°04'27" E run Easterly along the arc of said curve, 10.16 feet; thence N 22°32'16" E, 4.78 feet; thence S 67°27'44" E, 1.87 feet; thence S 22°32'17" W, 4.58 feet to a point on a non-tangent curve concave Southerly having a radius of 179.65 feet, and a central angle of 05°28'17"; thence from a tangent bearing of S 73°13'58" E run Easterly along the arc of said curve, 17.16 feet; thence N 22°32'16" E, 4.67 feet; thence S 67°27'44" E, 1.87 feet; thence S 22°32'16" W, 4.67 feet; to a point on a non-tangent curve concave Southwesterly having a radius of 179.65 feet, and a central angle of 05°28'17"; thence from a tangent bearing of S 67°09'48" E run Southeasterly along the arc of said curve, 17.16 feet; thence N 22°32'16" E, 4.58 feet; thence S 67°27'44" E, 1.87 feet; thence S 22°32'16" W, 4.78 feet to a point on a non-tangent curve concave Southwesterly having a radius of 179.65 feet, and a central angle of 03°14'28"; thence from a tangent bearing of S 61°05'26" E run Southeasterly along the arc of said curve, 10.16 feet; thence S 22°43'18" W, 24.00 feet; thence N 67°28'06" W, 59.88 feet to the Point of Beginning, containing 1566 square feet, more or less.



GRAPHIC SCALE
SCALE 1 = 30'

N 90°00' E  915.15'

WEST NODE
1566 square feet

P.O.B.

N 67°28'06" W

West line of the Northwest 1/4
of Section 28-24-28

N 00°00'15" W  74.94'

P.O.C.
WEST QUARTER CORNER,
SEC 28, TWN 24 S, RNG 28 E

A1 GARAGE
O.R. BOOK 10881 PAGE 1295

ABBREVIATIONS:
R=RADIUS
L=LENGTH
Δ=DELTA
TB=TANGENT BEARING
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT
POT=POINT OF TERMINATION

**LINE TABLE**

| LINE | TANGENT | DIST. |
|------|---------|-------|
| L1 | N 22°26'10" E | 24.01 |
| L2 | | |
| L3 | N 22°32'16" E | 4.78 |
| L4 | S 67°27'44" E | 1.8 |
| L5 | S 22°32'17" W | 4.68 |
| L6 | N 22°22'46" E | 1.87 |
| L7 | | |
| L8 | N 22°32'16" E | 4.58 |
| L9 | | |
| L10 | S 67°27'44" E | 1.87 |
| L11 | S 22°32'16" W | 24.78 |
| | S 22°43'1" W | 4.00 |

**CURVE TABLE**

| CURVE | RADIUS | DELTA | LENGTH | TANG. BRG. |
|-------|--------|-------|--------|------------|
| C1 | 179.65 | 03°14'25" | 10.16 | S 77°04'27" E |
| C2 | 179.65 | 05°28'17" | 17.16 | S 73°13'58" E |
| C3 | 179.65 | 05°28'17" | 17.16 | S 67°09'48" E |
| C4 | 179.65 | 03°14'28" | 10.16 | S 61°05'26" E |

SURVEYOR'S NOTE
CHAPTER 5J-17, FLORIDA
ADMINISTRATIVE CODE REQUIRES
THE FOLLOWING STATEMENT.
"THIS IS NOT A BOUNDARY SURVEY"

BEARINGS
W.                ARE BASED ON THE
LINE, NW 1/4, SEC. 28-24S-28E
AS BEING N 00°00'15" W

RICE'S ENERGY SERVICES

SURVEYING AND
MAPPING DEPARTMENT
P.O.B. 10000
LAKE BUENA VISTA
FL. 32830-1000
PHONE (407)560-7116
FAX (407)560-7669

| FILING AREA | LAKE BUENA VISTA | DATE: 10/10/14 |
|-------------|------------------|----------------|
| PROJECT NAME | GARAGE A1 WEST NODE | SCALE 1" = 30' |
| SURVEY TYPE | SKETCH OF DESCRIPTION | DRAWN BY: JLG |
| COMMENTS | | FILENAME: 09JG14103 |

### Exhibit A-5

DESCRIPTION
OF
GARAGE A1 SERVICE AREA

Ref: Orange County Parcel 282428000000066

A parcel of land lying in Section 28, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Commence at the West Quarter corner of said Section 28, run along the West line of the Southwest 1/4 of said Section 28, S 00°00'07" E, 32.70 feet to a point on the Northerly right-of-way line of Buena Vista Drive as described in Official Records Book 3336, Page 1199 of the Public Records of Orange County; thence run along said right-of-way line the following two courses; S 65°32'23" E, 939.91 feet to a point of curvature of a curve concave Northerly having a radius of 1816.86 feet, and a central angle of 17°19'56"; run Easterly along the arc of said curve, 549.61 feet; thence N 21°37'46" E, 37.16 feet to a point on a deed recorded in Official Records Book 10681, Page1295 of the Public records of Orange County; thence run along said line; N 21°37'46" E, 56.00 feet to the Point of Beginning of the aforementioned deed recorded in Official Records Book 10681, Page1295 of the Public records of Orange County, thence continue N 21°37'46" E, 199.21 feet; thence S 68°22'14" E, 49.39 feet; thence S 21°37'46" W, 112.00 feet; thence N 68°22'15" W, 7.92 feet; thence S 21°39'02" W, 73.53 feet; thence N 68°20'58" W, 27.92 feet; thence S 21°38'37" W, 13.69 feet; thence N 68°22'14" W, 13.53 feet to the Point of Beginning, containing 8765 square feet, more or less.



TANGENT TABL

| LINE# | BEARING | DIST. |
|---|---|---|
| L1 | S 00° 00' 07" E | 32. 70 |
| L2 | N 21° 37' 46" E | 37. 16 |
| L3 | N 21° 37' 46" E | 56. 00 |
| L4 | S 68° 22' 14" E | 49. 39 |
| L5 | S 21° 37' 46" W | 112. 00 |
| L6 | N 68° 22' 15" W | 7. 92 |
| L7 | S 21° 39' 02" W | 73. 53 |
| L8 | N 68° 20' 58" W | 27. 92 |
| L9 | S 21° 38' 37" W | 13. 69 |
| L10 | N 68° 22' 14" W | 13. 53 |

CURVE TABLE

| CURVE | RADIUS | DELTA | LENGTH | TANG. BRG. |
|---|---|---|---|---|
| C1 | 1816. 86 | 17°19'56" | 549. 61 | |

ABBREVIATIONS
R=RADIUS
L=LENGTH
Δ=DELTA
TB=TANGENT BEARING
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT
POT=POINT OF TEMINATION

SURVEYOR'S NOTE
CHAPTER 5J-17, FLORIDA ADMINISTRATIVE CODE REQUIRES THE FOLLOWING STATEMENT.
*"THIS IS NOT A BOUNDARY SURVEY"*

BEARINGS ARE BASED ON THE W. LINE, SW 1/4, SEC. 28-24-28 AS BEING S 00°00'07" E

SURVEYING AND MAPPING DEPARTMENT
P.O.B. 10000
LAKE BUENA VISTA
FL. 32830-1000
PHONE (407)560-7118
FAX (407)560-7869

| | |
|---|---|
| FILING AREA: *LAKE BUENA VISTA* | DATE: 11/10/14 |
| PROJECT NAME: *GARAGE A1 SERVICE AREA* | 1" = 200' |
| SURVEY TYPE: *SKETCH OF DESCRIPTION* | DRAWN BY: JLG |
| COMMENTS | FILENAME: 09JG14101 |

**Exhibit A-6**

DESCRIPTION
OF
PARCEL 13.2

Ref: Orange County Parcel 282428000000075

A parcel of land lying in Sections 28 and 29, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Commence at the East Quarter corner of said Section 29, run along the East line of the Southeast 1/4 of said Section 29, S 00°00'07" E, 32.70 feet, to a point on the right of way line of Buena Vista Drive as described in Official Records Book 3336, Page 1199 of the Public Records of Orange County, Florida, and the Point of Beginning; thence run along said right of way line N 65°32'23" W, 160.70 feet; thence N 46°04'50" E, 217.41 feet; thence S 43°55'10" E, 25.50 feet to a point on a non-tangent curve concave Southeasterly having a radius of 195.51 feet, and a central angle of 17°54'22"; thence from a tangent bearing of S 46°04'50" W run Southwesterly along the arc of said curve, 61.10 feet; to a point of compound curvature of a curve concave Easterly having a radius of 45.50 feet, and a central angle of 82°33'52"; thence run Southerly along the arc of said curve, 65.57 feet; to a point of compound curvature of a curve concave Northerly having a radius of 317.03 feet, and a central angle of 29°37'59"; thence run Easterly along the arc of said curve, 163.96 feet; thence S 84°20'09" E, 230.00 feet to a point of curvature of a curve concave Southwesterly having a radius of 83.04 feet, and a central angle of 108°48'30"; thence run Southeasterly along the arc of said curve, 157.70 feet; thence S 24°36'58" W, 8.65 feet; thence S 68°29'06" E, 89.19 feet; thence S 21°37'46" W, 87.65 feet; thence run along said right of way line N 65°32'23" W, 549.09 feet to the Point of Beginning, containing 1.884 Acres, more or less.



TANGENT TABLE

| LINE# | BEARING | DIST. |
|---|---|---|
| L1 | S 00°00'07" E | 32.70 |
| L2 | S 43°55'10" E | 25.50 |
| L3 | S 24°36'58" W | 8.65 |

CURVE TABLE

| CURVE | RADIUS | DELTA | LENGTH | TANG. BRG. |
|---|---|---|---|---|
| C1 | 195.51 | 17°54'22" | 61.10 | S 46°04'50" W |
| C2 | 45.50 | 82°33'52" | 65.57 | |
| C3 | 317.03 | 29°37'59" | 163.96 | |
| C4 | 83.04 | 108°48'30" | 157.70 | |

| | | |
|---|---|---|
| SURVEYING AND MAPPING DEPARTMENT<br>P.O.B. 10000<br>LAKE BUENA VISTA<br>FL 32830-1000<br>PHONE (407)560-7118<br>FAX (407)560-7889 | FILING AREA: LAKE BUENA VISTA | DATE: 3/22/16 |
| | PROJECT NAME: PARCEL 13.2 | SCALE: 1" = 100' |
| | SURVEY TYPE: SKETCH OF DESCRIPTION | DRAWN BY: JLG |
| | COMMENTS | FILENAME: 09JG16063 |

**Exhibit A-7**

DESCRIPTION
OF
GARAGE A2

Ref: Orange County Parcel 282428000000069

A parcel of land lying in Section 28, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Commence at the West Quarter corner of said Section 28, run along the West line of the Southwest 1/4 of said Section 28, S 00°00'07" E, 340.38 feet; thence N 90°00'00" E, 2524.29 feet to the a point on the North right-of-way line of Buena Vista Drive as described in Official Records Book 2125, Page 311 and Book 2647, Page 1635 and 3336, Page 1199 Public Records of Orange County Florida and Point of Beginning, thence run along said right-of-way line the following courses; S 64°45'36" E, 24.25 feet to a point of curvature of a curve concave Northwesterly having a radius of 5.00 feet, and a central angle of 110°11'36"; run Northeasterly along the arc of said curve, 9.62 feet; to a point of compound curvature of a curve concave Westerly having a radius of 45.89 feet, and a central angle of 30°56'43"; run Northerly along the arc of said curve, 24.79 feet; to a point on a non-tangent curve concave Northwesterly having a radius of 1816.52 feet, and a central angle of 05°56'52"; from a tangent bearing of N 58°50'22" E run Northeasterly along the arc of said curve, 188.57 feet; to a point of compound curvature of a curve concave Northwesterly having a radius of 2771.99 feet, and a central angle of 07°20'22"; run Northeasterly along the arc of said curve, 355.09 feet; N 45°33'08" E, 410.31 feet; S 43°06'29" E, 14.47 feet; N 45°33'10" E, 113.68 feet; N 45°12'49" W, 14.83 feet to a point on a non-tangent curve concave Northwesterly having a radius of 770.02 feet, and a central angle of 02°20'44"; from a tangent bearing of N 43°48'23" E run Northeasterly along the arc of said curve, 31.52 feet; to a point on a non-tangent curve concave Northerly having a radius of 49.13 feet, and a central angle of 48°03'19"; thence departing said right-of-way line from a tangent bearing of S 81°47'30" W run Westerly along the arc of said curve, 41.20 feet; thence N 44°16'54" W, 23.97 feet; thence N 42°24'23" W, 73.73 feet to a point of curvature of a curve concave Southerly having a radius of 114.00 feet, and a central angle of 65°40'42"; thence run Westerly along the arc of said curve, 130.68 feet; thence N 19°22'23" W, 2.58 feet to a point on a non-tangent curve concave Southeasterly having a radius of 116.77 feet, and a central angle of 26°08'41"; thence from a tangent bearing of S 71°51'47" W run Southwesterly along the arc of said curve, 53.28 feet; thence S 45°43'06" W, 15.75 feet; thence N 44°16'54" W, 7.75 feet; thence S 45°43'06" W, 147.58 feet; thence N 44°16'54" W, 62.74 feet; thence S 45°43'38" W, 540.25 feet to a point of curvature of a curve concave Southeasterly having a radius of 90.84 feet, and a central angle of 05°25'41"; thence run Southwesterly along the arc of said curve, 8.61 feet; thence S 44°16'54" E, 40.08 feet; thence S 45°43'06" W, 37.79 feet to a point of curvature of a curve concave Easterly having a radius of 64.00 feet, and a central angle of 64°49'32"; thence run Southerly along the arc of said curve, 72.41 feet; thence S 19°06'26" E, 162.56 feet; thence S 68°09'50" W, 55.33 feet; thence S 21°50'11" E, 41.82 feet to a point of

curvature of a curve concave Westerly having a radius of 43.00 feet, and a central angle of 80°04'03"; thence run Southerly along the arc of said curve, 60.09 feet to the Point of Beginning, containing 6.63 acres, more or less.



**LINE TANGENT TABLE**

| | BEARING | DIST. |
|---|---|---|
| L1 | S 64°45'36" E | 24.25 |
| L2 | S 43°06'29" E | 4.44 |
| L3 | S 45°12'45" W | 14.8 |
| L4 | N 44°16'54" W | 23.97 |
| L5 | N 4°24'23" W | 73.73 |
| L6 | N 19°22'23" W | 7.59 |
| L7 | S 45°43'06" W | 7.5 |
| L8 | N 44°16'54" W | 62.00 |
| L9 | N 44°16'54" W | 62.00 |
| L10 | N 44°16'54" E | 40 |
| L11 | S 45°43'06" E | 37.73 |
| L12 | S 68°09'50" | 55.3 |
| L13 | S 81°50'41" N | 41.82 |

**CURVE TABLE**

| CURVE | RADIUS | DELTA | LENGTH | TANG. BRG. |
|---|---|---|---|---|
| C1 | 5.00 | 110°11'36" | 9.62 | |
| C2 | 45.89 | 30°56'43" | 24.79 | |
| C3 | 1816.52 | 05°56'52" | 188.57 | N 58°50'22" E |
| C4 | 2771.99 | 07°20'22" | 355.09 | |
| C5 | 770.02 | 02°20'44" | 31.52 | N 43°48'23" E |
| C6 | 49.13 | 48°03'19" | 41.20 | S 81°47'30" W |
| C7 | 114.00 | 65°40'42" | 130.68 | |
| C8 | 116.77 | 26°08'41" | 53.28 | S 71°51'47" W |
| C9 | 90.84 | 05°25'41" | 8.61 | |
| C10 | 64.00 | 64°49'32" | 72.41 | |
| C11 | 43.00 | 80°04'03" | 60.09 | |

**ABBREVIATIONS:**
R=RADIUS
L=LENGTH
Δ=DELTA
TB=TANGENT BEARING
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT
POT=POINT OF TERMINATION

**SURVEYOR'S NOTE**
CHAPTER 5J-17, FLORIDA
ADMINISTRATIVE CODE REQUIRES
THE FOLLOWING STATEMENT.
"THIS IS NOT A BOUNDARY SURVEY"

BEARINGS ARE BASED ON THE
W. LINE, SW 1/4, SEC. 28-24S-28E
AS BEING S 00°00'00" E

| FILING AREA | LAKE BUENA VISTA | | 12/23 SCALE | /2015 |
|---|---|---|---|---|
| PROJECT NAME | GARAGE A2 | | DRAWN | 150' |
| SURVEY TYPE | SKETCH OF DESCRIPTION | | JCG BY | |
| COMMENTS | | | FILENAME | 09UG1 |

SURVEYING AND
MAPPING DEPARTMENT
P.O.B. 10000
LAKE BUENA VISTA
FL 32830-1000
PHONE (407)560-7718
FAX (407)560-7886

5109

**Exhibit A-8**

DESCRIPTION
OF
GARAGE A2 NODE

Ref: Orange County Parcel 282428000000070

A parcel of land lying in Section 28, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Commence at the West Quarter corner of said Section 28, run along the West line of the Northwest 1/4 of said Section 28, N 00°00'15" W, 347.12 feet; thence N 90°00'00" E, 2679.62 feet to the Point of Beginning, thence N 45°43'06" E, 45.46 feet; thence S 44°16'54" E, 56.09 feet; thence N 45°43'06" E, 2.19 feet; thence S 44°16'54" E, 35.20 feet; thence S 45°43'06" W, 49.83 feet; thence N 44°16'54" W, 35.20 feet; thence N 45°43'06" E, 2.19 feet; thence N 44°16'54" W, 56.09 feet to the Point of Beginning, containing 4304 square feet, more or less.



| L N # | BEA ING | D |
|---|---|---|
| L1 | N 45°43'06" E | 2.19 |
| L2 | N 45°43'06" E | 2.19 |

TANGENT TABLE

Garage A2 node
±304 square feet±

P.O.B.

N 90°00'00" E 2676.52

P.O.C.
WEST QUARTER CORNER,
SEC 28, TWN 24 S, RNG 28

ABBREVIATIONS:
R=RADIUS
L=LENGTH
Δ=DELTA
TB=TANGENT BEARING
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT
POT=POINT OF TERMINATION

SURVEYOR'S NOTE
CHAPTER 5J-17, FLORIDA
ADMINISTRATIVE CODE REQUIRES
THE FOLLOWING STATEMENT:
"THIS IS NOT A BOUNDARY SURVEY"

BEARING S ARE BASED ON THE
W. LINE, NW 1/4, SEC. 28-24S-28E
AS BEING N 00'00'15" W

SURVEYING AND
MAPPING DEPARTMENT
P.O.B. 10000
LAKE BUENA VISTA
FL. 32830-1000
PHONE (407)560-7118
FAX (407)560-7606

| FILING AREA | DATE: |
|---|---|
| LAKE BUENA VISTA | 2/23/2015 |
| PROJECT NAME | SCALE: |
| GARAGE A2 NODE | 1" = 40' |
| SURVEY TYPE | DRAWN BY: |
| SKETCH OF DESCRIPTION | |
| COMMENTS | |
| | 09JG15010 |

Page 17

**Exhibit A-9**

DESCRIPTION
OF
PARCEL 1

Ref: Orange County Parcel 282428000000080

A parcel of land lying in Section 28, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Commence at the Southwest corner of said Section 28, run along the West line of the Southwest 1/4 of said Section 28, N 00°00'07" W, 498.48 feet; thence N 89°59'53" E, 621.37 feet to a point on the Easterly boundary of a deed recorded in Official Records Book 10852, Page 9478 of the Public records of Orange County Florida and the Point of Beginning, and a point on a non-tangent curve concave Northerly having a radius of 513.14 feet, and a central angle of 14°56'06"; thence from a tangent bearing of N 81°05'24" W run Westerly along the arc of said curve and deed, 133.76 feet; thence N 79°50'07" E, 33.82 feet; thence S 10°04'53" E, 15.00 feet; thence N 79°54'45" E, 1178.57 feet; thence N 00°41'10" E, 279.34 feet to a point on a non-tangent curve concave Southeasterly having a radius of 45.24 feet, and a central angle of 58°01'41"; thence from a tangent bearing of N 02°12'23" W run Northeasterly along the arc of said curve, 45.82 feet; thence N 34°06'25" W, 16.59 feet to a point on a non-tangent curve concave Northwesterly having a radius of 118.00 feet, and a central angle of 19°58'42"; thence from a tangent bearing of N 70°05'35" E run Northeasterly along the arc of said curve, 41.15 feet; thence N 50°06'53" E, 428.47 feet; thence S 40°29'34" E, 13.53 feet to a point on a non-tangent curve concave Southerly having a radius of 45.00 feet, and a central angle of 90°49'13"; thence from a tangent bearing of N 49°30'27" E run Easterly along the arc of said curve, 71.33 feet; thence S 39°40'20" E, 10.22 feet to a point of curvature of a curve concave Northeasterly having a radius of 30.00 feet, and a central angle of 43°31'08"; thence run Southeasterly along the arc of said curve, 22.79 feet; thence S 83°11'29" E, 62.90 feet to a point of curvature of a curve concave Northerly having a radius of 30.00 feet, and a central angle of 46°55'08"; thence run Easterly along the arc of said curve, 24.57 feet; thence N 49°53'23" E, 82.76 feet to a point of curvature of a curve concave Northwesterly having a radius of 30.00 feet, and a central angle of 46°08'21"; thence run Northeasterly along the arc of said curve, 24.16 feet; thence N 03°45'03" E, 83.05 feet to a point of curvature of a curve concave Southeasterly having a radius of 45.00 feet, and a central angle of 65°30'09"; thence run Northeasterly along the arc of said curve, 51.45 feet; thence N 69°15'12" E, 4.72 feet; thence N 18°26'18" W, 23.85 feet to a point on a non-tangent curve concave Northerly having a radius of 514.02 feet, and a central angle of 02°14'31"; thence from a tangent bearing of N 71°33'44" E run Easterly along the arc of said curve, 20.11 feet; thence N 69°19'14" E, 245.96 feet; thence N 69°19'14" E, 11.20 feet to a point of curvature of a curve concave Northwesterly having a radius of 1026.03 feet, and a central angle of 07°59'11"; thence run Northeasterly along the arc of said curve, 143.02 feet; thence N 61°20'02" E, 27.28 feet; thence N 28°39'58" W, 12.04 feet to a point on a non-tangent curve concave Northwesterly having a radius of 402.01 feet, and a central angle of 21°32'12"; thence from a tangent bearing of N 60°31'26" E run Northeasterly along the arc of said curve, 151.11 feet; thence N 38°59'14" E, 5.74 feet; thence N 50°41'01" W, 21.31 feet to a point on a non-tangent curve concave Northwesterly having a radius of 32.00 feet, and a central angle of 38°21'31"; thence from a tangent bearing of N 51°09'53" E run Northeasterly along the arc of said curve, 21.42 feet; to a point of compound curvature of a curve concave Southwesterly having a radius of 76.00 feet, and a central angle of 73°05'53"; thence run Northwesterly along the arc of said curve, 96.96 feet; to a point of reverse curvature of a curve concave Northeasterly having a radius of 124.00 feet, and a central angle of 31°37'33"; thence run Northwesterly along the arc of said curve, 68.45 feet; thence N 28°39'58" W, 43.01 feet; thence S 58°19'47" W, 12.80 feet; thence N 31°40'14" W, 62.42 feet to a point on a non-tangent curve concave Northeasterly having a radius of 41.00 feet, and a central angle of 27°14'25"; thence from a tangent bearing of N 59°45'09" W run Northwesterly along the arc of said curve, 19.49 feet; thence N 32°30'45" W, 113.04 feet to a point on the Southerly right of way line of Buena Vista Drive as described in Official Records Book 3336, Page 1199 of the Public Records of Orange County, Florida; and a point on a non-tangent curve concave Northwesterly having a radius of 2002.86 feet, and a central angle of 04°36'15"; thence from a tangent bearing of N 58°29'08" E run Northeasterly along the arc of said curve and right of way, 160.94 feet; thence run along

the boundary of a deed recorded in instrument number 20160228229 in the Public Records of Orange County, Florida the following courses; S 36°07'07" E, 13.95 feet; thence S 02°10'36" E, 48.59 feet to a point of curvature of a curve concave Northwesterly having a radius of 38.00 feet, and a central angle of 59°32'36"; thence run Southwesterly along the arc of said curve, 39.49 feet; thence S 57°22'00" W, 30.95 feet; thence S 32°38'00" E, 355.99 feet; thence S 47°04'51" W, 73.67 feet to a point on a non-tangent curve concave Northeasterly having a radius of 63.50 feet, and a central angle of 180°00'00"; thence from a tangent bearing of S 43°35'47" W run Southeasterly along the arc of said curve, 199.49 feet; thence departing said deed run along the Westerly limited access right of way line of the I-4 (Disney World) Interchange as show on Florida Department of Transportation right-of-way map section 75000-2520 and dated July 28, 1980, last revised on March 5, 1998, S 43°45'36" W, 160.24 feet; thence N 46°14'24" W, 40.00 feet; thence S 43°45'36" W, 24.00 feet; thence S 46°14'24" E, 40.00 feet to a point on the aforesaid Westerly limited access right of way line; thence run along aforesaid Westerly limited access right of way line, S 43°45'36" W, 79.20 feet to a point on the boundary of a deed recorded in instrument number 20160228229 in the Public Records of Orange County, Florida; and a point on a non-tangent curve concave Southwesterly having a radius of 60.20 feet, and a central angle of 177°25'45"; thence from a tangent bearing of N 43°35'39" E run Northwesterly along the arc of said curve and deed, 186.42 feet; thence continue along said deed the following courses; S 46°09'54" W, 142.91 feet to a point of curvature of a curve concave Northwesterly having a radius of 150.00 feet, and a central angle of 23°09'24"; thence run Southwesterly along the arc of said curve, 60.62 feet; thence S 69°19'18" W, 164.30 feet to a point of curvature of a curve concave Southeasterly having a radius of 150.00 feet, and a central angle of 55°14'06"; thence run Southwesterly along the arc of said curve, 144.61 feet; thence S 14°05'11" W, 108.98 feet to a point of curvature of a curve concave Northwesterly having a radius of 100.00 feet, and a central angle of 35°43'22"; thence run Southwesterly along the arc of said curve, 62.35 feet; thence S 49°48'33" W, 334.77 feet to a point of curvature of a curve concave Northerly having a radius of 300.00 feet, and a central angle of 43°56'06"; thence run Westerly along the arc of said curve, 230.04 feet; to a point of reverse curvature of a curve concave Easterly having a radius of 73.13 feet, and a central angle of 192°46'47"; thence run Southerly along the arc of said curve, 246.07 feet to a point on the aforesaid Westerly limited access right of way line of the I-4 (Disney World) Interchange; and a point on a non-tangent curve concave Northerly having a radius of 1809.91 feet, and a central angle of 10°32'03"; thence departing said deed from a tangent bearing of S 69°20'42" W run Westerly along the arc of said curve limited access right of way, 332.76 feet; thence continue along said Westerly limited access right of way, S 79°53'09" W, 867.70 feet to the Point of Beginning, containing 7.528 Acres, more or less.

Together with;

PARCEL 2
Ref: A portion of Orange County Parcel 282428000000082

A parcel of land lying in Section 28, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Commence at the West Quarter corner of said Section 28, run along the West line of the Southwest 1/4 of said Section 28, S 00°00'07" E, 188.41 feet; thence N 89°59'53" E, 3028.83 feet to a point on the Southerly right of way line of Buena Vista Drive as described in Official Records Book 3336, Page 1199 of the Public Records of Orange County, Florida, the Point of Beginning, and a point on a non-tangent curve concave Northwesterly having a radius of 2957.79 feet, and a central angle of 01°58'21"; thence from a tangent bearing of N 47°31'58" E run Northeasterly along the arc of said curve and right of way line, 101.83 feet; thence continue along said right of way line the following two courses; N 45°33'36" E, 500.00 feet to a point of curvature of a curve concave Northwesterly having a radius of 956.01 feet, and a central angle of 06°53'49"; thence run Northeasterly along the arc of said curve, 115.08 feet; to a point on a non-tangent curve concave Westerly having a radius of 100.00 feet, and a central angle of 09°26'36"; thence from a tangent bearing of S 01°09'56" E run Southerly along the arc of said curve, 16.48 feet; thence S 08°16'39" W, 5.29 feet; thence N 86°06'48" E, 18.78 feet; thence S 03°53'11" E, 12.04 feet; thence N 86°06'48" E, 23.98 feet; thence S 03°53'12" E, 25.68 feet; thence S 86°06'48" W, 24.01 feet; thence S 03°53'12" E, 11.97 feet; thence S 86°06'48" W, 19.24 feet; thence S 37°38'17" W, 52.85 feet to a point on a non-tangent curve concave Southwesterly having a radius of 170.00 feet, and a central angle of 29°38'18"; thence from a tangent bearing of S 38°35'45" E run Southeasterly along the arc of said curve, 87.94 feet; thence S 09°53'02" E, 43.95 feet to a point on a non-tangent curve concave Northeasterly having a radius of 198.01 feet, and a central angle of

18°54'38"; thence from a tangent bearing of S 15°34'43" E run Southeasterly along the arc of said curve, 65.35 feet; to a point on a non-tangent curve concave Northeasterly having a radius of 287.01 feet, and a central angle of 06°54'13"; thence from a tangent bearing of S 36°00'00" E run Southeasterly along the arc of said curve, 34.58 feet; to a point of reverse curvature of a curve concave Westerly having a radius of 101.00 feet, and a central angle of 46°48'22"; thence run Southerly along the arc of said curve, 82.51 feet; thence S 46°23'57" E, 106.45 feet to a point on the Westerly limited access right of way line of the I-4 (Disney World) Interchange as show on Florida Department of Transportation right-of-way map section 75000-2520 and dated July 28, 1980, last revised on March 5, 1998; thence run along said  Westerly limited access right of way the following two courses;  S 38°29'39" W, 202.26 feet; S 43°35'39" W, 66.92 feet to a point on the boundary of a deed recorded in instrument number 20160228229 in the Public Records of Orange County, Florida; thence run along said deed the following courses; N 44°46'10" W, 173.16 feet to a point of curvature of a curve concave Southerly having a radius of 75.00 feet, and a central angle of 98°12'34"; thence run Westerly along the arc of said curve, 128.56 feet; thence S 37°01'17" W, 89.88 feet to a point of curvature of a curve concave Northerly having a radius of 40.00 feet, and a central angle of 94°14'24"; thence run Westerly along the arc of said curve, 65.79 feet; thence N 48°44'20" W, 203.92 feet to the Point of Beginning, containing 4.664 Acres, more or less.

Together with;

PARCEL 3
Ref: Orange County Parcel 282428000000083

A parcel of land lying in Section 28, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Commence at the West Quarter corner of said Section 28, run along the West line of the Northwest 1/4 of said Section 28, N 00°00'15" W, 448.20 feet; thence N 89°59'45" E, 3297.68 feet to a point on the boundary of a deed recorded in Official Records Book 10905, Page 9175 of the Public Records of Orange County, Florida and the Point of Beginning, thence N 43°36'48" E, 21.88 feet; thence N 46°23'12" W, 19.75 feet; thence N 43°36'48" E, 2.15 feet; thence N 46°39'01" W, 38.42 feet; thence N 43°36'48" E, 19.88 feet; thence S 46°23'12" E, 38.26 feet; thence N 43°36'48" E, 2.15 feet; thence S 46°23'12" E, 19.92 feet; thence N 43°36'48" E, 11.00 feet; thence S 46°23'12" E, 33.33 feet; thence N 43°36'48" E, 17.24 feet to a point on a non-tangent curve concave Northerly having a radius of 52.00 feet, and a central angle of 66°37'16"; thence from a tangent bearing of S 62°48'14" E run Easterly along the arc of said curve, 60.47 feet; to a point on the Northerly right of way line of Buena Vista Drive as recorded in Official Records Book 2592, Page 1398 of the Public Records of Orange County, Florida and point on a non-tangent curve concave Northwesterly having a radius of 770.01 feet, and a central angle of 07°35'39"; thence from a tangent bearing of S 33°52'29" W run Southwesterly along the arc of said curve and right of way line, 102.06 feet; to a point on the aforementioned deed and a non-tangent curve concave Northerly having a radius of 49.13 feet, and a central angle of 48°03'11"; thence from a tangent bearing of S 81°48'06" W run Westerly along the arc of said curve and deed, 41.20 feet; thence continue along said deed the following courses; N 44°16'26" W, 23.97 feet; thence N 42°23'55" W, 21.52 feet to the Point of Beginning, containing 7095 square feet, more or less.

Together with;

PARCEL 4
Ref: Orange County Parcel 282428000000084

A parcel of land lying in Section 28, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Commence at the West Quarter corner of said Section 28, run along the West line of the Northwest 1/4 of said Section 28, N 00°00'15" W, 515.75 feet; thence N 89°59'45" E, 3129.46 feet to a point on the boundary of a deed recorded in Official Records Book 10905, Page 9175 of the Public Records of Orange County, Florida and the Point

of Beginning, thence N 36°58'36" W, 9.54 feet; thence N 53°01'24" E, 83.36 feet; thence S 33°14'37" E, 75.07 feet to a point on the aforementioned deed and a non-tangent curve concave Southerly having a radius of 114.00 feet, and a central angle of 45°53'09"; thence from a tangent bearing of N 62°11'27" W run Westerly along the arc of said curve and deed, 91.30 feet; thence continue along said deed the following courses; N 19°21'55" W, 2.58 feet to a point on a non-tangent curve concave Southerly having a radius of 116.77 feet, and a central angle of 06°38'46"; thence from a tangent bearing of S 71°52'16" W run Westerly along the arc of said curve, 13.55 feet to the Point of Beginning, containing 2776 square feet, more or less.







## CURVE TABLE

| CURVE | RADIUS | DELTA | LENGTH | TANG. BRG. |
|---|---|---|---|---|
| C1 | 513.14 | 14°56'06" | 133.76 | N 81°05'24" W |
| C2 | 45.24 | 58°01'41" | 45.82 | N 02°12'23" W |
| C3 | 118.00 | 19°58'42" | 41.15 | N 70°05'35" E |
| C4 | 45.00 | 90°49'13" | 71.33 | N 49°30'27" E |
| C5 | 30.00 | 43°31'08" | 22.79 | |
| C6 | 30.00 | 46°55'08" | 24.57 | |
| C7 | 30.00 | 46°08'21" | 24.16 | |
| C8 | 45.00 | 65°30'09" | 51.45 | |
| C9 | 514.02 | 02°14'31" | 20.11 | N 71°33'44" E |
| C10 | 1026.03 | 07°59'11" | 143.02 | |
| C11 | 402.01 | 21°32'12" | 151.11 | N 60°31'26" E |
| C12 | 32.00 | 38°21'31" | 21.42 | N 51°09'53" E |
| C13 | 76.00 | 73°05'33" | 96.96 | |
| C14 | 124.00 | 31°37'33" | 68.45 | |
| C15 | 41.00 | 27°14'25" | 19.49 | N 59°45'09" W |
| C16 | 2002.86 | 04°36'15" | 160.94 | N 58°29'08" E |
| C17 | 38.00 | 59°36'36" | 39.49 | |
| C18 | 63.50 | 180°00'00" | 199.49 | S 43°35'47" W |
| C19 | 60.20 | 177°25'45" | 186.42 | N 43°35'39" E |
| C20 | 150.00 | 23°09'24" | 60.62 | |
| C21 | 150.00 | 55°14'06" | 144.61 | |
| C22 | 100.00 | 35°43'22" | 62.35 | |
| C23 | 300.00 | 43°56'06" | 230.04 | |
| C24 | 73.13 | 192°46'47" | 246.07 | |
| C25 | 1809.91 | 10°38'03" | 332.76 | S 65°20'42" W |
| C26 | 2957.79 | 01°58'21" | 101.83 | N 47°31'58" E |
| C27 | 956.01 | 06°53'49" | 115.08 | |
| C28 | 100.00 | 09°26'36" | 16.48 | S 01°09'56" E |
| C29 | 170.00 | 29°38'18" | 87.94 | S 38°35'45" E |
| C30 | 198.01 | 18°54'38" | 65.35 | S 15°34'43" E |
| C31 | 287.01 | 06°54'13" | 34.58 | S 36°00'00" E |
| C32 | 101.00 | 46°48'22" | 82.51 | |
| C33 | 75.00 | 98°12'34" | 128.56 | |
| C34 | 40.00 | 94°14'24" | 65.79 | |
| C35 | 52.00 | 66°37'16" | 60.47 | S 62°48'14" E |
| C36 | 770.01 | 07°35'39" | 102.06 | S 33°52'29" W |
| C37 | 49.13 | 48°03'11" | 41.20 | S 81°48'06" W |
| C38 | 114.00 | 45°53'09" | 91.30 | N 62°11'27" W |
| C39 | 116.77 | 06°38'46" | 13.55 | S 71°52'16" W |

## TANGENT TABLE

| LINE# | BEARING | DIST. | LINE# | BEARING | DIST. |
|---|---|---|---|---|---|
| L1 | N 79°50'07" E | 33.82 | L31 | N 86°06'48" E | 18.78 |
| L2 | S 10°04'53" E | 15.00 | L32 | S 03°53'11" E | 12.04 |
| L3 | N 34°06'25" W | 16.59 | L33 | N 86°06'48" E | 23.98 |
| L4 | S 40°29'34" E | 13.53 | L34 | S 03°53'12" E | 25.68 |
| L5 | S 39°40'20" E | 10.22 | L35 | S 86°06'48" W | 24.01 |
| L6 | S 83°11'29" E | 68.30 | L36 | S 03°53'12" E | 11.97 |
| L7 | N 49°53'23" E | 88.76 | L37 | S 86°06'48" W | 19.24 |
| L8 | N 03°45'03" E | 83.05 | L38 | S 37°38'17" W | 52.85 |
| L9 | N 69°15'12" E | 4.72 | L39 | S 09°53'02" E | 43.95 |
| L10 | N 18°26'18" W | 23.85 | L40 | S 46°23'57" E | 106.45 |
| L11 | N 69°19'14" E | 11.20 | L41 | S 43°35'39" W | 66.92 |
| L12 | N 61°20'02" E | 27.28 | L42 | S 37°01'17" W | 89.88 |
| L13 | N 28°39'59" W | 18.04 | L43 | N 43°36'48" E | 21.88 |
| L14 | N 38°59'19" E | 5.74 | L44 | N 46°23'12" W | 19.75 |
| L15 | N 50°41'01" W | 21.31 | L45 | N 43°36'48" E | 2.15 |
| L16 | N 28°39'59" W | 43.01 | L46 | N 46°39'01" W | 38.42 |
| L17 | S 58°19'47" W | 12.80 | L47 | N 43°36'48" E | 19.88 |
| L18 | N 31°40'14" W | 62.42 | L48 | S 46°23'12" E | 38.26 |
| L19 | N 32°30'45" W | 113.04 | L49 | N 43°36'48" E | 2.15 |
| L20 | S 36°07'07" E | 13.95 | L50 | S 46°23'12" E | 19.92 |
| L21 | S 02°10'36" E | 48.59 | L51 | N 43°36'48" E | 11.00 |
| L22 | S 57°22'00" W | 30.95 | L52 | S 46°23'12" E | 30.33 |
| L23 | S 47°24'51" W | 73.67 | L53 | N 43°36'48" E | 17.24 |
| L24 | N 46°14'24" W | 40.00 | L54 | N 44°16'26" W | 23.97 |
| L25 | S 43°45'36" W | 24.00 | L55 | N 42°23'55" W | 21.52 |
| L26 | N 46°14'24" E | 40.00 | L56 | N 58°59'36" W | 9.34 |
| L27 | N 46°09'54" W | 148.91 | L57 | N 53°01'24" E | 83.36 |
| L28 | S 69°19'18" W | 164.30 | L58 | S 33°14'37" E | 75.07 |
| L29 | S 14°05'11" W | 108.98 | L59 | N 19°21'55" W | 2.58 |
| L30 | S 08°16'39" W | 29 | | | |

| | |
|---|---|
| FILING AREA | DATE: |
| **LAKE BUENA VISTA** | 11/28/17 |
| PROJECT NAME | SCALE |
| **GARAGE A3 ADDITIONAL LAND** | |
| SURVEY TYPE | DRAWN BY: |
| **SKETCH OF DESCRIPTION** | JLG |
| COMMENTS | FILENAME: |
| | 09JG17116 |

RCES
REEDY CREEK ENERGY SERVICES
SURVEYING AND
MAPPING DEPARTMENT
P.O.B. 10000
LAKE BUENA VISTA
FL. 32830-1000
PHONE (407)560-7118
FAX (407)560-7889

**Exhibit A-10**

DESCRIPTION
OF
PARCEL 13.1

Ref: A portion of Orange County Parcel 282422000000012

A parcel of land lying in Section 28, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Commence at the West Quarter corner of said Section 28, run along the West line of the Southwest 1/4 of said Section 28, S 00°00'07" E, 339.41 feet; thence N 89°59'53" E, 2520.10 feet to a point on the boundary of a deed recorded in Official Records Book 10905, Page 9175 of the Public Records of Orange County, Florida and the Point of Beginning; thence run along said boundary the following two courses; S 64°45'08" E, 3.36 feet to a point on a non-tangent curve concave Westerly having a radius of 43.00 feet, and a central angle of 80°04'03"; from a tangent bearing of N 58°14'20" E run Northerly along the arc of said curve, 60.09 feet; to a point on a non-tangent curve concave Westerly having a radius of 28.13 feet, and a central angle of 86°37'17"; thence from a tangent bearing of S 21°49'42" E run Southerly along the arc of said curve, 42.53 feet; to a point on the boundary of a deed recorded in Official Records Book 6667, Page 3614 of the Public Records of Orange County, Florida and a non-tangent curve concave Westerly having a radius of 55.06 feet, and a central angle of 17°08'54"; thence from a tangent bearing of S 13°33'19" W run Southerly along the arc of said curve, 16.48 feet;  to the Point of Beginning, containing 260 square feet, more or less.



*P.O.C.*
WEST QUARTER CORNER,
SEC 28, TWN 24 S, RNG 28 E

West line of the Southwest 1/4
of Section 28-24-28
S 00°00'07" E  339.41'

O.R. 6667/3614

O.R. 10905/9175

N 89°59'53" E
2520.10'

*P.O.B.*
WQPR 3
260 SQ. Feet±

BUENA VISTA DRIVE
O.R. 3338, PAGE 1198

| LINE# | TANGENT TABLE BEARING | DIST. |
|-------|------------------------|-------|
| L1 | S 64°45'08" E | 3.36 |

| CURVE TABLE | | | | |
|-------|--------|-----------|--------|----------------|
| CURVE | RADIUS | DELTA | LENGTH | TANG. BRG. |
| C1 | 43.00 | 80°04'03" | 60.09 | N 58°14'20" E |
| C2 | 28.13 | 86°37'17" | 42.53 | S 21°49'42" E |
| C3 | 55.06 | 17°08'54" | 16.48 | S 13°33'19" W |

ABBREVIATIONS
R=RADIUS
L=LENGTH
Δ=DELTA
TB=TANGENT BEARING
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT
POT=POINT OF TERMINATION

SURVEYOR'S NOTE
CHAPTER 5J-17, FLORIDA
ADMINISTRATIVE CODE REQUIRES
THE FOLLOWING STATEMENT.
"THIS IS NOT A BOUNDARY SURVEY"

BEARINGS ARE BASED ON THE
W. LINE, SW 1/4, SEC. 28-24S-28E
AS BEING S 00°00'07" E

| ACES | SURVEYING AND MAPPING DEPARTMENT P.O.B. 10000 LAKE BUENA VISTA FL. 32830-1000 PHONE (407)560-7118 FAX (407)560-7000 | FILING AREA LAKE BUENA VISTA | DATE 3/23/16 |
|------|-----|------------------------------|--------------|
| | | PROJECT NAME PARCEL 13.1 | SCALE 1" = 30' |
| | | SURVEY TYPE SKETCH OF DESCRIPTION | DRAWN BY JLG |
| | | COMMENTS | FILENAME 09JG16062 |

**Exhibit A-11**

DESCRIPTION
OF
PEDESTRIAN TOWER

Ref: Orange County Parcel 282428000000072

A parcel of land lying in Section 28, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Commence at the West Quarter corner of said Section 28, run along the West line of the Southwest 1/4 of said Section 28, S 00°00'07" E, 32.70 feet to a point on the Northerly right-of-way line of Buena Vista Drive as described in Official Records Book 3336, Page 1188 of the Public Records or Orange County Florida; thence run along said right-of-way line the following two courses; S 65°32'23" E, 939.91 feet to a point of curvature of a curve concave Northerly having a radius of 1816.86 feet, and a central angle of 26°37'19"; run Easterly along the arc of said curve, 844.19 feet to the Point of Beginning; thence N 02°12'49" W, 42.74 feet; thence N 87°47'11" E, 11.97 feet; thence N 02°06'08" W, 42.89 feet; thence N 88°00'24" E, 17.87 feet; thence S 02°12'49" E, 42.82 feet; thence N 87°47'11" E, 11.75 feet; thence S 02°12'49" E, 42.30 feet to a point on the aforesaid right-of-way line and a non-tangent curve concave Northerly having a radius of 1816.86 feet, and a central angle of 01°18'51"; thence from a tangent bearing of S 86°31'27" W run Westerly along the arc of said curve and right-of-way line, 41.67 feet to the Point of Beginning, containing 2542 square feet, more or less.



TANGENT TABLE

| LINE# | BEARING | DIST. |
|---|---|---|
| L1 | S 00°00'07" E | 32.70 |
| L2 | N 02°12'49" W | 42.74 |
| L3 | N 87°47'11" E | 11.97 |
| L4 | N 02°06'08" W | 42.89 |
| L5 | N 88°00'24" E | 17.87 |
| L6 | S 02°12'49" E | 42.82 |
| L7 | N 87°47'11" E | 11.75 |
| L8 | S 02°12'49" E | 42.30 |

*P.O.C.*
WEST QUARTER CORNER,
SEC 28, TWN 24 S, RNG 28 E

65'32'23" E  939.91

West line of the Southwest 1/4
of Section 28-24-28

*P.O.B.*
2542 SQ. Feet±

BUENA VISTA DR. O.R. BOOK 3336, PAGE 1188

GRAPHIC SCALE
SCALE 1" = 60'

ABBREVIATIONS
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT

SURVEYOR'S NOTE
CHAPTER 5J-17, FLORIDA
ADMINISTRATIVE CODE REQUIRES
THE FOLLOWING STATEMENT.
*"THIS IS NOT A BOUNDARY SURVEY"*

BEARINGS ARE BASED ON THE
W. LINE, SW 1/4, SEC. 28-24-28
AS BEING S 00°00'07" E

SURVEYING AND
MAPPING DEPARTMENT
P.O.B. 10000
LAKE BUENA VISTA
FL 32830-1000
PHONE (407)560-7118
FAX (407)560-7869

FILING AREA
*LAKE BUENA VISTA*
PROJECT NAME
*PEDESTRIAN TOWER*
SURVEY TYPE
*SKETCH OF DESCRIPTION*
COMMENTS

DATE
10/15/1
SCALE
1" = 60'
DRAWN BY
JLG
FILENAME
09JG14093

**Exhibit A-12**

DESCRIPTION
OF
RELAY FOR LIFE STAGING AREA

Ref: Orange County Parcel 282421000000037

A Parcel Of Land Lying In Section 21, Township 24 South, Range 28 East, Orange County, Florida, And Being More Particularly Described As Follows:

Commence At The Southwest Corner Of Said Section 21, Run Along The West Line Of The Southwest 1/4 Of Said Section 21, N 01°00'10" W, 1311.32 Feet; Thence N 90°00'00" E, 1674.52 Feet To The Point Of Beginning, Said Point Also Being A Point On The North Line Of The Southeast 1/4 Of The Southwest 1/4 Of Said Section 21; Thence S 89°53'15" E, 1004.75 Feet Along Said Line To A Point On The East Line Of The Northeast 1/4 Of The Southeast 1/4 Of The Southwest 1/4 Of Said Section 21; Thence S 00°29'10" E, 25.00 Feet Along Said Line To A Point On Parcel 1 As Recorded In Official Records Book 7435 Page 2858 Of The Public Records Of Orange County, Florida; Thence Run Along Parcel 1 The Following Three Courses N 89°53'08" W, 206.10 Feet; Thence S 00°00'00" E, 295.55 Feet; Thence N 90°00'00" W, 125.94 Feet To A Point On Parcel 2 As Recorded In Official Records Book 7435 Page 2858 Of The Public Records Of Orange County, Florida; Thence Run Along Parcel 2 N 90°00'00" W, 58.57 Feet To A Point On A Parcel As Recorded In Official Records Book 6709 Page 746 Of The Public Records Of Orange County, Florida; Said Point Also Being A Point On A Non-Tangent Curve Concave Southwesterly Having A Radius Of 392.11 Feet, And A Central Angle Of 22°39'33"; Thence From A Tangent Bearing Of N 47°19'41" W Run Northwesterly Along The Arc Of Said Curve And Parcel, 155.07 Feet; Thence Continue Along Said Parcel N 90°00'00" W, 381.78 Feet To A Point On The Easterly Right-Of-Way Line Of Buena Vista Drive As Recorded In Official Records Book 2315 Page 240 Of The Public Records Of Orange County, Florida; Said Point Also Being A Point On A Non-Tangent Curve Concave Southwesterly Having A Radius Of 899.33 Feet, And A Central Angle Of 10°40'35"; Thence From A Tangent Bearing Of N 31°14'06" W Run Northwesterly Along The Arc Of Said Curve And Right-Of-Way Line, 167.58 Feet; Thence Run Along The West Line Of The East 1/2 Of The Northwest 1/4 Of The Southeast 1/4 Of The Southwest 1/4 N 00°40'49" W, 107.60 Feet To The Point Of Beginning. Containing 4.815 Acres, more or less.



**Exhibit A-13**

DESCRIPTION
OF
PARCEL 15.1

Ref: A portion of Orange County Parcel 282428000000082

A parcel of land lying in Section 28, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Commence at the West Quarter corner of said Section 28, run along the West line of the Southwest 1/4 of said Section 28, S 00°00'07" E, 386.09 feet; thence N 89°59'53" E, 2788.44 feet to a point on the right of way line of Buena Vista Drive as described in Official Records Book 3336, Page 1199 of the Public Records of Orange County, Florida and the Point of Beginning; and a point on a non-tangent curve concave Northwesterly having a radius of 2002.86 feet, and a central angle of 00°58'53"; thence from a tangent bearing of N 53°52'53" E run Northeasterly along the arc of said curve and right of way line, 34.31 feet; to a point on said right of way as described in Official Records Book 2647, Page 1635 and a point of compound curvature of a curve concave Northwesterly having a radius of 2957.79 feet, and a central angle of 05°22'03"; thence run Northeasterly along the arc of said curve and right of way line, 277.08 feet; thence S 48°44'20" E, 203.92 feet to a point of curvature of a curve concave Northerly having a radius of 40.00 feet, and a central angle of 94°14'24"; thence run Easterly along the arc of said curve, 65.79 feet; thence N 37°01'17" E, 89.88 feet to a point of curvature of a curve concave Southerly having a radius of 75.00 feet, and a central angle of 98°12'34"; thence run Easterly along the arc of said curve, 128.56 feet; thence S 44°46'10" E, 173.16 feet to a point on the westerly limited access right-of-way line of west bound State Road 400 (I-4) off ramp, (as shown on the right-of-way map section 75000-2520 and dated July 28, 1980, last revised on March 5, 1998); thence run along said westerly limited access right-of-way line, S 43°32'20" W, 790.69 feet to a point on a non-tangent curve concave Northeasterly having a radius of 63.50 feet, and a central angle of 180°00'00"; thence from a tangent bearing of S 43°35'47" W run Northwesterly along the arc of said curve, 199.49 feet; thence N 47°04'51" E, 73.67 feet; thence N 32°38'00" W, 355.99 feet; thence N 57°22'00" E, 30.95 feet to a point of curvature of a curve concave Northwesterly having a radius of 38.00 feet, and a central angle of 59°32'36"; thence run Northeasterly along the arc of said curve, 39.49 feet; thence N 02°10'36" W, 48.59 feet; thence N 36°07'07" W, 13.95 feet to the Point of Beginning, containing 6.845 Acres, more or less.



TANGENT TABLE

| LINE# | BEARING | DIST. |
|---|---|---|
| L1 | N 37°01'17" E | 89.88 |
| L2 | N 47°04'51" E | 73.67 |
| L3 | N 57°22'00" E | 30.95 |
| L4 | N 02°10'36" W | 48.59 |
| L5 | N 36°07'07" W | 13.95 |

CURVE TABLE

| CURVE | RADIUS | DELTA | LENGTH | TANG. BRG. |
|---|---|---|---|---|
| C1 | 2002.86 | 00°58'53" | 34.31 | N 53°52'53" E |
| C2 | 2937.79 | 03°22'03" | 277.08 | |
| C3 | 40.00 | 94°14'24" | 65.79 | |
| C4 | 75.00 | 98°12'34" | 128.56 | |
| C5 | 63.50 | 180°00'00" | 199.49 | S 43°35'47" W |
| C6 | 38.00 | 59°32'36" | 39.49 | |

ABBREVIATIONS
R=RADIUS
L=LENGTH
Δ=DELTA
TB=TANGENT BEARING
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT
POT=POINT OF TERMINATION

SURVEYOR'S NOTE
CHAPTER 5J-17, FLORIDA ADMINISTRATIVE CODE REQUIRES THE FOLLOWING STATEMENT.
"THIS IS NOT A BOUNDARY SURVEY"

BEARINGS ARE BASED ON THE W. LINE, SW 1/4, SEC. 28-24S-28E AS BEING S 00°00'07" E

RCES REEDY CREEK ENERGY SERVICES

SURVEYING AND MAPPING DEPARTMENT
P.O.B. 10000
LAKE BUENA VISTA
FL 32830-1000
PHONE (407)560-7118
FAX (407)560-7869

| | |
|---|---|
| FILING AREA: LAKE BUENA VISTA | DATE: 3/23/16 |
| PROJECT NAME: PARCEL 15.1 | SCALE: 1" = 200' |
| SURVEY TYPE: SKETCH OF DESCRIPTION | DRAWN BY: JLG |
| COMMENTS | FILENAME: 10JG16064 |

**Exhibit A-14**

DESCRIPTION
OF
PARCEL 15.2

Ref: Orange County Parcel 282428000000078

A parcel of land lying in Section 28, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Commence at the West Quarter corner of said Section 28, run along the West line of the Southwest 1/4 of said Section 28, S 00°00'07" E, 1123.85 feet; thence N 89°59'53" E, 2802.74 feet to a point on the westerly limited access right-of-way line of west bound State Road 400 (I-4) off ramp, (as shown on the right-of-way map section 75000-2520 and dated July 28, 1980, last revised on March 5, 1998) and the Point of Beginning, thence run along said westerly limited access right-of-way line the following two courses; S 43°35'39" W, 450.49 feet to a point of curvature of a curve concave Northwesterly having a radius of 1968.59 feet, and a central angle of 24°39'03"; run Southwesterly along the arc of said curve, 846.96 feet; to a point on a non-tangent curve concave Easterly having a radius of 73.13 feet, and a central angle of 192°46'47"; thence from a tangent bearing of S 80°57'52" W run Northerly along the arc of said curve, 246.07 feet; to a point of reverse curvature of a curve concave Northerly having a radius of 300.00 feet, and a central angle of 43°56'06"; thence run Easterly along the arc of said curve, 230.04 feet; thence N 49°48'33" E, 334.77 feet to a point of curvature of a curve concave Northwesterly having a radius of 100.00 feet, and a central angle of 35°43'22"; thence run Northeasterly along the arc of said curve, 62.35 feet; thence N 14°05'11" E, 108.98 feet to a point of curvature of a curve concave Southeasterly having a radius of 150.00 feet, and a central angle of 55°14'06"; thence run Northeasterly along the arc of said curve, 144.61 feet; thence N 69°19'18" E, 164.30 feet to a point of curvature of a curve concave Northwesterly having a radius of 150.00 feet, and a central angle of 23°09'24"; thence run Northeasterly along the arc of said curve, 60.62 feet; thence N 46°09'54" E, 142.91 feet to a point of curvature of a curve concave Southwesterly having a radius of 60.20 feet, and a central angle of 177°25'45"; thence run Southeasterly along the arc of said curve, 186.42 feet to the Point of Beginning, containing 4.46 acres, more or less.



TANGENT TABLE

| LINE# | BEARING | DIST. |
|---|---|---|
| L1 | N 14°05' 1" E | 108.98 |
| L2 | N 69°19' 18" E | 164.30 |
| L3 | N 46°09' 54" E | 142.91 |

CURVE TABLE

| CURVE | RADIUS | DELTA | LENGTH | TANG. BRG. |
|---|---|---|---|---|
| C1 | 1968.59 | 24°39' 03" | 846.96 | |
| C2 | 73.13 | 192°46' 47" | 246.07 | S 80°57' 52" W |
| C3 | 300.00 | 43°56' 06" | 230.04 | |
| C4 | 100.00 | 35°43' 22" | 62.35 | |
| C5 | 150.00 | 55°14' 06 | 144.61 | |
| C6 | 150.00 | 23°09' 24" | 60.62 | |
| | 60.20 | 177°25' 45" | 186.42 | |

ABBREVIATIONS
R=RADIUS
L=LENGTH
Δ=DELTA
TB=TANGENT BEARING
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT
POT=POINT OF TERMINATION

SURVEYOR'S NOTE
CHAPTER 5J-17, FLORIDA ADMINISTRATIVE CODE REQUIRES THE FOLLOWING STATEMENT.
"THIS IS NOT A BOUNDARY SURVEY"

BEARINGS ARE BASED ON THE W. LINE, SW 1/4, SEC. 28-24S-28E AS BEING S 00°00'07" E

SURVEYING AND MAPPING DEPARTMENT
P.O.B. 10000
LAKE BUENA VISTA
FL 32830-1000
PHONE (407)560-7118
FAX (407)560-7869

| | | |
|---|---|---|
| FILING AREA: LAKE BUENA VISTA | DATE: 3/23/16 |
| PROJECT NAME: PARCEL 15.2 | SCALE: 1" = 200' |
| SURVEY TYPE: SKETCH OF DESCRIPTION | JLG |
| COMMENTS | FILENAME: 09JG16066 |

**Exhibit A-15**

DESCRIPTION
OF
PARCEL 19

Ref: Orange County Parcel 282428000000079

A parcel of land lying in Section 28, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Commence at the North Quarter corner of said Section 28, run along the North line of the Northeast 1/4 of said Section 28, N 89°04'11" E, 719.48 feet; thence S 00°55'49" E, 1283.00 feet to the Point of Beginning, thence S 34°32'59" E, 35.83 feet; thence S 55°27'01" W, 83.71 feet; thence N 34°32'59" W, 35.83 feet; thence N 55°27'01" E, 83.71 feet to the Point of Beginning, containing 3000 square feet, more or less.



TANGENT TABLE

| LINE# | BEARING | DIST. |
|---|---|---|
| L1 | S 34°32'59" E | 35.83 |
| L2 | S 55°27'01" W | 83.71 |
| L3 | N 34°32'59" W | 35.83 |
| L4 | N 55°27'01" E | 83.71 |

SURVEYING AND MAPPING DEPARTMENT
P.O.B. 10000
LAKE BUENA VISTA
FL 32830-1000
PHONE (407)560-7118
FAX (407)560-7869

| | | |
|---|---|---|
| FILING AREA: LAKE BUENA VISTA | | DATE: ?5/16 |
| PROJECT NAME: PARCEL 19 | | SCALE: 100' |
| SURVEY TYPE: SKETCH OF DESCRIPTION | | DRAWN: JLG BY: |
| COMMENTS | | FILENAME: 09JG16055 |

## Exhibit A-16

### DESCRIPTION
### OF
### RCID ADMINISTRATION BUILDING

Ref: Orange County Parcel 282428000000024

A portion of land described in Official Records Book 5157, Page 2282 of the Public Records of Orange County, Florida. Lying in the Northeast Quarter of Section 28, Township 24 South, Range 28 East, more particularly described as follows:

Commence at the Northeast Corner of said Section 28; Thence, S 89°03'36" W along the north line of said section, 149.35 feet to a point on the Northwesterly right-of-way line of Hotel Plaza Boulevard as described in Official Records Book 2125, Page 8311 of the Public Records of Orange County, Florida; and a point on the arc of a non-tangent curve concave to the northwest having a radius of 854.93 feet(a radial line to said point bears S 53°40'10" E); Thence, southwesterly along the arc of said curve and right of way, through a central angle of 01°58'06", an arc length of 29.37 feet to the point of tangency; Thence continue along said right of way the following four courses, S 38°17'56" W 301.66 feet to  the Point of Beginning; Thence, S 38°17'56" W, 122.73 feet to the point of curvature of a curve concave to the northwest having a radius of 893.94 feet; Thence southwesterly along the arc of said curve through a central angle of 23°34'48", an arc length of 367.90 feet to the point of tangency; Thence, S 61°52'44" W, 129.49 feet; Thence N 22°29'30" W, 79.70 feet to a point on a deed recorded in Official Records Book 5631, Page 4002 of the Public Records of Orange County, Florida, a non-tangent curve concave Westerly having a radius of 51.00 feet, and a central angle of 51°07'37"; thence from a tangent bearing of N 28°38'10" E run Northerly along the arc of said curve and deed, 45.51 feet; thence run along said deed the following five courses; N 22°29'28" W, 65.27 feet; thence N 67°30'32" E, 17.55 feet; thence N 22°29'28" W, 244.58 feet; thence S 67°30'32" W, 16.55 feet; thence N 22°29'28" W, 96.52 feet; thence N 68°49'16" E, 16.44 feet; thence S 69°19'06" E, 24.64 feet; thence S 84°50'03" E, 13.48 feet; thence N 85°17'15" E, 39.68 feet; thence N 70°03'24" E, 39.97 feet; thence N 65°20'46" E, 54.72 feet; thence N 68°17'46" E, 50.51 feet; thence N 74°46'16" E, 49.58 feet; thence N 62°08'28" E, 35.14 feet; thence N 35°11'36" E, 44.07 feet; thence N 32°21'52" E, 26.58 feet; thence S 51°42'04" E, 393.76 feet to the Point of Beginning, containing 4.921 Acres, more or less.



**CURVE TABLE**

| CURVE | RADIUS | DELTA | LENGTH | TANG. BRG. |
|---|---|---|---|---|
| C4 | 854.93 | 01°59'06" | 29.37 | S 36°19'50" W |
| C5 | 893.94 | 23°34'48" | 367.90 | |
| C6 | 51.00 | 51°07'37" | 45.51 | N 28°38'10" E |

**TANGENT TABLE**

| LINE# | BEARING | DIST. |
|---|---|---|
| L1 | S 38°17'56" W | 122.73 |
| L2 | N 22°29'30" W | 89.70 |
| L3 | N 22°29'28" W | 5.27 |
| L4 | N 67°30'32" E | 17.55 |
| L5 | N 38°32" W | 16.55 |
| L6 | N 25°29'28" W | 96.58 |
| L7 | N 68°49'16" E | 16.44 |
| L8 | S 69°19'06" E | 24.64 |
| L9 | S 84°50'09" E | 13.46 |
| L10 | N 85°17'13" E | 39.60 |
| L11 | N 70°03'24" E | 39.90 |
| L13 | N 69°17'46" E | 50.38 |
| L14 | N 74°46'16" E | 49.1 |
| L15 | N 62°08'28" E | 66.04 |
| L16 | N 35°11'36" E | 58 |
| L17 | N 32°21'52" E | 26. |

SURVEYOR'S NOTE
CHAPTER 5J-17, FLORIDA
ADMINISTRATIVE CODE REQUIRES
THE FOLLOWING STATEMENT.
"THIS IS NOT A BOUNDARY SURVEY"

BEARINGS ARE BASED ON THE
N. LINE, NE 1/4, SEC. 28-24S-28E,
AS BEING S 89°03'36" W

ABBREVIATIONS
R=RADIUS
L=LENGTH
Δ=DELTA
TB=TANGENT BEARING
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT
POT=POINT OF TERMINATION

| FILING AREA | LAKE BUENA VISTA | DATE: 1/18/23 |
|---|---|---|
| PROJECT NAME | RCID ADMINISTRATION BUILDING | SCALE: 1" = 150' |
| SURVEY TYPE | SKETCH OF DESCRIPTION | DRAWN BY: jg |
| COMMENTS | | FILE NAME: 09JG23.00.3 |

P.O.B. 10000
LAKE BUENA VISTA
FL. 32830-1000
PHONE 407-824-5855

**Exhibit A-17**

DESCRIPTION
OF
RCID LAND

Ref: Orange County Parcel 282428000000063

A portion of land described in Official Records Book 10852, Page 9478 of the Public Records of Orange County, Florida, and lying in Section 28, Township 24 South, Range 28 East, and being more particularly described as follows:

Commence at the Southwest corner of said Section 28, run along the West line of the Southwest 1/4 of said Section 28, N 00°10'16" E, 387.83 feet to a point on the Northerly right-of-way line of State Road 400/State Road 536 Interchange as shown on Florida Department of Transportation right-of-way Map Section 75000-2520 and dated July 28, 1980, last revised on March 5, 1998; thence run along said right-of-way line, N 80°03'33" E, 534.17 feet to a point on aforesaid deed recorded in Official Records Book 10852, Page 9478, and a fee simple right of way line recorded in Official Records Book 10995, Page 2377 of the Public Records of Orange County, Florida, also being a non-tangent curve concave Northerly having a radius of 538.98 feet, and a central angle of 04°03'35"; thence from a tangent bearing of N 76°19'43" W run Westerly along the arc of said curve and right of way, 38.19 feet; thence run continue along said right of way the following courses; N 85°42'49" W, 20.01 feet to a point on a non-tangent curve concave Northerly having a radius of 543.98 feet, and a central angle of 04°06'00"; thence from a tangent bearing of N 70°13'08" W run Westerly along the arc of said curve, 38.93 feet; thence N 50°37'28" W, 20.01 feet to the Point of Beginning; and a point on a non-tangent curve concave Northeasterly having a radius of 538.98 feet, and a central angle of 70°20'43"; thence from a tangent bearing of N 64°04'08" W run Northwesterly along the arc of said curve, 661.74 feet; thence N 06°16'35" E, 540.93 feet to a point of curvature of a curve concave Easterly having a radius of 2063.48 feet, and a central angle of 00°54'05"; thence run Northerly along the arc of said curve, 32.46 feet; thence N 21°31'28" E, 50.81 feet to a point on a non-tangent curve concave Easterly having a radius of 2051.48 feet, and a central angle of 02°37'19"; thence from a tangent bearing of N 08°33'09" E run Northerly along the arc of said curve, 93.88 feet; thence departing said right of way line run along aforesaid deed the following courses; S 26°51'10" E, 381.34 feet to a point of curvature of a curve concave Westerly having a radius of 155.00 feet, and a central angle of 25°40'46"; thence run Southerly along the arc of said curve, 69.47 feet; thence S 01°10'24" E, 89.04 feet to a point of curvature of a curve concave Westerly having a radius of 120.00 feet, and a central angle of 28°08'17"; thence run Southerly along the arc of said curve, 58.93 feet; to a point of reverse curvature of a curve concave Easterly having a radius of 27.00 feet, and a central angle of 28°59'00"; thence run Southerly along the arc of said curve, 13.66 feet; thence S 02°01'06" E, 144.39 feet to a point of curvature of a curve concave Northeasterly having a radius of 97.00 feet, and a central angle of 65°07'24"; thence run Southeasterly along the arc of said curve, 110.25 feet; to a point of reverse curvature of a curve concave Southwesterly having a radius of 88.25 feet, and a central angle of 87°55'22"; thence run Southeasterly along the arc of

said curve, 135.42 feet; to a point of compound curvature of a curve concave Northwesterly having a radius of 56.00 feet, and a central angle of 64°04'30"; thence run Southwesterly along the arc of said curve, 62.63 feet; to a point of reverse curvature of a curve concave Southeasterly having a radius of 70.00 feet, and a central angle of 49°37'11"; thence run Southwesterly along the arc of said curve, 60.62 feet; thence S 35°14'11" W, 10.65 feet; thence S 30°39'10" E, 41.08 feet to a point of curvature of a curve concave Westerly having a radius of 85.00 feet, and a central angle of 20°42'13"; thence run Southerly along the arc of said curve, 30.71 feet; thence S 09°56'56" E, 115.44 feet to a point of curvature of a curve concave Westerly having a radius of 65.00 feet, and a central angle of 36°32'43"; thence run Southerly along the arc of said curve, 41.46 feet; thence S 26°35'47" W, 58.51 feet to the Point of Beginning, containing 6.315 Acres, more or less.

Together with;

Ref: Orange County Parcel 282428000000063

A portion of a deed recorded in Official Records Book 10852, Page 9478 of the Public Records of Orange County, Florida, and lying in Section 28, Township 24 South, Range 28 East, and being more particularly described as follows:

Commence at the Southwest corner of said Section 28, run along the West line of the Southwest 1/4 of said Section 28, N 00°10'16" E, 1691.54 feet; thence S 89°49'44" E, 120.33 feet to a point on aforesaid deed and a fee simple right of way line recorded in Official Records Book 10995, Page 2377 of the Public Records of Orange County, Florida, also being the Point of Beginning; thence run along said deed the following three courses; N 05°58'44" W, 233.27 feet to a point of curvature of a curve concave Easterly having a radius of 566.00 feet, and a central angle of 25°45'55"; thence run Northerly along the arc of said curve, 254.52 feet; thence N 19°47'11" E, 88.80 feet to a point on the aforesaid right of way line; thence departing said deed run along said right of way line the following courses; S 57°32'49" E, 105.73 feet; thence S 12°26'33" W, 107.55 feet to a point on a non-tangent curve concave Easterly having a radius of 2127.48 feet, and a central angle of 11°14'59"; thence from a tangent bearing of S 19°48'09" W run Southerly along the arc of said curve, 417.72 feet to the Point of Beginning, containing 40075 square feet, more or less.



**Exhibit A-18**

DESCRIPTION
OF
PARCEL 802

Ref: Orange County Parcel 282428000000068

A parcel of land lying in Section 28, Township 24 South, Range 28 East, Orange County, Florida, and being more particularly described as follows:

Commence at the Southwest corner of said Section 28, Township 24 South, Range 28 East, (a 6" by 6" concrete monument as currently exists), run N 00°10'16" E along the West line of the Southwest 1/4 of said Section 28, a distance of 387.74 feet to a point on the North limited access right-of-way line of State Road 536 (as shown on the right-of-way Map section 75000-2520 and dated March 5, 1998; thence run along said limited access right-of-way line, N 80°03'33" E, 534.38 feet to the Point of Beginning, and a point on a non-tangent curve concave Northerly having a radius of 538.98 feet, and a central angle of 04°04'56"; thence from a tangent bearing of N 76°21'05" W run Westerly along the arc of said curve, 38.40 feet; thence N 85°42'49" W, 20.01 feet to a point on a non-tangent curve concave Northerly having a radius of 543.98 feet, and a central angle of 04°06'00"; thence from a tangent bearing of N 70°13'08" W run Westerly along the arc of said curve, 38.93 feet; thence N 50°37'28" W, 20.01 feet; thence N 26°35'47" E, 48.81 feet to a point on a non-tangent curve concave Northerly having a radius of 513.14 feet, and a central angle of 21°44'04"; thence from a tangent bearing of S 59°11'23" E run Easterly along the arc of said curve, 194.66 feet to a point on the aforesaid limited access right-of-way line; thence run along said limited access right-of-way line, S 80°03'33" W, 96.68 feet to the Point of Beginning.



Parcel 800

Parcel 802

N. R/W LINE

S 80°03'33" W
96.68'

N 80°03'33" E 534.38'

P.O.B.

STATE ROAD 538
SECTION 75000-2520

West line of the Southwest 1/4
of Section 28-24-28

N 00°10'16" E  387.7

**TANGENT TABLE**

| LINE# | BEARING | DIST |
|-------|---------|------|
| L1 | N 4 4 W | 44 |
| L2 | N 30°37'28" W | 20.01 |
| L3 | N 26°55'47" E | 48.81 |

**CURVE TABLE**

| CURVE | RADIUS | DELTA | LENGTH | TANG. BRG. |
|-------|--------|-------|--------|------------|
| C1 | 538.98 | 04°04'56" | 38.40 | N 76°21'05" W |
| C2 | 543.98 | 04°06'00" | 38.93 | N 70°13'08" W |
| C3 | 513.14 | 21°44'04" | 194.66 | S 59°11'23" E |

ABBREVIATIONS
R=RADIUS
L=LENGTH
△=DELTA
TB=TANGENT BEARING
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT
POT=POINT OF TERMINATION

*P.O.C.*
SOUTHWEST CORNER,
SEC 28, TWN 24 S, RNG 28 E

SURVEYOR'S NOTE
CHAPTER 5J-17, FLORIDA
ADMINISTRATIVE CODE REQUIRES
THE FOLLOWING STATEMENT:
"THIS IS NOT A BOUNDARY SURVEY"

BEARINGS ARE BASED ON THE
W. LINE, SW 1/4, SEC. 28-24S-28E
AS BEING N 00°10'16" E

SURVEYING AND
MAPPING DEPARTMENT
P.O.B. 10000
LAKE BUENA VISTA
FL 32830-1000
PHONE (407)560-7112
FAX (407)560-7889

| FILING AREA | *LAKE BUENA VISTA* | DATE | 12/19/14 |
|---|---|---|---|
| PROJECT NAME | *PARCEL 802* | SCALE | 1" = 100' |
| SURVEY TYPE | *SKETCH OF DESCRIPTION* | DRAWN BY | JLG |
| COMMENTS | | FILENAME | D9JG14118 |

**Exhibit A-19**

DESCRIPTION
OF
PARCEL RIB1

Ref: Orange County Parcel 272421000000002
Ref: Orange County Parcel 272416000000003
Ref: Orange County Parcel 272417000000005
Ref: A portion of Orange County Parcel 272421000000037

A parcel of land lying in Sections 8, 16, 17 and 21, Township 24 South, Range 27 East, Orange County, Florida, and being more particularly described as follows:

Begin at the Southwest corner of said Section 17, run along the East line of the Southeast 1/4 of Section 17 to the Northeast corner thereof, N 00°02'13" E, 2669.40 feet; thence S 89°43'49" W, 1347.90 feet along the South line of the East 1/2 of the Northeast 1/4 of Section 17, to the Southwest corner thereof; thence N 00°18'18" W, 2652.68 feet along the West line of the East 1/2 of the Northeast 1/4 of Section 17 to the Northwest corner thereof; thence N 89°39'31" E, 559.27 feet along the North line of Section 17 to a point on the right of way line of Hartzog Road as described in Official Records Book 9782, Page 7172 of the Public Records of Orange County Florida; thence run along said right of way line the following courses; N 23°48'17" W, 1807.61 feet; thence N 24°57'02" W, 499.49 feet to a point of curvature of a curve concave Southwesterly having a radius of 802.00 feet, and a central angle of 65°19'34"; thence run Northwesterly along the arc of said curve, 914.40 feet; thence S 89°43'24" W, 207.22 feet; thence N 00°15'09" E, 50.00 feet; thence N 00°14'57" E, 50.00 feet; thence N 89°43'25" E, 671.30 feet; thence N 23°57'49" E, 158.82 feet; to a point on a on the State Road 429 right of way line as shown on Florida Department of Transportation right of way map project number 403498-3 and a point on a non-tangent curve concave Southwesterly having a radius of 2750.09 feet, and a central angle of 09°13'41"; thence departing Hartzog Road right of way from a tangent bearing of S 33°16'29" E run Southeasterly along the arc of said curve and S.R. 429 right of way, 442.93 feet; thence run along said S.R. 429 right of way the following five courses; S 24°02'35" E, 87.08 feet; thence S 24°56'58" E, 1000.80 feet; thence S 23°48'19" E, 9657.82 feet; thence N 57°20'29" W, 268.56 feet; thence S 79°43'38" W, 2465.96 feet to the Southwest corner of the Northwest 1/4 of said Section 21; thence N 00°35'56" E, 2659.37 feet along the West line of the Northwest 1/4 of said Section 21 to the Point of Beginning, containing 285.031 Acres, more or less.

Less and Except;

A parcel of land lying in Sections 16 and 21, Township 24 South, Range 27 East, Orange County, Florida, and being more particularly described as follows:

Commence at the Northwest corner of said Section 21, run along the North line of the Northwest 1/4 of said Section 21, N 89°50'34" E, 332.11 feet, to the Point of Beginning; thence N 16°45'19"

W, 82.26 feet; thence N 90°00'00" E, 989.75 feet to a point on a non-tangent curve concave Easterly having a radius of 2894.93 feet, and a central angle of 10°26'01"; thence from a tangent bearing of S 06°19'18" E run Southerly along the arc of said curve, 527.16 feet; thence S 16°45'19" E, 670.70 feet; thence S 72°14'26" W, 240.00 feet; thence N 17°45'34" W, 70.00 feet; thence S 72°14'26" W, 10.00 feet; thence S 17°45'34" E, 70.00 feet; thence S 72°14'26" W, 650.00 feet; thence N 16°45'19" W, 1413.80 feet to the Point of Beginning, containing 28.128 Acres, more or less.

Together with;

PARCEL RIB2

A parcel of land lying in Sections 8, 9, 16, 17 and 21, Township 24 South, Range 27 East, Orange County, Florida, and being more particularly described as follows:

Begin at the Northeast corner of the Northwest 1/4 of said Section 9, run S 00°03'05" W, 2653.53 feet along the East line of the Northwest 1/4 of said Section 9 to the Southeast corner thereof; thence S 89°44'05" W, 926.44 feet along the South line of the Southeast 1/4 of the Northwest 1/4 of Section 9 to a point on a deed recorded in Official Records Book 5397, Page 3415 of the Public Records of Orange County Florida; thence run along said deed the following four courses; N 00°09'01" E, 1311.97 feet; thence S 89°41'57" W, 398.92 feet; thence S 06°49'32" W, 733.37 feet; thence S 08°09'52" E, 589.53 feet to the Southwest corner of the Southeast 1/4 of the Northwest 1/4 of said Section 9; thence S 00°08'51" W, 1314.23 feet along the East line of the Northwest 1/4 of the Southwest 1/4 of Section 9 to the Southeast corner thereof; thence N 89°45'10" E, 1327.55 feet along the North line of the Southeast 1/4 of the Southwest 1/4 of Section 9 to the Northeast corner thereof; thence S 00°03'05" W, 1314.64 feet along the East line of the Southeast 1/4 of the Southwest 1/4 of Section 9 to the Southeast corner of the Southwest 1/4 of Section 9; thence S 00°16'08" W, 2656.49 feet along the West line of the Northeast 1/4 of said Section 16 to the Southwest corner thereof; thence N 89°48'58" E, 1333.69 feet along the North line of the Northwest 1/4 of the Southeast 1/4 of said Section 16 to the Northeast corner of the Northwest 1/4 of the Southeast 1/4 of said Section 16; thence S 00°25'50"" W, 2677.60 feet along the East line of the West 1/2 of the Southeast 1/4 of said Section 16 to the Southeast corner thereof; thence entering said Section 21 run, S 00°03'50" E, 577.04 feet along the East line of the West 1/2 of the Northeast 1/4 of said Section 22, to a point on a deed recorded in Official Records Book 5403, Page 1929 of the Public Records of Orange County Florida; thence run along said deed the following five courses; N 89°56'14" W, 436.85 feet; thence S 19°45'46" W, 205.05 feet; thence S 10°52'26" W, 182.06 feet; thence S 07°43'13" W, 96.36 feet; thence S 07°53'58" W, 130.38 feet to a point on a deed recorded in Instrument number 20190265351 of the Public Records of Orange County Florida; thence run along said deed the following four courses; N 72°21'20" W, 49.00 feet; thence S 15°35'14" W, 152.63 feet; thence S 53°38'39" W, 331.49 feet; thence S 12°50'33" W, 337.10 feet to a point on a deed recorded in Instrument number 20190265353 of the Public Records of Orange County Florida; thence run along said deed the following two courses; S 23°48'52" E, 818.61 feet to a point of curvature of a curve concave Northeasterly having a radius of 3970.00 feet, and a central angle of 01°34'48"; thence run Southeasterly along the arc of said curve, 109.47 feet to a point on a deed recorded in Official

Records Book 7253, Page 4329 and Book 7253, Page 4335 of the Public Records of Orange County Florida; thence run along said deeds the following courses; said point being a point of compound curvature of a curve concave Northeasterly having a radius of 3970.00 feet, and a central angle of 12°21'11"; thence run Southeasterly along the arc of said curve, 855.93 feet; thence S 37°44'52" E, 133.87 feet to a point of curvature of a curve concave Northeasterly having a radius of 1607.00 feet, and a central angle of 25°37'00"; thence run Southeasterly along the arc of said curve, 718.49 feet; thence S 63°21'52" E, 583.11 feet to a point of curvature of a curve concave Southwesterly having a radius of 240.00 feet, and a central angle of 10°05'09"; thence run Southeasterly along the arc of said curve, 42.25 feet; thence N 00°10'49" W, 104.81 feet to a point on a non-tangent curve concave Northerly having a radius of 645.00 feet, and a central angle of 09°39'21"; thence from a tangent bearing of N 79°50'29" E run Easterly along the arc of said curve, 108.70 feet; thence N 70°11'08" E, 39.24 feet; thence N 58°17'04" E, 51.30 feet; thence N 82°40'01" E, 38.55 feet; thence N 89°49'11" E, 66.50 feet; thence S 00°10'49" E, 211.42 feet; thence S 58°53'11" W, 41.98 feet; thence S 50°26'48" W, 40.52 feet; thence S 28°11'20" W, 46.02 feet; thence S 00°10'49" E, 36.41 feet; thence S 89°49'11" W, 50.92 feet; thence S 00°10'49" E, 95.57 feet; thence S 89°02'05" E, 166.99 feet; thence S 00°11'18" W, 179.85 feet; thence S 89°49'11" W, 382.27 feet; thence N 79°36'24" W, 132.11 feet; thence N 00°10'51" W, 175.75 feet; thence N 89°49'11" E, 29.99 feet; thence S 85°43'11" E, 181.34 feet; thence N 44°43'08" E, 30.16 feet; thence N 00°20'41" W, 38.33 feet to a point of curvature of a curve concave Southwesterly having a radius of 180.00 feet, and a central angle of 63°01'11"; thence run Northwesterly along the arc of said curve, 197.98 feet; thence N 63°21'52" W, 633.17 feet; thence departing said deeds run, N 89°58'16" W, 174.74 feet along the North line of the Southeast 1/4 of the Southeast 1/4 of said Section 21, to a point on the State Road 429 right of way line as shown on Florida Department of Transportation right of way map project number 403498-3 and a point on a non-tangent curve concave Southwesterly having a radius of 1721.96 feet, and a central angle of 09°21'53"; thence from a tangent bearing of N 32°40'52" W run Northwesterly along the arc of said curve and right of way line, 281.45 feet; thence continue along said right of way line the following courses; N 42°02'46" W, 340.85 feet to a point of curvature of a curve concave Northeasterly having a radius of 2776.91 feet, and a central angle of 18°14'12"; thence run Northwesterly along the arc of said curve, 883.86 feet; thence N 23°48'31" W, 1299.13 feet; thence N 17°33'22" E, 328.65 feet; thence N 03°16'00" W, 329.22 feet; thence N 17°33'22" E, 404.76 feet; thence N 23°48'35" W, 352.28 feet; thence S 66°11'25" W, 600.19 feet; thence N 23°48'17" W, 8254.82 feet; thence N 00°46'31" E, 840.43 feet to a point on a non-tangent curve concave Southerly having a radius of 2834.93 feet, and a central angle of 14°06'15"; thence from a tangent bearing of S 87°35'24" E run Easterly along the arc of said curve, 697.86 feet; thence N 16°30'51" E, 60.00 feet to a point on a non-tangent curve concave Southerly having a radius of 2894.93 feet, and a central angle of 16°47'28"; thence from a tangent bearing of N 73°29'09" W run Westerly along the arc of said curve, 848.38 feet; thence S 89°43'24" W, 258.73 feet; thence N 21°29'36" W, 110.97 feet; thence N 20°48'24" W, 1048.03 feet; thence departing said right of way line run, N 00°08'24" E, 211.55 feet along the West line of the East 530.00 feet of the Southwest 1/4 of the Northeast 1/4 of said Section 8; thence S 89°41'25" W, 80.74 feet along the South line of the North 1/2 of the Northeast 1/4 of said Section 8 to a point on the aforesaid State Road 429 right of way line; thence run along said right of way line the following three courses; N 20°48'24" W, 103.10 feet to a point of curvature of a curve concave Easterly having a radius of

3731.85 feet, and a central angle of 03°56'22"; thence run Northerly along the arc of said curve, 256.59 feet; thence N 89°41'15" E, 10.43 feet to a point that is 10.00 feet Easterly of when measure perpendicular to the Easterly right of way line of aforesaid State Road 429 and a point on a non-tangent curve concave Easterly having a radius of 3721.85 feet, and a central angle of 03°53'37"; thence from a tangent bearing of S 16°54'47" E run Southerly along the arc of said curve, 252.93 feet and a line that is 10.00 feet Easterly of and parallel with said right of way line; thence S 20°48'24" E, 96.16 feet along said parallel line to its intersection with a line that is 10.00 feet North of and parallel with the South line of the Northwest 1/4 of the Northeast 1/4 of said Section 8; thence N 89°41'25" E, 83.88 feet along said line that is 10.00 feet North of and parallel with the South line of the Northwest 1/4 of the Northeast 1/4 of said Section 8, to its intersection with the West line of the East 520.00 feet of the Southwest 1/4 of the Northeast 1/4 of said Section 8; thence S 00°08'24" W, 219.78 feet along the West line of the East 520.00 feet of the Southwest 1/4 of the Northeast 1/4 of said Section 8, to its intersection with a line that is 10.00 feet East of when measure perpendicular to the Easterly right of way line of aforesaid State Road 429; thence S 20°48'24" E, 836.45 feet along said parallel line to a point on a Deed described in Official Records Book 9324, Page 367 of the Public Records of Orange County Florida; thence run along said Deed the following six courses; thence S 87°25'27" E, 291.32 feet; thence N 88°48'53" E, 166.97 feet; thence N 86°44'00" E, 142.45 feet; thence N 06°27'19" W, 91.16 feet; thence N 28°52'42" E, 302.51 feet; thence N 69°30'43" E, 659.82 feet to a point on a deed described in Official Records Book 10810, Page 147 of the Public Records of Orange County Florida; thence run along said Deed the following four courses; N 84°17'43" E, 306.52 feet; thence N 55°03'52" E, 1274.60 feet; thence N 33°11'17" E, 877.94 feet; thence N 08°37'23" E, 258.89 feet; thence N 89°46'07" E, 980.18 feet along the North line of the Northwest 1/4 of said Section 9 to the Northeast corner thereof and to the Point of Beginning, containing 632.422 Acres, more or less.





## TANGENT TABLE

| LINE# | BEARING | DIST. | LINE# | BEARING | DIST. |
|---|---|---|---|---|---|
| L1 | N 89°39'31" E | 559.27 | L42 | N 89°49'11" E | 29.99 |
| L2 | N 24°57'02" W | 499.49 | L43 | S 85°43'11" E | 101.34 |
| L3 | S 89°43'24" W | 207.22 | L44 | N 44°43'08" E | 30.16 |
| L4 | N 00°15'09" E | 50.00 | L45 | N 00°20'41" W | 38.33 |
| L5 | N 00°14'57" E | 50.00 | L46 | N 63°21'52" W | 633.17 |
| L6 | N 89°43'25" E | 671.30 | L47 | N 89°58'16" W | 174.74 |
| L7 | N 23°57'49" E | 158.82 | L48 | N 42°02'46" W | 340.85 |
| L8 | S 24°02'35" E | 87.08 | L49 | N 17°33'22" E | 328.65 |
| L9 | S 57°20'29" W | 268.56 | L50 | N 03°16'00" W | 329.22 |
| L10 | S 89°41'57" W | 398.92 | L51 | N 17°33'22" E | 404.76 |
| L11 | S 06°49'32" W | 733.37 | L52 | N 23°48'35" E | 352.28 |
| L12 | S 08°09'52" E | 589.53 | L53 | S 66°11'25" E | 600.19 |
| L13 | N 89°56'14" W | 436.85 | L54 | N 00°46'31" E | 840.43 |
| L14 | S 19°45'46" W | 205.03 | L55 | N 16°30'31" E | 60.00 |
| L15 | S 10°58'26" W | 182.06 | L56 | S 89°49'24" E | 898.73 |
| L16 | S 07°43'13" W | 96.36 | L57 | N 21°89'36" W | 110.97 |
| L17 | S 07°53'56" W | 130.38 | L58 | N 00°08'24" E | 211.55 |
| L18 | N 72°21'20" W | 49.00 | L59 | S 89°41'28" W | 80.74 |
| L19 | S 15°35'14" W | 152.63 | L60 | N 20°48'24" W | 103.10 |
| L20 | S 53°38'39" W | 331.49 | L61 | N 89°41'15" E | 10.43 |
| L21 | S 12°50'33" W | 337.10 | L62 | N 20°49'24" E | 96.16 |
| L22 | S 23°48'52" E | 818.61 | L63 | N 89°41'25" E | 83.88 |
| L23 | S 37°44'58" E | 133.87 | L64 | N 00°46'31" E | 219.78 |
| L24 | S 63°21'36" E | 583.11 | L65 | S 20°48'24" E | 836.45 |
| L25 | N 00°10'49" W | 104.81 | L66 | S 87°25'27" E | 891.32 |
| L26 | N 70°11'08" E | 39.84 | L67 | N 88°48'53" E | 166.97 |
| L27 | N 58°17'04" E | 51.30 | L68 | N 86°44'00" E | 142.45 |
| L28 | N 92°40'01" E | 38.55 | L69 | N 06°27'19" W | 91.16 |
| L29 | N 89°49'11" E | 66.50 | L70 | N 28°52'42" E | 302.51 |
| L30 | S 09°10'49" E | 211.42 | L71 | S 69°30'23" E | 459.82 |
| L31 | S 58°53'11" W | 41.98 | L72 | N 84°17'43" E | 306.52 |
| L32 | S 50°26'48" W | 40.52 | L73 | N 08°37'23" E | 258.89 |
| L33 | S 28°11'20" W | 46.02 | L74 | N 89°50'34" E | 332.11 |
| L34 | S 00°10'49" E | 36.41 | L75 | N 16°45'19" W | 82.26 |
| L35 | S 89°49'11" W | 50.92 | L76 | S 16°45'19" E | 670.70 |
| L36 | S 00°10'49" E | 95.57 | L77 | S 72°14'26" W | 240.00 |
| L37 | S 89°02'05" E | 166.99 | L78 | N 17°45'34" W | 70.00 |
| L38 | S 00°11'18" W | 179.85 | L79 | S 72°14'26" W | 10.00 |
| L39 | S 89°49'11" W | 382.27 | L80 | S 17°45'34" E | 70.00 |
| L40 | N 79°36'24" W | 132.11 | L81 | S 72°14'26" W | 650.00 |
| L41 | N 00°10'51" W | 175.75 | | | |

## CURVE TABLE

| CURVE | RADIUS | DELTA | LENGTH | TANG. BRG. |
|---|---|---|---|---|
| C1 | 802.00 | 65°19'34" | 914.40 | |
| C2 | 2750.09 | 09°13'41" | 442.93 | S 33°16'29" E |
| C3 | *(illegible)* | | | |
| C4 | *(illegible)* | | | |
| C5 | *(illegible)* | | | |
| C6 | 240.00 | 10°05'09" | 42.25 | |
| C7 | 645.00 | 09°39'21" | 108.70 | N 79°50'29" E |
| C8 | 180.00 | 63°01'11" | 197.98 | |
| C9 | 1781.96 | 09°21'53" | 291.45 | N 32°40'52" W |
| C10 | 2776.91 | 18°14'12" | 883.86 | |
| C11 | 2834.93 | 14°06'15" | 697.86 | S 87°35'24" E |
| C12 | 2894.93 | 16°47'28" | 848.38 | N 73°29'09" W |
| C13 | 3731.85 | 03°56'22" | 256.59 | |
| C14 | 3731.85 | 03°53'37" | 252.93 | S 16°54'47" E |
| C15 | 2894.93 | 10°26'01" | 527.16 | S 06°19'18" E |

| | | |
|---|---|---|
| **FILING AREA** *OVERALL* | **DATE** 1/12/23 | |
| **PROJECT NAME** *RCID LAND* | **SCALE** 1" = 1000' | |
| **SURVEY TYPE** *SKETCH OF DESCRIPTION* | **DRAWN BY:** JLG | |
| **COMMENTS** *SHEET 2 OF 3 SHEETS* | **FILENAME** 1GJGZ3001 | |

P.O.B. 10000
LAKE BUENA VISTA
FL 32830-1000
PHONE 407-824-8866

**Exhibit A-20**

DESCRIPTION
OF
GIFFORD SUBSTATION

Ref: Orange County Parcel 272421000010001

A parcel of land lying in Sections 16 and 21, Township 24 South, Range 27 East, Orange County, Florida, and being more particularly described as follows:

Commence at the Southwest corner of said Section 16, run along the South line of the Southwest, 1/4 of said Section 16, N 89°50'34" E, 332.11 feet, to the Point of Beginning; thence N 16°45'19" W, 82.26 feet: thence N 90°00'00" E, 989.75 feet to a point on the Westerly right-of-way line of Hartzog Road as recorded in Deed Book 838. Page 447, of the Public Records of this County, also being a point on a non-tangent curve concave easterly having a radius of 2894. 93 feet and a central angle of I 0°26'0 I": thence from a tangent bearing of S 06° 19' 18" E run Southerly along the arc of said curve and right-of-way line, 527.16 feet; thence continue along said right-of-way S 16°45' 19" E, 670.70 feet: thence S 72°14'26" W, 240.00 feet; thence N 17°45'34'" W, 70.00 feet: thence S 72°14'26" W, 10.00 feet thence S 17°45'34" E, 70.00 feet: thence S 72°14'26" W, 650.00 feet; thence N 16°45'!9" W, 1413.80 feet to the Point of Beginning. Containing 28.128 Acres, more or less.



## Exhibit A-21

DESCRIPTION

OF

RCID Solid Waste Material Recovery Facility and Access Roads and
RCID Technical Services Building and Storm water Retention

Ref: Orange County Parcel 272422000000007
Ref: Orange County Parcel 272427000000013

A parcel of land lying in Sections 22 and 27, Township 24 South, Range 27 East, Orange County, Florida, and being more particularly described as follows:

Commence at the Northeast corner of said Section 27, run along the North line of the Northeast 1/4 of said Section 27, N 89°04'27" W, 850.04 feet; thence S 00°00'00" E, 1.15 feet to a point on the boundary of a deed recorded in Official Records Book 9795, Page 6197 of the Public Records of Orange County, Florida and the Point of Beginning; thence run along said deed the following courses; S 37°47'40" E, 51.03 feet; thence S 28°25'14" E, 47.80 feet; thence S 61°36'26" E, 76.78 feet; thence S 15°35'57" E, 60.62 feet; thence S 02°55'55" W, 91.89 feet; thence S 64°37'40" E, 26.16 feet; thence S 68°26'45" E, 43.14 feet; thence S 70°14'11" E, 35.79 feet; thence S 24°14'17" E, 48.79 feet; thence S 80°28'06" E, 30.50 feet; thence S 11°06'37" E, 45.56 feet; thence S 65°37'22" E, 32.10 feet; thence S 67°30'32" E, 28.36 feet; thence S 15°47'09" W, 54.74 feet; thence S 14°26'10" W, 31.37 feet; thence N 83°34'09" W, 37.14 feet; thence S 32°49'25" W, 96.24 feet; thence S 33°42'14" W, 40.19 feet; thence S 19°14'48" E, 40.26 feet; thence S 53°02'17" E, 40.15 feet; thence N 58°07'44" E, 38.18 feet; thence S 33°53'24" W, 201.02 feet; thence N 89°55'17" W, 96.69 feet; thence departing said deed run, S 05°53'15" W, 159.28 feet along the boundary of deed recorded in Official Records Book 10478, Page 9310 of the Public Records of Orange County, Florida; thence continue along said deed the following four courses; S 17°28'56" W, 125.88 feet; thence N 89°59'58" W, 263.84 feet to a point of curvature of a curve concave Northerly having a radius of 1760.01 feet, and a central angle of 19°21'52"; thence run Westerly along the arc of said curve, 594.84 feet; thence N 18°49'37" W, 127.84 feet to a point on the boundary of deed recorded in Official Records Book 10742, Page 2215 of the Public Records of Orange County, Florida; thence continue along said deed the following courses; said point being a point on a non-tangent curve concave Northerly having a radius of 750.00 feet, and a central angle of 22°56'46"; thence from a tangent bearing of S 70°24'33" E run Easterly along the arc of said curve, 300.36 feet; thence N 86°38'41" E, 180.48 feet to a point of curvature of a curve concave Northerly having a radius of 800.00 feet, and a central angle of 26°46'56"; thence run Easterly along the arc of said curve, 373.95 feet; thence N 89°56'03" W, 123.99 feet to a point of curvature of a curve concave Northeasterly having a radius of 149.32 feet, and a central angle of 61°06'13"; thence run Northwesterly along the arc of said curve, 159.24 feet; thence S 28°49'50" E, 70.53 feet to a point on a non-tangent curve concave Northerly having a radius of 700.00 feet, and a central angle of 11°38'01"; thence from a tangent bearing of S 75°00'40" W run Westerly along the arc of said curve, 142.13 feet; thence S 86°38'41" W, 180.48 feet to a point of curvature of a curve concave Northerly having a radius of 650.00 feet, and a central angle of 29°06'11";

thence run Westerly along the arc of said curve, 330.16 feet; thence N 64°15'08" W, 28.34 feet; thence N 26°48'44" E, 345.56 feet; thence N 63°08'59" W, 333.60 feet; thence S 26°48'01" W, 66.41 feet; thence N 63°12'08" W, 84.08 feet; thence departing said deed run, N 63°11'12" W, 975.43 feet along the boundary of deed recorded in Official Records Book 4674, Page 559 and Official Records Book 4674, Page 542  of the Public Records of Orange County, Florida; thence continue along said deed the following two courses; N 26°48'49" E, 557.70 feet; thence run along the boundary of deed recorded in Official Records Book 7435, Page 2854 of the Public Records of Orange County, Florida; thence continue along said deed the following four courses; S 62°58'18" E, 738.86 feet; thence S 71°51'04" E, 408.01 feet to a point of curvature of a curve concave Northwesterly having a radius of 75.00 feet, and a central angle of 89°13'24"; thence run Northeasterly along the arc of said curve, 116.79 feet; thence N 18°55'31" E, 664.87 feet; thence run N 90°00'00" E, 203.27 feet along the boundary of deed recorded in Official Records Book 7435, Page 2865 of the Public Records of Orange County, Florida; thence run along the boundary of deed recorded in Official Records Book 4674, Page 542 of the Public Records of Orange County, Florida; thence continue along said deed the following courses; N 90°00'00" E, 367.27 feet thence S 03°01'09" W, 216.21 feet to a point on a non-tangent curve concave Easterly having a radius of 449.95 feet, and a central angle of 10°43'50"; thence from a tangent bearing of S 03°12'01" W run Southerly along the arc of said curve, 84.27 feet; thence N 90°00'00" W, 622.91 feet; thence S 18°55'31" W, 359.92 feet to a point on a non-tangent curve concave Easterly having a radius of 50.00 feet, and a central angle of 82°00'23"; thence from a tangent bearing of S 18°55'44" W run Southerly along the arc of said curve, 71.56 feet; thence S 64°17'49" E, 219.33 feet to a point of curvature of a curve concave Southwesterly having a radius of 100.01 feet, and a central angle of 29°53'43"; thence run Southeasterly along the arc of said curve, 52.18 feet; thence departing said deed run S 89°04'54" E, 345.24 feet along the boundary of a deed recorded in Official Records Book 9795, Page 6197 of the Public Records of Orange County, Florida and the Point of Beginning, containing 44.562 Acres, more or less.

LESS OUT

A parcel of land lying in Section 27, Township 24 South, Range 27 East, Orange County, Florida, and being more particularly described as follows:

Commence at the Northeast corner of said Section 27, run along the North line of the Northeast 1/4 of said Section 27, N 89°04'27" W, 1300.35 feet; thence S 00°00'00" E, 216.57 feet to the Point of Beginning; thence run S 26°48'18" W, 84.25 feet along the boundary of deed recorded in Official Records Book 9795, Page 6045 of the Public Records of Orange County, Florida; thence N 63°11'45" W, 134.61 feet along the boundary of deed recorded in Official Records Book 10478, Page 9310 of the Public Records of Orange County, Florida; thence run along the boundary of deed recorded in Official Records Book 9795, Page 6045 of the Public Records of Orange County, Florida the following courses; N 26°48'18" E, 149.16 feet; S 63°11'42" E, 134.61 feet to the Point of Beginning, containing 13001 square feet, more or less.





### TANGENT TABLE

| LINE# | BEARING | DIST. |
|---|---|---|
| L1 | S 00°00'00" E | 1.15 |
| L2 | S 37°47'40" E | 51.03 |
| L3 | S 28°25'14" E | 47.80 |
| L4 | S 61°36'26" E | 76.78 |
| L5 | S 15°35'57" E | 60.62 |
| L6 | S 02°55'55" W | 91.89 |
| L7 | S 64°37'40" E | 26.16 |
| L8 | S 68°26'45" E | 43.14 |
| L9 | S 70°14'11" E | 35.79 |
| L10 | S 24°14'17" E | 48.79 |
| L11 | S 80°28'06" E | 30.50 |
| L12 | S 11°06'37" E | 45.56 |
| L13 | S 65°37'32" E | 32.10 |
| L14 | S 67°30'32" E | 28.35 |
| L15 | S 15°47'09" W | 54.74 |
| L16 | S 14°26'10" W | 31.37 |
| L17 | N 83°34'09" W | 37.14 |
| L18 | S 82°49'25" W | 96.24 |
| L19 | S 33°42'14" W | 40.15 |
| L20 | S 19°14'48" E | 40.86 |
| L21 | S 53°02'17" E | 40.15 |
| L22 | N 59°07'44" E | 38.18 |
| L23 | S 33°53'24" W | 201.02 |
| L24 | N 89°55'17" W | 96.69 |
| L25 | S 05°33'13" W | 159.28 |
| L26 | S 17°28'56" W | 125.88 |
| L27 | N 18°49'37" W | 127.84 |
| L28 | N 86°38'41" E | 180.48 |
| L29 | N 89°56'03" W | 123.99 |
| L30 | S 28°49'50" E | 70.53 |
| L31 | S 86°38'41" W | 180.48 |
| L32 | N 64°15'08" W | 28.34 |
| L33 | S 26°48'01" W | 66.41 |
| L34 | N 63°12'08" W | 84.08 |
| L35 | S 26°48'18" W | 84.25 |
| L36 | N 63°11'45" W | 134.61 |
| L37 | N 26°48'18" E | 149.16 |
| L38 | S 63°11'42" E | 134.61 |

### CURVE TABLE

| CURVE | RADIUS | DELTA | LENGTH | TANG. BRG. |
|---|---|---|---|---|
| C1 | 1760.01 | 19°21'52" | 594.84 | |
| C2 | 750.00 | 22°56'46" | 300.36 | S 70°24'33" E |
| C3 | 900.00 | 26°46'56" | 373.95 | |
| C4 | 149.32 | 61°06'19" | 159.24 | |
| C5 | 700.00 | 11°38'01" | 142.13 | S 75°00'40" W |
| C6 | 650.00 | 29°06'11" | 330.16 | |
| C7 | 75.00 | 89°13'24" | 116.79 | |
| C8 | 449.95 | 10°43'50" | 84.27 | S 03°12'01" W |
| C9 | 50.00 | 82°00'23" | 71.56 | S 18°55'44" W |
| C10 | 100.01 | 29°53'43" | 52.18 | |

| | | |
|---|---|---|
| **SOUTH SERVICE AREA** | FILING AREA | |
| **RCID LAND** | PROJECT NAME | DATE: 1/24/23 |
| **SKETCH OF DESCRIPTION** | SURVEY TYPE | SCALE 1" = 250' |
| **SHEET 3 OF 3** | COMMENTS | DRAWN BY: JLG |

PGD

P.O.B. 10000
LAKE BUENA VISTA
FL 32830-1000
PHONE 407-824-3858

FILENAME 08JG23005

**Exhibit A-22**
DESCRIPTION
OF
Landscape Maintenance Area

Ref: Orange County Parcel 272402000000027

A parcel of land lying in Section 2, Township 24 South, Range 27 East, Orange County, Florida, and being more particularly described as follows:

Commence at the Southeast corner of said Section 2, run along the East line of the Southeast 1/4 of said Section 2, N 00°00'53" W, 1331.96 feet; thence N 90°00'00" W, 2372.77 feet to the Point of Beginning, thence N 90°00'00" W, 967.18 feet to a point of curvature of a curve concave Southerly having a radius of 630.04 feet, and a central angle of 38°00'09"; thence run Westerly along the arc of said curve, 417.88 feet; thence N 12°21'31" W, 421.05 feet to a point on the Easterly boundary of a deed recorded in Official Records Book 2221, Page 92 of the Public Records of Orange County and a non-tangent curve concave Southeasterly having a radius of 558.41 feet, and a central angle of 29°56'54"; thence from a tangent bearing of N 22°43'57" E run Northeasterly along the arc of said curve and deed, 291.88 feet; thence continue along said deed the following two courses; N 52°40'57" E, 375.99 feet; N 37°18'48" W, 15.00 feet; thence run along the Easterly and Southerly boundary of a deed recorded in Official Records Book 2137, Page 357 of the Public Records of Orange County the following courses; N 52°40'52" E, 256.85 feet to a point of curvature of a curve concave Northwesterly having a radius of 175.00 feet, and a central angle of 52°40'52"; run Northeasterly along the arc of said curve, 160.91 feet; N 00°00'00" E, 96.23 feet; N 90°00'00" W, 5.00 feet; N 00°00'00" E, 50.00 feet; N 90°00'00" E, 1461.61 feet; thence departing said deed run S 00°00'05" W, 74.05 feet; thence run along the Northerly line of a deed recorded in Official Records Book 7353, Page 646 of the Public Records of Orange County the following two courses; N 90°00'00" W, 845.66 feet; S 00°00'00" E, 34.55 feet; thence S 00°00'00" E, 96.74 feet; to a point on a non-tangent curve concave Southeasterly having a radius of 73.65 feet, and a central angle of 77°43'54"; thence from a tangent bearing of S 88°58'37" W run Southwesterly along the arc of said curve, 99.92 feet; thence S 00°00'00" E, 101.49 feet; thence S 25°35'54" E, 15.92 feet; thence N 90°00'00" E, 105.62 feet; thence S 10°01'40" E, 255.83 feet; thence run along the Westerly boundary of a deed recorded in Official Records Book 5741, Page 3885 of the Public Records of Orange County, S 00°00'00" E, 545.69 feet to the Point of Beginning, containing 30.818 Acres, more or less.



TANGENT TABLE

| LINE# | BEARING | DIST. |
|---|---|---|
| L1 | N 37°18'48" W | 15.00 |
| L2 | N 52°40'52" E | 256.85 |
| L3 | N 00°00'00" E | 96.23 |
| L4 | N 90°00'00" W | 5.00 |
| L5 | N 00°00'00" E | 50.00 |
| L6 | S 00°00'05" W | 74.05 |
| L7 | S 00°00'00" E | 34.56 |
| L8 | S 00°00'00" E | 96.74 |
| L9 | S 00°00'00" E | 101.49 |
| L10 | S 25°35'54" E | 15.92 |
| L11 | N 90°00'00" E | 105.62 |
| L12 | S 10°01'40" E | 255.83 |

CURVE TABLE

| CURVE | RADIUS | DELTA | LENGTH | TANG. BRG. |
|---|---|---|---|---|
| C1 | 630.04 | 38°00'09" | 417.88 | |
| C2 | 558.41 | 29°56'54" | 291.88 | N 22°43'57" E |
| C3 | 175.00 | 52°40'52" | 160.91 | |
| C4 | 73.65 | 77°43'54" | 99.92 | S 88°58'37" W |

ABBREVIATIONS
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT

SURVEYOR'S NOTE
CHAPTER 5J-17, FLORIDA ADMINISTRATIVE CODE REQUIRES THE FOLLOWING STATEMENT.
*"THIS IS NOT A BOUNDARY SURVEY"*

BEARINGS ARE BASED ON THE E. LINE, SE 1/4, SEC. 2-24-27 AS BEING N 00°00'53" W

P.O.B. 10000
LAKE BUENA VISTA
FL 32830-1000
PHONE (407)560-7118
FAX (407)560-7609

| | | |
|---|---|---|
| FILING AREA: NORTH SERVICE AREA | DATE: 11/12/12 |
| PROJECT NAME: BACK OF HOUSE | SCALE: 1" = 400' |
| SURVEY TYPE: SKETCH OF DESCRIPTION | DRAWN BY: JLG |
| COMMENTS: | FILENAME: 01JG12089 |

**Exhibit A-23**

DESCRIPTION

OF

Chilled Water Storage Site

Ref: Orange County Parcel 272402000000019

DESCRIPTION: CHILLED WATER STORAGE SITE

A parcel of land lying in Section 2, Township 24 South, Range 27 East, in the City of Bay Lake, Orange County, Florida, and being more particularly described as follows:

Commence at the South East corner of said Section 2, run along the East Line of said Section 2, N 00°00'29" W, 1331.71 feet; thence N 90°00'00" W, 1621.70 feet to the Point of Beginning; thence N 00°00'00" E, 555.00 feet; thence N 90°00'00" W, 751.00 feet; thence S 00°00'00" E, 555.00 feet; thence S 90°00'00" E, 751.00 feet, to the Point of Beginning, containing 9.569 Acres, more or less.

July 26, 1998

P.O.C.
SOUTH EAST CORNER,
SEC 2, TWN 24 S, RNG 27 E

ABBREVIATIONS
N=NORTH
E=EAST
S=SOUTH
W=WEST
TB=TANGENT BEARING
R=RADIUS
L=LENGTH
Δ=DELTA
SEC=SECTION
TWN=TOWNSHIP
RNG=RANGE
POB=POINT OF BEGINNING
POC=POINT OF COMMENCEMENT

SURVEYOR'S NOTE
CHAPTER 61G17-6 OF THE FLORIDA ADMINISTRATIVE CODE REQUIRES THAT THE FOLLOWING STATEMENT BE PUT ON THIS SKETCH.
*"THIS IS NOT A BOUNDARY SURVEY"*

COORDINATES AND ELEVATIONS ARE BASED ON WALT DISNEY WORLD DATUM

BEARINGS ARE BASED ON THE E. LINE OF SEC. 2 AS BEING N 00°00'29" W

| | | |
|---|---|---|
| | PROJECT AREA *NORTH SERVICE AREA* | SCALE 6/98 |
| | UNIT NAME *CHILLED WATER STORAGE SITE* | 1"=300' |
| | SHEET TITLE *SKETCH OF DESCRIPTION* | MJF |
| | | 01MP9602 |



**EXHIBIT B**
**WDPR Properties**

All that certain property located in Orange and Osceola Counties, Florida, in the Townships, Sections and Ranges hereinafter set forth (and as graphically depicted on the page attached hereto), and owned, whether now or in the future, by WDPR and/or its Affiliates (including, but not limited to: a) Compass Rose Corporation; b) Walt Disney Parks and Resorts U.S., Inc. (f/k/a Walt Disney World co. and Walt Disney World Hospitality & Recreation Corporation); c) Walt Disney Travel Co., Inc.; and d) The Celebration Company) (excluding, however, any homeowners', or similar association formed with respect to any of such real property).

| ORANGE COUNTY | | | OSCEOLA COUNTY | | |
|---|---|---|---|---|---|
| Sections | Township | Range | Sections | Township | Range |
| 1, 2, 3, 4 | 24 South | 27 East | 1, 2 | 25 South | 27 East |
| 9, 10, 11, 12, 13, 14, 15, 16 | 24 South | 27 East | 11, 12, 13, 14 | 25 South | 27 East |
| 21, 22, 23, 24, 25, 26, 27, 28 | 24 South | 27 East | 23, 24, 25, 26 | 25 South | 27 East |
| 33, 34, 35, 36 | 24 South | 27 East | 5, 6, 7, 8, 9 | 25 South | 28 East |
| 6, 7, 8 | 24 South | 28 East | 17, 18, 19, 20 | 25 South | 28 East |
| 17, 18, 19, 20, 21, 22, 23 | 24 South | 28 East | 30 | 25 South | 28 East |
| 27, 28, 29, 30, 31 | 24 South | 28 East | | | |

**EXHIBIT C**

**PROHIBITED USES**

1.    any of the following uses: (i) residential (whether single-family or multi-family or hotel, motel or hostel or any other type of facility or business providing living or sleeping accommodations on a transitory, overnight or short-term basis); (ii) "timeshare", "interval ownership", or other similar use; (iii) a condominium or any other form of whole ownership or for any cooperative form of ownership; (iv) timeshare, fractional or similar ownership; and/or (v) short-term rental (meaning stays of less than the longer of: (x) six (6) months; and (y) the period of time Orange County designates as a short-term rental);

2.    any Entertainment Venue. "Entertainment Venue" shall mean any venue or facility the primary business of which is offering shows, exhibits, attractions, rides, rollercoasters, water slides, games or any other amusement or entertainment devices (such as game arcades, virtual reality or similar) and/or other forms of entertainment, regardless of whether an admission fee is charged for admission thereto (collectively "Attractions"), such as, by way of example, but without limitation, MAGIC KINGDOM® Park, EPCOT®, DISNEY'S HOLLYWOOD STUDIOS™ (f/k/a Disney-MGM Studios), DISNEY'S ANIMAL KINGDOM® Theme Park, Disney's Wide World of Sports® Complex, DISNEY'S BLIZZARD BEACH Water Park, as DISNEY'S TYPHOON LAGOON Water Park. For purposes of clarification, the term "Entertainment Venue" shall include all facilities, land and improvements advertised, promoted, advertised, associated, marketed with or under the same or similar name as, or otherwise held out to the public as comprising a part, or component of, such Attractions, including, without limitation, resorts, hotels, restaurants, golf courses and shopping areas, even though some of the components or elements of such areas may not be contiguous to or within the area primarily identified as the Entertainment Venue. Notwithstanding the foregoing, "Entertainment Venue" shall exclude Category B Water Parks. "Category B Water Parks" shall mean a Water Park that is not a Category A Water Park. "Category A Water Park" shall mean a Water Park that is either (i) part of a Theme Park Complex, (ii) operated under or associated with the same name or brand as any Amusement Facility that is not a Water Park or (iii) under common ownership with any Amusement Facility that is not a Water Park. "Water Park" shall mean an Amusement Facility in which (i) more than two-thirds of the total number of exhibits, shows, tours, animal experiences, attractions, rides, water slides, games, or other amusement or entertainment activities are Water Park Activities and (ii) the majority of guests wear bathing suits. "Theme Park Complex" shall mean all facilities, land and improvements that include at least one Amusement Facility that is not a Water Park and that (i) are advertised, promoted, associated, marketed or otherwise held out to the general public as comprising part of a single integrated or related area, even though some of the components or elements of such area may not be contiguous or within one general admission, show or entertainment area, or (ii) are marketed under the same name or brand. "Amusement Facility" shall mean any theme, amusement or entertainment park or any other park or facility which offers exhibits, shows, tours, animal experiences, attractions, rides, water slides, games, or other amusement or entertainment activities. "Water Park Activity" means (i) a ride (including, without limitation, a lazy river) or water slide on which the guest gets wet from water supplied by the ride or water slide and on which the majority of guests wear bathing suits or (ii) a swimming pool.

3.    any building, structure or other use that is more than four (4) stories tall measured from grade on the Effective Date;

4.    arcades, game rooms or video parlors;

Exhibit C
Page 1

5.       bowling alleys;

6.       bars, taverns, night clubs or other establishments or facilities engaged in the offering of alcoholic beverages for on-site consumption;

7.       gun stores or indoor (or outdoor) gun ranges;

8.       theaters or cinemas;

9.       "adult entertainment uses" as that term is defined by the Orange County Zoning Code, including, but not limited to, any establishment featuring the exhibition of nude or partially dressed male or female dancers or models or featuring the sale or rental of sexually explicit materials which term shall mean, for the purposes of this Declaration, any theater, establishment or facility which: (i) shows, previews, sells, rents, distributes or promotes in any way, movies, films, videos, magazines, books, or other medium (whether now or hereafter developed) rated "X" or "NC-17" by the movie production industry (or any successor rating established by the movie production industry), or otherwise of a pornographic or obscene nature; or (ii) sells, rents, or distributes sexually explicit games, toys, devices, or similar merchandise;

10.      flea markets, fire and bankruptcy sales operations, rummage sales, and/or flea markets;

11.      outdoor entertainment;

12.      establishments renting or selling movies, books, or other media, games, toys and similar materials which are rated "X" by the movie production industry (or any successor rating established by the movie production industry) or are otherwise of a pornographic or obscene nature;

13.      retail establishments;

14.      any establishment which contains any devices, equipment or facilities for the participation in, or to be used to hold any events, functions or programs that involve gambling, wagering, betting or other similar activities (including, but not limited to, card games, keno, slot machines, sports betting and animal racing), where the participants have the opportunity to receive monetary or other consideration (irrespective of whether any such facilities or activities or devices are legally permissible);

15.      any signage or displays which would violate Laws and/or which are more than four stories tall measured from grade on the Effective Date;

16.      a liquor or package store (i.e., an establishment engaged in the sale of alcoholic beverages for off-site consumption);

17.      the scheduling or offering to schedule appointments, visitations or tours at or of, or the sale, leasing, offering, or other transfer, display, distribution or promotion (or the provision of any support, clerical or administrative services relating thereto) of real property (including homes) as timeshare resorts, time shares or time share units, interval ownership rights or interests, vacation clubs, or other similar products;

18.      trailer courts, mobile home parks, and recreation vehicle campgrounds;

19.      oil, gas or mineral exploration, drilling, boring, development, refining, quarrying, or mining

Exhibit C
Page 2

operations and all construction and equipment incident thereto, oil or gas wells, shafts;

20. junk yards, scrap metal yards, automobile used parts and/or dismantling operations and sanitary landfills;

21. lumberyards or sawmills (except in the usual course of construction on the site);

22. truck terminals or truck stop-type facilities;

23. massage parlors, and any establishment which offers entertainment or service which includes nude or partially or provocatively or skimpily dressed male or female persons;

24. "head" shops or similar establishments offering any substance which may not be sold or given away unless the provider thereof has obtained and maintains one (1) or more special licenses.

25. any sale, distribution, promotion or use of marijuana or goods or products that include marijuana or any derivative of marijuana or any paraphernalia;

26. tattoo, body piercing or similar operations or establishments;

27. any establishment providing skilled nursing or nursing-assisted care or any full-time skilled nursing or other care, except for those nursing services which are allowed under a limited nursing services license or an extended congregate care license;

28. a nursing home facility;

29. outlet, discount or wholesale or similar stores or establishments;

30. outdoor display or sale(s) of merchandise;

31. go-cart racing, miniature golf, water rides or other rides or other amusements;

32. any outdoor or indoor structures or containers for the collection of new or used clothing, toys, aluminum cans, furniture, equipment or any other items;

33. services for the provision of management and/or operation of commercial or residential rental properties;

34. promotional events; and

35. medical, specialty medical, physician or dental uses.

Exhibit C
Page 3

# APPENDIX

## GLOSSARY OF CERTAIN DEFINED TERMS

**"Affiliates"** shall mean, with respect to any Person, another Person which: (a) directly or indirectly controls, (b) is, directly or indirectly, under common control with, or (c) is, directly or indirectly, controlled by, such first-referenced Person. "Control" shall mean the power to direct the management of a Person, directly or indirectly, whether through the ownership of voting securities or other beneficial interests, by contract or otherwise and the terms "controlling" and "controlled" shall have meanings correlative to the foregoing.

**"Declaration"** shall mean this document.

**"Alterations"** shall mean any and all alterations, additions, modifications, renovations, substitutions, replacements or other changes made to the RCID Properties or any portion thereof including, without limitation, the exterior portion of the Improvements comprising a part thereof.

**"Designee"** shall mean any Person designated by WDPR or an Affiliate of WDPR (or to whom WDPR has assigned its interest) to exercise any of its rights under this Declaration. For clarity, a Designee need not be related or affiliated with WDPR.

**"Effective Date"** shall have the meaning assigned in the preambles to this Declaration.

**"Fee"** shall have the meaning assigned in Section 2 hereof.

**"Governmental Authority"** shall mean the United States of America, and any state, county, city or political subdivision thereof, and any board, bureau, council, commission, department, agency, court, legislative body or other instrumentality of the United States of America, or any state, county, city or political subdivision thereof.

**"Identifying Symbols"** shall mean any names, designs, symbols, stories, fanciful characters or other words, pictures or representations identifying or commonly associated with a Person, place or thing, and any variation or derivation thereof.

**"Improvements"** shall mean any and all buildings, structures, sheds, driveways, parking areas, paved areas, fences, signs, curb-cuts and any and all other physical improvements now or hereafter constructed, installed, placed or located on, or attached or affixed to, the RCID Properties, and any and all Alterations thereto and/or thereof. The term Improvements does not include the RCID Properties. RCID shall be solely responsible, at its sole cost and expense, for all costs, expenses, fees and charges associated or incurred in connection with the planning, design, development, build out, use, operation, management, maintenance, periodic renovation, repair and replacement of the Improvements now or hereafter constructed on the RCID Properties, and any and all Alterations, whether foreseen or unforeseen.

**"Laws"** shall mean any and all federal, state, county, municipal and other governmental constitutions, statutes, ordinances, codes, regulations, resolutions, rules, requirements and directives (including, without limitation, building codes, zoning ordinances and the American's With Disabilities Act and similar legal requirements) and all decisions, judgments, writs, injunctions, orders, decrees or demands of courts, administrative bodies and other authorities construing any of the foregoing.

**"RCID"** shall initially mean RCID and, from and after the date of this Declaration, any and all successors in title to RCID's fee simple interest and estate in the RCID Properties or any portion thereof. If RCID or successors in title to RCID's fee simple interest and estate in the RCID Properties or any portion thereof

sells, conveys or otherwise transfers its fee simple interest and estate in the RCID Properties or any portion thereof then RCID or its successor making such sale, conveyance or transfer shall be released from all covenants and obligations accruing hereunder after the date of such sale, conveyance or transfer as to (and only as to) the RCID Properties or portion thereof sold, conveyed or transferred and the successor owner of the RCID Properties or portion thereof sold, conveyed or transferred shall automatically, and without the necessity of further action of any kind, be deemed to have assumed all of RCID's covenants and obligations hereunder accruing after the date of such sale, conveyance or transfer as to (and only as to) the RCID Properties or portion thereof sold, conveyed or transferred.

**"RCID Property(ies)"** shall have the meaning assigned in the recitals.

**"Permitted Uses"** shall have the meaning assigned in Section 3.1 hereof.

**"Person"** shall mean any natural person, corporation, general partnership, limited partnership, limited liability company, association, trust or other entity, including any Governmental Authority.

**"Prohibited Uses"** shall have the meaning assigned in Section 3.2 hereof.

**"Tenant"** shall mean any person or entity that is in possession or occupancy of, or entitled to possess or occupy, any portion of the RCID Properties by a lease agreement, sublease, concession, license or other contract with the RCID (or any person or entity claiming by or through any such Tenant).

**"WDPR"** shall mean Walt Disney Parks and Resorts U.S., Inc., a Florida corporation, and shall include the legal representatives, and any successors and assigns of WDPR which has (from time to time) been affirmatively and specifically assigned or delegated one or more of the rights reserved to WDPR hereunder by written instrument recorded among the Public Records of the County.  The term "WDPR" shall also include its Affiliates as the context may require.

**"WDPR Property(ies)"** shall have the meaning assigned in the recitals.