IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

WALT DISNEY PARKS AND RESORTS U.S., INC.,

    Plaintiff,

  v.

RONALD D. DESANTIS, in his official capacity as Governor of Florida; MEREDITH IVEY, in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity; MARTIN GARCIA, in his official capacity as Board Chair of the Central Florida Tourism Oversight District; MICHAEL SASSO, in his official capacity as Board Member of the Central Florida Tourism Oversight District; BRIAN AUNGST, JR., in his official capacity as Board Member of the Central Florida Tourism Oversight District; RON PERI, in his official capacity as Board Member of the Central Florida Tourism Oversight District; BRIDGET ZIEGLER, in her official capacity as Board Member of the Central Florida Tourism Oversight District; and JOHN CLASSE, in his official capacity as Administrator of the Central Florida Tourism Oversight District,

    Defendants.

Case No.  4:23-cv-00163-MW-MAF

## Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Walt Disney Parks and Resorts U.S., Inc., hereby discloses that The Walt Disney

Company is its parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: April 26, 2023                    Respectfully submitted.

| | |
|---|---|
| ALAN SCHOENFELD<br>(*pro hac vice* forthcoming)<br>New York Bar No. 4500898<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel. (212) 937-7294<br>alan.schoenfeld@wilmerhale.com | DANIEL M. PETROCELLI<br>(*pro hac vice* forthcoming)<br>California Bar No. 97802<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Tel. (310) 246-6850<br>dpetrocelli@omm.com<br><br>JONATHAN D. HACKER<br>(*pro hac vice* forthcoming)<br>District of Columbia Bar<br>No. 456553<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Tel. (202) 383-5285<br>jhacker@omm.com<br><br>ADAM COLBY LOSEY<br>LOSEY PLLC<br>Florida Bar No. 69658<br>1420 Edgewater Drive<br>Orlando, FL 32804<br>Tel. (407) 906-1605<br>alosey@*losey*.law |

*Attorneys for Plaintiff Walt Disney Parks and Resorts U.S., Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that, on April 26, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that I sent the foregoing document and the notice of electronic filing by U.S. Mail, return receipt requested, to the following recipients:

Ronald D. DeSantis, in his official capacity as Governor of Florida
Office of the Governor
400 S. Monroe St.
Tallahassee, FL 32399-0001

Meredith Ivey, in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity
Department of Economic Opportunity
107 East Madison Street
Caldwell Building, Suite 212
Tallahassee, Florida 32399-4120

Martin Garcia, in his official capacity as Board Chair of the Central Florida Tourism Oversight District
Central Florida Tourism Oversight District
1900 Hotel Plaza Blvd.
Lake Buena Vista, FL 32830

Michael Sasso in his official capacity as Board Member of the Central Florida Tourism Oversight District
Central Florida Tourism Oversight District
1900 Hotel Plaza Blvd.
Lake Buena Vista, FL 32830

Brian Aungst, Jr., in his official capacity as Board Member of the Central Florida Tourism Oversight District
Central Florida Tourism Oversight District
1900 Hotel Plaza Blvd.
Lake Buena Vista, FL 32830

Ron Peri, in his official capacity as Board Member of the Central Florida Tourism Oversight District
Central Florida Tourism Oversight District
1900 Hotel Plaza Blvd.
Lake Buena Vista, FL 32830

Bridget Ziegler, in her official capacity as Board Member of the Central Florida Tourism Oversight District
Central Florida Tourism Oversight District
1900 Hotel Plaza Blvd.
Lake Buena Vista, FL 32830

John Classe, in his official capacity as Administrator of the Central Florida Tourism Oversight District
Central Florida Tourism Oversight District
1900 Hotel Plaza Blvd.
Lake Buena Vista, FL 32830

                                                                ADAM COLBY LOSEY
LOSEY PLLC
Florida Bar No. 69658
1420 Edgewater Drive
Orlando, FL 32804
Tel. (407) 906-1605
alosey@losey.law
Counsel for Plaintiff Walt Disney Parks and Resorts U.S., Inc.