IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WALT DISNEY PARKS AND RESORTS U.S., INC., <br><br> Plaintiff, <br><br> v. <br><br> RONALD D. DESANTIS, in his official capacity as Governor of Florida; MEREDITH IVEY, in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity; MARTIN GARCIA, in his official capacity as Board Chair of the Central Florida Tourism Oversight District; MICHAEL SASSO, in his official capacity as Board Member of the Central Florida Tourism Oversight District; BRIAN AUNGST, JR., in his official capacity as Board Member of the Central Florida Tourism Oversight District; RON PERI, in his official capacity as Board Member of the Central Florida Tourism Oversight District; BRIDGET ZIEGLER, in her official capacity as Board Member of the Central Florida Tourism Oversight District; and JOHN CLASSE, in his official capacity as Administrator of the Central Florida Tourism Oversight District, <br><br> Defendants. | Case No. 4:23-cv-00163-MW-MAF |

**PLAINTIFF'S NOTICE UNDER FEDERAL RULE OF
<u>CIVIL PROCEDURE 5.1 AND LOCAL RULE 24.1</u>**

Plaintiff Walt Disney Parks and Resorts U.S., Inc. ("Disney") files this notice of constitutional challenge to Senate Bill 4-C, Fla. Laws ch. 2022-266 (amending Fla. Stat. § 189.0311) ("Senate Bill 4C"), House Bill 9-B, Fla. Laws ch. 2023-5 ("House Bill 9B"), and the legislative findings and declaration by the Central Florida Tourism Oversight District on April 26, 2023 ("Legislative Declaration") that Disney's contracts are "void and unenforceable."  This notice is given under Federal Rule of Civil Procedure 5.1 and Northern District of Florida Local Rule 24.1.

In this case, Disney challenges the Legislative Declaration as unconstitutional under the Contracts Clause, the Takings Clause, and the Due Process Clause.  *See* U.S. Const. art. I, § 10, cl. 1; U.S. Const. amend. V; U.S. Const. amend. XIV.  Disney also challenges Senate Bill 4C, House Bill 9B, and the Legislative Declaration as unconstitutional under the First Amendment.  *See* U.S. Const. amend. I, amend. XIV.  Disney's complaint asserting these constitutional violations is attached.

Dated: April 26, 2023                                  Respectfully submitted.

ALAN SCHOENFELD                                        DANIEL M. PETROCELLI
(*pro hac vice* forthcoming)                           (*pro hac vice* forthcoming)
New York Bar No. 4500898                               California Bar No. 97802
WILMER CUTLER PICKERING                                O'MELVENY & MYERS LLP
  HALE AND DORR LLP                                    1999 Avenue of the Stars
7 World Trade Center                                   Los Angeles, CA 90067
250 Greenwich Street                                   Tel. (310) 246-6850
New York, NY 10007                                     dpetrocelli@omm.com
Tel. (212) 937-7294
alan.schoenfeld@wilmerhale.com                         JONATHAN D. HACKER
                                                       (*pro hac vice* forthcoming)
                                                       District of Columbia Bar
                                                       No. 456553
                                                       O'MELVENY & MYERS LLP
                                                       1625 Eye Street, NW
                                                       Washington, DC 20006
                                                       Tel. (202) 383-5285
                                                       jhacker@omm.com

                                                       ADAM COLBY LOSEY
                                                       LOSEY PLLC
                                                       Florida Bar No. 69658
                                                       1420 Edgewater Drive
                                                       Orlando, FL 32804
                                                       Tel. (407) 906-1605
                                                       alosey@losey.law

*Attorneys for Plaintiff Walt Disney Parks and Resorts U.S., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 26, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that I sent the foregoing document and the notice of electronic filing by U.S. Mail, return receipt requested, to the following recipients:

Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL 32399-1050

Central Florida Tourism Oversight District
c/o Fishback Dominick, Special Counsel to the District
Attention A. Kurt Ardaman and Daniel W. Langley
1947 Lee Road
Winter Park Florida, 32789

State Attorney for the Ninth Judicial Circuit
Monique H. Worrell
415 North Orange Avenue
Orlando, FL 32801

/s/ Adam Colby Losey
ADAM COLBY LOSEY
LOSEY PLLC
Florida Bar No. 69658
1420 Edgewater Drive
Orlando, FL 32804
Tel. (407) 906-1605
alosey@losey.law
Counsel for Plaintiff Walt Disney
Parks and Resorts U.S., Inc.