IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

WALT DISNEY PARKS AND RESORTS U.S., INC.,

    Plaintiff,

  v.

RONALD D. DESANTIS, in his official capacity as Governor of Florida; MEREDITH IVEY, in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity; MARTIN GARCIA, in his official capacity as Board Chair of the Central Florida Tourism Oversight District; MICHAEL SASSO, in his official capacity as Board Member of the Central Florida Tourism Oversight District; BRIAN AUNGST, JR., in his official capacity as Board Member of the Central Florida Tourism Oversight District; RON PERI, in his official capacity as Board Member of the Central Florida Tourism Oversight District; BRIDGET ZIEGLER, in her official capacity as Board Member of the Central Florida Tourism Oversight District; and JOHN CLASSE, in his official capacity as Administrator of the Central Florida Tourism Oversight District,

    Defendants.

Case No. 4:23-cv-00163-MW-MAF

**MOTION TO APPEAR *PRO HAC VICE***

Under Rule 11.1(C) of the Local Rules for the United States District Court for the Northern District of Florida, Alan E. Schoenfeld respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiff Walt Disney Parks and Resorts U.S., Inc. in the above-captioned case, and in support thereof states as follows:

1. I am a member of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, with offices at 7 World Trade Center, New York, New York; Telephone: 212-230-8800; alan.schoenfeld@wilmerhale.com.   That firm is counsel for Plaintiff together with the law firms of O'Melveny & Myers LLP and Losey PLLC.

2. I am licensed to practice law in the State of New York and am an active member in good standing of the New York Bar.  My New York bar number is 4500898.

3. A true and correct copy of the undersigned's Certificate of Good Standing for the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, is attached hereto as required by N.D. Fla. Loc. R 11.1(C).   The original certification will be filed along with the requisite fee with the Clerk of the District Court.

4. I am admitted to practice law before and am a member in good standing of the following State and Federal Courts:

| Courts | Date of Admission |
|---|---|
| New York, Appellate Division, First Department | April 17, 2007 |
| U.S. District Court for the Southern District of New York | December 17, 2008 |
| U.S. Court of Appeals for the Second Circuit | February 17, 2009 |
| U.S. District Court for the Eastern District of New York | April 29, 2009 |
| U.S. Court of Appeals for the Ninth Circuit | August 31, 2009 |
| U.S. Court of Appeals for the First Circuit | February 10, 2011 |
| U.S. Court of Appeals for the Sixth Circuit | February 10, 2011 |
| U.S. Court of Appeals for the Eleventh Circuit | February 15, 2011 |
| United States Supreme Court | December 6, 2011 |
| U.S. Court of Appeals for Veterans Claims | February 22, 2012 |
| U.S. Court of Appeals for the D.C. Circuit | October 31, 2013 |
| U.S. Court of Appeals for the Tenth Circuit | November 26, 2013 |
| U.S. District Court for the Eastern District of Wisconsin | August 29, 2016 |
| U.S. District Court for the Eastern District of Michigan | October 4, 2016 |
| U.S. Court of Appeals for the Federal Circuit | January 4, 2017 |
| U.S. Court of Appeals for the Fifth Circuit | July 21, 2017 |
| U.S. Court of Appeals for the Fourth Circuit | October 11, 2017 |
| U.S. Court of Appeals for the Seventh Circuit | November 10, 2017 |
| U.S. Court of Appeals for the Third Circuit | December 20, 2017 |

| | |
|---|---|
| New Jersey Supreme Court | November 9, 2018 |
| U.S. District Court for the District of New Jersey | December 27, 2018 |
| U.S. District Court for the Western District of New York | June 14, 2019 |
| District of Columbia | March 19, 2021 |
| United States District Court for the District of Columbia | February 4, 2022 |

5. I have not been subjected to any disciplinary or suspension proceedings as a member of the Bar of any court, nor is any such proceeding pending against me.

6. I certify that I have successfully completed the online Attorney Admission Tutorial. My confirmation number for completion of the online tutorial is FLND1682437241435.

7. I certify that pursuant to N.D. Fla. Loc. R. 11.1(C), I have knowledge of the Local Rules of this Court.

8. I certify that I have reviewed the CM/ECF Attorney User's Guide.

9. I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

10. My appearance as counsel for the Plaintiff will not constitute the maintenance of a regular law practice in Florida by me and I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida. In the last

five years, I have appeared in the following matters in the state and federal courts of this State:

- *Kelly v. Walt Disney Parks & Resorts U.S., Inc.*, No. 6:22-CV-1919 (M.D. Fla.) (motion to appear *pro hac vice* filed Dec. 6, 2022)

- *Abadi v. Walt Disney Parks & Resorts U.S., Inc.*, 6:22-CV-1343 (M.D. Fla.) (motion to appear *pro hac vice* filed Sept. 9, 2022)

- *United States ex rel. Jacobs v. JP Morgan Chase Bank, N.A.*, No. 20-20543-CIV (S.D. Fla.) (motion to appear *pro hac vice* filed Sept. 21, 2020)

- *Sweeth Tooth Inc. d/b/a Haagen-Dazs Ice Cream v. The Hartford Financial Services Group*, No. 1:20-CV-22750 (S.D. Fla.) (motion to appear *pro hac vice* filed Aug. 25, 2020)

- *Reinol A. Gonzalez, DMD., P.A. v. The Hartford Financial Services Group*, No. 1:20-CV-22151 (S.D. Fla.) (motion to appear *pro hac vice* filed Aug. 10, 2020)

- *Doe v. College Board and Educational Testing Service*, No. 8:18-CV-2172 (M.D. Fla.) (motion to appear *pro hac vice* filed Nov. 8, 2018)

- *GolTV v. Fox Sports Latin America, Ltd.*, No. 16-24431-CIV (S.D. Fla.) (motion to appear *pro hac vice* filed June 14, 2018)

11.     Defendants have yet to appear, as necessary to confer under Local Rule 7.1(B).  To the extent necessary, I will contact opposing counsel after their appearance and supplement the instant motion with a statement certifying whether or to what extent the parties have resolved the issue presented here.

## CONCLUSION

Alan E. Schoenfeld respectfully requests that this Court enter an order granting him leave to appear *pro hac vice* as counsel for Plaintiff in this matter, under Rule 11.1(C) of the Local Rules of this Court.

Dated:  April 28, 2023                                         Respectfully submitted,

                                                                                  */s/ Alan E. Schoenfeld*
                                                                                  Alan E. Schoenfeld
                                                                                  *(pro hac vice pending)*
                                                                                  New York Bar No. 4500898
                                                                                  WILMER CUTLER PICKERING
                                                                                    HALE AND DORR LLP
                                                                                  7 World Trade Center
                                                                                  New York, NY 10007
                                                                                  P: 212-230-8800
                                                                                  F: 212-230-8888
                                                                                  alan.schoenfeld@wilmerhale.com

                                                                                  *Counsel for Walt Disney Parks and Resorts U.S., Inc.*



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Alan Evan Schoenfeld

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 17, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on April 7, 2023.

*Clerk of the Court*

CertID-00113139