# EXHIBIT A

Courts of Admission – Stephen D. Brody

| Court | Date of Admission | Bar Number |
|---|---|---|
| Washington, D.C. | 1998 | 459263 |
| Virginia | 1997 | 40923 |
| United States Supreme Court | 11/4/1998 | |
| US Court of Appeals, Third Circuit | 8/31/2020 | |
| US Court of Appeals, Fourth Circuit | 5/1/2014 | |
| US Court of Appeals, Sixth Circuit | 9/7/2017 | |
| US Court of Appeals, Seventh Circuit | 6/22/2018 | |
| US Court of Appeals, Ninth Circuit | 11/21/2014 | |
| US Court of Appeals, Tenth Circuit | 10/23/2013 | |
| US Court of Appeals, DC Circuit | 1/11/2000 | |
| US District Court, District of Columbia | 12/7/1998 | |