IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WALT DISNEY PARKS AND RESORTS U.S., INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>RONALD D. DESANTIS, in his official capacity as Governor of Florida; MEREDITH IVEY, in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity; MARTIN GARCIA, in his official capacity as Board Chair of the Central Florida Tourism Oversight District; MICHAEL SASSO, in his official capacity as Board Member of the Central Florida Tourism Oversight District; BRIAN AUNGST, JR., in his official capacity as Board Member of the Central Florida Tourism Oversight District; RON PERI, in his official capacity as Board Member of the Central Florida Tourism Oversight District; BRIDGET ZIEGLER, in her official capacity as Board Member of the Central Florida Tourism Oversight District; and JOHN CLASSE, in his official capacity as Administrator of the Central Florida Tourism Oversight District,<br><br>      Defendants. | Case No. 4:23-cv-00163-MW-MAF |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiff, Walt Disney Parks and Resorts U.S., Inc., through the undersigned counsel, respectfully moves for the admission *pro hac vice* of Jonathan Hacker, a licensed member of the District of Columbia Bar. Mr. Hacker has undertaken the representation of Plaintiff in this matter as co-counsel. In support of this motion, Plaintiff states as follows:

1. Mr. Hacker resides in Maryland, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

2. Mr. Hacker is a partner with the law firm of O'Melveny & Myers LLP, 1625 Eye St., N.W., Washington, D.C. 20006 and regularly practices law in Washington, D.C.

3. Mr. Hacker is admitted to and is an active member in good standing of the bars of the jurisdictions identified in attached **Exhibit A** and a current Certificate of Good Standing from the DC Bar is attached as **Exhibit B**.

4. Mr. Hacker has complied with the requirements of Local Rule 11.1(E) by completing the Attorney Admission Tutorial and exam and the CM/ECF outline tutorials on April 26, 2023. His confirmation number is FLND1682548720455.

5. Mr. Hacker studied and is familiar with the Local Rules of this District.

6. Mr. Hacker has an active, upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is jhacker@omm.com.

7. Mr. Hacker will pay the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiff respectfully requests that the Court permit Jonathan Hacker to appear *pro hac vice*.

Respectfully submitted,

*/s/ Jonathan Hacker*
Jonathan Hacker
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006
jhacker@omm.com
Phone: (202) 383-5300
Fax: (202) 383-5414

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 28, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Jonathan Hacker*
Jonathan Hacker
O'Melveny & Myers LLP
1625 Eye street, N.W.
Washington, DC 20006
jhacker@omm.com
Phone: (202) 383-5300
Fax: (202) 383-5414