# EXHIBIT A

Courts of Admission – Jonathan Hacker

| Court | Date of Admission | Bar Number |
|---|---|---|
| Washington, D.C. | 1998 | 456553 |
| Maryland | 1996 | |
| United States Supreme Court | 5/26/2001 | |
| US Court of Appeals, First Circuit | 4/22/2015 | |
| US Court of Appeals, Second Circuit | 2/15/2012 | |
| US Court of Appeals, Third Circuit | 6/10/2010 | |
| US Court of Appeals, Fourth Circuit | 7/30/1999 | |
| US Court of Appeals, Fifth Circuit | 9/11/2007 | |
| US Court of Appeals, Sixth Circuit | 3/25/2005 | |
| US Court of Appeals, Seventh Circuit | 2/24/2000 | |
| US Court of Appeals, Eighth Circuit | 1/3/2013 | |
| US Court of Appeals, Ninth Circuit | 7/7/2005 | |
| US Court of Appeals, Tenth Circuit | 3/24/2003 | |
| US Court of Appeals, Eleventh Circuit | 4/7/2013 | |
| US Court of Appeals, DC Circuit | 12/5/2003 | |
| US Court of Appeals, Federal Circuit | 11/26/2003 | |
| US District Court, District of Columbia | 9/9/2002 | |