**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**WALT DISNEY PARKS AND
RESORTS U.S., INC.,**

    **Plaintiff,**

v.                        Case No. 4:23-cv-00163-MW-MAF

**RONALD D. DESANTIS, in his
official capacity as Governor of Florida;
MEREDITH IVEY, in her official capacity
as Acting Secretary of the Florida
Department of Economic Opportunity;
MARTIN GARCIA, in his official capacity as
Board Chair of the Central Florida Tourism
Oversight District; MICHAEL SASSO, in his
official capacity as Board Member of the Central
Florida Tourism Oversight District; BRIAN
AUNGST, JR., in his official capacity as Board
Member of the Central Florida Tourism
Oversight District; RON PERI, in his official
capacity as Board Member of the Central Florida
Tourism Oversight District; BRIDGET ZIEGLER,
in her official capacity as Board Member of the
Central Florida Tourism Oversight District; and
JOHN CLASSE, in his official capacity as
Administrator of the Central Florida Tourism
Oversight District,**

    **Defendants.**
_____/

**O R D E R**

The Undersigned was assigned to serve as the United States Magistrate Judge for the above referenced matter. Because the

undersigned is related in the third degree with someone who is employed by one of the parties and, therefore, has a financial interest in the outcome of this case, the undersigned hereby recuses himself from this matter pursuant to 28 U.S.C. § 455 (b)(5)(iii).  The Clerk of Court shall reassign this case to another Magistrate Judge within this District given my recusal.

**DONE AND ORDERED** on April 28, 2023.

s/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**
