IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND
RESORTS U.S., INC.,**

    *Plaintiff*,

v.                                  Case No.: 4:23cv163-MW/MAF

**RONALD D. DESANTIS, in his
official capacity as Governor of
Florida, et al.,**

    *Defendants*.

_____/

## ORDER ADMITTING
## STEPHEN D. BRODY *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Stephen D. Brody *pro hac vice*, ECF No. 7. The motion is **GRANTED**. Having fulfilled the requirements of the Local Rules for admission, Mr. Brody is admitted *pro hac vice* as counsel for Plaintiff.

**SO ORDERED** on April 28, 2023.

                                              s/Mark E. Walker_____
                                              **Chief United States District Judge**