# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND RESORTS U.S., INC.,**

    *Plaintiff*,

v.                                                          Case No.: 4:23cv163-MW/MAF

**RONALD D. DESANTIS, in his official capacity as Governor of Florida, et al.,**

    *Defendants*.

_____/

## ORDER ADMITTING
## JONATHAN HACKER *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Jonathan Hacker *pro hac vice*, ECF No. 8. The motion is **GRANTED**. Having fulfilled the requirements of the Local Rules for admission, Mr. Hacker is admitted *pro hac vice* as counsel for Plaintiff.

**SO ORDERED** on April 28, 2023.

                                                    s/Mark E. Walker
                                                  **Chief United States District Judge**