IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND
RESORTS U.S., INC.,**

*Plaintiff*,

v.  Case No.: 4:23cv163-MW/MAF

**RONALD D. DESANTIS, in his
official capacity as Governor of
Florida, et al.,**

*Defendants*.

_____/

## ORDER ADMITTING
## ALAN E. SCHOENFELD *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Alan E. Schoenfeld *pro hac vice*, ECF No. 6. The motion is **GRANTED**. Having fulfilled the requirements of the Local Rules for admission, Mr. Schoenfeld is admitted *pro hac vice* as counsel for Plaintiff.

**SO ORDERED on April 28, 2023.**

s/Mark E. Walker
**Chief United States District Judge**