## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 4:23-CV-00163-MW-MAF

Plaintiff:
**WALT DISNEY PARKS AND RESORTS U.S., INC.**

vs.

Defendant:
**RONALD D DESANTIS, et al.**

For:
Adam C. Losey
Losey PLLC
1420 Edgewater Dr.
Orlando, FL 32804

Received by Capital Court Services on the 1st day of May, 2023 at 9:47 am to be served on **Meredith Ivey, Department of Economic Opportunity, 107 E. Madison St., Caldwell Bldg., Suite 212, Tallahassee, FL 32399**

I, J. Lee Vause, Jr., do hereby affirm that on the **1st day of May, 2023** at **2:20 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons, Complaint for Declaratory and Injunctive Relief, Exhibits, Civil Cover Sheet, Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1, Plaintiff's Notice Under Federal Rule of Civil Procedure 5.1 and Local Rule 24.1** with the date and hour of service endorsed thereon by me, to: **Leslie Bryson** as **Assistant General Counsel** for **Meredith Ivey, Department of Economic Opportunity**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document and the facts stated in it are true.

_____
J. Lee Vause, Jr.
CPS #81, 2nd Judicial Circuit

**Capital Court Services**
**221 West Park Avenue**
**#1682**
**Tallahassee, FL 32302**

Our Job Serial Number: ERN-2023001160

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i