# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Florida

Case Number: 4:23-CV-00163-MW-MAF

Plaintiff: **WALT DISNEY PARKS AND RESORTS U.S., INC.**
vs.
Defendant: **RONALD D DESANTIS, et al.**

ERN2023001165

For:
Adam C. Losey
Losey PLLC
1420 Edgewater Dr.
Orlando, FL 32804

Received by CAPITAL COURT SERVICES on the 1st day of May, 2023 at 10:50 am to be served on **Michael Sasso, Central Florida Tourism Oversight District, 1900 Hotel Plaza Blvd., Lake Buena Vista, FL 32830**.

I, MARANATHA BEDFORD, do hereby affirm that on the **1st day of May, 2023** at **2:46 pm, I:**

**served a Designated Employee by delivering a true copy of the Summons, Complaint for Declaratory and Injunctive Relief, Exhibits, Civil Cover Sheet, Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1, Plaintiff's Notice Under Federal Rule of Civil Procedure 5.1 and Local Rule 24.1 with the date and hour of service endorsed thereon by me, to: Eryka Washington-Perry as Communications Director at the address of: 1900 Hotel Plaza Blvd., Lake Buena Vista, FL 32830, who stated they are authorized to accept service for Michael Sasso,, and informed said person of the contents therein, in compliance with state statutes.**

**Additional Information pertaining to this Service:**
5/1/2023 2:53 pm Ms. Perry is the liaison to intercept legal documents for the board and director as the communications director.

**Description** of Person Served: Age: 48, Sex: F, Race/Skin Color: Black, Height: 5'5", Weight: 115, Hair: Black, Glasses: N

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the Judicial Circuit in which it was served. Under penalties of perjury, I declare that I have read the forgoing affidavit and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

MARANATHA BEDFORD
442

**CAPITAL COURT SERVICES
221 W PARK AVENUE
#1682
TALLAHASSEE, FL 32302
(850) 273-8508**

Our Job Serial Number: ERN-2023001165

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m