# EXHIBIT A

Courts of Admission – Daniel M. Petrocelli

| Court | Date of Admission | Bar Number |
|---|---|---|
| California | 1981 | 97802 |
| United States Supreme Court | 4/17/1989 | |
| US Court of Appeals, Second Circuit | 1/6/2015 | |
| US Court of Appeals, Fourth Circuit | 11/18/2015 | |
| US Court of Appeals, Fifth Circuit | 4/26/2004 | |
| US Court of Appeals, Sixth Circuit | 5/16/2002 | |
| US Court of Appeals, Ninth Circuit | 7/20/1981 | |
| US Court of Appeals, Tenth Circuit | 1/22/1999 | |
| US Court of Appeals, Eleventh Circuit | 7/31/2015 | |
| US Court of Appeals, DC Circuit | 7/31/2018 | |
| US Court of Appeals, Federal Circuit | 10/5/2011 | |
| US District Court, California Central | 6/9/1981 | |
| US District Court, California Northern | 8/6/1981 | |
| US District Court, California Southern | 11/17/2009 | |
| US District Court, Colorado | 4/17/1997 | |