# EXHIBIT B



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### DANIEL M. PETROCELLI

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that DANIEL M. PETROCELLI, # 97802, was on the 29th day of May, 1981, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 26th day of April 2023.

JORGE E. NAVARRETE
Clerk of the Supreme Court

By: _____
Biying Jia, Assistant Deputy Clerk