## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND**
**RESORTS U.S., INC.,**

   *Plaintiff,*

**v.**         **Case No.: 4:23cv163-MW/MAF**

**RONALD D. DESANTIS, in his**
**official capacity as Governor of**
**Florida, et al.,**

   *Defendants.*
_____/

### ORDER ADMITTING DANIEL M. PETROCELLI *PRO HAC VICE*

  This Court has considered, without hearing, the motion to admit Daniel M. Petrocelli *pro hac vice.* ECF No. 21. The motion is **GRANTED**. Having fulfilled the requirements of the Local Rules for admission, Mr. Petrocelli is admitted *pro hac vice* as counsel for Plaintiff.

  **SO ORDERED on May 2, 2023.**

       **s/Mark E. Walker**_____
       **Chief United States District Judge**