IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND RESORTS U.S., INC.,**

    *Plaintiff*,

v.　　　　　　　　　　　　　　　　　Case No.: 4:23cv163-MW/MJF

**RONALD D. DESANTIS, in his official capacity as Governor of Florida, et al.,**

    *Defendants*.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

This Court has considered, without hearing, Mr. Huminski's motion to reconsider this Court's Order denying his motion to intervene. ECF No. 27. Mr. Huminski has offered no new evidence or argument of merit to warrant relief. Whether Mr. Huminski's request to intervene is construed as one challenging the laws under which he was prosecuted or the "prior restraint gag order" imposed as a condition of his final judgment in *State v. Huminski*, his motion to intervene is due to be denied. Accordingly, his motion for reconsideration, ECF No. 27, is **DENIED**.

    SO ORDERED on May 16, 2023.

                                                      s/Mark E. Walker          
                                                      **Chief United States District Judge**