# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

WALT DISNEY PARKS AND RESORTS U.S., INC.,

   *Plaintiff*,

v.                                            No. 4:23-cv-163-MW-MJF

RON DESANTIS, in his official capacity
as Governor of Florida, et al.,

   *Defendants*.

_____/

## **NOTICES OF APPEARANCE**

**PLEASE TAKE NOTICE** of the appearance of John Guard, James H. Percival, Henry C. Whitaker, Daniel W. Bell, and David M. Costello as counsel for Governor Ron DeSantis and Secretary Meredith Ivey.

Respectfully submitted on May 19, 2023.

        ASHLEY MOODY
         *Attorney General of Florida*

        JOHN GUARD (FBN 374600)
         *Chief Deputy Attorney General*

        JAMES H. PERCIVAL (FBN 1016188)
         *Chief of Staff*

        HENRY C. WHITAKER (FBN 1031175)
         *Solicitor General*

        DANIEL W. BELL (FBN 1016188)
         *Chief Deputy Solicitor General*

        /s/ *David M. Costello*
        DAVID M. COSTELLO (FBN 1004952)
         *Deputy Solicitor General*

        **OFFICE OF THE ATTORNEY GENERAL**
        The Capitol, PL-01
        Tallahassee, FL 32399
        Phone: (850) 414-3300
        Facsimile: (850) 410-2672
        *john.guard@myfloridalegal.com*
        *james.percival@myfloridalegal.com*
        *henry.whitaker@myfloridalegal.com*
        *daniel.bell@myfloridalegal.com*
        *david.costello@myfloridalegal.com*

        *Counsel for Governor DeSantis and Secretary Ivey*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

/s/ *David M. Costello*
Deputy Solicitor General