IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALT DISNEY PARKS AND RESORTS U.S., INC.,

    *Plaintiff*,

v.

RONALD D. DESANTIS, in his official capacity as Governor of Florida, et al.,

    *Defendants*.

Case No. 4:23-cv-163-MW-MJF

## NOTICE OF APPEARANCE

Charles J. Cooper, of Cooper and Kirk, PLLC, 1523 New Hampshire Ave., N.W., Washington, D.C. 20036, telephone (202) 220-9600, hereby appears as counsel for defendants MARTIN GARCIA, in his official capacity as Board Chair of the Central Florida Tourism Oversight District; MICHAEL SASSO, BRIAN AUNGST, JR., RON PERI, and BRIDGET ZIEGLER, in their official capacities as Board Members of the Central Florida Tourism Oversight District; GLENTON GILZEAN, JR.,[1] in his official capacity as Administrator of the Central Florida Tourism Oversight District; and requests that all correspondence, pleadings, and

---

[1] Mr. Gilzean has succeeded John Classe as Administrator and therefore has been automatically substituted as a party to this action pursuant to Rule 25(d). *See District Administration*, REEDY CREEK IMPROVEMENT DIST., https://bit.ly/3BNm9tz (last visited May 19, 2023).

1

papers be served upon him at the address below.

Dated: May 19, 2023                                  Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper
Bar No. 248070DC
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 19th of May, 2023.

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper