IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

WALT DISNEY PARKS AND RESORTS
U.S., INC.

 Plaintiff,

v.                                                                                            Civil Action No.:
                               4:23-CV-00163-MW-MJF

RONALD D. DESANTIS, in his official
capacity as Governor of Florida, et al.,

 Defendants.

_____/

## NOTICE OF APPEARANCE

COMES NOW, attorney Jason Gonzalez of the firm Lawson Huck Gonzalez, PLLC, hereby notices his appearance as counsel for Defendants, MARTIN GARCIA in his official capacity as Board Chair of the Central Florida Tourism Oversight District, MICHAEL SASSO, BRIAN AUNGST, JR., RON PERI, BRIDGET ZIEGLER, in their official capacities as Board Members of the Central Florida Tourism Oversight District, and GLENTON GILZEAN, JR.[1], in his official capacity as Administrator of the Central Florida Tourism Oversigth District the above-styled matter. Please direct a

---

[1] Mr. Gilzean has succeeded John Classe as Administrator and therefore has been automatically substituted as a party to this action pursuant to Federal Rule of Civil Procedure 25(d).  See https://www.rcid.org/about/district-administration/ (last visited May 19, 2023).

copy of all future documents, pleadings, and correspondence to the address indicated below.

Dated: May 19, 2023                                   Respectfully Submitted,

                                                    */s/Jason Gonzalez*
                                                  Jason Gonzalez
Florida Bar Number: 146854
**Lawson Huck Gonzalez, PLLC**
215 South Monroe Street, Suite 320
Tallahassee, FL 32301
jason@lawsonhuckgonzalez.com
michelle@lawsonhuckgonzalez.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the CM/ECF website and served on May 19, 2023 to all counsel of record.

*/s/ Jason Gonzalez*
Attorney