UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALT DISNEY PARKS AND RESORTS U.S., INC.,

   *Plaintiff*,

v.     No. 4:23-cv-163-MW-MJF

RON DESANTIS, in his official capacity
as Governor of Florida, et al.,

   *Defendants*.

_____/

**JOINT STIPULATION REGARDING
BRIEFING SCHEDULE AND SERVICE OF PROCESS**

The parties jointly file this stipulation regarding the briefing schedule for Defendants' forthcoming motions to dismiss and issues related to service of process. In support, they state as follows.

1. In this action, Walt Disney Parks and Resorts U.S. Inc. has sued the Governor, the Secretary of the Department of Economic Opportunity, members of the Board of Supervisors for the Central Florida Tourism Oversight District (CFTOD), and the Administrator of CFTOD. The Governor and the Secretary will be represented by the Attorney General; the CFTOD Board and Administrator will be represented by Cooper & Kirk, PLLC, and Lawson Huck Gonzalez, PLLC.

2. All Defendants intend to file motions to dismiss the amended complaint. Defendants request, and Plaintiff does not oppose, that the Court set the following briefing schedule for the motions to dismiss:

    - Defendants' Motions to Dismiss: **Due 6/26/23**
    - Plaintiff's Responses: **Due 7/26/23**
    - Defendants' Replies: **Due 8/9/23**

3. As for service of process, the parties dispute whether service has been properly effected on all Defendants. Without waiving any party's right to litigate that issue in another forum, however, Defendants agree to waive service of the Amended Complaint as of the date of this filing, and will not contest the sufficiency of service in this action or move to dismiss the Amended Complaint under Federal Rules of Civil Procedure 12(b)(4)–(5) (while reserving the right to raise arguments regarding the date that service was effective).

Dated: May 22, 2023

/s/ Daniel M. Petrocelli
DANIEL M. PETROCELLI
(*pro hac vice*)
California Bar No. 97802
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel. (310) 246-6850
dpetrocelli@omm.com

JONATHAN D. HACKER
(*pro hac vice*)
District of Columbia Bar
No. 456553
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel. (202) 383-5285
jhacker@omm.com

STEPHEN D. BRODY
(*pro hac vice*)
District of Columbia Bar
No. 459263
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel. (202) 383-5167
sbrody@omm.com

*(additional counsel on next page)*

Respectfully submitted,

ASHLEY MOODY
  *Attorney General of Florida*

JOHN GUARD (FBN 374600)
  *Chief Deputy Attorney General*

JAMES H. PERCIVAL (FBN 1016188)
  *Chief of Staff*

/s/ Henry C. Whitaker
HENRY C. WHITAKER (FBN 1031175)
  *Solicitor General*

DANIEL W. BELL (FBN 1008587)
  *Chief Deputy Solicitor General*

DAVID M. COSTELLO (FBN 1004952)
  *Deputy Solicitor General*

**OFFICE OF THE ATTORNEY GENERAL**
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
henry.whitaker@myfloridalegal.com

*Counsel for Governor DeSantis and Secretary Ivey*

*(additional counsel on next page)*

3

*[signature]*

ADAM COLBY LOSEY
LOSEY PLLC
Florida Bar No. 69658
1420 Edgewater Drive
Orlando, FL 32804
Tel. (407) 906-1605
alosey@losey.law

ALAN SCHOENFELD
(*pro hac vice*)
New York Bar No. 4500898
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. (212) 937-7294
alan.schoenfeld@wilmerhale.com

CHARLES J. COOPER
(BAR NO. 248070DC)
DAVID H. THOMPSON*
PETER A. PATTERSON*
MEGAN M. WOLD*
JOSEPH O. MASTERMAN
(FBN 1004179)
JOHN D. RAMER*

**COOPER & KIRK, PLLC**
1523 New Hampshire Ave., N.W.,
Washington, D.C. 20036
(202) 220-9600
*ccooper@cooperkirk.com*

PAUL C. HUCK JR. (FBN 968358)**
ALAN LAWSON (FBN 709591)**
JASON GONZALEZ (FBN 146854)

**LAWSON HUCK GONZALEZ, PLLC**
215 S. Monroe St., Ste. 320
Tallahassee, FL 32301
*jason@lawsonhuckgonzalez.com*

*Counsel for the CFTOD Board and Administrator*

*\*pro hac vice motion forthcoming*
*\*\*admission to the Northern District of Florida forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Henry C. Whitaker*
Solicitor General
