# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND RESORTS U.S., INC.,**

    *Plaintiff*,

v.                                Case No.: 4:23cv163-MW/MJF

**RONALD D. DESANTIS, in his official capacity as Governor of Florida, et al.,**

    *Defendants*.

_____/

## NOTICE

This Notice acknowledges receipt of the parties' "Joint Stipulation Regarding Briefing Schedule and Service of Process," ECF No. 34, in which Defendants request (and Plaintiffs do not oppose) a proposed briefing schedule for forthcoming motions to dismiss. This Court will take no action, scheduling or otherwise, in this case until it rules on the pending motion for disqualification.

**SO ORDERED on May 23, 2023.**

                                              **s/Mark E. Walker**
                                              **Chief United States District Judge**