IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| WALT DISNEY PARKS AND RESORTS U.S., INC., <br><br> *Plaintiff*, <br><br> v. <br><br> RONALD D. DESANTIS, in his official capacity as Governor of Florida, et al., <br><br> *Defendants*. | Case No. 4:23-cv-163-MW-MJF |

## NOTICE OF APPEARANCE

David H. Thompson, of Cooper and Kirk, PLLC, 1523 New Hampshire Ave., N.W., Washington, D.C. 20036, telephone (202) 220-9600, hereby appears as counsel for defendants MARTIN GARCIA, in his official capacity as Board Chair of the Central Florida Tourism Oversight District; MICHAEL SASSO, BRIAN AUNGST, JR., RON PERI, and BRIDGET ZIEGLER, in their official capacities as Board Members of the Central Florida Tourism Oversight District; GLENTON GILZEAN, JR.,[1] in his official capacity as Administrator of the Central Florida Tourism Oversight District; and requests that all correspondence, pleadings, and

---

[1] Mr. Gilzean has succeeded John Classe as Administrator and therefore has been automatically substituted as a party to this action pursuant to Rule 25(d). *See District Administration*, REEDY CREEK IMPROVEMENT DIST., https://bit.ly/3BNm9tz (last visited May 23, 2023).

1

papers be served upon him at the address below.

Dated: May 23, 2023                    Respectfully submitted,

                                                               /s/ David H. Thompson
                                                               David H. Thompson
                                                               Bar No. 450503DC
                                                               COOPER & KIRK, PLLC
                                                               1523 New Hampshire Avenue, N.W.
                                                               Washington, D.C. 20036
                                                               Tel: (202) 220-9600
                                                               Fax: (202) 220-9601
                                                               dthompson@cooperkirk.com

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 23rd of May, 2023.

    Respectfully submitted,

    <u>/s/ David H. Thompson</u>
    David H. Thompson