IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALT DISNEY PARKS AND RESORTS
U.S., INC.,

    *Plaintiff*,

v.

RONALD D. DESANTIS, in his official
capacity as Governor of Florida, et al.,

    *Defendants*.

Case No. 4:23-cv-163-MW-MJF

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Attorney John D. Ramer, of Cooper and Kirk, PLLC, 1523 New Hampshire Ave., N.W., Washington, D.C. 20036, telephone (202) 220-9600, hereby moves this Honorable Court to grant permission to appear *pro hac vice* in the above-styled case on behalf of defendants MARTIN GARCIA, in his official capacity as Board Chair of the Central Florida Tourism Oversight District; MICHAEL SASSO, BRIAN AUNGST, JR., RON PERI, BRIDGET ZIEGLER, in their official capacities as Board Members of the Central Florida Tourism Oversight District; and GLENTON GILZEAN, JR.,[1] in his official capacity as Administrator of the Central Florida Tourism Oversight District. The undersigned so moves pursuant to Rule 11.1 of the

---

[1] Mr. Gilzean has succeeded John Classe as Administrator and therefore has been automatically substituted as a party to this action pursuant to Rule 25(d). *See District Administration*, REEDY CREEK IMPROVEMENT DIST., https://bit.ly/3BNm9tz (last visited May 23, 2023).

1

Local Rules of Civil Procedure for the United States District Court for the Northern District of Florida, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 19, 2004.

In support of this motion, the undersigned avers that he is familiar with the CM/ECF e-filing system, as he has practiced in several federal courts since his admission. The undersigned further avers that he has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court. Additionally, counsel successfully completed the Tutorial of the Local Rules for the Northern District of Florida on April 28, 2022, Confirmation Number FLND16511463386123. Furthermore, the undersigned is an attorney in good standing in the District of Columbia, as evidenced by the Certificate of Good Standing, dated May 22, 2023, from the District of Columbia Court of Appeals, which is attached hereto as "EXHIBIT A" and incorporated herein by express reference.

WHEREFORE, John D. Ramer respectfully moves this Honorable Court to issue an order permitting counsel to appear *pro hac vice* in the above-styled case on behalf of the above-listed defendants.

Dated: May 24, 2023            Respectfully Submitted,

/s/ John D. Ramer
John D. Ramer
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
jramer@cooperkirk.com

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 24th of May, 2023.

Respectfully submitted,

/s/ John D. Ramer
John D. Ramer