UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALT DISNEY PARKS AND
RESORTS U.S., INC.,

    Plaintiff,

v.                                                                                     Case No. 4:23-cv-163-MW/MJF

RONALD D. DESANTIS, *et al.*,

    Defendants.

_____/

**ORDER**

    Pending before this court is the motion to appear *pro hac vice* seeking admission of attorney Megan M. Wold. Doc. 38. She has successfully completed the computer-based tutorials of the Local Rules of this court and CM/ECF. She also has paid the required fee, and her notice includes a certificate indicating that she is a member of a bar. This court finds that the requirements of Local Rule 11.1(C) have been satisfied.

    Accordingly, it is **ORDERED**:

    1.    The motion to appear *pro hac vice*, Doc. 38, is **GRANTED**.

    2.    Pursuant to Local Rule 11.1(C), the above attorney is admitted *pro hac vice* on behalf of the relevant defendants.

    **SO ORDERED** this <u>25th</u> day of May, 2023.

                                                                  /s/ *Michael J. Frank*
                                                                  **Michael J. Frank**
                                                                  **United States Magistrate Judge**