UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALT DISNEY PARKS AND
RESORTS U.S., INC.,

    Plaintiff,

v.                                                        Case No. 4:23-cv-163-MW/MJF

RONALD D. DESANTIS, *et al.*,

    Defendants.
_____/

## ORDER

Pending before this court is the motion to appear *pro hac vice* seeking admission of attorney Peter A. Patterson. Doc. 37. He has successfully completed the computer-based tutorials of the Local Rules of this court and CM/ECF. He also has paid the required fee, and his notice includes a certificate indicating that he is a member of a bar. This court finds that the requirements of Local Rule 11.1(C) have been satisfied.

Accordingly, it is **ORDERED**:

1.     The motion to appear *pro hac vice*, Doc. 37, is **GRANTED**.

2.     Pursuant to Local Rule 11.1(C), the above attorney is admitted *pro hac vice* on behalf of the relevant defendants.

**SO ORDERED** this 25th day of May, 2023.

                                                     /s/ *Michael J. Frank*
                                                     **Michael J. Frank**
                                                     **United States Magistrate Judge**