UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALT DISNEY PARKS AND RESORTS U.S., INC.,

   *Plaintiff,*

   v.                          Case No. 4:23-cv-163-MW-MJF

RON DESANTIS, in his official capacity
as Governor of Florida, et al.,

   *Defendants.*

_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE of the appearance of the undersigned, Anita Patel, as counsel on behalf of Defendants, Ronald D. DeSantis, in his official capacity as Governor of the State of Florida, and Meredith Ivey, in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity. Please serve copies of all filings, orders, and other correspondence at the addresses listed below:

Primary email address: Anita.Patel@myfloridalegal.com

Secondary email address: ComplexLitigation.eservice@myfloridalegal.com

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

*/s/Anita Patel*
Anita Patel (FBN 0070214)
Assistant Bureau Chief
Complex Litigation Division
Office of the Attorney General
PL - 01, The Capitol
Tallahassee, Florida 32399-1050
Anita.Patel@myfloridalegal.com
ComplexLitigation.eservice@myfloridalegal.com
850-414-3694

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June 2023, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notices to all counsel of record.

*Anita Patel*
Anita Patel