IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND
RESORTS U.S., INC.,**

    **Plaintiff,**

v.   Case No. 4:23-cv-163-AW-MJF

**RONALD D. DESANTIS, in his official
capacity as GOVERNOR OF FLORIDA,
et al.,**

    **Defendants.**
_____/

## ORDER STRIKING FILING OF NONPARTY

    The motion of nonparty Scott Huminski (ECF No. 44) is STRICKEN. The court has denied Huminski's motion to intervene. ECF No. 24; *see also* ECF No. 28 (denying reconsideration).

    SO ORDERED on June 2, 2023.

                                           s/ *Allen Winsor*
                                           United States District Judge