IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALT DISNEY PARKS AND
RESORTS U.S., INC.,

      Plaintiff,

v.                                Case No. 4:23-cv-163-AW-MJF

RONALD D. DESANTIS, in his official
capacity as GOVERNOR OF FLORIDA,
et al.,

      Defendants.

_____/

## ORDER REGARDING SCHEDULE

This order acknowledges the parties' joint stipulation regarding the briefing schedule. ECF No. 34. The stipulation is adopted, and Defendants' deadline to file motions to dismiss is June 26, 2023. Plaintiff's deadline to respond to any motions to dismiss is July 26, 2023. Defendants may reply no later than August 9, 2023.

The parties' deadline for their Rule 26(f) conference is June 20, 2023. At the conference, counsel must address the matters set out in Rules 16(b)(3)(A), 16(b)(3)(B), 16(c)(2), 26(f)(2), and 26(f)(3). Counsel may meet telephonically, by video conference, or in person. Written exchanges are insufficient.

The deadline to file the Rule 26(f) report is June 27, 2023. The report must address the matters set out in Rules 16(b)(3)(A), 26(f)(2), and 26(f)(3), and it may address any other scheduling or case-management issues.

1

SO ORDERED on June 2, 2023.

s/ *Allen Winsor*
United States District Judge