## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

WALT DISNEY PARKS AND RESORTS
U.S., INC.,

     *Plaintiff,*

v.

RONALD D. DESANTIS, in his official
capacity as Governor of Florida, et al.,

     *Defendants*.

Case No. 4:23-cv-163-AW-MJF

## DEFENDANTS' UNOPPOSED MOTION TO EXCEED WORD LIMIT FOR MEMORANDUM IN SUPPORT OF MOTION TO ABSTAIN OR DISMISS

Pursuant to Local Rule 7.1(F), Defendants Martin Garcia, Charbel Barakat, Brian Aungst Jr., Ron Peri, Bridget Ziegler, and Glenton Gilzean, Jr., respectfully request leave to exceed the 8,000-word limit for their memorandum in support of their Motion To Abstain or Dismiss and to file a memorandum in support containing no more than 11,000 words. Defendants have endeavored to be concise, but they need the additional words to fully address all the important issues raised by Plaintiff's First Amended Complaint. Defendants respectfully submit that the additional requested words will aid the Court's consideration of those issues.

Defendants have conferred with Plaintiff regarding this motion, and Plaintiff consents to the requested relief so long as Defendants consent to the same expansion

for Plaintiff's memorandum in opposition. Defendants consent and respectfully request that the Court's order also give Plaintiff leave to file a memorandum in opposition containing no more than 11,000 words.

Given Plaintiff's consent to this motion, Defendants' Memorandum of Law in Support of Motion To Abstain or Dismiss is attached to this motion in accordance with Local Rule 7.1(F).

## LOCAL RULE 7.1(B) CERTIFICATION

In accordance with Local Rule 7.1(B), Defendants' counsel conferred with Plaintiff's counsel regarding this motion, and Plaintiff consents to the relief requested as described above.

Dated: June 26, 2023

Jason Gonzalez (No. 146854)
LAWSON HUCK GONZALEZ PLLC
215 S. Monroe Street
Suite 320
Tallahassee, FL 32301
Tel: (850) 825-4334
jason@lawsonhuckgonzalez.com

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper (No. 248070DC)
David H. Thompson (No. 450503DC)
Peter A. Patterson (*Pro Hac Vice*)
Megan M. Wold (*Pro Hac Vice*)
Joseph O. Masterman (No. 1004179)
John D. Ramer (*Pro Hac Vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
mwold@cooperkirk.com
jmasterman@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendants Martin Garcia, Charbel Barakat, Brian Aungst Jr., Ron Peri, Bridget Ziegler, and Glenton Gilzean, Jr.*