IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND
RESORTS U.S., INC.,**

    **Plaintiff,**

v.    Case No. 4:23-cv-163-AW-MJF

**RONALD D. DESANTIS, in his official
capacity as GOVERNOR OF FLORIDA,
et al.,**

    **Defendants.**

_____/

## **ORDER GRANTING MOTION FOR EXPANDED WORD LIMIT**

The unopposed motion for an expanded word limit (ECF No. 51) is GRANTED. The memorandum (ECF No. 51-1) is accepted as filed. The word limit for Plaintiff's response is also expanded to 11,000 words.

SO ORDERED on June 27, 2023.

                                          s/ *Allen Winsor*
                                          United States District Judge