IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

WALT DISNEY PARKS AND RESORTS U.S., INC.,
Reedy Creek Improvement District-Expansion 1967,
Plaintiff,

v.

RONALD D. DESANTIS,
Secretary of Florida Department of Economic Development,
et al., Defendants.                                    Case No. 4:23-cv-00163-AW-MJF

---------------------------------------------------------------------/

## AMICUS BRIEF ON BEHALF OF THE PLAINTIFF
## TRANSITION PROCESSING FORWARD

**HERE COMES,** Jonathan N. Foster herein Proctor as the undersigned as to the above entitled AMICUS BRIEF ON BEHALF OF THE PLAINTIFF TRANSITION PROCESSING FORWARD captioned with its embodied contents proxy's FURTHERMORE against the Defendant a sitting State of Florida's Governor RONALD D. DESANTIS, before the Honorable Judge Allen C. Winsor, privy, Cause of Action as it provides as shown below as follows,

1. The Proctor did Pierce-the-Corporate-Veil, Proctor did alleged that the Defendant **DESANTIS** term so yesterday limit, Defendant **DESANTIS** a former United States Navy's Officer Veteran, Defendant **DESANTIS'** friendly fire did a de-masking of Children's Readiness and Cover of the United States Army's termed like the year of 1776 'the British (viruses 2020) are coming' on **STAGE** during the height of Covid 19 Variant Pandemic Miniscule Airborne Droplets March of the Year 2022 on YouTube Video Material Evidence presents and displays itself.

2. The Proctor did alleged that the Defendant **DESANTIS** did Bribe Law Enforcement Officers with bonuses to those Officers who may have taken those monies that are considered an essential frontline worker in responding to the Covid 19 pandemic, and employed by a state or local government who is a sworn law enforcement officer and enticing them under a reasonable anticipation of possible Rouge Subjects of those in the career to move to Florida from across the nation," to those again that did received those monies not to investigate the Defendant **DESANTIS'** chanting Alt-right, Fearless-Leader-One, whereas, 'Qualified-Sovereign-Immunity Does Not Apply' on State and Federal grounds, the State of New York v. fmr. President Donald J. Trump and United States v. fmr. President Donald J. Trump Criminal Proceedings, pending.

3. The Proctor did alleged that the Defendant **DESANTIS** within the United States' territories jurisdiction, that the Defendant **DESANTIS** did allegedly misappropriate Florida's Taxpayers $12 Million US Dollars across States' lines to the transport of migrants with their children from Sheriff Javier Salazar, Bexar County Sheriff's Office, High-profile Investigation and Fugitive

Recovery Joint Task Force Unit establishes at 200 North Comal Street San Antonio, Texas and Sheriff Salazar he did submit information(s) with sufficient Probable Cause assuming to the Bexar County Criminal District Attorney's Office – Paul Elizondo Tower at 101 W Nueva Street, San Antonio, Texas 78205 jurisdiction(s) it did also include the State of California's Governor and a former United States' Army Officer rank of Captain Veteran current State of Maryland's Governor Wes Moore Disclosure.

4. The Proctor did establish by association a Court-Invention pursuant the State of Florida's Division of Elections Applicant submitted the year 2021 prior to its deadline date, Proctor did Spear-ahead-of-the-Curve approach that the Defendant **RONALD D. DESANTIS** knew or should have known to voluntarily or involuntarily **CONCEDE,** the Defendant **RONALD D. DESANTIS** shall cooperate, Defendant **RONALD D. DESANTIS** was entered into a National Red Flag Automated Tags Database Status, Defendant **RONALD D. DESANTIS** shall vacate the State of Florida's Office of Governor, Defendant **RONALD D. DESANTIS** has right to an Appeal then to the United States Supreme Court awaits, Defendant **RONALD D. DESANTIS** removal upon docket as part of the Transition Processing forward as to this furthest Remedy and it did establish by a Full-Good Faith and Credit Provision, hence.

**WHEREFORE,** the Proctor did move this Honorable Court of its AMICUS BRIEF ON BEHALF OF THE PLAINTIFF TRANSITION PROCESSING FORWARD a video did state that she has been 'cleaning up' (fmr. St. of Fla's Attorney General Pam Bondi "chaos" on/about the year of 2015 before Judge Robert L. Hinkle's ruling "make it happen") upon her as a current sworn State Attorney Melissa Nelson did enter the door uncontested within Duval County, Florida, a Prospect Lady Governor Melissa Nelson, a Rising Star Republican for her "transparency" of a multi-task purposes and it did establish "Tactical Strategies" to her as a Lady Governor Melissa Nelson's Administration moves forward for the remaining term upon this docket dated within the State of Florida's Office of the Governor, so it did also cite Bush v Gore 531 U. S. 98 (2000), 'God Bless America for Real', before the Honorable Judge Allen C. Winsor, presiding and an Application submitted for the Clerk of Courts filing.

*[signature]*

Jonathan N. Foster, Proctor and on this day of the 28 June 2023.

Cc: Galaxy Bar Association, Her Honorableness Senior Chief Judge Lisa T. Munyon, Ninth Judicial Circuit, Middle State District, Orange County, Florida and associated parties.

Jonathan N. Foster
% Galaxy Bar Association
251 W. 22nd Street
Jacksonville, Florida 32206



**PRIORITY MAIL EXPRESS 2-DAY®**

U.S. POSTAGE
$29.05
PME 2-DAY
32277
Date of sale 06/28/23
02    6W SSK
9813200510

JONATHAN N FOSTER
GALAXY BAR ASSOCIATION
251 W 22ND STREET
JACKSONVILLE FL 32206
(904) 415-1217

0.90 oz

RDC 07

WAIVER OF SIGNATURE REQUESTED

SCHEDULED DELIVERY DAY: 06/30/23 06:00 PM    N

SHIP TO:
CLERK OF COURTS - CIVIL
111 N ADAMS ST
TALLAHASSEE FL 32301-7736

**USPS TRACKING® NUMBER**

9570 1067 0556 3179 4423 77

U.S District
Northern District
Clerk of Court
111 N. Adams
Tallahassee,



rict Court
istrict of Florida
ourts - civil filing
us street
ee, Florida 32301-7730