IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALT DISNEY PARKS AND
RESORTS U.S., INC.,

    Plaintiff,

v.                                        Case No. 4:23-cv-163-AW-MJF

RONALD D. DESANTIS, in his official
capacity as GOVERNOR OF FLORIDA,
et al.,

    Defendants.

_____/

## ORDER STRIKING UNAUTHORIZED FILING

The "Amicus Brief on Behalf of the Plaintiff Transition Processing Forward" (ECF No. 54) is STRICKEN as an unauthorized filing.

SO ORDERED on July 14, 2023.

                                        s/ *Allen Winsor*
                                        United States District Judge