IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

W ALT D ISNEY P ARKS A ND R ESORTS U.S., I NC .,

    Plaintiff,

  v.

R ONALD D. D E S ANTIS , in his official capacity as Governor of Florida; M EREDITH I VEY , in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity; M ARTIN G ARCIA , in his official capacity as Board Chair of the Central Florida Tourism Oversight District; M ICHAEL S ASSO , in his official capacity as Board Member of the Central Florida Tourism Oversight District; B RIAN A UNGST , J R ., in his official capacity as Board Member of the Central Florida Tourism Oversight District; R ON P ERI , in his official capacity as Board Member of the Central Florida Tourism Oversight District; B RIDGET Z IEGLER , in her official capacity as Board Member of the Central Florida Tourism Oversight District; and J OHN C LASSE , in his official capacity as Administrator of the Central Florida Tourism Oversight District,

    Defendants.

Case No.
4:23-cv-00163-MW-MJF

**PLAINTIFF'S NOTICE OF SUBSTITUTION UNDER FEDERAL RULE OF
CIVIL PROCEDURE 25(d)**

Plaintiff Walt Disney Parks and Resorts U.S., Inc. files this notice of substitution under Federal Rule of Civil Procedure 25(d) concerning previously named Defendant John Classe, sued in his official capacity as District Administrator of the Central Florida Tourism Oversight District ("CFTOD"). *See* 1st Am. Compl. ¶ 28.

Effective May of 2023, Classe transitioned to an alternate role within CFTOD; the new District Administrator, Classe's successor, is Glenton Gilzean, Jr.[*]

Therefore, under Rule 25(d), Gilzean is "automatically substituted as a party," with "[l]ater proceedings . . . in the substituted party's name." The case caption will accordingly read as set forth below, with the one change identified in red, and Plaintiff respectfully requests the Clerk of the Court be directed to update the docketing information to substitute Glenton Gilzean, Jr. for John Classe.

---

[*] Meeting Package, Central Florida Tourism Oversight District Board of Supervisors (May 10, 2023) (New Business §§ 9.2, 9.3), *available at* https://www.rcid.org/wp-content/uploads/2023/05/2023-05-10-CFTOD-BOS-Package-4-FINAL.pdf (last accessed July 18, 2023).

| | |
|---|---|
| Walt Disney Parks And Resorts U.S., Inc.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Ronald D. DeSantis, in his official capacity as Governor of Florida; Meredith Ivey, in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity; Martin Garcia, in his official capacity as Board Chair of the Central Florida Tourism Oversight District; Michael Sasso, in his official capacity as Board Member of the Central Florida Tourism Oversight District; Brian Aungst, Jr., in his official capacity as Board Member of the Central Florida Tourism Oversight District; Ron Peri, in his official capacity as Board Member of the Central Florida Tourism Oversight District; Bridget Ziegler, in her official capacity as Board Member of the Central Florida Tourism Oversight District; and Glenton Gilzean, Jr., in his official capacity as Administrator of the Central Florida Tourism Oversight District,<br><br>　　　　Defendants. | Case No.<br>4:23-cv-00163-MW-MJF |

| | |
|---|---|
| Dated: July 18, 2023 | Respectfully submitted. |

<table>
<tr><td>

ALAN SCHOENFELD
(*pro hac vice*)
New York Bar No. 4500898
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. (212) 937-7294
alan.schoenfeld@wilmerhale.com

ADAM COLBY LOSEY
LOSEY PLLC
Florida Bar No. 69658
1420 Edgewater Drive
Orlando, FL 32804
Tel. (407) 906-1605
alosey@losey.law

</td><td>

DANIEL M. PETROCELLI
(*pro hac vice*)
California Bar No. 97802
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel. (310) 246-6850
dpetrocelli@omm.com

JONATHAN D. HACKER
(*pro hac vice*)
District of Columbia Bar
No. 456553
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel. (202) 383-5285
jhacker@omm.com

STEPHEN D. BRODY
(*pro hac vice*)
District of Columbia Bar
No. 459263
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel. (202) 383-5167
sbrody@omm.com

</td></tr>
</table>

*Attorneys for Plaintiff Walt Disney Parks and Resorts U.S., Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on July 18, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic service to all parties.

                                                            _____
Adam Colby Losey
LOSEY PLLC
Florida Bar No. 69658
1420 Edgewater Drive
Orlando, Florida 32804
Tel. (407) 906-1605
alosey@losey.law
*Counsel for Plaintiff Walt Disney Parks and Resorts U.S., Inc.*