*To Clerk of Courts filing + Thank you  J.N.F.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

WALT DISNEY PARKS AND RESORTS U.S., INC.,
Reedy Creek Improvement District-Expansion 1967,
Plaintiff,

v.

RONALD D. DESANTIS,
Secretary of Florida Department of Economic Development,
et al.,
Defendants.

Case No. 4:22-cv-00163-AW-MJF
REVISION: 15 July 2023.

-----------------------------------------------------------------/

## AMICUS BRIEF ON BEHALF OF THE PLAINTIFF
## TRANSITION PROCESSING FORWARD

**HERE COMES,** Jonathan N. Foster herein Proctor as the undersigned as to the above entitled AMICUS BRIEF ON BEHALF OF THE PLAINTIFF TRANSITION PROCESSING FORWARD captioned with its embodied contents proxy's FURTHERMORE against the Defendant a sitting State of Florida's Governor RONALD D. DESANTIS, before the Honorable Judge Allen C. Winsor, privy, Cause of Action as it provides as shown below as follows,

1. The Proctor did Pierce-the-Corporate-Veil, Proctor did alleged that the Defendant **DESANTIS** term so yesterday limit, Defendant **DESANTIS** a graduate of Harvard (Corporation), a former United States Navy's Officer Veteran, Defendant **DESANTIS'** friendly fire with Intent, Defendant **DESANTIS** did a de-masking of Children's Readiness and Cover of the United States Army's termed like the year of 1776 'the British (viruses 2020) are coming' on **STAGE** during the height of Covid 19 Variant Pandemic Miniscule Airborne Droplets March of the Year 2022 on YouTube Video Material Evidence displays, presents itself of a narrative and a proxy alleged Defendant **DESANTIS** is in violation of 18 U.S. Code § 3283 - Offenses against children under further investigation.

2. The Proctor did alleged that the Defendant **DESANTIS** did Bribe Law Enforcement Officers with bonuses to those Officers who may have taken those monies that are considered an essential frontline worker in responding to the Covid 19 pandemic, and employed by a state or local government who is a sworn law enforcement officer and enticing them under a reasonable anticipation of possible Rouge Subjects of those in the career to move to Florida from across the nation," to those again that did received those monies not to investigate the Defendant **DESANTIS'** chanting Alt-right, Fearless-Leader-One, whereas, 'Qualified-Sovereign-Immunity Does Not Apply' on State and Federal grounds, citing State of New York v. fmr. President Donald J. Trump and United States v. fmr. President Donald J. Trump Criminal pending.

3. The Proctor did alleged that the Defendant **DESANTIS** within the United States' territories jurisdiction, that the Defendant **DESANTIS** did allegedly misappropriations of Florida's

FILED USDC FLND TL
JUL 20 '23 PM1:43


Taxpayers $12 Million US Dollars across States' lines to the transport of migrants with their children, from Sheriff Javier Salazar, Bexar County Sheriff's Office, High-profile Investigation and Fugitive Recovery Joint Task Force Unit establishes at 200 North Comal Street San Antonio, Texas and Sheriff Salazar he did submit information(s) with sufficient Probable Cause assuming to the Bexar County Criminal District Attorney's Office – Paul Elizondo Tower at 101 W Nueva Street, San Antonio, Texas 78205 jurisdiction(s) it did also include the State of California's Governor and a former United States' Army Officer rank of Captain Veteran current State of Maryland's Governor Wes Moore Disclosure correspondence.

4. The Proctor did establish by association a Court-Invention pursuant the State of Florida's Division of Elections Applicant submitted the year 2021 prior to its deadline date, Proctor did Spear-ahead-of-the-Curve approach that the Defendant **RONALD D. DESANTIS** knew or should have known to voluntarily or involuntarily **CONCEDE,** the Defendant **RONALD D. DESANTIS** shall cooperate, Defendant **RONALD D. DESANTIS** was entered into a National Red Flag Automated Tags Database Status, Defendant **RONALD D. DESANTIS** shall vacate the State of Florida's Office of Governor effective immediately, Defendant **RONALD D. DESANTIS** has right to an Appeal then to the United States Supreme Court awaits, Defendant **RONALD D. DESANTIS** removal from the State of Florida's Office of Governor upon docket as part of the Transition Processing forward as to this furthest Remedy and it did establish by the proxy a Full-Good Faith and Credit Provision, hence.

   **WHEREFORE,** the Proctor did proxy this Honorable Court of its AMICUS BRIEF ON BEHALF OF THE PLAINTIFF TRANSITION PROCESSING FORWARD a video did state that she has been 'cleaning up' (fmr. St. of Fla's Attorney General Pam Bondi "chaos" on/about the year of 2015 before Judge Robert L. Hinkle's ruling "make it happen") upon her entering the door as a current sworn State Attorney Melissa Nelson, she did enter the door uncontested within State Attorney's Office Duval County, Florida, a Prospect Lady Governor Melissa Nelson, a Rising Star Republican for her "transparency" of a multi-task purposes and she did establish "Tactical Strategies" as a prospect Lady Governor Melissa Nelson's Administration moves forward for the remaining the current term within the State of Florida's Governor Office upon this docket dated, citing Bush v Gore 531 U. S. 98 (2000), 'God Bless America for Real', before the Honorable Judge Allen C. Winsor, presiding and an Application submitted for the Clerk of Courts filing.

_____
Jonathan N. Foster, Proctor and on this day of the 28 June 2023 Revised 15 July 2023.


**Cc:** The Honorable Judge Allen C. Winsor, Her Honorableness Senior Chief Judge Lisa T. Munyon, Ninth Judicial Circuit, Middle State District, Orange County, Florida and Clerk of Courts filing, Galaxy Bar Association and Disney, Plaintiff.

**P. S. NOTES: 5.** A nominal Consolidation of a Subject Matter Consideration before the court with a Reasonable Anticipation, Prevention, it is seeking a Statistical Protection under the Law within the United States of America for a Perfect Union Assessment, Productivity, Downsizing

and Reorganization before the U. S. Supreme Court recent ruling on Reverse Affirmative Action Ban 2023, it is set to be Revisited for a Recall of the Justices' Votes rendered, that the Supreme Court Justice shall now render an unanimous vote to reinstate Affirmative Action herein Statistical Protection for a more Perfect Union, a Native American-Black Americans for an Inclusive College Admission Positions, whereas, Justice Thomas did side with the 'Slant-scope Complainant Surrogates to the Reverse Affirmative Action Number Ban of its Statistical Data Monitoring System, it did stem from Justice Thomas's on-going mission-water-down-tactics as an Affirmation Action Ban Gatekeeper's Slayer into the Red Surrogate Status, Justice Thomas, a Law graduate was granted an interview at a prospective Law Firm, Justice Thomas did unsuccessfully Advocate for himself at an interview process, Justice Thomas believed to have been disgruntled since then by and through Chairman of the Equal Employment Opportunity Commission (EEOC) with its shortfall enforcement on/about the year 1980s, Justice Thomas's bitterness did escalate to 'a modern day lynching' statement conveniently used by Justice Thomas by and through his U. S. Congress's nomination process for Justice Thomas confirmation to the United States Supreme Court bench, thereafter, Justice Thomas's gap did display at least a seven-year-bump-on-the-log sitting on the court bench of an alleged unjust enrichment performance or Justice Thomas's shortfall standard, Justice Thomas is currently-hanging-in-there-through-the Presidential Election-Cycle 2024 per U. S. Senator Mitch McConnell's Signature Series along with their procurement of alleged improprieties for lavish gifts they did receive and possibly in return for their questionable Votes from their own Official Capacity.

**Profiling Standard Furthermore Notes: 6.** did include Garrett Morgan, a Black Inventor (March 4, 1977 – July 27, 1963) of the improved traffic light Signals, like Red Light signal, Yellow Light signal and Green Light signal in **USE** currently and the Gas Mask from exposure of injury or killing elements. And then there was Charles Richard Drew (June 3, 1904 – April 1, 1950) a Renown surgeon and pioneer in the Life-Saving blood plasma. Major scientific achievements: Discovered method for long-term storage of blood plasma. Organized America's first large-scale blood bank and Muhammad Ali, an American Black Professional Boxer favoring Muhammad Ali by unanimous decision 8-0 ruling directly with a recusal (unanimously 9-0 ruling indirectly by a vote from the former U. S. Supreme Court Justice Honorable Thurgood Marshall (July 2, 1908 – January 24, 1993) it's a given of an Advocate Honorable Thurgood Marshall successfully citing Brown v. Board of Education 1954 ruling) and the legal **WORK-U. S. SUPREME COURT JUSTICE THURGOOD MARSHALL-DID-ENTAIL** to get at that level, it did become a **VIABLE** reign for fmr. Supreme Court Justice Thurgood Marshall spirit by and throughout past, present and future **CEMENTED USE** now again move forward, hence**.**

**And Furthermore Notes; 7.** *Government Sponsored Law Enforcement Officer's Daily Nominal Processing are of Reasonable Anticipation and Prevention, Observation, Scrutiny, Speculation, Investigation, Reasonable Suspicion of Identifying of Profiling of a Subject or Subject's Descriptions, Probable Cause for Issuance of Citations or Warrants referring to its formatted designated Box for a mark of a Lettering or an acronym of a "RACE" and a Sectional Portion thereof a STATISTICAL PROTECTION Method for their own Strive of a "Perfect Union" within an "Institution of Laws" State Court, Federal Court, Appeals Court, the U. S. Supreme Court to **"clean-up"** its Procedure and move forward for the Community.

**And Furthermore Notes: 8.** General Mark Milley, United States Chairman of the Chiefs of Staff, is currently the 20th Chairman, the (USA) highest-ranking military officer, and the principal military advisor to the President, Secretary, and National Security Council – it is believed that General Milley before U. S. Congress had some CHALLENGES when gathering Intelligent Information, he, General Milley was reviewing types of potential recruits to best assess, preparedness for "Tactical Strategies" domestically and foreign to establish an ACCOUNTABLE COHESIVE DIVERSITY RECRUITMENT SOLUTIONS FOR READINESS TRAINING AND DEVELOPMENT.

**And Furthermore Notes: 9.** from its USA's Domestic Infrastructure Procurement – United States Army Corp of Engineers – Green Beret of Intelligence – furthering coordination with a former Captain of the US Army and a current Governor of the State of Maryland Governor Wes More correspondence, it did give rise to the question of the Defendant **DESANTIS'** campaign on the City of Baltimore, Maryland and Defendant **DESANTIS** without Constructive Solutions did target the City with Intent of an unstated shortfall.

**Reaching-out Furthermore Notes: 10.** Deoxyribonucleic Acid (DNA – again Improved Technology – Integrity DNA – IDNA defined as a self-replicating material that is present in nearly all living organisms as the main constituent of chromosomes (– Miniscule Micro Droplets Material that are Capable of Identifying the **SEX** of Biological Material Matter for person that is submitted for **TESTING** results, it defines one as a Biological Man's iDNA or one as a Biological Woman's iDNA). It is the carrier of genetic information (also a RACE of a person) – Ancestry Genealogy – citing **Tamara Lanier, Appellant, v. President and Fellows of Harvard College also known as Harvard Corporation et al., Appellee., before the Commonwealth of Massachusetts Appeals Court of the issues presented in her appeal review to the Massachusetts Supreme Judicial Court No. 2021-P-0350 pending, it did "stem" from July 17, 2018 copy photo shows a year of the 1850s Daguerreotype of Renty (a Black Man), a South Carolina slave who Tamara Lanier, of Norwich, Conn., said is her family's patriarch. The portrait was commissioned by Harvard biologist Louis Agassiz, whose ideas were used to support the enslavement of Africans in the United States." for its educational purposes (salesmen or saleswomen) graduates.

**Reaching-out Furthermore Note: 10a.** A subject matter jurisdiction as to the Defensive Marriage Act of 1996, the Respect for Marriage Act of 2022, it did regard now before the courts for its review of the use of DNA – iDNA Testing for the Sectional Portion thereof a Biological Male's DNA and a Biological Female's DNA Traditional Method use, the **TEST** Standard shall be like its nominal use for Drug Testing in Sports, the Driving Under the Influence of Alcohol (DUI) Testing Standard in traffic stops, an establish proxy is seeking an expanding DNA - iDNA Testing for Marriage Licenses Applicants considering an Alternative Method within the State of Alabama's Certificate of Union Applicants submitted in person or an Online Application anticipation mass migration upon an unanimous ruling from the United States Supreme Court pending.

**In-closing Furthermore Notes,** the U. S. Supreme Court Chief Justice John G. Roberts Jr. "Sent to Prison by a Software Program's Secret Algorithms By Adam Liptak May 1, 2017 a Portion thereof article statement says "It's a day that's here," "and it's putting a significant strain on how the judiciary goes about doing things." – A Reliable Source: An On-going Improved Technology of Artificial Intelligence (Ask) Tyrone's Algorithms Nanobots 2023 Assessment, Productivity, Downsizing and Reorganization Results. ------------Nothing Follows---------------.

Jonathan N. Foster
c/o Galaxy Bar Association
251 W. 22nd Street
Jacksonville, Florida
32206

JUL 20 2023



USPS FIRST-CLASS MAIL®
U.S. POSTAGE $1.59
FCM
32246
Date of sale 07/15/23
1.20 oz
RDC 99

SHIP TO:
TALLAHASSEE FL 32301

(420) 32301

Clerk of Courts - filing civil
U.S. District Court - Division
111 North Adams Street
Tallahassee, Florida
32301-7730