# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND RESORTS U.S., INC.,**

    **Plaintiff,**

v.                                                  Case No. 4:23-cv-163-AW-MJF

**RONALD D. DESANTIS, in his official capacity as GOVERNOR OF FLORIDA, et al.,**

    **Defendants.**

_____/

## **ORDER STRIKING UNAUTHORIZED FILING**

The "Amicus Brief on Behalf of the Plaintiff Transition Processing Forward" (ECF No. 57) is STRICKEN as an unauthorized filing. *See also* ECF No. 55.

SO ORDERED on July 26, 2023.

                                                               s/ *Allen Winsor*
                                                               United States District Judge