# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WALT DISNEY PARKS AND RESORTS, U.S., INC., <br><br> Plaintiff, <br><br> v. <br><br> RONALD D. DESANTIS, in his official capacity as Governor of Florida; MEREDITH IVEY, in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity; MARTIN GARCIA, in his official capacity as Board Chair of the Central Florida Tourism Oversight District; MICHAEL SASSO, in his official capacity as Board Member of the Central Florida Tourism Oversight District; BRIAN AUNGST, JR., in his official capacity as Board Member of the Central Florida Tourism Oversight District; RON PERI, in his official capacity as Board Member of the Central Florida Tourism Oversight District; BRIDGET ZIEGLER, in her official capacity as Board Member of the Central Florida Tourism Oversight District; and GLENTON GILZEAN, JR., in his official capacity as Administrator of the Central Florida Tourism Oversight District, <br><br> Defendants. | Case No. 4:23-cv-00163-AW-MJF |

**PLAINTIFF'S UNOPPOSED MOTION TO EXCEED WORD LIMIT FOR OPPOSITION TO CFTOD DEFENDANTS' MOTION TO ABSTAIN OR DISMISS**

Pursuant to Local Rule 7.1(F), Plaintiff Walt Disney Parks and Resorts U.S., Inc., respectfully requests leave to exceed the 11,000-word limit for its Opposition to the CFTOD Defendants' Motion to Abstain or Dismiss and file an Opposition containing no more than 14,000 words.  *See* ECF No. 52 (June 27, 2023 Order Granting Motion for Expanded Word Limit).  Plaintiff has endeavored to be concise, but it needs the additional words to fully address all the important arguments raised by the CFTOD Defendants in their Motion to Abstain or Dismiss.  Plaintiff respectfully submits that the additional requested words will aid the Court's consideration of those issues.

Plaintiff has conferred with counsel for the CFTOD Defendants regarding this motion.  The CFTOD Defendants consent to the requested relief so long as Plaintiff consents to an expansion for the CFTOD Defendants' reply in support of their Motion to Abstain or Dismiss.  The CFTOD Defendants request 8,000 words for their reply memorandum.  Plaintiff consents.  To obviate the need for an additional motion, Plaintiff further requests that the Court's order include leave for the CFTOD Defendants to file a reply memorandum containing no more than 8,000 words.

Given the CFTOD Defendants' consent to this motion, Plaintiff's Opposition to the CFTOD Defendants' Motion to Abstain or Dismiss is attached to this motion in accordance with Local Rule 7.1(F).

1

## LOCAL RULE 7.1(B) CERTIFICATION

In accordance with Local Rule 7.1(B), Plaintiff's counsel conferred with the CFTOD Defendants' counsel regarding this motion, and the CFTOD Defendants consent to the relief requested as described above.

Dated:  July 26, 2023

ALAN SCHOENFELD
(*pro hac vice*)
New York Bar No. 4500898
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. (212) 937-7294
alan.schoenfeld@wilmerhale.com

ADAM COLBY LOSEY
LOSEY PLLC
Florida Bar No. 69658
1420 Edgewater Drive
Orlando, FL 32804
Tel. (407) 906-1605
alosey@losey.law

Respectfully submitted,

*/s/ Daniel M. Petrocelli*

DANIEL M. PETROCELLI
(*pro hac vice*)
California Bar No. 97802
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel. (310) 246-6850
dpetrocelli@omm.com

JONATHAN D. HACKER
(*pro hac vice*)
District of Columbia Bar No. 456553
STEPHEN D. BRODY
(*pro hac vice*)
District of Columbia Bar No. 459263
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel. (202) 383-5285
jhacker@omm.com

*Attorneys for Plaintiff Walt Disney Parks and Resorts U.S., Inc.*