IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND**
**RESORTS U.S., INC.,**

    **Plaintiff,**

v.                                                                  Case No. 4:23-cv-163-AW-MJF

**RONALD D. DESANTIS, in his official**
**capacity as GOVERNOR OF FLORIDA,**
**et al.,**

    **Defendants.**
_____/

## ORDER GRANTING MOTION FOR EXPANDED WORD LIMIT

Plaintiff's unopposed motion for an expanded word limit (ECF No. 60) is GRANTED. The memorandum (ECF No. 60-1) and its accompanying exhibit (ECF No. 60-2) are accepted as filed. The word limit for the CFTOD Defendants' reply is expanded to 8,000 words.

SO ORDERED on July 27, 2023.

                                                                 s/ *Allen Winsor*
                                                                  United States District Judge