**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

WALT DISNEY PARKS AND
RESORTS U.S., INC.,

          *Plaintiff*,

    v.

RONALD D. DESANTIS, in his
official capacity as Governor of
Florida, *et al.*,

          *Defendants*.

Civil Action No. 4:23-cv-00163-AW-MJF

**MOTION TO APPEAR *PRO HAC VICE***

Under Rule 11.1(C) of the Local Rules for the United States District Court for the Northern District of Florida, Theodore J. Boutrous, Jr. respectfully moves this Court for leave to appear *pro hac vice* on behalf of Amicus Curiae Reporters Committee for Freedom of the Press in the above-captioned case, and in support thereof states as follows:

    1.    I am a partner of the law firm Gibson, Dunn & Crutcher, 333 South Grand Avenue, Los Angeles, California, 90071; telephone: (213) 229-7804; TBoutrous@gibsondunn.com.  That firm is counsel for Amicus

Curiae Reporters Committee for Freedom of the Press.

2.    I am licensed to practice law in the State of California, reside in and regularly practice law in California, and am an active member in good standing of the California Bar.  My California bar number is 132099.  I am not a resident of Florida, nor am I admitted to practice in the Northern District of Florida.

3.    I am admitted to and an active member in good standing of the bars of the jurisdictions identified in **Exhibit A** and a current Certificate of Good Standing from the California Bar is attached as **Exhibit B**.

4.    I have not been subjected to any disciplinary or suspension proceedings as a member of the Bar of any court, nor is any such proceeding pending against me.

5.    I certify that as required by N.D. Fla. Loc. R. 11.1(E), I have successfully completed the online Attorney Admission Tutorial.  My confirmation for completion of the online tutorial is: FLND1690396955803.  I also certify that I have knowledge of the Local Rules of this Court and have reviewed the CM/ECF Attorney User's Guide.

6.      I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

7.      I maintain an active and upgraded PACER account.

8.      My appearance as counsel for Amicus Curiae will not constitute the maintenance of a regular law practice in Florida by me and I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida.  In the last five years, I have appeared in the following matter in the state and federal courts of this State:

- ***In re January 2021 Short Squeeze Trading Litigation***

    U.S. Dist. Ct., Southern District of Florida

    Case No. 21-2989-MDL-Altonaga/Torres

**GOOD FAITH CERTIFICATION PURSUANT TO L.R. 7.1(C)**

Pursuant to N.D. Fla. Loc. R. 7.1(B), I met and conferred in good faith via email with counsel for Plaintiffs and Defendants (the "Parties").  Counsel for the Parties consented to this motion.

**CONCLUSION**

Theodore J. Boutrous, Jr. respectfully requests that this Court enter an order granting him leave to appear *pro hac vice* as counsel for

Amicus Curiae Reporters Committee for Freedom of the Press in this matter, under Rule 11.1(C) of the Local Rules of this Court.

Dated:  July 28, 2023

Respectfully submitted,

/s/ *Theodore J. Boutrous, Jr.*
THEODORE J. BOUTROUS, JR.
(*PRO HAC VICE PENDING*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  (213) 229-7000
TBoutrous@gibsondunn.com

*Counsel for Amicus Curiae Reporters Committee for Freedom of the Press*

THOMAS & LoCICERO PL

/s/ *Carol Jean LoCicero*
Carol Jean LoCicero (FBN 603030)
601 South Boulevard
Tampa, FL  33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
clocicero@tlolawfirm.com

Daniela B. Abratt (FBN 118053)
915 Middle River Drive
Suite 309
Fort Lauderdale, FL 33304
Telephone: (954) 703-3418
Facsimile: (954) 400-5415
dabratt@tlolawfirm.com

4

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 28, 2023, I electronically filed

the foregoing with the Clerk of Court by using CM/ECF, which

automatically serves all counsel of record for the parties who have

appeared.

*/s/ Theodore J. Boutrous, Jr.*
THEODORE J. BOUTROUS, JR.
(*PRO HAC VICE PENDING*)
GIBSON, DUNN & CRUTCHER
LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  (213) 229-7000
TBoutrous@gibsondunn.com
