# EXHIBIT A

# Attachment

| Jurisdiction/Court | Date Admitted | Status |
| --- | --- | --- |
| U.S. Supreme Court | January 14, 1991 | Active/Good Standing |
| **Federal Circuit Courts** | | |
| U.S. Court of Appeals, District of Columbia | October 4, 1989 | Active/Good Standing |
| U.S. Court of Appeals, District of Columbia Circuit | February 28, 1991 | Active/Good Standing |
| U.S. Court of Appeals for the Federal Circuit | June 29, 1999 | Active/Good Standing |
| U.S. Court of Appeals, First Circuit | July 14, 2016<br>Bar No. 1175757 | Active/Good Standing |
| U.S. Court of Appeals, Second Circuit | July 18, 2013 | Active/Good Standing |
| U.S. Court of Appeals, Third Circuit | June 20, 2007 | Active/Good Standing |
| U.S. Court of Appeals, Fourth Circuit | September 11, 1997 | Active/Good Standing |
| U.S. Court of Appeals, Fifth Circuit | May 9, 1991 | Active/Good Standing |
| U.S. Court of Appeals, Sixth Circuit | June 13, 1994 | Active/Good Standing |
| U.S. Court of Appeals, Seventh Circuit | May 28, 2010 | Active/Good Standing |
| U.S. Court of Appeals, Eighth Circuit | December 18, 1992 | Active/Good Standing |
| U.S. Court of Appeals, Ninth Circuit | October 15, 1992 | Active/Good Standing |
| U.S. Court of Appeals, Tenth Circuit | January 29, 1993 | Active/Good Standing |
| U.S. Court of Appeals, Eleventh Circuit | March 23, 2009 | Active/Good Standing |

| Federal District Courts | | |
|---|---|---|
| California – U.S. District Court, Central District | October 5, 2000 | Active/Good Standing |
| California – U.S. District Court, Northern District | December 19, 2005 | Active/Good Standing |
| California – U.S. District Court, Eastern District | July 11, 2011 | Active/Good Standing |
| California – U.S. District Court, Southern District | October 27, 2014 | Active/Good Standing |
| New York – U.S. District Court, Southern District | October 9, 2018 | Active/Good Standing |
| New York – U.S. District Court, Eastern District | November 6, 2020 | Active/Good Standing |
| District of Columbia – U.S. District Court | January 19, 1990 | Active/Good Standing |
| **State Courts** | | |
| CALIFORNIA SUPREME COURT | December 15, 1987 | Active/Good Standing |

| State Bar Admissions | Bar No. | Admitted | Status |
|---|---|---|---|
| California State Bar | CA-132099 | December 15, 1987 | Active/Good Standing |
| District of Columbia Bar | DC-420440 | October 4, 1989 | Active/Good Standing |
| New York State Bar | NY-5518550 | July 1, 2017 | Active/Good Standing |

| Other Bar Admissions | Bar No. | Admitted | Status |
|---|---|---|---|
| United Kingdom (England & Wales) Solicitor – Registered Foreign Lawyer | 570766 | August 24, 2012 | Active/Good Standing |

2