## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | |
|---|---|
| WALT DISNEY PARKS AND RESORTS U.S., INC., | |
| *Plaintiff*, | |
| v. | Civil Action No. 4:23-cv-00163-AW-MJF |
| RONALD D. DESANTIS, in his official capacity as Governor of Florida, *et al.*, | |
| *Defendants*. | |

## <u>MOTION TO APPEAR *PRO HAC VICE*</u>

Under Rule 11.1(C) of the Local Rules for the United States District Court for the Northern District of Florida, Connor S. Sullivan respectfully moves this Court for leave to appear *pro hac vice* on behalf of Amicus Curiae Reporters Committee for Freedom of the Press in the above-captioned case, and in support thereof states as follows:

1.     I am a member of the law firm of Gibson, Dunn & Crutcher, 200 Park Avenue, New York, New York, 10166; telephone: (212) 351-2459; CSSullivan@gibsondunn.com.  That firm is counsel for Amicus Curiae Reporters Committee for Freedom of the Press.

2.      I am licensed to practice law in the State of New York, reside in and regularly practice law in New York, and am an active member in good standing of the New York Bar.  My New York bar number is 5434931.  I am not a resident of Florida, nor am I admitted to practice in the Northern District of Florida.

3.      A true and correct copy of a current Certificate of Good Standing from the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, is attached as **Exhibit A**.

4.      I am admitted to practice law before and am a member in good standing of the following state and federal courts:

| Courts | Date of Admission |
| --- | --- |
| New York | April 27, 2016 |
| District of Columbia | January 9, 2017 |
| U.S. Court of Appeals for the Second Circuit | January 19, 2017 |
| U.S. Court of Appeals for the Fourth Circuit | April 13, 2017 |
| U.S. Court of Appeals for the Third Circuit | October 11, 2017 |
| U.S. Court of Appeals for the D.C. Circuit | October 16, 2017 |
| U.S. District Court for the District of Columbia | December 4, 2017 |
| U.S. Court of Appeals for the Ninth Circuit | March 22, 2018 |

U.S. Court of Appeals for the Sixth Circuit          March 28, 2018

U.S. District Court for S.D.N.Y.                     June 12, 2018

U.S. District Court for E.D.N.Y.                     November 14, 2019

5.      I have not been subjected to any disciplinary or suspension proceedings as a member of the Bar of any court, nor is any such proceeding pending against me.

6.      I certify that as required by N.D. Fla. Loc. R. 11.1(E), I have successfully completed the online Attorney Admission Tutorial.  My confirmation for completion of the online tutorial is: FLND1690321728801.  I also certify that I have knowledge of the Local Rules of this Court and have reviewed the CM/ECF Attorney User's Guide.

7.      I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

8.      I maintain an active and upgraded PACER account.

9.      My appearance as counsel for Amicus Curiae will not constitute the maintenance of a regular law practice in Florida by me and I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of

3

law in Florida.  In the last five years, I have not appeared in any state or federal courts of this State.

## **GOOD FAITH CERTIFICATION PURSUANT TO L.R. 7.1(C)**

Pursuant to N.D. Fla. Loc. R. 7.1(B), I met and conferred in good faith via email with counsel for Plaintiffs and Defendants (the "Parties").  Counsel for the Parties consented to this motion.

## **CONCLUSION**

Connor S. Sullivan respectfully requests that this Court enter an order granting him leave to appear *pro hac vice* as counsel for Amicus Curiae Reporters Committee for Freedom of the Press in this matter, under Rule 11.1(C) of the Local Rules of this Court.

Dated:  July 28, 2023

Respectfully submitted,

*/s/ Connor S. Sullivan*
CONNOR S. SULLIVAN
(*PRO HAC VICE PENDING*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone:  (213) 351-4000
CSSullivan@gibsondunn.com

*Counsel for Amicus Curiae Reporters Committee for Freedom of the Press*

4

THOMAS & LoCICERO PL

/s/ *Carol Jean LoCicero*
Carol Jean LoCicero (FBN 603030)
601 South Boulevard
Tampa, FL  33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
clocicero@tlolawfirm.com

Daniela B. Abratt (FBN 118053)
915 Middle River Drive
Suite 309
Fort Lauderdale, FL 33304
Telephone: (954) 703-3418
Facsimile: (954) 400-5415
dabratt@tlolawfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 28, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ *Connor S. Sullivan*
CONNOR S. SULLIVAN
(*PRO HAC VICE PENDING*)
GIBSON, DUNN & CRUTCHER
LLP
200 Park Avenue
New York, NY  10166-0193
Telephone:  (213) 351-4000
CSSullivan@gibsondunn.com