UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALT DISNEY PARKS AND
RESORTS U.S., INC.,

    Plaintiff,

v.                                                       Case No. 4:23-cv-163-AW/MJF

RONALD D. DESANTIS, *et al.*,

    Defendants.
_____/

## ORDER

Pending before this court is the motion to appear *pro hac vice* seeking admission of attorney Theodore J. Boutrous, Jr. Doc. 62. He has successfully completed the computer-based tutorials of the Local Rules of this court and CM/ECF. He also has paid the required fee, and his notice includes a certificate indicating that he is a member of a bar. This court finds that the requirements of Local Rule 11.1(C) have been satisfied.

Accordingly, it is **ORDERED**:

1.    The motion to appear *pro hac vice*, Doc. 62, is **GRANTED**.

2.    Pursuant to Local Rule 11.1(C), the above attorney is admitted *pro hac vice* on behalf of amicus curiae Reporters Committee for Freedom of the Press.

**SO ORDERED** this 31st day of July, 2023.

                                                /s/ *Michael J. Frank*
                                                **Michael J. Frank**
                                                **United States Magistrate Judge**