## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

WALT DISNEY PARKS AND
RESORTS U.S., INC.,

      Plaintiff,

v.                                                                      Case No. 4:23-cv-163-AW/MJF

RONALD D. DESANTIS, *et al.*,

      Defendants.

_____/

## <u>ORDER</u>

Pending before this court is the motion to appear *pro hac vice* seeking admission of attorney Connor S. Sullivan. Doc. 63. He has successfully completed the computer-based tutorials of the Local Rules of this court and CM/ECF. He also has paid the required fee, and his notice includes a certificate indicating that he is a member of a bar. This court finds that the requirements of Local Rule 11.1(C) have been satisfied.

Accordingly, it is **ORDERED**:

1.      The motion to appear *pro hac vice*, Doc. 63, is **GRANTED**.

2.      Pursuant to Local Rule 11.1(C), the above attorney is admitted *pro hac vice* on behalf of amicus curiae Reporters Committee for Freedom of the Press.

**SO ORDERED** this <u>31st</u> day of July, 2023.

/s/ *Michael J. Frank*
_____
**Michael J. Frank**
**United States Magistrate Judge**