IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND
RESORTS U.S., INC.,**

    **Plaintiff,**

v.                                                                                           Case No. 4:23-cv-163-AW-MJF

**RONALD D. DESANTIS, in his official
capacity as GOVERNOR OF FLORIDA,
et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF

The Reporters Committee for Freedom of the Press's unopposed motion for leave to file an amicus brief (ECF No. 64) is GRANTED. The amicus brief (ECF No. 64 at 11-50) is accepted and deemed properly filed.

SO ORDERED on July 31, 2023.

                                                                s/ *Allen Winsor*
                                                                United States District Judge