IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND
RESORTS U.S., INC.,**

    **Plaintiff,**

v.                                                    Case No. 4:23-cv-163-AW-MJF

**RONALD D. DESANTIS, in his official
capacity as GOVERNOR OF FLORIDA,
et al.,**

    **Defendants.**

_____/

## **ORDER REGARDING SCHEDULE**

The court has considered the parties' joint Rule 26(f) report (ECF No. 53), in which the parties propose significantly different litigation schedules. It is not clear that either proposal is reasonable under the circumstances.

The court will establish a litigation schedule after resolution of the pending motions to dismiss (ECF Nos. 49, 50). Briefing on those motions is set to be completed August 9. ECF No. 48.

In the meantime, the parties must exchange Rule 26(a)(1) disclosures by August 21, 2023. Until otherwise ordered, they may engage in other discovery only with the consent of the affected parties.

SO ORDERED on July 31, 2023.

                                                     s/ *Allen Winsor*
                                                     United States District Judge