IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| WALT DISNEY PARKS AND RESORTS U.S., INC., <br><br> Plaintiff, <br><br> v. <br><br> RONALD D. DESANTIS, in his official capacity as GOVERNOR OF FLORIDA, et al., <br><br> Defendants. | Case No. 4:23-cv-163-AW-MJF |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Beth S. Brinkmann, with the law firm of Covington & Burling LLP, hereby makes application to this Court for admission *pro hac vice* in the above-styled case on behalf of *amicus curiae* the Leadership Now Project ("Leadership Now"), and states the following:

1. Beth S. Brinkmann is a partner of the law firm Covington & Burling, One CityCenter, 850 Tenth Street, NW, Washington, DC 20001. Ms. Brinkmann's phone number is (202) 662-6000 and email address is BBrinkmann@cov.com.

2. Ms. Brinkmann is an active member in good standing of the bars of the District of Columbia and California. A Certificate of Good Standing from the

D.C. Bar is attached as **Exhibit A**. Ms. Brinkmann is admitted to and an active member in good standing of the bars of the following jurisdictions:

- Supreme Court of the United States
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Third Circuit
- U.S. Court of Appeals for the Fourth Circuit
- U.S. Court of Appeals for the Fifth Circuit
- U.S. Court of Appeals for the Sixth Circuit
- U.S. Court of Appeals for the Eighth Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. Court of Appeals for the Eleventh Circuit
- U.S. Court of Appeals for the D.C. Circuit
- U.S. Court of Appeals for the Federal Circuit
- U.S. District Court for the District of Columbia
- U.S. District Court for the Northern District of California
- U.S. District Court for the Central District of California
- U.S. Court of Federal Claims

3. Ms. Brinkmann is not a resident of Florida, does not maintain a regular practice of law in the State of Florida, and is not admitted to practice in the Northern District of Florida.

4. Ms. Brinkmann has completed the Local Rules Tutorial as required by Local Rule 11.1(E) and received the confirmation number FLND1690512410812. She is familiar with the Local Rules of the Northern District of Florida and shall comply with them.

5. Ms. Brinkmann reviewed the online CM/ECF Attorney User's Guide and maintains an upgraded PACER account.

6. Ms. Brinkmann is paying the required $208.00 *pro hac vice* fee at the time of filing.

7. Ms. Brinkmann represents that, to her knowledge, there are no disciplinary or suspension proceedings pending against her in any jurisdiction.

8. Ms. Brinkmann represents that, pursuant to Local Rule 7.1(B), she met and conferred in good faith via email with counsel for Plaintiff and Defendants. Counsel for all parties consented to this motion.

WHEREFORE, attorney Beth S. Brinkmann moves this Court to enter an Order allowing her to appear before this Court on behalf of *amicus curiae* for all purposes relating to the proceedings in the above captioned matter.

Dated: August 2, 2023

Respectfully submitted,

*/s/ Beth S. Brinkmann*

Beth S. Brinkmann (D.C. Bar No. 477771)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
bbrinkmann@cov.com

*Counsel for Amicus Curiae The Leadership Now Project*

## CERTIFICATE OF SATISFACTION OF
## ATTORNEY-CONFERENCE REQUIREMENT

Pursuant to Local Rule 7.1(B), counsel for *amicus curiae* conferred with counsel for the parties on August 1, 2023.  Plaintiff and Defendants consent to the filing of this motion.

*/s/ Beth S. Brinkmann*
Beth S. Brinkmann

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, this motion was filed through the Court's CM/ECF system, which will serve all counsel of record via transmission of a notice of electronic filing generated by CM/ECF.

*/s/ Beth S. Brinkmann*
Beth S. Brinkmann
