IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| WALT DISNEY PARKS AND RESORTS U.S., INC., <br><br>    Plaintiff, <br><br> v. <br><br> RONALD D. DESANTIS, in his official capacity as GOVERNOR OF FLORIDA, et al., <br><br>    Defendants. | Case No. 4:23-cv-163-AW-MJF |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 11.1(C), Bradley K. Ervin, with the law firm of Covington & Burling LLP, hereby makes application to this Court for admission *pro hac vice* in the above-styled case on behalf of *amicus curiae* the Leadership Now Project ("Leadership Now"), and states the following:

1. Bradley K. Ervin is a special counsel of the law firm Covington & Burling, One CityCenter, 850 Tenth Street, NW, Washington, DC 20001.  Mr. Ervin's phone number is (202) 662-6000 and email address is BErvin@cov.com.

2. Mr. Ervin is an active member in good standing of the bars of the District of Columbia and Virginia.  A Certificate of Good Standing from the D.C. Bar is

attached as **Exhibit A**.  Mr. Ervin is admitted to and an active member in good standing of the bars of the following jurisdictions:

- United States Court of Appeals for the Fifth Circuit
- United States Court of Appeals for the Ninth Circuit
- United States Court of Appeals for the Eleventh Circuit
- United States Court of Appeals for the District of Columbia Circuit
- United States Court of Appeals for the Federal Circuit
- United States District Court for the District of Columbia
- United States District Court for the District of Colorado

3. Mr. Ervin is not a resident of Florida, does not maintain a regular practice of law in the State of Florida, and is not admitted to practice in the Northern District of Florida.

4. Mr. Ervin has completed the Local Rules Tutorial as required by Local Rule 11.1(E) and received the confirmation number FLND1690375719802.  He is familiar with the Local Rules of the Northern District of Florida and shall comply with them.

5. Mr. Ervin reviewed the online CM/ECF Attorney User's Guide and maintains an upgraded PACER account.

6. Mr. Ervin is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

7. Mr. Ervin represents that, to his knowledge, there are no disciplinary or suspension proceedings pending against his in any jurisdiction.

8. Mr. Ervin represents that, pursuant to Local Rule 7.1(B), he met and conferred in good faith via email with counsel for Plaintiff and Defendants. Counsel for all parties consented to this motion.

WHEREFORE, attorney Bradley K. Ervin moves this Court to enter an Order allowing him to appear before this Court on behalf of *amicus curiae* for all purposes relating to the proceedings in the above captioned matter.

Dated: August 2, 2023

Respectfully submitted,

*/s/ Bradley K. Ervin*
Bradley K. Ervin (D.C. Bar No. 982559)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
bervin@cov.com

*Counsel for Amicus Curiae The Leadership Now Project*

## CERTIFICATE OF SATISFACTION OF
## ATTORNEY-CONFERENCE REQUIREMENT

Pursuant to Local Rule 7.1(B), counsel for *amicus curiae* conferred with counsel for the parties on August 1, 2023. Plaintiff and Defendants consent to the filing of this motion.

*/s/ Bradley K. Ervin*
Bradley K. Ervin

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, this motion was filed through the Court's CM/ECF system, which will serve all counsel of record via transmission of a notice of electronic filing generated by CM/ECF.

*/s/ Bradley K. Ervin*
Bradley K. Ervin
