## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

WALT DISNEY PARKS AND
RESORTS U.S., INC.,

     Plaintiff,

v.

RONALD D. DESANTIS, in his official
capacity as Governor of Florida, et al.,

     Defendants.

Case No. 4:23-cv-163-AW-MJF

## CONSENT MOTION FOR LEAVE TO FILE BRIEF OF THE LEADERSHIP NOW PROJECT AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

The Leadership Now Project ("Leadership Now") respectfully moves for leave to file the attached *amicus curiae* brief in support of Plaintiff's Opposition to Defendants' Motions to Dismiss.  Leadership Now has met and conferred with the parties in good faith as required by Local Rule 7.1(B).  Both Plaintiff and Defendants consent to the filing of the proposed *amicus* brief.

"[D]istrict courts possess the inherent authority to appoint 'friends of the court' to assist in their proceedings."  *In re Bayshore Ford Truck Sales, Inc.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006).  This Court has regularly accepted *amicus*

briefs filed within a week of the motion supported.  *See, e.g.*, Order Granting Motion for Leave to File Amicus Curiae Brief, *Equality Fla. v. Fla. St. Bd. of Educ.*, No. 4:22-cv-134-AW-MJF (N.D. Fla. Aug. 8, 2022), ECF No. 97 (Winsor, J.); Order Granting Motion for Leave to File Amicus Brief, *Equality Fla.*, No. 4:22-cv-134-AW-MJF (N.D. Fla. Dec. 13, 2022), ECF No. 141 (Winsor, J.).

Leadership Now is a national membership organization of business leaders who, like Disney, have an interest in protecting their First Amendment rights to speak, or not to speak, without government retaliation or threat of such retaliation. Leadership Now respectfully requests leave to file the attached brief.

## INTERESTS OF *AMICUS CURIAE*

Leadership Now's members are committed to ensuring that the United States has a strong democracy and economy.  Leadership Now offers its members at a state and national level an innovative model for sustained and strategic engagement to strengthen democracy.  Leadership Now supports a set of core principles that include defending the rule of law, increasing competitiveness in the political system to improve the quality of governance, supporting civic participation, and planting seeds for longer-term national growth and prosperity.  Preserving responsive, democratic government is critical to the American economy, central to the organization's mission, and touches the lives of all Americans.

## <u>MEMORANDUM OF LAW IN SUPPORT OF MOTION</u>

District courts may accept *amicus* briefs as part of their "inherent authority" to manage judicial proceedings.  *In re Bayshore Ford Truck Sales, Inc.*, 471 F.3d at 1249 n.34; *see also Resort Timeshare Resales, Inc. v. Stuart*, 764 F. Supp. 1495, 1500 (S.D. Fla. 1991) ("The district court . . . has the inherent authority to appoint amici curiae, or 'friends of the court,' to assist it in a proceeding.").  When exercising this authority, courts in this District will consider (1) the *amicus* party's "experience and qualifications," (2) the "relevance" of the *amicus* brief to the matter, and (3) whether the proposed brief "may provide assistance in th[e] Court's deliberations." *See* Order Granting Motion to Appear as Amicus Curiae at 2, *Madera v. Detzner*, No. 1:18-cv-152-MW/GRJ (N.D. Fla. Aug. 23, 2018), ECF No. 31.  "Even when a party is very well represented, an *amicus* may provide important assistance to the court." *Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 132 (3d Cir. 2002) (Alito, J.).

Leadership Now seeks to submit the attached brief to assist this Court with its consideration of issues of great importance to the business community:  the future of democracy, and long-term growth of the American economy.  Through its brief, Leadership Now hopes to provide this Court with the unique perspective of the business community on how government retaliation or threat of such retaliation in response to businesses' protected speech jeopardizes economic growth and deters

investment.  Leadership Now thus fulfill the quintessential role for a "friend of the court" brief.

Federal courts across the country have regularly accepted briefs filed by Leadership Now.  Leadership Now has previously filed *amicus curiae* briefs to offer the perspective of the business community on issues related to preserving democracy and ensuring longer-term economic growth and prosperity.  *See, e.g.*, Br. of Amici Curiae, *Moore v. Harper*, No. 21-1271 (U.S. Oct. 26, 2022) (discussing importance of a reliable electoral system to the business community and national economy); Br. of Amicus Curiae, *Daunt v. Benson*, No. 20-1734 (6th Cir. Feb. 10, 2020), ECF No. 55 (discussing harms of partisan redistricting on democracy and prosperity).  Here too, Leadership Now is well-positioned to offer a unique perspective regarding the effects this case could have as a matter of both democracy and economic prosperity. *Amicus* briefs have routinely been accepted in these circumstances, and this Court should do the same.  *See Friends of the Everglades, Inc. v. S. Fla. Water Mgmt. Dist.*, No. 02-cv-80309, 2005 WL 8160352, at *1 (S.D. Fla. Nov. 1, 2005) (granting leave to file because advocacy groups were "uniquely positioned to inform the Court" about the issues); *United States v. UBS AG*, No. 09-cv-20423, 2009 WL 10669118, at *1 (S.D. Fla. May 19, 2009) (similar).

## <u>CONCLUSION</u>

For the foregoing reasons, *amicus curiae* The Leadership Now Project respectfully requests that this Court grant this motion for leave to file the proposed *amicus curiae* brief (attached hereto) in support of Plaintiff's Opposition to Defendants' Motions to Dismiss.

Dated: August 2, 2023                    Respectfully submitted,

/s/ *Beth S. Brinkmann*

Beth S. Brinkmann (D.C. Bar No. 477771)
(*pro hac vice pending*)
Bradley K. Ervin (D.C. Bar No. 982559)
(*pro hac vice pending*)
Kendall T. Burchard (D.C. Bar No. 1781860)
(*pro hac vice pending*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
bbrinkmann@cov.com
bervin@cov.com
kburchard@cov.com

*Counsel for Amicus Curiae The Leadership
Now Project*

## <u>CERTIFICATE OF WORD COUNT</u>

According to Microsoft Word, the word processing system used to prepare this Motion and Memorandum, there are 335 total words contained within the Motion, and there are 498 words contained within the Memorandum of Law.

*/s/ Beth S. Brinkmann*
Beth S. Brinkmann

## <u>CERTIFICATE OF SATISFACTION OF</u>
## <u>ATTORNEY-CONFERENCE REQUIREMENT</u>

Pursuant to Local Rule 7.1(B), counsel for *amicus curiae* conferred with counsel for the parties on August 1, 2023.  Plaintiff and Defendants consent to the filing of this brief.

<u>*/s/ Beth S. Brinkmann*</u>
Beth S. Brinkmann

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 2, 2023, this motion was filed through the Court's CM/ECF system, which will serve all counsel of record via transmission of a notice of electronic filing generated by CM/ECF.

/s/ *Beth S. Brinkmann*
Beth S. Brinkmann
