UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALT DISNEY PARKS AND RESORTS U.S., INC.,

            Plaintiff,

 -v-

RONALD D. DeSANTIS, in his official capacity as Governor of Florida, *et al*.

            Defendants.

Case No. 4:23-cv-00163

**UNOPPOSED MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Joseph Slaughter respectfully moves this Court for leave to appear *pro hac vice* on behalf of amici curiae Former Governors, Senior Government Attorneys, and Former Officials ("Amici"), and states as follows:

1. Amici have retained the law firm of Ballard Spahr LLP to represent them in this matter.

2. I am a Partner with Ballard Spahr LLP ("Ballard"), and regularly practice law at Ballard's office in New York, New York.

3. I am an active member in good standing of the New York Bar, as indicated by the attached certificate.

4. I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND1690994969821.

5. I have successfully completed the CM/ECF online tutorials.

6.  Finally, I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

WHEREFORE, Joseph Slaughter respectfully moves this Court for leave to appear *pro hac vice* on behalf of amici curiae.

Dated: August 3, 2023        **BALLARD SPAHR LLP**

<u>/s/ Joseph Slaughter</u>
Joseph Slaughter
1675 Broadway, 19th Fl.
New York, NY 10019
slaughterj@ballardspahr.com

*Counsel for Amici Curiae former Governors, Senior Government Attorneys, and Other Officials*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, the undersigned certifies that he has conferred with counsel for all parties before filing this motion for leave, and no party contests the motion. The undersigned further certifies that this motion complies with Local Rule 7.1(F). The motion and incorporated memorandum contains 177 words, excluding the case style, signature block, and certificates.

/s/ *Joseph Slaughter*
Joseph Slaughter

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 7.1, the undersigned certifies that on August 3, 2023, he electronically filed this motion with the Clerk of the United States District Court for the Northern District of Florida through its CM/ECF system, which will generate an electronic copy served on all counsel of record.

/s/ *Joseph Slaughter*
Joseph Slaughter