UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALT DISNEY PARKS AND
RESORTS U.S., INC.,

    Plaintiff,

v.                                                   Case No. 4:23-cv-163-AW/MJF

RONALD D. DESANTIS, *et al.*,

    Defendants.
_____/

## ORDER

Pending before this court are the motions to appear *pro hac vice* seeking admission of attorneys Beth S. Brinkmann, Bradley K. Ervin, and Kendall T. Burchard. Docs. 69–71. They have successfully completed the computer-based tutorials of the Local Rules of this court and CM/ECF. They also have paid the required fee, and their motions include certificates indicating that they are members of a bar. This court finds that the requirements of Local Rule 11.1(C) have been satisfied.

Accordingly, it is **ORDERED**:

1.    The motions to appear *pro hac vice*, Docs. 69, 70, 71, are **GRANTED**.

2.    Pursuant to Local Rule 11.1(C), the above attorneys are admitted *pro hac vice* on behalf of amicus curiae the Leadership Now Project.

**SO ORDERED** this 3rd day of August, 2023.

                                        /s/ *Michael J. Frank*
                                        **Michael J. Frank**
                                        **United States Magistrate Judge**