# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND RESORTS U.S., INC.,**

    **Plaintiff,**

v.                                       Case No. 4:23-cv-163-AW-MJF

**RONALD D. DESANTIS, in his official capacity as GOVERNOR OF FLORIDA, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTIONS FOR LEAVE TO FILE AMICUS BRIEFS

The unopposed motions for leave to file amicus briefs (ECF Nos. 72, 73) are GRANTED. The amicus briefs (ECF No. 72-1 & ECF No. 73-1) are accepted and deemed properly filed.

SO ORDERED on August 3, 2023.

                                                 s/ *Allen Winsor*
                                               United States District Judge