UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALT DISNEY PARK AND
RESORTS U.S., INC.,

    Plaintiffs,

v.                                                                      Case No. 4:23-cv-163-AW-MJF

RONALD D. DESANTIS, *et al.*,

    Defendants.
_____/

## ORDER

Pending before this court is the motion to appear *pro hac vice* seeking admission of attorney Joseph Slaughter. Doc. 74. He successfully completed the computer-based tutorials of the Local Rules of this court and CM/ECF. He also has paid the required fee, and his motion includes a certificate indicating that he is a member of a State bar. This court finds that the requirements of Local Rule 11.1(C) have been satisfied.

    Accordingly, it is **ORDERED**:

    1.    The motion to appear *pro hac vice*, Doc. 74, is **GRANTED**.

    2.    Pursuant to Local Rule 11.1(C), attorney Joseph Slaughter is admitted *pro hac vice* on behalf of amici curiae Former Governors, Senior Government Attorneys, and Former Officials.

    **SO ORDERED** this <u>3rd</u> day of August, 2023.

                                    /s/ *Michael J. Frank*
                                      **Michael J. Frank**
                                      **United States Magistrate Judge**