IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALT DISNEY PARKS AND RESORTS, U.S., INC.,

    *Plaintiff*,

v.                                                    Case No. 4:23-cv-00163-AW-MJF

RONALD D. DESANTIS, et al.,

    *Defendants*.

_____

**NOTICE OF APPEARANCE**

Please take notice of the appearance of Matthew T. Newton as counsel for *Amici Curiae* Former Governors, Senior Government Attorneys, and Other Officials.

Respectfully,

_____
Matthew T. Newton
Florida Bar No. 111679
Older Lundy Koch & Martino LLP
1000 West Cass Street
Tampa, Florida 33606
Telephone: (813) 254-8998
mnewton@olderlundylaw.com
Counsel for Amici Curiae

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 3, 2023, he electronically filed this notice with the Clerk of the United States District Court for the Northern District of Florida through its CM/ECF system, which will generate an electronic copy served on all counsel of record.

_____
Matthew T. Newton