**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

| |
|---|
| WALT DISNEY PARKS AND RESORTS U.S., INC., |
| Plaintiff, |
| -v- |
| RONALD D. DeSANTIS, in his official capacity as Governor of Florida, *et al*. |
| Defendants. |

Case No. 4:23-cv-00163

**UNOPPOSED MOTION TO APPEAR *PRO HAC VICE***

Under Rule 11.1(C) of the Local Rules for the United States District Court of the Northern District of Florida, Norman L. Eisen respectfully moves this Court for leave to appear *pro hac vice* on behalf of *Amicus Curiae* Former Governors, Senior Government Attorneys, and Other Former Officials in Support of Plaintiffs in the above-captioned case, and in support thereof states as follows:

1. I am Chair of the pro bono law firm Norman Eisen PLLC, 1015 15th St NW Suite 1000, Washington, D.C. 20005; telephone: 202-709-4945; email: nleisen@normaneisenllc.com.

2. I am licensed to practice law in the District of Columbia, reside in the District of Columbia, and am an active member in good standing of the District of Columbia Bar. My District of Columbia bar number is 435051. I am not a resident of Florida, nor am I admitted to practice in the Northern District of Florida.

3. I have not been subjected to any disciplinary or suspension proceedings as a member of the Bar of any court, nor is any such proceeding pending against me.

4. I certify that as required by N.D. Fla. Loc. R. 11.1(E), I have successfully completed the online Attorney Admission Tutorial. My confirmation for completion of the online tutorial is: FLND1691001164822. I also certify that I have knowledge of the Local Rules of this Court and have reviewed the CM/ECF Attorney User's Guide.

5. I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

6. My appearance as counsel for *Amicus Curiae* will not constitute the maintenance of a regular law practice in Florida by me and I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida.

1

## <u>CONCLUSION</u>

Norman L. Eisen respectfully requests that this Court enter an order granting him leave to appear *pro hac vice* as counsel *Amicus Curiae* Former Governors, Senior Government Attorneys, and Other Former Officials in Support of Plaintiff in this matter, under Rule 11.1(C) of the Local Rules of this Court.

Dated: August 3, 2023                    Respectfully submitted,

<u>/s/ *Norman L. Eisen*</u>
Norman L. Eisen
(*Pro Hac Vice Pending*)
Norman Eisen PLLC
1015 15th St NW
Washington, DC 20005
Tel: (202) 709-4945
nleisen@normaneisenllc.com
Counsel for Amici Curiae

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 3, 2023, I filed the foregoing with the Clerk

of Court by using CM/ECF, which will automatically serve all counsel of record.

<u>/s/ *Norman L. Eisen*</u>

## <u>CERTIFICATE OF COMPLIANCE</u>

I HEREBY CERTIFY that on August 2, 2023, I conferred with counsel with all

parties before filing this motion to appear *pro hac vice* in accordance with Local

Rule 7.1. No party objects.

<u>/s/ *Norman L. Eisen*</u>



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Norman L Eisen

was duly qualified and admitted on November 13, 1992 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August 02, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.