UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALT DISNEY PARK AND
RESORTS U.S., INC.,

    Plaintiffs,

v.                                                  Case No. 4:23-cv-163-AW-MJF

RONALD D. DESANTIS, *et al.*,

    Defendants.
_____/

## ORDER

    Pending before this court is the motion to appear *pro hac vice* seeking admission of attorney Norman L. Eisen. Doc. 79. He successfully completed the computer-based tutorials of the Local Rules of this court and CM/ECF. He also has paid the required fee, and his motion includes a certificate indicating that he is a member of a bar. This court finds that the requirements of Local Rule 11.1(C) have been satisfied.

    Accordingly, it is **ORDERED**:

    1.    The motion to appear *pro hac vice*, Doc. 79, is **GRANTED**.

    2.    Pursuant to Local Rule 11.1(C), attorney Norman L. Eisen is admitted *pro hac vice* on behalf of *Amicus Curiae* Former Governors, Senior Government Attorneys, and Other Former Officials.

    **SO ORDERED** this <u>3rd</u> day of August, 2023.

                                                          /s/ *Michael J. Frank*
                                                          **Michael J. Frank**
                                                          **United States Magistrate Judge**