4-23-cv-163-
AW-MJF

TRANSITION PROCESSING FORWARD
JONATHAN N FOSTER
C/O GALAXY BAR ASSOCIATION
521 W 22ND ST
JACKSONVILLE, FL 32206

Doc 59

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK
401 S.E. 1ST AVENUE, SUITE 243
GAINESVILLE, FL 32601-6805

OFFICIAL BUSINESS

FORWARDING SERVICE REQUESTED

JACKSONVILLE FL 320

27 JUL 2023 PM 3 L

NIXIE      322   CC 1      7208/17/23

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

MANUAL PROC REQ    *1638-06508-27-44

32601>68



B91612.25
US POSTAGE
$0.630
FIRST-CLASS
062S0008847680
32601

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND
RESORTS U.S., INC.,**

     **Plaintiff,**

**v.**                               **Case No. 4:23-cv-163-AW-MJF**

**RONALD D. DESANTIS, in his official
capacity as GOVERNOR OF FLORIDA,
et al.,**

     **Defendants.**

_____/

## ORDER STRIKING UNAUTHORIZED FILING

The "Amicus Brief on Behalf of the Plaintiff Transition Processing Forward"

(ECF No. 57) is STRICKEN as an unauthorized filing. *See also* ECF No. 55.

SO ORDERED on July 26, 2023.

                         *s/ Allen Winsor*
                         United States District Judge