IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND
RESORTS U.S., INC.,**

   **Plaintiff,**

v.                                    Case No. 4:23-cv-163-AW-MJF

**RONALD D. DESANTIS, in his official
capacity as GOVERNOR OF FLORIDA,
et al.,**

   **Defendants.**
_____/

**ORDER DENYING WITHOUT PREJUDICE
PLAINTIFF'S MOTION TO AMEND**

Plaintiff's motion to amend (ECF No. 85) is DENIED without prejudice because it does not comply with Local Rule 7.1(C), which requires a certificate confirming compliance with Rule 7.1(B)'s attorney-conference requirement.[1]

Plaintiff may refile the motion after conferring with Defendants and otherwise complying with the Local Rules.

SO ORDERED on September 1, 2023.

s/ *Allen Winsor*
United States District Judge

---

[1] Under Federal Rule of Civil Procedure 15(a)(2), leave to amend is not required if the other parties consent to the amendment. If Defendants withheld that consent, that does not relieve Plaintiff of its obligation to "attempt in good faith to resolve the issue through a meaningful conference with" Defendants' counsel, N.D. Fla. Loc. R. 7.1(B), or its obligation to certify that it did so, *id.* R. 7.1(C).