## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND**
**RESORTS U.S., INC.,**

     **Plaintiff,**

**v.**                                                     **Case No. 4:23-cv-163-AW-MJF**

**RONALD D. DESANTIS, in his official**
**capacity as GOVERNOR OF FLORIDA,**
**et al.,**

     **Defendants.**

_____/

### ORDER DENYING AS MOOT MOTIONS TO DISMISS

Plaintiff has filed a Second Amended Complaint (ECF No. 87). Accordingly, the motions to dismiss the First Amended Complaint (ECF Nos. 49, 50) are DENIED as moot. Defendants must respond to the Second Amended Complaint within 14 days. *See* Fed. R. Civ. P. 15(a)(3).

Alternatively, if the parties wish to stipulate that the earlier motions to dismiss, response, and replies (to the extent applicable to the remaining claim) should be directed to the Second Amended Complaint, they may file a joint notice saying so, and the court will address those arguments as applied to the new pleading.

SO ORDERED on September 7, 2023.

                              *s/ Allen Winsor*_____
                              United States District Judge