## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND**
**RESORTS U.S., INC.,**

     **Plaintiff,**

**v.**                                                                             **Case No. 4:23-cv-163-AW-MJF**

**RONALD D. DESANTIS, in his official**
**capacity as GOVERNOR OF FLORIDA,**
**et al.,**

     **Defendants.**

_____/

## ORDER REGARDING BRIEFING SCHEDULE

The court approves the parties' joint stipulation regarding the briefing schedule. Defendants' deadline to respond to the Second Amended Complaint is September 28, 2023. Plaintiff's deadline to respond is October 19, 2023. Defendants may reply no later than October 30, 2023.

SO ORDERED on September 15, 2023.

s/ *Allen Winsor*
United States District Judge