# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| WALT DISNEY PARKS AND RESORTS U.S., INC.,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD D. DESANTIS, in his official capacity as Governor of Florida, et al.,<br><br>    Defendants. | Case No. 4:23-cv-163-AW-MJF |

## MOTION TO WITHDRAW AS COUNSEL FOR *AMICUS CURIAE* THE LEADERSHIP NOW PROJECT

Pursuant to Local Rule 11.1(H), attorney Beth S. Brinkmann of the law firm of Covington & Burling LLP, admitted *pro hac vice*, hereby requests leave to withdraw as counsel for The Leadership Now Project as *amicus curiae*. The Leadership Now Project consents to the withdrawal, and will continue to be represented in this case by Bradley K. Ervin and Kendall T. Burchard of the law firm Covington & Burling LLP.

Dated: September 15, 2023                      Respectfully submitted,

*/s/ Beth S. Brinkmann*
Beth S. Brinkmann (D.C. Bar No. 477771)
(*pro hac vice*)
Bradley K. Ervin (D.C. Bar No. 982559)
(*pro hac vice*)
Kendall T. Burchard (D.C. Bar No. 1781860)
(*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
bbrinkmann@cov.com
bervin@cov.com
kburchard@cov.com

*Counsel for Amicus Curiae The Leadership Now Project*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2023, this withdrawal was filed through the Court's CM/ECF system, which will serve all counsel of record via transmission of a notice of electronic filing generated by CM/ECF.

/s/ *Beth S. Brinkmann*
Beth S. Brinkmann
