IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND
RESORTS U.S., INC.,**

    **Plaintiff,**

v.                                                          Case No. 4:23-cv-163-AW-MJF

**RONALD D. DESANTIS, in his official
capacity as GOVERNOR OF FLORIDA,
et al.,**

    **Defendants.**

_____/

## **ORDER GRANTING MOTION TO WITHDRAW**

Beth Brinkman's motion for leave to withdraw (ECF No. 91) is GRANTED. Beth Brinkman is relieved of further responsibility in this case. The clerk will remove her from the CM/ECF distribution list.

SO ORDERED on September 18, 2023.

                                                     s/ *Allen Winsor*
                                                     United States District Judge