# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

WALT DISNEY PARKS AND RESORTS U.S., INC.,

    *Plaintiff,*

v.

RONALD D. DESANTIS, in his official capacity as Governor of Florida, et al.,

    *Defendants*.

Case No. 4:23-cv-163-AW-MJF

## CFTOD DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6), Defendants Martin Garcia, Charbel Barakat, Brian Aungst Jr., Ron Peri, Bridget Ziegler, and Glenton Gilzean, Jr., respectfully move the Court to dismiss Plaintiff's Second Amended Complaint. For the reasons stated in Defendants' memorandum in support of this motion, Disney's First Amendment claim fails as a matter of law.

Dated: September 28, 2023

Jason Gonzalez (No. 146854)
LAWSON HUCK GONZALEZ PLLC
215 S. Monroe Street
Suite 320
Tallahassee, FL 32301
Tel: (850) 825-4334
jason@lawsonhuckgonzalez.com

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper (No. 248070DC)
David H. Thompson (No. 450503DC)
Peter A. Patterson (*Pro Hac Vice*)
Megan M. Wold (*Pro Hac Vice*)
John D. Ramer (*Pro Hac Vice*)
COOPER & KIRK, PLLC

1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
mwold@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendants Martin Garcia, Charbel Barakat, Brian Aungst Jr., Ron Peri, Bridget Ziegler, and Glenton Gilzean, Jr.*

**LOCAL RULE 7.1(F) CERTIFICATION**

In accordance with Local Rule 7.1(F), the undersigned counsel hereby certifies that the foregoing Defendants' Motion to Dismiss, including body, headings, quotations, and footnotes, and excluding those portions exempt by Local Rule 7.1(F), contains 56 words as measured by Microsoft Office for Word 365.

s/ Charles J. Cooper  
Charles J. Cooper