UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

W<small>ALT</small> D<small>ISNEY</small> P<small>ARKS AND</small> R<small>ESORTS</small> U.S., I<small>NC.</small>,

   *Plaintiff*,

v.                                   No. 4:23-cv-163-AW-MJF

R<small>ON</small> D<small>E</small>S<small>ANTIS</small>, in his official capacity
as Governor of Florida, et al.,

   *Defendants*.

_____/

## JOINT STIPULATION REGARDING BRIEFING SCHEDULE

The parties jointly file this stipulation regarding the briefing schedule for Defendants' pending motions to dismiss.

1. In this action, Walt Disney Parks and Resorts U.S. Inc. has sued the Governor, the Secretary of the Florida Department of Economic Opportunity (now the Florida Department of Commerce), members of the Board of Supervisors for the Central Florida Tourism Oversight District (CFTOD), and the Administrator of CFTOD. Disney filed a Second Amended Complaint on September 7, 2023.

2. On September 15, 2023, this Court adopted the parties' proposed briefing schedule for Defendants' motions to dismiss. DE90. It ordered that Defendants' motions be due on September 28, 2023; Plaintiff's responses

be due on October 19, 2023; and Defendants' replies be due on October 30, 2023. The Defendants' motions were timely filed.

3. The parties jointly request that the Court extend the remaining deadlines by 10 days. On that schedule, Plaintiff's responses would be due on **October 30, 2023**, and Defendants' replies would be due on **November 9, 2023**.

<table>
<tr><td>

Dated: October 13, 2023

*/s/ Daniel M. Petrocelli*

DANIEL M. PETROCELLI
(*pro hac vice*)
California Bar No. 97802
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel. (310) 246-6850
dpetrocelli@omm.com

JONATHAN D. HACKER
(*pro hac vice*)
District of Columbia Bar
No. 456553
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel. (202) 383-5285
jhacker@omm.com

STEPHEN D. BRODY
(*pro hac vice*)
District of Columbia Bar
No. 459263
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel. (202) 383-5167
sbrody@omm.com

*(additional counsel on next page)*

</td><td>

Respectfully submitted,

ASHLEY MOODY
  *Attorney General of Florida*

JOHN GUARD (FBN 374600)
  *Chief Deputy Attorney General*

JAMES H. PERCIVAL (FBN 1016188)
  *Chief of Staff*

*/s/ Henry C. Whitaker*
HENRY C. WHITAKER (FBN 1031175)
  *Solicitor General*

DANIEL W. BELL (FBN 1008587)
  *Chief Deputy Solicitor General*

DAVID M. COSTELLO (FBN 1004952)
  *Deputy Solicitor General*

**OFFICE OF THE ATTORNEY GENERAL**
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
henry.whitaker@myfloridalegal.com

*Counsel for Governor DeSantis and Secretary Kelly*

*(additional counsel on next page)*

</td></tr>
</table>

3

/s/ signature

ADAM COLBY LOSEY
LOSEY PLLC
Florida Bar No. 69658
1420 Edgewater Drive
Orlando, FL 32804
Tel. (407) 906-1605
alosey@losey.law

ALAN SCHOENFELD
(*pro hac vice*)
New York Bar No. 4500898
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. (212) 937-7294
alan.schoenfeld@wilmerhale.com

CHARLES J. COOPER
(BAR NO. 248070DC)
DAVID H. THOMPSON*
PETER A. PATTERSON*
MEGAN M. WOLD*
JOHN D. RAMER*

**COOPER & KIRK, PLLC**
1523 New Hampshire Ave., N.W.,
Washington, D.C. 20036
(202) 220-9600
*ccooper@cooperkirk.com*

JASON GONZALEZ (FBN 146854)

**LAWSON HUCK GONZALEZ, PLLC**
215 S. Monroe St., Ste. 320
Tallahassee, FL 32301
*jason@lawsonhuckgonzalez.com*

*Counsel for the CFTOD Board and Administrator*

*\*pro hac vice*

4

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Henry C. Whitaker*
Solicitor General
