IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND
RESORTS U.S., INC.,**

    **Plaintiff,**

v.                                                                           Case No. 4:23-cv-163-AW-MJF

**RONALD D. DESANTIS, in his official
capacity as GOVERNOR OF FLORIDA,
et al.,**

    **Defendants.**
_____/

## ORDER GRANTING MOTION FOR EXTENSION

The parties' joint stipulation, which the court treats as a joint motion for extension (ECF No. 95), is GRANTED. The deadline for Plaintiff to respond to Defendants' motions to dismiss is extended to October 30, 2023. The deadline for Defendants to file their replies is extended to November 9, 2023.

SO ORDERED on October 16, 2023.

                                                     s/ *Allen Winsor*
                                                   United States District Judge