**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

WALT DISNEY PARKS AND
RESORTS U.S., INC.,

    Plaintiff,

v.

RONALD D. DESANTIS, in his official
capacity as GOVERNOR OF FLORIDA,
et al.,

    Defendants.

Case No. 4:23-cv-163-AW-MJF

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 11.1(C), Adam W. Mitchell, with the law firm of Covington & Burling LLP, hereby makes application to this Court for admission *pro hac vice* in the above-styled case on behalf of *amicus curiae* the Leadership Now Project ("Leadership Now"), and states the following:

1. Adam W. Mitchell is an associate of the law firm Covington & Burling, One CityCenter, 850 Tenth Street, NW, Washington, DC 20001. Mr. Mitchell's phone number is (202) 662-6000 and email address is amitchell@cov.com.

2. Mr. Mitchell is an active member in good standing of the bar of the District of Columbia. A Certificate of Good Standing from the D.C. Bar is attached

as **Exhibit A**. Mr. Mitchell is admitted to and an active member in good standing of the bars of the following jurisdictions:

- U.S. Court of Appeals for the Federal Circuit

3. Mr. Mitchell is not a resident of Florida, does not maintain a regular practice of law in the State of Florida, and is not admitted to practice in the Northern District of Florida.

4. Mr. Mitchell has completed the Local Rules Tutorial as required by Local Rule 11.1(E) and received the confirmation number FLND16974867531048. He is familiar with the Local Rules of the Northern District of Florida and shall comply with them.

5. Mr. Mitchell reviewed the online CM/ECF Attorney User's Guide, and maintains an upgraded PACER account.

6. Mr. Mitchell is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

7. Mr. Mitchell represents that, to his knowledge, there are no disciplinary or suspension proceedings pending against him in any jurisdiction.

8. Mr. Mitchell represents that, pursuant to Local Rule 7.1(B), he met and conferred in good faith via email with counsel for Plaintiff and Defendants. Counsel for all parties consented to this motion.

WHEREFORE, attorney Adam W. Mitchell moves this Court to enter an Order allowing him to appear before this Court on behalf of *amicus curiae* for all purposes relating to the proceedings in the above captioned matter.

Dated: October 31, 2023                Respectfully submitted,

/s/*Adam W. Mitchell*

Adam W. Mitchell (D.C. Bar No. 1779654)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
amitchell@cov.com

*Counsel for Amicus Curiae*
*The Leadership Now Project*

## CERTIFICATE OF SATISFACTION OF ATTORNEY-CONFERENCE REQUIREMENT

Pursuant to Local Rule 7.1(B), counsel for *amicus curiae* conferred with counsel for the parties on October 25 and 26, 2023. Plaintiff and Defendants are unopposed to the filing of this motion.

*/s/ Adam W. Mitchell*
Adam W. Mitchell

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2023, this motion was filed through the Court's CM/ECF system, which will serve all counsel of record via transmission of a notice of electronic filing generated by CM/ECF.

*/s/ Adam W. Mitchell*
Adam W. Mitchell
