IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND
RESORTS U.S., INC.,**

    **Plaintiff,**

v.   Case No. 4:23-cv-163-AW-MJF

**RONALD D. DESANTIS, in his official
capacity as GOVERNOR OF FLORIDA,
et al.,**

    **Defendants.**

_____/

## ORDER AUTHORIZING AMICUS FILING

The unopposed motion for leave to file an amicus brief (ECF No. 102) is GRANTED. The amicus brief (ECF No. 102-1) is accepted as filed.

SO ORDERED on October 31, 2023.

                                            s/ *Allen Winsor*
                                            United States District Judge