UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALT DISNEY PARKS AND
RESORTS U.S., INC.,
    Plaintiff,

v.                                             Case No. 4:23-cv-163-AW-MJF

RONALD D. DESANTIS, in his
official capacity as GOVERNOR OF
FLORIDA, *et al.*,
    Defendants.
_____/

## ORDER

Pending before this court is the motion to appear *pro hac vice* seeking admission of attorney Adam W. Mitchell. Doc. 101. The requirements of Local Rule 11.1(C) have been satisfied.

Accordingly, it is **ORDERED**:

1. The motion to appear *pro hac vice*, Doc. 101, is **GRANTED**.

2. Pursuant to Local Rule 11.1(C), attorney Adam W. Mitchell is admitted *pro hac vice* on behalf of *amicus* the Leadership Now Project.

**SO ORDERED** this 31st day of October, 2023.

                                        /s/ *Michael J. Frank*
                                        **Michael J. Frank**
                                        **United States Magistrate Judge**