IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WALT DISNEY PARKS AND RESORTS, U.S., INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RONALD D. DESANTIS, in his official capacity as Governor of Florida; MEREDITH IVEY, in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity; MARTIN GARCIA, in his official capacity as Board Chair of the Central Florida Tourism Oversight District; MICHAEL SASSO, in his official capacity as Board Member of the Central Florida Tourism Oversight District; BRIAN AUNGST, JR., in his official capacity as Board Member of the Central Florida Tourism Oversight District; RON PERI, in his official capacity as Board Member of the Central Florida Tourism Oversight District; BRIDGET ZIEGLER, in her official capacity as Board Member of the Central Florida Tourism Oversight District; and GLENTON GILZEAN, JR., in his official capacity as Administrator of the Central Florida Tourism Oversight District,<br><br>　　　　　Defendants. | Case No. 4:23-cv-00163-AW-MJF |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 7.1(J), Plaintiff Walt Disney Parks and Resorts, U.S., Inc., hereby notifies the Court of *Pernell v. Florida Board of Governors*, 2023 WL 7125049 (11th Cir. October 30, 2023) (attached), which applies *In re Hubbard*, 803 F.3d 1298 (11th Cir. 2015), to quash subpoenas issued to individual legislators based on common-law legislative privilege.  Because Defendants' principal motion to dismiss (Dkt. 93) relies heavily on *Hubbard*, their reply likely will rely on *Pernell* as well.  But *Pernell* does not support their position.

The suit in *Pernell* alleged that a generally-applicable law was actually enacted for undisclosed racially-discriminatory reasons, and plaintiffs sought discovery to uncover proof of the unstated motives allegedly underlying the law.  2023 WL 7125049, at *2.  Here, by contrast, the singular legislative justification for SB 4C and HB 9B—to punish Disney for disfavored speech—was publicly and proudly reiterated by Governor DeSantis and the key legislators who worked with him to enact the laws.  *See* Opp. to CFTOD Defs. Mot. to Dismiss (Dkt. 97), at 12, 14-16, 26-27 (reciting and summarizing explicitly retaliatory public justifications by Governor and key legislators).

Nothing in *Pernell* supports Defendants' contention that a court cannot consider the legislative motive underlying a state law even where—as here—that motive is openly and consistently *touted* by the law's key legislative proponents.  To the contrary, *Pernell* cites (at *4) *Village of Arlington Heights v. Metro. Hous.*

1

*Dev. Corp.*, 429 U.S. 252 (1977), which holds that whereas *witness testimony* from individual legislators about their subjective motives "frequently will be barred by privilege," the "legislative or administrative history may be highly relevant, especially where there are contemporary statements by members of the decisionmaking body." *Id.* at 268. *Pernell* thus effectively reaffirms the settled rule—based on *Arlington Heights*—that a court *can* consider "the contemporary statements and actions of key legislators" in determining whether a law was enacted for an unconstitutional purpose. *Greater Birmingham Ministries v. Sec'y of State for Ala.*, 992 F.3d 1299, 1322 (11th Cir. 2021).

   That rule is controlling here. *See* Opp. to CFTOD Defs. Mot. to Dismiss, at 26-27.

| | |
|---|---|
| Dated: November 1, 2023 | Respectfully submitted, |
| | |
| ALAN SCHOENFELD | */s/ Daniel M. Petrocelli* |
| (*pro hac vice*) | |
| New York Bar No. 4500898 | DANIEL M. PETROCELLI |
| WILMER CUTLER PICKERING | (*pro hac vice*) |
| HALE AND DORR LLP | California Bar No. 97802 |
| 7 World Trade Center | O'MELVENY & MYERS LLP |
| 250 Greenwich Street | 1999 Avenue of the Stars |
| New York, NY 10007 | Los Angeles, CA 90067 |
| Tel. (212) 937-7294 | Tel. (310) 246-6850 |
| alan.schoenfeld@wilmerhale.com | dpetrocelli@omm.com |
| | |
| ADAM COLBY LOSEY | JONATHAN D. HACKER |
| LOSEY PLLC | (*pro hac vice*) |
| Florida Bar No. 69658 | District of Columbia Bar |
| 1420 Edgewater Drive | No. 456553 |
| Orlando, FL 32804 | STEPHEN D. BRODY |
| Tel. (407) 906-1605 | (*pro hac vice*) |
| alosey@losey.law | District of Columbia Bar |
| | No. 459263 |
| | O'MELVENY & MYERS LLP |
| | 1625 Eye Street, NW |
| | Washington, DC 20006 |
| | Tel. (202) 383-5285 |
| | jhacker@omm.com |

*Attorneys for Plaintiff Walt Disney Parks and Resorts U.S., Inc.*