Start:   9:30 a.m.
Stop:   11:11 a.m.

## UNITED STATES DISTRICT COURT
### CIVIL MINUTES - GENERAL

Case No:    4:23-cv-163-AW-MJF                                           Date: 12/12/2023
Title:      Walt Disney Parks and Resorts US Inc v DeSantis et al.

DOCKET ENTRY:

Motion Hearing - Motions to Dismiss, ECF Nos. 93 and 94

PRESENT:    Honorable ALLEN C WINSOR, District Judge

| TiAnn Stark | Kairisa Magee (USDC-Tallahassee) |
|---|---|
| Deputy Clerk | Court Reporter |

| | Charles Cooper |
| | John Ramer, David Thompson, |
| Daniel Petrocelli, Jonathan Hacker | David Costello, Henry Whitaker |
| Attorney for Plaintiff(s) | Attorneys for Defendant(s) |

PROCEEDINGS:

**9:30 a.m.**     **Court called to order**

9:32 a.m.       Arguments presented by Defendant, the State of Florida (Costello)

9:45 a.m.       Arguments presented by Defendants, Central Florida Tourism Oversight District (Cooper)

10:10 a.m.      Arguments presented by Plaintiff, Walt Disney Parks and Resorts US Inc (Petrocelli)

10:24 a.m.      Arguments presented by Plaintiff, Walt Disney Parks and Resorts US Inc (Hacker)

10:57 a.m.      Rebuttal presented by Defendant, the State of Florida (Costello)

11:02 a.m.      Rebuttal presented by Defendants, Central Florida Tourism Oversight District (Cooper)

11:11 a.m.      Written order to follow

**11:11 a.m.**    **Court adjourned**