IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WALT DISNEY PARKS AND
RESORTS U.S. INC.,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　Case No. 4:23-cv-163-AW-MJF

**RONALD D DESANTIS, in his official
capacity as GOVERNOR OF FLORIDA,
et al.,**

    **Defendants.**

_____/

## JUDGMENT

    This case was resolved on motions to dismiss. Plaintiff's claims against the Governor and the Department Secretary are dismissed without prejudice for lack of subject matter jurisdiction. Plaintiff's claims against the Central Florida Tourism Oversight District board members are dismissed on the merits for failure to state a claim.

                                  JESSICA J. LYUBLANOVITS
                                  CLERK OF COURT

<u>January 31, 2024</u>                    s/ KELLI MALU
Date                                     Deputy Clerk: Kelli Malu