# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

WALT DISNEY PARKS AND RESORTS, U.S., INC.,

    Plaintiff,

v.

RONALD D. DESANTIS, in his official capacity as Governor of Florida; MEREDITH IVEY, in her official capacity as Acting Secretary of the Florida Department of Economic Opportunity; MARTIN GARCIA, in his official capacity as Board Chair of the Central Florida Tourism Oversight District; MICHAEL SASSO, in his official capacity as Board Member of the Central Florida Tourism Oversight District; BRIAN AUNGST, JR., in his official capacity as Board Member of the Central Florida Tourism Oversight District; RON PERI, in his official capacity as Board Member of the Central Florida Tourism Oversight District; BRIDGET ZIEGLER, in her official capacity as Board Member of the Central Florida Tourism Oversight District; and GLENTON GILZEAN, JR., in his official capacity as Administrator of the Central Florida Tourism Oversight District,

    Defendants.

Case No. 4:23-cv-00163-AW-MJF

Hon. Allen Winsor

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is given that Plaintiff Walt Disney Parks and Resorts, U.S., Inc. ("Disney") hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Granting Motions to Dismiss (ECF No. 114) and the final judgment (ECF No. 115) entered by the U.S. District Court for the Northern District of Florida on January 31, 2024, attached hereto as Exhibits A and B, respectively.

| | |
|---|---|
| Dated:  February 1, 2024 | Respectfully submitted, |
| ALAN SCHOENFELD<br>(*pro hac vice*)<br>New York Bar No. 4500898<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel. (212) 937-7294<br>alan.schoenfeld@wilmerhale.com<br><br>ADAM COLBY LOSEY<br>Florida Bar No. 69658<br>LOSEY PLLC<br>1420 Edgewater Drive<br>Orlando, FL 32804<br>Tel. (407) 906-1605<br>alosey@losey.law | */s/ Daniel M. Petrocelli*<br>DANIEL M. PETROCELLI<br>(*pro hac vice*)<br>California Bar No. 97802<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Tel. (310) 246-6850<br>dpetrocelli@omm.com<br><br>JONATHAN D. HACKER<br>(*pro hac vice*)<br>District of Columbia Bar<br>No. 456553<br>STEPHEN D. BRODY<br>(*pro hac vice*)<br>District of Columbia Bar<br>No. 459263<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Tel. (202) 383-5285<br>jhacker@omm.com |

*Attorneys for Plaintiff Walt Disney Parks and Resorts U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 1, 2024, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF filing system, which will automatically send email notification of such filing to all counsel of record.

Dated: February 1, 2024.

                                                Respectfully submitted,

                                                */s/ Daniel M. Petrocelli*
                                                DANIEL M. PETROCELLI