# Kelli Malu

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Monday, February 5, 2024 3:07 PM |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | 24-10342-H Walt Disney Parks and Resorts US, Inc. v. Governor, State of Florida, et al "Civil Appeal Docketed - Notice of Appeal" (4:23-cv-00163-AW-MJF) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was entered on 02/05/2024 at 3:06:20 PM Eastern Standard Time and filed on 02/02/2024

| | |
|---|---|
| **Case Name:** | Walt Disney Parks and Resorts US, Inc. v. Governor, State of Florida, et al |
| **Case Number:** | 24-10342 |
| **Document(s):** | 3 |

**Docket Text:**
CIVIL APPEAL DOCKETED. Notice of appeal filed by Appellant Walt Disney Parks and Resorts US, Inc. on 02/01/2024. Fee Status: Fee Paid. Awaiting Appellant's Certificate of Interested Persons due on or before 02/23/2024 as to Appellant Walt Disney Parks and Resorts US, Inc.. Awaiting Appellee's Certificate of Interested Persons due on or before 03/04/2024 as to Appellees Board Chair of the Central Florida Tourism Oversight District and Governor, State of Florida

**Notice will be electronically mailed to:**

Florida Attorney General Service
Stephen D. Brody
Clerk - Northern District of Florida, Clerk of Court
Charles J. Cooper
Jason Gonzalez
Jonathan D. Hacker
Adam Colby Losey
Joseph Masterman
Peter A. Patterson
Daniel M. Petrocelli
John Ramer
Alan E. Schoenfeld
David H. Thompson
Megan M. Wold

The following document(s) are associated with this transaction:
**Document Description:** CIVIL - Notice of Docketing
**Original Filename:** /opt/ACECF/live/forms/ChrisBlair_2410342_10130322_CIVIL-NoticeofDocketing_443.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=02/02/2024] [FileNumber=10130322-3]
[217824aec87d9cc067220cf7bae830d1104a22f3df4505f79e3eb01dd2684c76cbbc1710cdf88052a79511666e9801df1d3959564e3ebf3d0e9b9ec8ac66cebf]]
**Recipients:**

- Florida Attorney General Service
- Stephen D. Brody
- Clerk - Northern District of Florida, Clerk of Court
- Charles J. Cooper
- Jason Gonzalez
- Jonathan D. Hacker
- Adam Colby Losey
- Joseph Masterman
- Peter A. Patterson
- Daniel M. Petrocelli
- John Ramer
- Alan E. Schoenfeld
- David H. Thompson
- Megan M. Wold

**Document Description:** NOA DE# 116
**Original Filename:** NOA DE# 116.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=02/02/2024] [FileNumber=10130322-0]
[316e945771a177254983cc87556d0b7266fc310cb121a63828c3972bde218f29ea6202320a3a7af755c8ff826eb16101dfe0a44f74adac294c2e991a0b36e8e4]]

**Document Description:** Judgment DE# 115
**Original Filename:** Judgment DE# 115.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=02/02/2024] [FileNumber=10130322-1]
[5421418d0ecf22d0ee216fa69805f22c10f4b41eb4d70425f6ba277988c1d2ffb4e744d164c3ee661f14b189963cc50540216b14850b2bff80fc0d09c974faa7]]

**Document Description:** Order DE# 114
**Original Filename:** Order DE# 114.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=02/02/2024] [FileNumber=10130322-2]
[29cc15e02c483de99af5a9da9ffb012d1d872fff7cfe8940c77d278c44f4485ce11c464e629e3a8cdb63d8060ed346d2162c9750af0ee1d0c2678d51e75d1a8c]]