# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit  
www.ca11.uscourts.gov

June 18, 2024

Clerk - Northern District of Florida  
U.S. District Court  
111 N ADAMS ST  
TALLAHASSEE, FL 32301

Appeal Number: 24-10342-HH  
Case Style: Walt Disney Parks and Resorts US, Inc. v. Governor, State of Florida, et al  
District Court Docket No: 4:23-cv-00163-AW-MJF

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-10342-HH

_____

WALT DISNEY PARKS AND RESORTS US, INC.,

                                                                  Plaintiff - Appellant,

versus

GOVERNOR, STATE OF FLORIDA,
SECRETARY, FLORIDA DEPARTMENT OF ECONOMIC OPPORTUNITY,
BOARD CHAIR OF THE CENTRAL FLORIDA TOURISM OVERSIGHT DISTRICT,
MICHAEL SASSO,
In His Official Capacity as Board Member of the
Central Florida Tourism Oversight District,
BRIAN AUNGST, JR.,
In His Official Capacity as Board Member of the
Central Florida Tourism Oversight District, et al.,

                                                                  Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellant Walt Disney Parks and Resorts US, Inc. is GRANTED by clerk [10225024-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective June 18, 2024.

                                              DAVID J. SMITH
                              Clerk of Court of the United States Court
                                of Appeals for the Eleventh Circuit

                                                                     FOR THE COURT - BY DIRECTION